UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
STEVEN ROSATI,

                                      Plaintiff,           21-Civ.-08594(LGS)

  -against-                                      NOTICE OF APPEARANCE

LONG ISLAND RAILROAD, METROPOLITAN
TRANSIT AUTHORITY and PATRICK J. FOYE,

                                      Defendant.
------------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that the Defendants, Long Island Rail Road Company, Metropolitan Transportation Authority and Patrick Foye, by their attorney Stephen Papandon, hereby appears in the above-entitled action also by its inhouse counsel, Kevin McCaffrey, and demands that all other papers in this action be served upon the undersigned at the office and e-mail address stated below.

Dated:  Jamaica, NY
           January 5, 2022

                                            STEPHEN N. PAPANDON, ESQ.
                                            Actin Vice President/General Counsel & Secretary
                                            Attorney for Defendants

                                       By: *Kevin McCaffrey*
                                              Kevin P. McCaffrey
                                              The Long Island Rail Road Company
                                              Jamaica Station
                                              Jamaica, New York 11435
                                              O: (718) 558-6820
                                              C: (917) 826-5686
                                              kpmccaf@lirr.org

To:    Jacobs, P.C.
        Leo Jacobs
        Attorney for Plaintiff
        8002 Kew Gardens Road
        New York, NY 11415