Jamaica Station  
Jamaica, NY 11435-4380  
718 558-8264 Tel  
718 558-8211 Fax

**Phillip Eng**  
President

**Stephen N. Papandon**  
Acting Vice President, General Counsel & Secretary

(718) 558-6820



January 7, 2022

Honorable Lorna G. Schofield  
United States District Court Judge  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

     Re:    <u>Steven Rosati v. Long Island Railroad, et al.</u>  
            21-Civ.-8594(LGS)

Dear Judge Schofield:

The Metropolitan Transportation Authority ("MTA") Law Department represents defendants the Long Island Rail Road ("LIRR"), a subsidiary of the MTA, the MTA, and Patrick J. Foye in the above referenced matter.

Pursuant to the January 6, 2022 Order of the Court, the parties were directed to provide a joint letter and proposed management plan by January 7, 2022. I have been contacted by counsel for plaintiff who has advised me that he has been unable to review the joint letter because he has been travelling non-stop for the last several days and his associate is unexpectedly out of the country in quarantine. He has asked that we file the joint letter on Monday, January 10, 2022. I have no objection. Accordingly, it is respectfully requested that the time to file the joint letter and proposed case management plan be extended until January 10, 2022.

                                            Respectfully submitted,

                                            *Kevin McCaffrey*  
                                            KEVIN McCAFFREY  
                                            Assistant Deputy General Counsel  
                                            O: 718-558-6820  
                                            C: 917-826-5686

cc:    Leo Jacobs, Esq.  
        Attorneys for Plaintiff  
        8002 Kew Gardens Road  
        New York, NY 11415  
        718-772-8704  
        leo@jacobspc.com

*The agencies of the MTA*

| MTA New York City Transit | MTA Metro-North Railroad | MTA Capital Construction |
| MTA Long Island Rail Road | MTA Bridges and Tunnels | MTA Bus Company |