Jamaica Station  
Jamaica, NY 11435-4380  
718 558-8264 Tel  
718 558-8211 Fax

**Phillip Eng**  
President

**Stephen N. Papandon**  
Acting Vice President, General Counsel & Secretary

(718) 558-6820



Case 1:21-cv-08594-LGS   Document 19   Filed 01/07/22   Page 1 of 1

Application **GRANTED**. By **January 10, 2022**, the parties shall file a joint letter and proposed case management plan. The Clerk of Court is respectfully directed to close the motion at Dkt. No. 18.

Dated: January 7, 2022
New York, New York

*LORNA G. SCHOFIELD*
**UNITED STATES DISTRICT JUDGE**

January 7, 2022

Honorable Lorna G. Schofield
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    <u>Steven Rosati v. Long Island Railroad, et al.</u>
            21-Civ.-8594(LGS)

Dear Judge Schofield:

The Metropolitan Transportation Authority ("MTA") Law Department represents defendants the Long Island Rail Road ("LIRR"), a subsidiary of the MTA, the MTA, and Patrick J. Foye in the above referenced matter.

Pursuant to the January 6, 2022 Order of the Court, the parties were directed to provide a joint letter and proposed management plan by January 7, 2022. I have been contacted by counsel for plaintiff who has advised me that he has been unable to review the joint letter because he has been travelling non-stop for the last several days and his associate is unexpectedly out of the country in quarantine. He has asked that we file the joint letter on Monday, January 10, 2022. I have no objection. Accordingly, it is respectfully requested that the time to file the joint letter and proposed case management plan be extended until January 10, 2022.

                          Respectfully submitted,

                          *Kevin McCaffrey*
                          KEVIN McCAFFREY
                          Assistant Deputy General Counsel
                          O: 718-558-6820
                          C: 917-826-5686

cc:    Leo Jacobs, Esq.
        Attorneys for Plaintiff
        8002 Kew Gardens Road
        New York, NY 11415
        718-772-8704
        leo@jacobspc.com

*The agencies of the MTA*

MTA New York City Transit    MTA Metro-North Railroad    MTA Capital Construction
MTA Long Island Rail Road    MTA Bridges and Tunnels    MTA Bus Company