UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STEVEN ROSATI,
                            Plaintiff,                  21 Civ. 8594 (LGS)

            -against-                              ORDER

LONG ISLAND RAILROAD, et al.,
                            Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a conference was held on January 12, 2022. For the reasons discussed at the conference, it is hereby

      **ORDERED** that, by **January 26, 2022**, Plaintiff shall file an amended complaint. It is further

      **ORDERED** that, Defendants' proposed motion to dismiss shall be briefed according to the following schedule:

- By **February 16, 2022**, Defendants shall file their motion to dismiss, with a memorandum of law not to exceed twenty-five (25) pages.

- By **March 9, 2022**, Plaintiff shall file his opposition, not to exceed twenty-five (25) pages.

- By **March 21, 2022**, Defendants shall file any reply in support of their motion, not to exceed ten (10) pages.

      The parties shall comply with this Court's Individual Rules in filing the motions and supporting papers.

Dated: January 12, 2022
           New York, New York

                                                               LORNA G. SCHOFIELD
                                                              UNITED STATES DISTRICT JUDGE