UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
STEVEN ROSATI, :
                             Plaintiff, :        21 Civ. 8594 (LGS)
:
        -against- :        ORDER
:
LONG ISLAND RAILROAD, et al., :
                            Defendants. :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on January 13, 2022, the Court issued a Case Management Plan and Scheduling Order which set a discovery schedule and a case management conference for June 15, 2022, at 4:10 p.m. (Dkt. No. 21.)

      WHEREAS, on February 16, 2022, the Court stayed discovery pending a decision on the motion to dismiss, but did not vacate the Case Management Plan and Scheduling Order. (Dkt. No. 28.) It is hereby

      **ORDERED** that the January 13, 2022, Case Management Plan and Scheduling Order is **VACATED** and the conference scheduled for June 15, 2022 is **ADJOURNED sine die**. It is further

      **ORDERED** that, within one week of any decision on the motion to dismiss, the parties shall file a proposed case management plan.

Dated: June 2, 2022
       New York, New York

                                                        LORNA G. SCHOFIELD
                                                      **UNITED STATES DISTRICT JUDGE**