# *EXHIBIT A*



# AGREEMENT

*Entered into by and between*

### THE LONG ISLAND RAIL ROAD COMPANY

*and*

### TRAINMEN

*Represented by the*

# *SMART*

### SHEET METAL, AIR, RAIL & TRANSPORTATION WORKERS-
### TRANSPORTATION DIVISION
### LOCAL LODGES 645 and 1831

**RULES UPDATED THROUGH**
**May 31, 2019**

*including*

**AGREEMENT OF**
**APRIL 4, 2017**

AGREEMENT

Entered into by and between

THE LONG ISLAND RAIL ROAD COMPANY

and

TRAINMEN

Represented by the



## SHEET METAL, AIR, RAIL & TRANSPORTATION WORKERS-TRANSPORTATION DIVISION

LOCAL LODGES 645 and 1831

RULES UPDATED THROUGH

May 31, 2019

including

AGREEMENT OF April 4, 2017

and

Rates of Pay Effective

December 16, 2016; January 16, 2018

Effective January 1, 2012, the United Transportation Union changed the Union name to
Sheet Metal, Air, Rail & Transportation Workers-Transportation Division