# *EXHIBIT C*



Long Island Rail Road   Rules of the Operating Department- Seventh Edition

## DUTIES AND RESPONSIBILITIES
### TRAIN SERVICE EMPLOYEES

**801.** Conductors and train crew members report to the General Superintendent – Transportation. They must obey the instructions of Transportation Department supervisors and Train Dispatchers. They must also obey the instructions of Stationmasters, Yardmasters and Block Operators within their respective jurisdictions, and from officers of other departments on matters pertaining to those departments.

Conductors must carry their current conductor certificate while on duty and display the certificate upon request to a representative of the FRA, state inspector, LIRR supervisor or an officer of another railroad when serving as a conductor in joint operations. An employee who does not have their certification card in their possession while on duty must notify the Movement Bureau immediately.

Conductors have general charge of the trains to which they are assigned and all persons employed aboard are subject to their instructions. They and the Engineer are responsible for the prompt movement, safety and care of their trains and for the observance and enforcement of all rules and instructions. Conductors are responsible for the vigilance, conduct and performance of duty of the members of their crew.

Conductors must exert every effort to start and move trains on time. They must notify the Movement Bureau of any conditions that will interfere with the prompt and safe movement of their train. Conductors must, when necessary, instruct crew members about the proper performance of their duties and report all equipment defects to the Movement Bureau or M of E Central Control as specified in the timetable special instructions. They must report the absence of any crew members who fail to report for duty at the proper time to the Movement Bureau.

Freight conductors must not permit any person except employees in the discharge of their duties to board or ride on cars or trains without proper authority.

Conductors and train crew members are responsible for the display of train signals, the proper protection of trains, handling switches, coupling and uncoupling cars and engines and the manipulation of hand brakes.

Train crew members must assist the Conductor or Engineer in all things essential to the prompt and safe movement of their trains. They are responsible for reporting all defects to the Conductor.

**801a.** Platform Conductors will be governed by all applicable duties and responsibilities of Rule 801. They must obtain the proper equipment (when available) from Transportation Supervision or a

147



Long Island Rail Road    Rules of the Operating Department - Seventh Edition

## GENERAL RULES

**A.** Employees whose duties are affected by these rules must provide themselves with a copy and must have this copy with them while on duty.

Employees whose duties are in any way affected by the timetable must have a copy of the current timetable with them while on duty. All effective general orders, general notices and bulletin notices must be properly inserted therein.

Special instructions, effective general orders and general notices in the timetable supersede any rules with which they conflict.

**B.** Employees must be conversant with and obey the rules and special instructions. When reporting for duty, employees must be conversant with any changes to Operating Rules, Special Instructions or any other instructions pertaining to performance of their duties. If in doubt as to their meaning, they must apply to the proper authority for an explanation.

**C.** Employees whose duties require them to be qualified on the operating rules and special instructions must pass mandatory examinations within the time specified by the General Superintendent -Transportation. When necessary, employees will be re-examined as directed by the General Superintendent-Transportation.

When reporting for examination, employees must present their copy of the current timetable and/or Rules of the Operating Department for inspection.

**D.** Employees, while on duty, must devote themselves exclusively to the Company's service.  They must render every assistance in their power in carrying out the rules and special instructions and must report any violation thereof to the proper authority.

Employees must not absent themselves from duty, exchange duties or substitute others in their place without permission from the proper authority.  They must not engage in other business activities when such activities will cause a lack of ample rest, affect availability for service or performance of duty or be inconsistent with loyalty to the Company.

**E.** Employees, on or off duty, uniformed or otherwise, must conduct themselves publicly in such a manner that the company will not be subject to criticism or loss of good will. Prohibited conduct will be inclusive of but not limited to conduct on company property, use of social media, television, or any other media outlet.

Solicitation or acceptance of gratuities from patrons or other employees is prohibited.

Employees who are insubordinate while on duty or on Company property will be subject to dismissal.

The following are prohibited while on duty or on Company property: