# *EXHIBIT D*

**Mask Compliance Rule - LIRR**

A new subdivision (e) is added to Section 1097.4 to read as follows:

(e) All persons in a terminal, station or train shall comply with all lawful orders and directives of any police officer, peace officer or any Long Island Rail Road or Authority employee acting within the scope of their employment, including one pursuant to an order or directive issued by the Governor of the State of New York pursuant to a state disaster emergency relating to public health or an order or directive issued by the Authority that includes requiring the wearing of masks or face coverings by any individual over the age of two and is able to medically tolerate a face covering. Masks or face coverings must be worn in a manner covering the nose and mouth. Any person who does not comply with such an order or directive requiring wearing of masks or face coverings in a manner covering the nose and mouth may be barred from entering, or be ejected from, any terminal, station, or train, in addition to a fine of $50.