# Memorandum



**Metropolitan Transportation Authority**
State of New York

**Date**   June 15, 2020

**To**   All MTA Employees

**From**   Paul Fama, Chief People Officer

**Re**   MTA All-Agency Guidance to all Employees concerning Social Media Use

The murder of George Floyd by a Minnesota police officer was a tragic, shocking, horrifying event. In the days since the murder, we have seen an unprecedented worldwide response that has led to an important and passionate reckoning about racism and police practices in the United States. While painful, this is an important conversation, and one that is long overdue.

As the news develops and the discussion continues, our own MTA workforce has been impacted in many ways. Our colleagues are anxious, grieving, and worried about the future. Most recently, we are also seeing an increase in complaints about social media posts by some of our employees, including complaints that such posts are racist. Complaints have been received from fellow employees as well as the riding public.

To be clear, it is important that all MTA employees feel the freedom to be able to engage in the important public discussions that are underway. But it is likewise important to remember that when you are engaging in these discussions, others may know that you are an MTA employee, or quickly be able to determine that you are an MTA employee. This is true even where you have chosen not to identify your employer when you are speaking, posting, commenting, or sharing. An individual's social media activity—whether posting, liking, sharing or commenting—is often interpreted by readers as communicating the views of both an individual and their employer, or as likely to have an impact upon the performance of your job and your interactions with co-workers or the public.

As all of our employees should know, the MTA is committed to creating a respectful workplace and maintaining the public trust. We do not and will not tolerate racism or support for any form of discrimination in our workplace or in the way we deliver services.

You are reminded to be mindful of what you post, share and comment on when using social media. Social media posts by MTA employees that contain racist language, slurs, or images, or posts that threaten, encourage, or incite violence or discrimination, are all contrary to the MTA's mission and values.

Postings like this often lead to disruption of our operations and other disturbances in our workplace. Additionally, our customers are entitled to assurances that our employees will deliver services and behave in a manner that is fair and free of unlawful discrimination based on race, sex, national origin, religion, disability, age, sexual orientation, or other protected class. Likewise, MTA employees are entitled to a respectful workplace that is free of any form of unlawful discrimination.

Employees who violate MTA policies may be subject to discipline up to and including termination.

As always, if you believe there has been a violation of an MTA policy, we ask that you report it immediately. In particular, complaints regarding violations of the MTA's Equal Employment Opportunity and Sexual and Other Discriminatory Harassment Policy can be made to your agency's Department of Equal Employment Opportunity & Diversity.