# *EXHIBIT F*

# All Agency Policy Directive

**Metropolitan Transportation Authority**

## RESPECTFUL WORKPLACE

| Policy Number | Responsible Department | Effective Date | Page |
|---|---|---|---|
| 11-073 | Department of Diversity & Civil Rights | June 18, 2020 | Page 1 of 4 |

### I. PURPOSE

The Metropolitan Transportation Authority ("MTA"), and its current and future subsidiary and affiliate entities, are committed to providing a respectful workplace for all employees.

### II. SCOPE

This Policy applies to the MTA and its current and future subsidiary and affiliated entities, including: MTA Headquarters; MTA New York City Transit, including the Manhattan and Bronx Surface Transportation Operating Authority and the Staten Island Rapid Transit Operating Authority; MTA Metro-North Railroad; MTA Long Island Rail Road; MTA Bridges and Tunnels; MTA Construction & Development; and MTA Bus Company (each an "Agency", and collectively "MTA").

This Policy applies to all MTA employees, both represented and non-represented, but does not apply to the MTA Police Department, which has its own internal regulations governing conduct. Where there is a conflict between this Policy and an applicable collective bargaining agreement, the collective bargaining agreement shall control.

### III. POLICY

It is the Policy of the MTA to maintain a professional work environment where all individuals are treated, and treat each other, with respect. Disrespectful conduct, harassment and bullying of coworkers, customers, vendors, contractors or suppliers by MTA employees is prohibited and is against MTA's core values. In addition, other MTA and Agency policies prohibit harassment and discrimination on the basis of race, color, religion, national origin, ancestry, sex, sexual orientation, age, disability, predisposing genetic characteristic, gender identity and expression, pregnancy, veteran or military status, marital/familial/partnership/caregiver status, status as a victim of domestic

Issued:   Chairman and Chief Executive Officer
MTA Corporate Compliance

| All Agency Policy Directive | | Metropolitan Transportation Authority | |
|---|---|---|---|
| RESPECTFUL WORKPLACE | | | |
| Policy Number | Responsible Department | Effective Date | Page |
| 11-073 | Department of Diversity & Civil Rights | June 18, 2020 | Page 2 of 4 |

violence, stalking and/or sex offenses, and any other legally protected category. See All Agency Policy Directives on Sexual and Other Discriminatory Harassment, Transgender and Gender Non-Conforming Employees, All-Agency Title VI Policy, and each Agency's policies on Equal Employment Opportunity and the Americans with Disabilities Act.

IV.   SPECIFIC DIRECTIVES

   A.   Determining What is Disrespectful Conduct

   Disrespectful conduct can include derogatory comments or jokes based on any class of people, including race, sex, color, religion, sexual orientation, disability, national origin, ethnicity or any other category prohibited by MTA policy; use of degrading words or graphics to describe or refer to an individual or group; spreading false gossip or rumors about an individual or group, and cursing and name calling. Disrespectful conduct can, but does not always, include racist or sexist language, slurs, or images, or statements that incite discrimination or make threats of violence. Posting material online, including on social media platforms, even when made outside of work, can be hurtful to other people, including coworkers or customers, and may constitute violations of this Policy where they negatively affect the workplace or the MTA's ability to serve the public.

   Disrespectful behavior does not include: (i) disagreements, misunderstandings, miscommunications or conflict situations where the behavior remains professional and respectful; (ii) discussing the terms and conditions of employment with co-workers or supervisors; or (iii) the normal exercise of supervisory or managerial responsibilities, such as performance reviews, work direction, performance management and disciplinary action, provided they are conducted in a respectful, professional manner.

Issued:   Chairman and Chief Executive Officer
MTA Corporate Compliance