# *EXHIBIT G*

| All Agency Policy Directive | | Metropolitan Transportation Authority | |
|---|---|---|---|
| SOCIAL MEDIA | | | |
| Policy Number | Responsible Department | Effective Date | Page |
| 11-072 | General Counsel | June 18, 2020 | Page 1 of 6 |

## I. PURPOSE

The purpose of this Policy is to establish mandatory guidelines for the responsible use of Social Media by all employees of the Metropolitan Transportation Authority and current and future subsidiaries and affiliates. This Policy should be read in conjunction with all other applicable Policies, including the MTA All-Agency Code of Ethics, the All-Agency Policy on Sexual and Other Discriminatory Harassment, All-Agency Title VI Policy, each Agency's policies on Equal Employment Opportunity and Americans with Disabilities Act, and the MTA All-Agency Respectful Workplace Policy.

## II. SCOPE

This Policy applies to the MTA and its current and future subsidiary and affiliated entities, including: MTA Headquarters; MTA New York City Transit, including the Manhattan and Bronx Surface Transportation Operating Authority and the Staten Island Rapid Transit Operating Authority; MTA Metro-North Railroad; MTA Long Island Rail Road; MTA Bridges and Tunnels; MTA Construction & Development; and MTA Bus Company (each an "Agency", and collectively "MTA").

This Policy applies to all MTA employees, both represented and non-represented, but does not apply to the MTA Police Department, which has its own internal regulations governing conduct. Where there is a conflict between this Policy and an applicable collective bargaining agreement, the collective bargaining agreement shall control.

## III. DEFINITIONS

**Social Media** – Online platforms that facilitate social networking, blogging and/or photo and video-sharing. Social media include proprietary social media web sites or applications such as Facebook, Instagram, LinkedIn, Snapchat, Pinterest, YouTube, TikTok, and Twitter, as well as collaboration services such as Wikipedia and Blogspot or any emergent social media platform or service.

Issued: Chairman and Chief Executive Officer
MTA Corporate Compliance

| All Agency Policy Directive | |  Metropolitan Transportation Authority | |
|---|---|---|---|
| **SOCIAL MEDIA** | | | |
| Policy Number | Responsible Department | Effective Date | Page |
| 11-072 | General Counsel | June 18, 2020 | Page 2 of 6 |

IV. **POLICY**

MTA recognizes that its employees regularly use Social Media to share their life experiences and opinions with family, friends, and co-workers. MTA also recognizes that its employees have important First Amendment rights of expression to address matters of public concern outside of the workplace, including in their personal use of Social Media. However, the use of Social Media by MTA employees also presents certain risks to MTA, its public reputation, operations, customers, and employees, including employee morale and effective functioning. Accordingly, it is important to MTA's interests as a public transportation agency that all employees use Social Media responsibly and safely.

Employees should be aware that content posted on the internet, including on Social Media, is—or may end up becoming—public, even if originally shared with a limited audience or with privacy settings intended to limit the dissemination of the information. Thus, before posting content on Social Media, employees should consider whether they would be embarrassed or uncomfortable if their supervisor, co-workers or customers saw the post. If the content of a post would not be acceptable in an in-person conversation with a fellow employee or customer, it is probably not appropriate to post on Social Media.

Employees also should be aware that their public statements, including content they post on Social Media, can reflect on the MTA, particularly when their professional affiliation is apparent from the post or their profile page on a Social Media site. For that reason, employees should be careful when identifying themselves online, including by implication or association, as MTA employees.

Above all, MTA employees should be aware that to the extent existing Agency policies and rules govern employee conduct, those policies and rules extend equally to Social Media activities that may affect the workplace. In other words, these guidelines are not meant to reduce or diminish the existing policies on employee conduct.

Issued:  Chairman and Chief Executive Officer
MTA Corporate Compliance