# *EXHIBIT H*

