# *EXHIBIT I*



# OK sign is under siege: How the squeaky-clean hand gesture was twisted by trolls and acquired racist undertones

By Nara Schoenberg
Chicago Tribune • May 30, 2019 at 10:20 am



President Ronald Reagan, from left, President Barack Obama and musician Paul McCartney all have used the OK hand gesture. (AP and





President Obama gives an "okay" gesture to the translation booth during a joint statement with Portugal's Prime Minister Jose Socrates at the NATO summit in Lisbon.



