# *EXHIBIT J*

Video of News Reporter starting at 0:33 saying "In a December podcast he calls on the American people to peacefully hit the streets of Washington D.C. on January 6."

https://bronx.news12.com/lirr-worker-suspended-for-allegedly-attending-us-capitol-riot