# *EXHIBIT K*

