# *EXHIBIT L*

2:08

image3.jpeg

TRANSPORTATION DE...

**NOTICE OF TRIAL**

CERTIFIED MAIL NO. 7020 1290 0001 6753 4043
AND FIRST-CLASS MAIL.

Case No. <u>032-21</u>

January 19, 2021

Mr. Steven Rosati – 58733
375 Kent Avenue
Lindenhurst, NY 11757

Dear Mr. Rosati:

Please arrange to be present at a trial to be held at the Transportation Trial Office, 146-01 Archer Avenue, 1st Floor, Jamaica, New York on:

**DATE:** <u>January 29, 2021</u>                **TIME:** <u>1:00 PM</u>

**IN CONNECTION WITH THE FOLLOWING CHARGE(s):**

**"Failure to Follow a Supervisor's Instruction; Violation of Rule 801 of the Rules of the Operating Department; Violation of Corporate Safety Rule 900.3.2;**

On January 14, 2021, while assigned to service Train No. 857, Transportation Manager, M. Walsh observed you failing to properly wear a face covering. Specifically, your face covering failed to cover your nose, as required. Transportation Manager, M. Walsh instructed you to adjust your face covering so that it covered both your nose and mouth and when M. Walsh informed you that you were going to be written up for being non-compliant for failing to properly wear a face covering, you responded "I don't care" or words to that effect. Shortly thereafter, Transportation Manager, M. Walsh observed you in the 11th car with your face covering failing to cover your nose again. On January 14, 2021, you failed to follow a Supervisor's instruction and created a potentially dangerous condition for yourself and customers."

You may, if you so desire, be accompanied by an accredited union representative of your Organization, to represent you without expense to the Company.

You may produce witnesses on your behalf, without expense to the Company.

You and/or your representative may cross-examine witnesses.

You will be expected to be present throughout the entire proceeding.

M. Bendick
Superintendent Train Service

cc:      SMART – Transportation Division – A. Simon; Human Resources – M. Centauro