LONG ISLAND RAIL ROAD
TRANSPORTATION DEPARTMENT
**NOTICE OF TRIAL**

**CERTIFIED MAIL NO. 7020 0640 0000 2008 1145
AND FIRST-CLASS MAIL**

January 29, 2021                                                **Case No. 044-21**

Mr. Steven Rosati – 58733
375 Kent Avenue
Lindenhurst, NY 11757

Dear Mr. Rosati:

Please arrange to be present at an investigation to be held at the Transportation Trial Office, 146-01 Archer Avenue, 1ˢᵗ Floor, Jamaica, New York on:

**DATE:   February 5, 2021**                               **TIME: 11:00 AM**

**IN CONNECTION WITH THE FOLLOWING CHARGE(s):**

**Conduct Unbecoming an Employee of the LIRR; Violation of the Long Island Rail Road Dual Employment Policy; Violation of the MTA All Agency Code of Ethics:**

In that on January 21, 2021, the Department concluded an investigation that revealed that you have engaged in secondary employment/activity as or for 'Clashbrothers United,' without seeking or receiving authorization from the Department, as required by the LIRR Dual Employment Policy ("the Policy") and the MTA All Agency Code of Ethics ("Code of Ethics"). You failed to submit the required All Agency Outside Activity Request form for receiving approval from the Head of your Department, as required by the Policy and the Code of Ethics, for such secondary employment/activity as or for 'Clashbrothers United'.

You may, if you so desire, be accompanied by an accredited union representative of your Organization to represent you without expense to the Company.

You may produce witnesses on your behalf, without expense to the Company.

You and/or your representative may cross-examine witnesses.

You will be expected to be present throughout the entire proceeding.

M. Bendick

M. Bendick
Superintendent-Train Service

cc:     SMART Transportation Division - A. Simon, Human Resources – M. Centauro