*EXHIBIT P*

LONG ISLAND RAIL ROAD
TRANSPORTATION DEPARTMENT
**NOTICE OF TRIAL**

CERTIFIED MAIL NO. 7020 0640 0000 2008 0964
AND FIRST-CLASS MAIL

January 21, 2021                                          Case No. **036-21**

Mr. Steven Rosati – 58733
375 Kent Avenue
Lindenhurst, NY 11757

Dear Mr. Rosati:

Please arrange to be present at an investigation to be held at the Transportation Trial Office, 146-01 Archer Avenue, 1st Floor, Jamaica, New York on:

DATE: **January 29, 2021**                               TIME: **10:30 AM**

IN CONNECTION WITH THE FOLLOWING CHARGE(s):

"Violation of Rule D of the Rules of the Operating Department; Violation of the Corporate Absence Control Policy and Procedure (AWOL) and/or Violation of the Terms and Conditions of Your Collective Bargaining Agreement)…

In that on January 20, 2021, you were scheduled to work as a Ticket Collector assigned to service Train No. 109. On January 20, 2021, Lead Transportation Manager, B. Gallup conducted an inspection of Train No. 109 at Jamaica Station and found that you were not on board, as required. On January 20, 2021, you failed to report to your scheduled assignment as required and failed to timely notify the appropriate supervisor/crew that you would not cover your assignment as required."

You may, if you so desire, be accompanied by an accredited union representatives of your Organization, to represent you without expense to the Company.

You may produce witnesses on your behalf, without expense to the Company.

You and/or your representative may cross-examine witnesses.

You will be expected to be present throughout the entire proceeding.

S. Damato
S. Damato
Director - Transportation Crew Mgmt. Services

cc:   SMART Transportation Division - A. Simon, Human Resources – M. Centauro