# *EXHIBIT Q*

