UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STEVEN ROSATI,
                             Plaintiff,

               -against-

LONG ISLAND RAILROAD, et al.,
                            Defendants.
------------------------------------------------------------X

21 Civ. 8594

ORDER

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, paragraph 13(a) of the Amended Case Management Plan and Scheduling Order, issued October 3, 2022, required the parties to file a joint status letter, as outlined in Individual Rule IV.A.2.

       WHEREAS, no such letter has been filed.  It is hereby

       **ORDERED** that the parties shall file the required joint letter as soon as possible, and no later than **December 14, 2022**.

Dated: December 12, 2022
       New York, New York

                                            **LORNA G. SCHOFIELD**
                                          **UNITED STATES DISTRICT JUDGE**