

One Grand Central Place
60 East 42nd Street, 48th Floor
New York, New York 10165

Tel 212.689.8808
Fax 212.689.5101
www.hnrklaw.com

hhechtkopf@hnrklaw.com

April 10, 2023

**VIA ECF**

Hon. Jennifer H. Reardon
United States District Judge
Southern District of New York
500 Pearl Street, Room 1010
New York, New York 10007

> By April 13, 2023, Plaintiff shall file a letter stating his position on Defendants' application.
>
> SO ORDERED.
>
> *Jennifer H. Rearden*
>
> Jennifer H. Rearden, U.S.D.J.
> Date: April 11, 2023

Re: *Steven Rosati v. Long Island Rail Road Co., et al.*, No. 21-CV-08594)

Dear Judge Reardon,

    We represent defendants Metropolitan Transportation Authority, Long Island Rail Road Company, and Patrick J. Foye (collectively, "Defendants"). We write to provide a status update to the Court. We believe that counsel for the Plaintiff would agree to this update, but they have not responded to our emails today to provide the Court with a joint status update.

    In the time since the parties' last update to the Court, new counsel has appeared for the Defendants (on March 14, 2023).

    On March 15, 2023, the parties agreed that they would seek an additional 90 days to complete fact discovery (to June 26, 2023), because there are five outstanding depositions remaining to be taken, including high-level MTA/LIRR officials. Counsel for the Plaintiff had stated that they would request the additional time, but did not submit a letter to the Court. We therefore respectfully request that the Court allow the parties this additional time to complete discovery.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/11/2023

Respectfully submitted,

Helene R. Hechtkopf

cc: **VIA ECF**
*All Counsel of Record*