

# JOHN PIERCE LAW

John M. Pierce – Managing Partner
E: jpierce@johnpiercelaw.com

April 13, 2023

**Defendants' application on consent, ECF No. 55, is GRANTED. The deadline to complete fact discovery is extended to June 26, 2023.**

**VIA ECF**

**SO ORDERED.**

Hon. Jennifer H. Reardon
United States District Judge
Southern District of New York
500 Pearl Street, Room 1010
New York, New York 10007

Jennifer H. Rearden, U.S.D.J.
Date: April 14, 2023

**Re:**   *Steven Rosati v. Long Island Rail Road Co., et al.*, No. 21-CV-08594)

Dear Judge Reardon,

I represent Plaintiff, Steven Rosati in this matter. I am writing to let the Court know that we agree to Defendants' update. I apologize for the delay in response time, the attorney at our firm that was assigned to this matter came down with a bad case of pneumonia.

In accordance with the Defendants' request for additional time, we are also in agreement with the extension of time and respectfully request that the Court allow the parties this additional time of 90 days to complete discovery.

Therefore, Plaintiff's position on Defendants' application is in agreement with the above-mentioned status update.

Sincerely,

John M. Pierce

Managing Partner
John Pierce Law P.C.

cc: **VIA ECF**
   *All Counsel of Record*

21550 Oxnard Street 3rd Floor PMB #172, Woodland Hills, CA 91367

Re: Litigation Hold Letter and Cease and Desist
April 13, 2023
Page 2

21550 Oxnard Street 3rd Floor PMB #172, Woodland Hills, CA 91367