## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN ROSATI,<br><br>     Plaintiff,<br><br> v.<br><br>LONG ISLAND RAILROAD,<br>METROPOLITAN TRANSIT<br>AUTHORITY and PATRICK J. FOYE,<br>individual,<br><br>     Defendants. | Case No: 21-cv-08594 |

### MOTION TO WITHDRAW

PLEASE TAKE NOTICE that upon the accompanying Declaration, Ilevu Yakubov, Esq., seeks an Order pursuant to Local Civil Rule 1.4, granting Jacobs P.C. leave to withdraw as attorneys of record for Plaintiff Steven Rosati.

Respectfully submitted,

 /s/ Ilevu Yakubov
Ilevu Yakubov, Esq.

**DECLARATION OF ILEVU YAKUBOV IN SUPPORT OF MOTION TO WITHDRAW
AS ATTORNEY OF RECORD FOR PLAINTIFF**

I, Ilevu Yakubov, under penalty of perjury pursuant to 28 U.S.C. 1746, hereby declare as follows:

1.     I am an attorney licensed to practice before this Court. I am presently listed as co-counsel for Plaintiff Steven Rosati in this action.

2.     This Declaration is respectfully submitted in support of my motion pursuant to Local Civil Rule 1.4 for an Order granting me leave to withdraw as attorney of record for Plaintiff Steven Rosati.

3.     I respectfully request leave to withdraw my appearance. I am not asserting a retaining or charging lien.

4.     Plaintiff Steven Rosati will continue to be represented in this action by Bochner PLLC and John Pierce Law P.C.

Dated: New York, New York                                  Respectfully submitted,
          July 6, 2023

                                                                      By: /s/ Ilevu Yakubov
                                                                              Ilevu Yakubov

2