UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN ROSATI,<br><br>       Plaintiff,<br><br>    -v.-<br><br>LONG ISLAND RAILROAD, et al.,<br><br>       Defendants. | 21 Civ. 08594 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

  On **August 30, 2023** at **10:30 a.m.**, the parties shall appear for a teleconference to address Defendants' application for a protective order.  *See* ECF Nos. 69 and 72.  Counsel should join the conference by dialing 646-453-4442 and entering Conference ID: 559 430 864#.  Members of the public may call the same number but are to keep their phones muted during the proceeding.

  SO ORDERED.

Dated: August 25, 2023
     New York, New York

                     _____
                       JENNIFER H. REARDEN
                       United States District Judge