

**HOGUET NEWMAN REGAL & KENNEY**, LLP

One Grand Central Place       Tel  212.689.8808
60 East 42nd Street, 48th Floor   Fax  212.689.5101
New York, New York 10165      www.hnrklaw.com

hhechtkopf@hnrklaw.com

August 25, 2023

<u>VIA ECF</u>

Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street, Room 1010
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/28/2023
```

    **Re:**    **Steven Rosati v. Long Island Rail Road Co., et al., No. 21-CV-08594**

Dear Judge Rearden,

    We represent Defendants Metropolitan Transportation Authority, Long Island Rail Road Company, and Patrick J. Foye in the above-captioned action. We write to Your Honor respectfully requesting an adjournment of the conference currently scheduled for **August 30, 2023** at **10:30 a.m.** to address Defendants' application for a protective order. *See* ECF No. 73. This is our first request for an adjournment of this conference.

    I will be out of the county on a family vacation next week, returning on September 5, 2023. Plaintiff's counsel has consented via email to our request for an extension. I have conferred with Edward Paltzig, counsel for the Plaintiff, and both parties are generally available to reschedule the conference on September 5, 6, or 7, 2023, at Your Honor's convenience. Please be advised that the close of fact discovery is September 8, 2023.

Application GRANTED. The conference previously
scheduled for August 30, 2023 at 10:30 a.m. is hereby
adjourned to September 6, 2023 at 11:30 a.m.

Respectfully submitted,

SO ORDERED.

Helene R. Hechtkopf

Jennifer H. Rearden, U.S.D.J.
Date: Aug. 28, 2023