UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

STEVEN ROSATI,

                          **Plaintiff,**

    -against-

LONG ISLAND RAILROAD, et al.,

                          **Defendants.**

-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/29/2024

21-CV-08594 (JHR)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

    The parties are directed to meet and confer about whether they believe a settlement conference would be productive and whether any party intends to file a motion for summary judgment. The parties are directed to file a letter by March 8, 2024, with a proposed briefing schedule on any anticipated motion. To the extent the parties are scheduling a settlement conference, they can set the motion deadline for after the conference date.

    Should the parties decide to engage in settlement, they are directed to contact Courtroom Deputy Diljah Shaw with both parties on the e-mail, at diljah_shaw@nysd.uscourts.gov, to schedule a conference as soon as practicable. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED: February 29, 2024
            New York, New York