UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/3/2024
```

STEVEN ROSATI,

                              Plaintiff,

             -against-

LONG ISLAND RAILROAD et al.,

                              Defendants.

21-CV-08594 (MMG)

**NOTICE OF
REASSIGNMENT**

MARGARET M. GARNETT, United States District Judge:

       This case has been reassigned to the undersigned.  Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment, including the previous order referring the case to Magistrate Judge Netburn for general pretrial supervision.  Dkt. No. 92.  All orders, deadlines, and dates issued by Magistrate Judge Netburn likely remain in effect, and applications related to those deadlines should continue to be directed to Magistrate Judge Netburn.  All counsel must familiarize themselves with the Court's Individual Rules & Practices, which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

Dated: April 3, 2024
       New York, New York

                                        SO ORDERED.

                                        _____
                                        MARGARET M. GARNETT
                                        United States District Judge