



u/filteredconservative

**Unfiltered Conservative** · Dec

Americans need to stop acting like pussies. This country... backing country. We don't need that hope shi... correctness bullshit.

**Unfiltered Conservative** ·

### trend now
#parler
#parlerusa
#parlerica
#parlerdub
#gardenclub
#fatkidclub
#brexit
#techgiants
#bitcoin
#videogames
#meme

### people to follow
- Sean Hannity
- Mark Levin
- Tucker Carlson



PARLER

unfilteredconservative

**Unfiltered Conservative**
@UnfilteredConservative

New episode! We are in the middle of a great reset. But America soon follows back. The Deep... making their move and taking us everything they got. WE WILL win!

**UnfilteredConservative on Apple podcasts**
We are here to discover the truth. The truth is censoring us with a different opinion. We will always talk about the tru...

People to follow
Sean Hannity
Mark Levin
Trevor Carson

User Agreement   Privacy Policy   Community Guidelines

Type here to search

232



Rosati_LIRR_0228

5:43          LTE

steve rosati

Top    People    Photos    Videos

Fascist_Parler_Watch · 12/16/20

Hey @Spotify and @anchor

Are you okay with platforming a man who is spreading dangerous misinformation and conspiracy theories about CV19?

Steve Rosati, Proud Boy and host of the UnfilteredConservative podcast calls people who wear masks demons...

[A THREAD]



234

Rosati_LIRR_0229

5:43          .ıl LTE

steve rosati

Top     People     Photos     Videos

 **Fascist_Parler_Watch** @... · 12/16/20
Replying to

Steve Rosati also harasses people waiting in line to get a COVID test and posts it on TikTok.

>  Steve Rosati
>
> Look at these idiots mask wearers lined up to take a covid test
> Someone's gotta tell them they're fools. No problem. Daddy will step right up to the plate
>
> Also, defund the police. But call the police !

 **Shield "Doxx 'Em All" Wall...** · 12/15/20
Steve Rosati, Another disgusting proud boy chud who went to dc on the fascist march. Plz help      and

 **Fascist_Parler_Watch** 12/16/20

Hey @Spotify and @anchor

Are you okay with platforming a man who is spreading dangerous misinformation and conspiracy theories about CV19?

5:43      LTE

steve rosati

Top    People    Photos    Videos



**Fascist_Parler_Watch** @R... · 12/16/20
Replying to

Steve Rosati also runs an online store called ClashBrothers United which is powered by
and sells clothing which promotes CV19 denial conspiracies.



#CUCKLYFE Long Sleeve Tee
$34.99



**Fascist_Parler_Watch** @R... · 12/16/20
Replying to

Steve Rosati also claims that the CV19 vaccine is part of a plan by Bill Gates for depopulation.

Some of the other topics for his podcast, which is sponsored by     , focus on defying CV19 lockdowns and the supposed victory of a second Trump presidency.



236

Rosati_LIRR_0231

5:44 ... LTE

steve rosati

Top    People    Photos    Videos



Voldemort @hex_marvolo · 11/6/20
I wonder how STEVE ROSATI from NORTH BABYLON is doing today

🐑 Fifty Shades of Whey · 10/30/20
Crazy Trump supporter on Long Island confronts a very mature young man



Long Island NY

Trump supporters are animals



Get the Gallery @GalleryGal · 10/27/20
WOW! This new artwork by Steve Rosati will certainly make a STATEMENT in your space. Send us an email to rent it for $29/mo. at:
Denver, Colorado

237

Rosati_LIRR_0232



238

Rosati_LIRR_0233



239

Rosati_LIRR_0234



5:42      LTE

steve rosati

Top    People    Photos    Videos

 @wenasrtersh · 12/20/20
Replying to

They're friends with this guy **Steve Rosati**, I heard **Rosati** has a real good job and says he can retire at 55 if he can keep it. He has this podcast called the Unfiltered Conservative. But **Rosati** is trying to gain clout amongst the chuds, and is playing with fire. He's trash.

 Fascist_Parler_Watch @... · 12/18/20
Replying to

Steve Rosati calls himself a freedom loving Patriot but wants the insurrection act used against fellow Americans.



Twatter and Facebook co... · 12/17/20

241

5:43     LTE

steve rosati

Top    People    Photos    Videos

 **Twatter and Facebook co...** · 12/17/20
Proud Boys member **Steve Rosati** is on Facebook. Report him for inciting violence and a civil war, hatred, targeted harassment and abuse.


Steve Rosati

Do you know Steve?

 **Biggest Little City Antifas...** · 12/16/20
**Steve Rosati**, a white nationalist Proud Boy, should not have a platform to profit from, or proliferate, his hateful ideology.

🟢 **Fascist_Parler_Watch** · 12/15/20

Hey @Spotify and @anchor

Are you okay with platforming a ma who is spreading dangerous

242