Unfiltered Conservative 2020
@UnfilteredConservative

READY TO ROLL WITH MILLIONS OF PATRIOTS!!!!!

5 1 10

Unfiltered Conservative
@UnfilteredConservative

Proud CHUD!

Steve

AKA

Unfiltered Conservative

ORGANIZATIONS

Long Island Loud Majority

Trending
#parler

People to follow
Sean
Mark
Tucker

Member Agreement Priva Policy Community Guidelines

Type here to search

unfilteredconservative

Unfiltered Conservative

is on the line. What will you do for ... all Americans to be in DC Jan 6th. Will you do it?

Unfiltered Conservative

@UnfilteredConservative

reminder: This will be a hell of a rally 4 days after DC on Jan 6th! Will be big!

January 10, 2021
10:00 AM
Columbus Circle, NYC

trend now

#parler
#parlerUK
#gardenclub
#ukexit
#bitcoin
#meme

people to follow

Sean Hannity
Mark Levin
Tucker Carlson

Privacy Pol... Community Guidelines

Type here to search



Rosati_LIRR_0240

PARLER
unfilteredconservative
Unfiltered Conservative
Dec 2020
NEW EPISODE: Oath Keepers are a form of military that are ready to take down the deep state. It's going to get real. BE READY!
UnfilteredConservative on Apple Podcasts
Sean Hannity
Mark Levin
Tucker Carlson
Agreement
Type here to search


Unfiltered Conservative

... you accept

Unfiltered Conservative

No martial ... Donald ... Trump ...

... now

#pedefjuk

#gardenclub

#bitcoin

#meme

people to follow

Sean Hannity

Mark Levin

Tucker Carlson

Type here to search

PARLER
unfilteredconservative
Unfiltered Conservative
Trump calls for all Patriots to be in DC PEACEFULLY Jan 6th. Trump says martial
break down the insurrection act !
BREAKING: Trump Calls For All Patriots To Be In DC JAN 6th!
trend now
#parler
#parleruk
#gardenclub
#wexit
#bitcoin
#meme
#fatkidclub
people to follow
Sean Hannity
Mark Levin
Tucker Carlson
Agreement
Privacy
Type here to search

PARLER
unfilteredconservative
Unfiltered Conservative
is on the line. What will you do for your
all Americans to be
6th. Will you do it?
Unfiltered Conservative
@UnfilteredConservative
reminder : This will be a hell of a rally 4 days after DC on Jan 6th! Will be big!
January 10, 2021
10:00 AM
Columbus Circle, NYC
trend now
#parler
#gardenclub
#twexit
#bitcoin
#meme
people to follow
Sean Hannity
Mark Levin
Tucker Carlson
Type here to search



MR. Phillip Eng
MTA Long Island Rail Road
Jamaica Station
Jamaica, NY 11435

CARRIER'S EXHIBIT NO. 10

**From:** Kumah, Carolyn
**Sent:** Wednesday, January 20, 2021 10:51 AM
**To:** Papandon, Stephen
**Cc:** Graves, Paige; Jacob, Shibu; Fyffe, Michael
**Subject:** Twitter Comments Re Assistant Conductor Steve Rosati
**Attachments:** 342960.jpeg; 343033.jpeg; 343030.jpeg

Good morning Steve,

An LIRR employee who wishes to remain anonymous forwarded the attached Twitter comments to Diversity this morning. The employee states that, according to Twitter user @wehearttrash, Assistant Conductor Steve Rosati attended the Capitol riot on January 6, 2021. As information, it is unclear how Mr. Rosati carried his time on Jan. 6th.

The Twitter user also posted a picture of Mr. Rosatti making a "white power" hand gesture (see antidefamation league website explanation: Okay Hand Gesture | Anti-Defamation League (adl.org)) and alleged that Mr. Rosatti and coworker Rob Gassert sell 1776 t-shirts under the company name *Clash Brothers United*.

Please confirm whether this matter will be handled by the social media policy committee.

Thanks in advance,
Carolyn

Thread
@wehearttrash
.@LIRR you may want to ask your assistant conductor Steve Rosati what he was doing on Wednesday, January 6th 2021 at the United States capitol.
Tweet your reply
More
Edit

Tweet your reply

Thread
Where the police were before this, unknown!
1:13 PM · 1/19/21 · Twitter for iPhone
31 Retweets 10 Quote Tweets 61 Likes
@wehearttrash · 1h
Replying to @wehearttrash
This is a page from Clash Brothers United, the T-shirt company that @LIRR assistant conductor Steve Rosati runs together with his co-worker at @LIRR, Rob Gassert.

LONG ISLAND / TRANSPORTATION

# MTA suspends LIRR assistant conductor who was in D.C. during Capitol riot

CARRIER'S EXHIBIT NO. 11

'he MTA said Thursday it has suspended an LIRR assistant conductor who was in Washington, D.C., during the Capitol Hill riot. Credit: ᴧTA

**3y Alfonso A. Castillo**
ılfonso.castillo@newsday.com @alfonsoreports
*Jpdated January 21, 2021 6:23 PM*

'he MTA has suspended an LIRR assistant conductor who has espoused right-wing conspiracy theories on ocial media and who was in Washington during the siege on the Capitol earlier this month.

teven Rosati, 28, of Lindenhurst, was suspended without pay pending an investigation, the MTA said.

.fter social media posts surfaced that identified Rosati as being in attendance at the pro-President Donald rump rally on Jan. 6 that led to a riot, Metropolitan Transportation Authority chairman Patrick Foye said the ong Island Rail Road assistant conductor's conduct "ought to be investigated, and is being investigated."

Rosati also has espoused right-wing conspiracy theories on social media and called people waiting to get COVID-19 tests "idiots." It's unknown if he participated in the riot, and he has not been accused of any wrongdoing. He could not be reached for comment Thursday.

A video posted on Instagram appears to show a masked Rosati outside the Capitol, surrounded by police and protesters.

Rosati has built a following on social media, including with his "UnfilteredConservative" podcast. On the most recent episode, released a day before the riot, Rosati talked about his plan to go to Washington to be part of the effort to prevent Joe Biden from being certified as president.

"They can't get away with it. They can't," Rosati said. "They can't just leave the building and stride to their cars. There's going to be millions of people around them. They're going to be terrified. It is going to scare them that there's millions of us as this is going on. ... What happens if Nancy Pelosi steals this election? You think she's going to go out to her car that night?"

**Get the Newsday Morning Update newsletter!**

The best of Newsday every day in your inbox.

Email address

By clicking Sign up, you agree to our privacy policy.

In other videos posted to his TikTok account, Rosati — who is responsible for protecting LIRR riders and enforcing the railroad's face mask policy — chided people waiting in line to get COVID-19 tests for wearing "face diapers" and "falling for a fake pandemic."

"You guys are all idiots," he said to hem.

What he's said on social media is outrageous, despicable, and a sign that he's a jackass," Foye said Thursday.

.IRR president Phillip Eng said the railroad is investigating Rosati's actions "in accordance" with his union's ollective bargaining agreement, and that he has been "relieved of his duties."

There are codes of conduct, and it's all part of our investigation," Eng said.

:osati has been working for the LIRR since June 2018, earning an annual salary of about $64,000.

ınthony Simon, general chairman of Rosati's union, the International Association of Sheet Metal, Air, Rail and ransportation Workers, said he could not comment on an active investigation.