Rosati's suspension comes a week after the MTA suspended Will Pepe, who works for the LIRR's sister railroad, Metro-North, after he was arrested for allegedly participating in the riot.

Referring to Pepe, MTA spokesman Tim Minton said in a statement: "Participation in the riot, which resulted in deadly violence at the Capitol, was abhorrent to the values of the MTA and New Yorkers, and those who attacked that symbol of American democracy disqualified themselves from working for the people of New York."

Five people, including a Capitol Police officer, died as a result of the riot.

*With Michael O'Keeffe*



### By Alfonso A. Castillo
alfonso.castillo@newsday.com 🐦 @alfonsoreports



SPONSORED CONTENT

## 9 Strange Things Millionaires Do With Their Money, But Most of Us Have Never Tried ↗

BY THE PENNY HOARDER

These are simple money moves any normal, non-millionaire person can make today.

## Didn't find what you were looking for?

search newsday.com    🔍



CARRIER'S EXHIBIT NO. _____

# LIRR worker dubbed a 'jackass' amid probe he was at Capitol riot

By _____, _____ and _____                                January 21, 2021 | 3:03pm | Updated

A Long Island Rail Road worker has been sidelined — and branded a "jackass" by MTA Chairman Pat Foye — pending a probe into his alleged role in the deadly siege of the US Capitol.

Steve Rosati, a COVID-19-denying conductor who cleared $75,047 in 2019, was suspended without pay after internet sleuths uncovered his far-right rants on social media posts, placed him among the hordes at the Jan. 6 Capitol riot — and ratted him out to the MTA.

"What he's said on social media is outrageous, despicable and the sign he's a jackass," Foye said at an MTA Board meeting Thursday.

"His conduct at the Capitol ought to be investigated, and is being investigated," he added.

Posts to Rosati's various social media accounts include videos of him harassing people waiting in line to get tested for the coronavirus — telling them that the bug is fake — and protesting outside a Long Island post office, claiming that ballots were sent from there to the swing state of Pennsylvania after Election Day.

**SEE ALSO**

Rioters arrested in New York crushed cop and brought guns to Capitol, feds say

Former President Donald Trump's unfounded claims that the election was stolen from him prompted Rosati to join the Capitol mob, authorities said.

Rosati allegedly revealed his intent in two TikTok posts before the riot.

"The Deep State needs to be broken up. It is now that time. Donald J. Trump has one month to do this," he says in one video, under the handle "unfilteredonservative1." "And that's what people are waiting for, waiting on the Bat-Signal by him. So Trump, one month. One month left."

The MTA is investigating another LIRR worker who may have traveled to DC with Rosati — although that employee has yet to be disciplined as the agency probes the claim, a source told The Post.

Another MTA worker, Will Pepe, is _____ in the bloody attack.

021             LIRR worker suspended amid probe he was at Capitol riot



Steve Rosati, a conductor has been suspended with pay after internet sleuths uncovered his far-right conspiracy-laden social-media posts, placed him among the hordes at the Jan. 6 invasion that left five people dead, and alerted the MTA.

Rosati, who has not been charged yet, could not immediately be reached for comment.

The FBI and ATF have rounded up more than 100 suspected rioters since the attack on the Capitol, including a Rockland County man who bragged on Facebook he was there "with 'ex-NYPD'" members.

Christopher Kelly, of New City, was charged Wednesday with obstruction of an official proceeding and unlawful entry.

CAPITOL RIOT, LIRR, MTA 1/21/21



**RECOMMENDED**

tps://nypost.com/2021/01/21/lirr-worker-suspended-amid-probe-he-was-at-capitol-riot/

Rosati_LIRR_0254

2/3



Get notifications from The New York Post

Click 'Sign Up' then 'Allow'

Dismiss

Read More >

LOG IN

Devastated by girlfriend's broad-daylight shooting in the Bronx, NYC man ran do...



Two women busted for trying to use a $1M bill — at a Dollar General store



NYC man charged w. murder in ca( shooting of 'f........



CARRIER'S EXHIBIT NO. 13

# LIRR assistant conductor suspended without pay for role in Capitol siege; MTA chairman blasts him as a 'jackass'

By CLAYTON GUSE
NEW YORK DAILY NEWS | JAN 21, 2021

TODAY'S TOP NEWS

VIDEOS

SPECIAL SALE

Rosati_LIRR_0256

A New York transit worker accused of joining the U.S. Capitol insurrection and posting far right-wing messages on social media has been suspended without pay by the MTA, transit officials said Thursday.

