

CARRIER'S EXHIBIT NO. 17c

Rosati_LIRR_0272





Rosati_LIRR_0273


CARRIER'S
EXHIBIT NO. 17ℓ





CARRIER'S EXHIBIT NO. 17f

280

Rosati_LIRR_0275

CARRIER'S
EXHIBIT NO. 17a



Rosati_LIRR_0276



unfilteredconservative
unfilteredconservative
Login to see comments
TikTok
@unfilteredconservative

CARRIER'S EXHIBIT NO. 17h

282

CARRIER'S
EXHIBIT NO. 171

Login to see comments



283

Rosati_LIRR_0278

CARRIER'S
EXHIBIT NO. 17



284

Rosati_LIRR_0279