Steven Rosati, an assistant conductor for the Long Island Rail Road, was caught on camera standing on the Capitol steps as a pro-Donald Trump mob tried to storm into the building on Jan. 6, sources said.

"What he said on social media is outrageous, despicable and a sign he's a jackass," MTA chairman Pat Foye said at a news conference.

SPECIAL SALE



Steven Rosati, an assistant conductor on the Long Island Rail Road, has been suspended from his job after allegedly appearing in social media posts at the Capitol riots.

"His conduct at the Capitol ought to be investigated and is being investigated," Foye said.

MOST READ

Devastated by girlfriend's broad-daylight shooting in the Bronx, NYC man ran down suspect and pummeled him in shocking caught-on-video confrontation

Two women busted for trying to use a $1M bill — at a Dollar General store

SPECIAL SALE

Rosati_LIRR_0258

Among Rosati's recent posts are TikTok videos in which he harasses his fellow MTA employees for getting COVID-19 tests. In some videos, he talks about the pandemic being a deep-state hoax, officials said.

[More New York] Bronx man, 21, shot dead by gunman in idling car »

Rosati and another LIRR worker used to run a website called Clash Brothers United, which sold clothing bearing right-wing messages, said a source.

Rosati has been suspended from work without pay.

He was initially suspended with pay, but MTA officials moved to withhold his income Thursday afternoon after uncovering more evidence against him.

A screenshot posted on twitter identifying Steven Rosati's alleged business, Clash Brothers United.

---

**Clayton Guse**
Transit Reporter

Clayton Guse is the transit reporter at the Daily News.

## MOST READ

1. Devastated by girlfriend's broad-daylight shooting in the Bronx, NYC man ran down suspect and pummeled him in shocking caught-on-video confrontation

SPECIAL SALE

4/16/2021 MTA chief: LIRR worker probed in Capitol siege a 'jackass' - New York Daily News

3. NYC man charged with murder in caught-on-camera shooting of 'friendly' Bronx hardhat

  

SPECIAL SALE

265

Rosati_LIRR_0260

<u>IN04-21- STEVEN ROSATI - 58733- PG 1 OF 7</u>

THE LONG ISLAND RAIL ROAD

TRANSPORTATION DEPARTMENT

INVESTIGATION NO. <u>04-21</u>

STATEMENT GIVEN BY:  )

STEVEN ROSATI

ASSISTANT CONDUCTOR  )

CARRIER'S EXHIBIT NO. 14

INVESTIGATION OFFICER:  ) DATE: <u>JANUARY 21, 2021</u>

MANAGER – TRANSPORTATION TRIAL OFFICE  )

ERIN SHERRARD

EXECUTIVE SECRETARY/ STENOGRAPHER:  )

LILLI VASILE-COZZO  )

PRESENT – UNION REPRESENTATION  )

SMART – TRANSPORTATION DIVISION

JAY LANGLAN  )

OBSERVERS:  )

BEN GALLUP

MIKE BENDICK

DOMINICK AMENDOLARE

**Ms. Sherrard**

Good afternoon today is January 21, 2021 and the time is approximately 2:00PM. My name is Erin Sherrard and I will be the facilitator of the statement of facts

Present with me in the conference room is Long Island Rail Road employee, Mr. Rosati. Representing Mr. Rosati and the interest of SMART is Jay Langlan. Sitting in as observers are Ben Gallup, Mike Bendick and Dominick Amendolare.

**Ms. Sherrard to Mr. Rosati**

Q. Mr. Rosati, this is not a disciplinary hearing, no one has been charged or accused of anything at this time. We're here to find out the facts and circumstances surrounding a complaint that has been brought to the LIRR Public Affairs office and has also been brought to the attention of the Carrier. I'm going to ask you questions, you're expected to respond to my questions, truthfully, fully and to the best of your ability. If you do not understand my questions, ask me to repeat or rephrase them in order to ensure that you do understand. Before we begin, do you promise that your responses to my questions will be true, complete and to the best of your ability?

A. I wish to not answer any questions without my representation here.

Q. Mr. Rosati, per Article 42 of your Collective Bargaining Agreement, you are not entitled to have outside representation aside from your Union Representative. Do you wish to continue with the questioning?

A. No.

Q. Okay. Again, answering the questions at this time will allow you to provide an adequate defense for yourself. Do you want to continue with the questioning?

A. No.

Q. Okay

**Mr. Gallup**

My name is Ben Gallup, I'm the Lead Transportation Manager of the Transportation Department, I'm going to give you a direct order to cooperate in the investigation, provide answers to questions asked. If you fail to comply with this directive, you will be removed from service immediately and be subject to discipline.

**Ms. Sherrard to Mr. Rosati**

Q. Mr. Rosati, can you please state your name and IBM# for the record?
A. Can I make a phone call?

Q. Yes, you can we will go off the record.

*Ms. Sherrard to Mr. Rosati*

Q. We're back on the record, after a recess to allow Mr. Rosati to make a phone call. The time is approximately 2:15. Mr. Rosati, can you please state your name and IBM number for the record?
A. Steven Rosati, 58733

Q. Mr. Rosati, what is your position with the railroad?
A. Assistant Conductor; can I ask for the scope of the investigation please?

Q. I will get to it when I'm asking the questions. How long have you held that position?
A. Maybe 2 ½ years.

Q. Prior to becoming an Assistant Conductor, did you hold any other positions with the railroad?
A. No.

Q. What are some of your duties and responsibilities as an Assistant Conductor?
A. Collect fares and safety for the passengers.

Q. Are you familiar with an enterprise called Clash Brothers?
A. What's the scope of the investigation.

Q. I am asking the questions; are you familiar with an enterprise called Clash Brothers?
A. I'd like to know the scope of this investigation.

Q. I'm telling you that I'm going to get to it through the questions. It's about facts and circumstances about a complaint that has been brought to the MTA Public Affairs Office, which has been brought to the attention of the Carrier.
A. Okay. What was the question?

Q. Are you familiar with an enterprise called Clash Brothers?
A. No.

Q. Do you have any involvement or connection with that Organization?
A. No.

Q. What is your relationship with Clash Brothers?
A. I don't have one.

Q. Do you receive any compensation from Clash Brothers?
A. Nope.

Q. Is that an enterprise you're involved with?
A. No.

Rosati_LIRR_0263

1  Q. Have you received or requested permission for any sort of dual employment?
   A. Say it again?
2
3  Q. Have you received or requested permission for any sort of dual employment?
   A. No.
4
   Q. Do you ever conduct business for the Clash Brothers while on duty?
5  A. No.

6  Q. Do you broadcast a podcast under the name unfiltered conservative?
   A. No
7
   Q. Are you compensated for a podcast?
8  A. No.

9  Q. Have you engaged in any podcast while you're on duty?
   A. No.
10

11 Q. Have you engaged in any podcast while away on sick leave of the LIRR?
   A. No.
12
   Q. Have you ever posted to a social media site while on duty or while on company property
13    or while in LIRR uniform?
   A. Say it again?
14
   Q. Have you ever posted to a social media site while on duty or while on company property
15    or while in LIRR uniform?
   A. Posted in LIRR uniform.
16

17 Q. When was the last time that you did that?
   A. I do not remember.
18
   Q. How often would you say you did that?
19 A. Not a lot at all.

20 Q. Would you say 5 times?
   A. Not a lot at all.
21

22 Q. Can you give me more approximate number, 10 times?
   A. I really don't know; no.
23
   Q. When was the last time that you believe you posted?
24 A. I don't remember. I don't have social media.

25 Q. Would you say in the last month?
   A. I don't have social media anymore.

Rosati_LIRR_0264

<u>IN04-21- STEVEN ROSATI - 58733- PG 5 OF 7</u>

1  Q.  Prior to getting rid of social media accounts, when would you say was the last time was?
2  A.  I don't remember.

3  Q.  Our records indicate that you were granted sick leave on January 5th, January 11th and January 15th; the Transportation Department is going to request notes on SLA28 forms for those three dates.
4  A.  What were the dates again?

5  Q.  January 5th, January 11th and January 15th. Please provide those doctors notes by 3pm on Tuesday. Next Tuesday, January 26th at 3pm.
6

7  <u>Mr. Langlan</u>
   What's the relevance of that?
8

9  <u>Ms. Sherrard</u>
   The carrier is allowed per your sick leave agreement to request sick notes. The Carrier has a right
10 To demand medical proof when there is reason to believe that such absences are questionable. So, under your Collective Bargaining Agreement, the Carrier is requesting that information.

11
   <u>Ms. Sherrard</u>
12 Mr. Bendick, do you have any additional questions for Mr. Rosati?

13 <u>Mr. Bendick</u>
   No.
14

   <u>Ms. Sherrard</u>
15 Mr. Gallup; do you have any questions?

16
   <u>Mr. Gallup</u>
17 No.

18 <u>Ms. Sherrard to Mr. Rosati</u>

19 Q.  Mr. Rosati, is there anything that I haven't asked you that you feel would be helpful for us to know?
20 A.  No.

21 Q.  Then at approximately 2:22pm; I'm going to complete my investigation with Mr. Rosati. I will ask that you not discuss the matter with anyone outside the room while the
22    investigation is pending. We're going off the record.

23 _____

24 <u>Ms. Sherrard</u>
   We're back on the record. I recalled Mr. Rosati back in the room for clarification on a couple of
25 questions that I have. The time is approximately 2:24pm.

Rosati_LIRR_0265

IN04-21- STEVEN ROSATI - 58733- PG 6 OF 7

**Ms. Sherrard to Mr. Rosati**

Q. Are you familiar with an enterprise called Clash Brothers or Clash Brothers United or any derivative of that?
A. I already answered that question.

Q. Can you please pull your mask over your nose please. What was your response for…
A. I already answered the question.

Q. Alright, well I'm asking you again for clarification, are you familiar with an enterprise called Clash Brothers United?
A. I already answered the question on record.

Q. Yes, but this is a different question…
A. The investigation was over, and now we're back in here.

Q. Again, your still required to cooperate with the carrier investigation. Are you familiar with an enterprise called Clash Brothers United or a derivative of that name?
A. I already answered the question.

Q. Are you refusing to cooperate?
A. I already answered the question I am not refusing to cooperate. I answered the question.

Q. Yes, you are. I am asking you a new question and you…
A. I answered the question already. That's where I stand.

Q. Okay. So, you are refusing to answer my question ….
A. I answered the question. I didn't refuse it, it's on recording.

Q. It's a different name. Are you familiar with an enterprise called Clash Brothers United?
A. I answered your questions already on recording.

**Mr. Gallup**
Once again, Ben Gallup, Lead Transportation Manager, Transportation Department, I'm giving you a direct order to cooperate with the investigation by answering the questions asked. If you fail to comply with this directive, you will be removed from service immediately and may be subject to discipline.

**Mrs. Sherrard to Mr. Rosati**

Q. Mr. Rosati, are you familiar with an enterprise called Clash Brothers United?

**Mr. Rosati**
I already answered this.

Rosati_LIRR_0266

**Mr. Langlan**
That's your choice.

**Mr. Rosati**
Yup.

**Ms. Sherrard to Mr. Rosati**

Q. Okay. Do you have any connection or involvement with that organization?
A. I did, not anymore.

Q. What was your relationship with Clash Brothers United?
A. (No Response)

Q. Mr. Rosati, what was your relationship with Clash Brothers United?
A. I don't know.

Q. You don't know your relationship with that organization?
A. I don't know.

Q. Did you receive any compensation from Clash Brothers United?
A. I don't know.

Q. Was that an enterprise owned by you?
A. No.

Q. Have you requested or received dual employment permission for Clash Brothers United?
A. I don't know.

Q. Have you ever conducted business for Clash Brothers United while on duty?
A. No.

Q. Did you want to clarify any of the answers that you have provided?
A. No.

Q. Does anyone have any questions? If there are no questions, I'm going to conclude my interview with Mr. Rosati, I ask that you not discuss the matter with anyone outside the room while the investigation is pending. At 2:26, I'm going to conclude my interview with Mr. Rosati. We're going off record.

Rosati_LIRR_0267



# unfilteredconservative

UnfilteredConservative

**Follow**

82 Following  35.1K Followers  403K Likes

Shadow banned like a mfer
T. Shirts Coming October 16th
#Trump2020 ususus

🔗 linktr.ee/UnfilteredConservati...



CARRIER'S EXHIBIT NO. 15

### Videos  Liked





 Steve Rosati

Look at these idiots mask wearers lined up to take a covid test
Someone's gotta tell them they're fools. No problem.
Daddy will step right up to the plate

Also, defund the police. But call the police !


CARRIER'S EXHIBIT NO. 16





CARRIER'S EXHIBIT NO. 17a



Rosati_LIRR_0270




CARRIER'S EXHIBIT NO. 17b