# EXHIBIT 8

# In the Matter of

Case No.: 1:21-cv-08594-JHR

## ROSATI

v.

## LONG ISLAND RAILROAD, et al.

---

## Deposition of Michael Bendick

*Monday, September 18, 2023*

---

The Little Reporting Company

469 Seventh Avenue
12th Floor
New York, NY 10018
tel: 646-650-5055
www.littlereporting.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

STEVEN ROSATI, an individual,

                        Plaintiff,


            -against-

                                Case No.:
                                1:21-cv-08594-JHR


LONG ISLAND RAILROAD,
METROPOLITAN TRANSIT AUTHORITY,
and PATRICK J. FOYE, individual,

                        Defendants.
----------------------------------------X


                    September 18, 2023
                    10:30 a.m.




     Examination of MICHAEL BENDICK, held pursuant

   to Notice, held via Zoom conference, before

   Ruthayn Shalom, a shorthand Reporter and Notary

   Public within and for the State of New York.

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

2

2          A P P E A R A N C E S :

3                     BOCHNER PLLC
                      Attorneys for Plaintiff
4                     1040 Avenue of the Americas
                      15th Floor
5                     New York, New York 10018
                      BY: EDWARD A. PALTZIK, ESQ.
6                     edward@bochner.law

7

8                     HOGUET NEWMAN REGAL & KENNEY, LLP
                      Attorneys for Defendants
9                     60 East 42nd Street, 48th Floor
                      New York, New York 10165
10                    BY: PRIYA PASRICHA, ESQ.
                      ppasricha@hnrklaw.com

11

12
           ALSO PRESENT:
13         Connor G. Shea, Esq., Hoguet Newman

14         Miriam Manber, Esq., Hoguet Newman

15         Helene Hechtkopf, Esq., Hoguet Newman

16         Jason D. Barnes, Esq., MTA

17

18

19

20

21

22

23

24

25

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

3

2          IT IS HEREBY STIPULATED AND AGREED, by

3     and between the attorneys for the respective

4     parties hereto, that this examination may be

5     sworn to before any Notary Public.

6

7          IT IS FURTHER STIPULATED AND AGREED that

8     the sealing and filing of the said examination

9     shall be waived.

10

11         IT IS FURTHER STIPULATED AND AGREED that

12    all objections to questions except as to form

13    shall be reserved for trial.

14

15

16

17

18

19

20

21

22

23

24

25

4

```
 1                    M. Bendick
 2             M I C H A E L   B E N D I C K, having
 3     been first duly sworn by Ruthayn Shalom, a Notary
 4     Public of the State of New York, and stating his
 5     address as 93-02 Sutphin Boulevard, Jamaica,
 6     New York 11435, was examined and testified as
 7     follows:
 8     EXAMINATION BY
 9     MR. PALTZIK:
10          Q    Good morning, Mr. Bendick how are you?
11          A    Good morning, sir.  How are you doing?
12          Q    Good, thank you.  Mr. Bendick, I believe
13     you said you had sat for a deposition before then I
14     asked you what was the occasion for that; why did
15     you sit for a deposition previously?
16          A    Most recent was an employee injury and
17     they were in a lawsuit against the Long Island
18     Railroad.  It's been mostly employee injury
19     lawsuits, stuff like that.
20          Q    How many such lawsuits have there been
21     where you had to attend a deposition?
22          A    I believe two.
23          Q    What is your current job title with the
24     Long Island Railroad?
25          A    Senior Manager of Operations, Protocol and
```

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

5

1                         M. Bendick

2      Planning.

3           Q    Did you hold that title as of

4      January 2021?

5           A    No, sir.  At that time I was the

6      Superintendent of Train Service.

7           Q    Did you say Superintendent of Train

8      Service?

9           A    Correct.

10          Q    That was -- that was the time during which

11     Mr. Steven Rosati was going through his disciplinary

12     process, correct?

13          A    Yes.

14          Q    You understand and recognize that that is

15     the same Steven Rosati who is the Plaintiff in this

16     action in which you are being deposed today?

17          A    That's correct.

18          Q    Superintendent of Train Service?

19          A    Yes, sir.

20          Q    Okay.  Can you please describe what that

21     position entails for me, please?

22          A    So at that time the position was

23     responsible for overseeing all conductors, assistant

24     conductors from the point of their hiring, from the

25     point of their probationary period, during the point

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

6

                         M. Bendick
1
2    of their qualifying process to become certified
3    conductors, the handling of their discipline and the
4    handling of day-to-day activities involving
5    conductors.
6         Q    By the way, for convenience for the rest
7    of this deposition, I'm going to refer to that job
8    title as superintendent?
9         A    Very good.
10        Q    To be clear, as superintendent you had a
11   managerial role with respect to all of the
12   conductors in the Long Island Railroad?
13        A    That's correct.
14        Q    About how many conductors was that?
15        A    It's about 1,400.
16        Q    Prior to becoming superintendent what
17   position did you hold?
18        A    Before I was a superintendent of train
19   service, I was the superintendent of the east end
20   operation.  I oversaw the entire east end of the
21   Long Island Railroad.
22        Q    What about before that?
23        A    Before that I was the lead transportation
24   manager of the east end.
25        Q    What about before that?

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

7

M. Bendick

1

2      A     Before that I was a transportation manager

3     on the east end of the Long Island Railroad.

4      Q     What about before that?

5      A     Before that I was a special duty conductor

6     and before that I was actually a conductor.

7      Q     When was that, when did you start with the

8     Long Island Railroad?

9      A     I started with the Long Island Railroad

10    February of 1999.

11     Q     Did you have any jobs before you were with

12    the Long Island Railroad?

13     A     Yes.  At the time I was a manager at

14    McDonalds.

15     Q     Did you attend college?

16     A     Yes.

17     Q     Where did you go to college?

18     A     Saint Joseph's College.

19     Q     Did you go to graduate school?

20     A     Yes.

21     Q     Where did you go to graduate school?

22     A     Saint Joseph's College.

23     Q     What was your graduate degree?

24     A     I got an MBA in Business.

25     Q     What about your undergraduate degree?

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

8

1                        M. Bendick

2          A     I got a BS in Organizational Management.

3          Q     What year did you graduate from college?

4          A     I think it was 2006.

5          Q     What year did you graduate from graduate

6     school?

7          A     2012.

8          Q     How old are you?

9          A     I'm 45.

10         Q     How long have you been with the Long

11    Island Railroad?

12         A     I have been with the Long Island Railroad

13    for now it's going on 25 years.

14         Q     Do you hold any undergraduate or graduate

15    degrees in the study of linguistics?

16         A     No.

17         Q     Do you hold any graduate or undergraduate

18    degrees in any cultural studies?

19         A     No.

20         Q     Do you hold any graduate or undergraduate

21    in media studies?

22         A     No.

23         Q     Do you hold any undergraduate or graduate

24    degrees in labor relations?

25         A     No, but I did -- I was required to take

9

                              M. Bendick

1

2      labor relation classes for my bachelors and masters

3      degree.

4           Q    Do you hold any undergraduate or graduate

5      degrees in communications?

6           A    No.

7           Q    Do you hold any undergraduate or graduate

8      degrees in terrorism or counterterrorism?

9           A    No.

10          Q    Any undergraduate or graduate degrees in

11     law enforcement?

12          A    No.

13          Q    Any undergraduate or graduate degrees in

14     political science?

15          A    No.

16          Q    Any undergraduate or graduate degrees in

17     the First Amendment?

18          A    No.

19          Q    All of these subjects that I just

20     mentioned where I asked you about graduate or

21     undergraduate degrees, do you have any expertise in

22     any of these subjects?

23          A    No.

24          Q    Obviously, you are familiar with an

25     individual named Steven Rosati, the Plaintiff in

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

10

                          M. Bendick

1

2      this action, correct?

3          A     Correct.

4          Q     Have you ever met Steve Rosati personally?

5          A     Yes, I have.

6          Q     How many times did you meet him?

7          A     I would say over five times.  I can't

8      remember exactly how many times.  I would say

9      approximately five times.

10         Q     Were all of these meetings for

11     disciplinary reasons or were there other reasons?

12         A     No, not all of them are disciplinary

13     reasons.  I've probably come across him during train

14     rides or getting to work on a train.

15         Q     Do you have any opinion about Mr. Rosati?

16         A     No.

17         Q     Did you play any role in Mr. Rosati's

18     disciplinary process?

19         A     I played a role in working with labor

20     relations for investigating the discipline process.

21     I sat down with Mr. Rosati to talk to him about an

22     issue we were having.  I was involved in his trial,

23     in the prep, and I was involved in the statement of

24     facts.

25         Q     It would be fair to say you played a

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

11

                              M. Bendick

1

2        substantial role in his disciplinary process,

3        correct?

4              MS. PASRICHA:  Objection.

5        A    Correct.

6              MR. PALTZIK:  Rephrase.

7        Q    Did you play a role in Mr. Rosati's

8        disciplinary process?

9        A    Yes.

10       Q    During the course -- withdrawn.

11             Did you communicate with Patrick J.

12       Foye about Mr. Rosati's disciplinary process?

13       A    No.

14       Q    You're familiar with Mr. Foye, correct?

15       A    That's correct.

16       Q    At the time he was the chairman of the

17       Metropolitan Transit Authority, correct?

18       A    Correct.

19       Q    Are you familiar with an individual named

20       Phillip Eng?

21       A    Yes.

22       Q    At the time of Mr. Rosati's disciplinary

23       process, Phillip Eng was the president of the Long

24       Island Railroad, correct?

25       A    Correct.

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

12

1                        M. Bendick

2          Q     Did you communicate with Phillip Eng about

3    Mr. Rosati's disciplinary process?

4          A     No.

5          Q     Are you familiar with an individual named

6    Marilyn Kustoff?

7          A     Yes.

8          Q     Who is Marilyn Kustoff?

9          A     She was the director of labor relations.

10         Q     At the time of Mr. Rosati's disciplinary

11   process, correct?

12         A     That's correct.

13         Q     Did you ever communicate with Marilyn

14   Kustoff about Mr. Rosati's disciplinary process?

15         A     No.

16         Q     Are you familiar with an individual named

17   Stephen Damato?

18         A     Yes.

19         Q     Did you ever communicate with him about

20   Mr. Rosati's disciplinary process?

21         A     No.

22         Q     Who did you communicate with about

23   Mr. Rosati's disciplinary process?

24         A     I mostly dealt with Erin Sherrard who

25   worked for Marilyn and I dealt with the CTO at the

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

13

                              M. Bendick
1
2       time, Spiro Papanikolatos.
3       P-a-p-a-n-i-k-o-l-a-t-o-s.
4             Q     Did you ever communicate with Benjamin
5       Gallup about Mr. Rosati's disciplinary process?
6             A     That's correct.  I was just about to say
7       that Ben was my lead manager at the time.  I
8       communicated with Ben.
9             Q     Ben worked under you?
10            A     That's correct.
11            Q     Okay.  What about Erin Sherrard?
12            A     Erin Sherrard worked underneath Marilyn.
13      I dealt with her.
14            Q     Marilyn was the vice president of labor
15      relations?
16            A     Yes.
17            Q     Erin Sherrard was sort of like Marilyn's
18      deputy?
19            A     I'm not 100 percent familiar with the
20      hierarchy, but Erin did work for Marilyn.
21            Q     The other individual you named Spiro
22      Papanikolatos?
23            A     He was the CTO, Chief Transportation
24      Officer at the time.
25            Q     We will call him Spiro?

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

14

M. Bendick

1

2      A     Yes.

3      Q     Chief safety transportation officer?

4      A     Chief transportation officer.

5      Q     You never communicated with Marilyn

6   Kustoff about Steven Rosati's disciplinary process,

7   correct?

8      A     That's correct.  My normal course of

9   business doesn't require me to deal with Marilyn.  I

10  deal with Erin.

11     Q     Did you ever communicate with Rose Covin

12  about Mr. Rosati's disciplinary process?

13     A     No.  Same thing, I dealt with Erin.  Erin

14  worked underneath Rose as well.

15     Q     Did you ever communicate with Vincent

16  Campossano about Mr. Rosati's disciplinary process?

17     A     I don't remember dealing with Vincent at

18  the time.  I don't recall.

19     Q     Did you ever communicate with Timothy Haig

20  about Mr. Rosati's disciplinary process?

21     A     Very little.  Timothy Haig at the time was

22  my supervisor, but very little did I deal with him

23  about this.

24     Q     Did you ever communicate with Jeffrey

25  Stevens about Mr. Rosati's disciplinary process?

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

15

M. Bendick

1

2       A    No.

3       Q    Did you communicate in general about

4  Mr. Rosati's disciplinary process both verbally and

5  in writing?

6       A    Yes.

7       Q    Through email and through phonecall and

8  through in-person meetings, correct?

9       A    That's correct.

10      Q    Did you ever send any test messages about

11  Mr. Rosati?

12      A    I don't recall.  I may have texted Ben.  I

13  don't remember though.  I don't recall.

14      Q    Why would you be texting Benjamin Gallup

15  about Mr. Rosati's disciplinary process?

16      A    We may have discussed that he was going to

17  come in on a certain day and we would have to be

18  there or something like that.

19      Q    I'm going to show our first exhibit here.

20    (Bendick Exhibit 1, Marked for Identification.)

21            Do you see my screen, Mr. Bendick?

22      A    Yes.

23      Q    Can you please take -- this is a very

24  short document.  Can you please take a moment to

25  look at it?

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

16

1                        M. Bendick

2                 (Witness perusing document.)

3        A     Uh huh.

4        Q     Would it be fair to say that this

5   document, Bendick 1, is an email dated, January 31,

6   2021, from you to Erin Sherrard, Rose Covin, Marilyn

7   Kustoff, Ben Gallup, Vincent Campossano, Spiro

8   Papanikolatos and Timothy Haig?

9        A     Okay.

10       Q     The subject is Rosati Twitter Screen Shot,

11  correct?

12       A     Yes.

13       Q     Now there is an original email here so

14  it's really two emails.  First, Benjamin Gallup sent

15  an email to you and it says, I was just sent this

16  screen shot of an old Twitter account that appears

17  to be run by Steve Rosati; do you see that?

18       A     I do see that.

19       Q     Do you know what the image was?  The image

20  does not appear in this exhibit.  Do you know what

21  the image or screen shot was?

22       A     No, I don't recall.  I don't recall.

23             MR. PALTZIK:  I will call for production

24       of that image, please.  Image 6924.png, please.

25                  (Counsel Request.)

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

17

1                     M. Bendick

2          MS. PASRICHA:  Follow up in writing.

3     BY MR. PALTZIK:

4          Q    In any event can you just -- Mr. Bendick,

5     can you please read what you wrote in the email?

6          A    Does this help our case.  It's before he

7     worked here.

8          Q    You agree you wrote that?

9          A    It appears I wrote it.

10         Q    Do you notice that two of the recipients

11    on your email are Rose Covin and Marilyn Kustoff?

12         A    Uh huh.

13         Q    You testified several minutes ago that you

14    never communicated with them about Mr. Rosati's

15    disciplinary process, correct?

16         MS. PASRICHA:  Objection.

17         A    I meant verbally communicate.  I don't

18    remember who I copied on emails.  Did I speak to any

19    of those individuals about this case, I did not.  If

20    I emailed them I emailed them.

21         Q    So then to correct your testimony then you

22    did have communications with them about the

23    disciplinary process?

24         A    Apparently, I copied them on emails, but I

25    don't recall ever having any personal conversations

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

18

1                     M. Bendick

2      with him about the case.

3           Q    Why were you asking if this screen shot

4      helped the case?

5           A    I don't know what the screen shot entails.

6      I would have to see it and I would be able to answer

7      that question. I don't remember.

8                MR. PALTZIK:  Whatever this screen shot

9                and we will get a hold of it, and I would also

10               notice at this juncture that I reserve the

11               right to reopen this deposition to ask

12               Mr. Bendick about the screen shot.

13          Q    It says you wrote that quote, It's before

14     he worked here, correct?

15          A    That's correct.

16          Q    So why were you trying to use a screen

17     shot from before Mr. Rosati worked at the Long

18     Island Railroad in order to discipline him?

19          A    Without seeing the screen shot, I wouldn't

20     be able to answer that.

21          Q    Safe to say you were attempting to use a

22     screen shot of Mr. Rosati before he was at the Long

23     Island Railroad in order to discipline him, correct?

24          A    I wanted to look at the screen shot to see

25     if it helped our case.  I don't know what the screen

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

19

                        M. Bendick

1

2      shot is.  I don't know how to answer your question

3      unless I was able to see the screen shot.

4             Q    Well, do you still have access to your

5      Long Island Railroad email?

6             A    Yes, but things don't get saved like this.

7      They only go back a certain amount of time.

8             Q    Do you have the ability to access this

9      email today?

10            A    I don't know.

11            MR. PALTZIK:  I would ask that during the

12            next break that the witness make an attempt to

13            access this email, please, and then we can

14            return to this question.

15            Q    In any event while we wait for that to

16      happen, in the mean time I would ask how could it

17      possibly be relevant what Mr. Rosati did before he

18      was an employee of the Long Island Railroad?

19            A    I don't know.  If I saw what the picture

20      was I may be able to answer that question.  I don't

21      recall the image, I don't remember why we looked at

22      it.  I don't remember what it entailed.  It's

23      difficult for me to answer that.

24            Q    We will put a pin in that topic and we

25      will return to that after you had an opportunity to

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick --- September 18, 2023

20

                              M. Bendick
1
2       check your email.
3                       Does the Long Island Railroad have
4       any policy or procedure that you follow with respect
5       to the deletion of emails?
6             A    No, I don't delete emails.  It
7       automatically gets deleted.
8             Q    Long Island Railroad work emails
9       automatically get deleted?
10            A    At some point they automatically become
11      deleted or if there is a certain amount of time.  I
12      don't know how long they last.  I don't work for IT.
13      I know that you can only go back to a certain time
14      when it comes to email.
15            Q    Are they deleted or are they archived?
16            A    I don't know if they are archived or
17      deleted.  All I know is I don't have access to them.
18                  MR. PALTZIK:  I would like to also note
19            for the record at this time that this raises a
20            question about whether evidence has been
21            destroyed or has not been provided.  I call for
22            production of information about what this Long
23            Island Railroad policy is relating to deletion
24            or archival of emails in order to determine
25            whether we have been given all of the emails we

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

21

1                        M. Bendick

2          are entitled to.

3               MS. PASRICHA:  At this time we can

4          represent that there was a litigation hold. If

5          you can put your requests in writing.

6                    (Counsel Request.)

7               MR. PALTZIK:  I will note for the record I

8          don't believe that that request should have to

9          be in writing.  It's a simple question of

10         whether anything was deleted, particularly Mr.

11         Bendick's.  I'm not even at the point where I'm

12         asking for the documents themselves. I'm trying

13         to determine whether there are any emails that

14         Mr. Bendick does not have access to because

15         they were deleted or archived so my question

16         stands.

17    BY MR. PALTZIK:

18         Q    When was the first time you met

19    Mr. Rosati?

20         A    The first time I recall meeting him is

21    when employees graduate and they -- we have

22    ceremonies.  I came in and meet them when they are

23    probationary employees, I met him, but the first

24    time I recall meeting him is when I sat down with

25    him in Babylon Yard to talk to him about stuff we

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

22

1                        M. Bendick

2       were finding online.

3             Q     When was that?

4             A     I don't remember the date, but I believe

5       it was in October.

6             Q     Would that have been October 2020?

7             A     That's correct.

8             Q     So what was the stuff that you were

9       finding online about him?

10            A     We were find him making videos while he

11      was working.

12            Q     What kind of videos?

13            A     He was talking about different things

14      about -- I remember him talking about God and

15      talking about wake up.  I don't remember the details

16      of the information because it really wasn't relevant

17      what he was saying.  What was relevant to us at the

18      time was he was working and making these videos.

19            Q     Some of these videos contained political

20      messages, correct?

21            A     That's correct, but at the time we didn't

22      know -- our concern was that he was making these

23      videos while working which is in violation of our

24      rules and the FRA rules.

25            Q     When you say the FRA what is that?

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

23

1                      M. Bendick

2          A     That's the Federal Railroad Authority --

3     Administration.  That's the governing body of the

4     Long Island Railroad.

5          Q     When you spoke to Mr. Rosati about this

6     situation, what, if anything, did you learn?

7          A     Nothing.  We sat down we him.  I tried to

8     have a gentlemen's conversation.  I said listen, you

9     have to stop making these videos, you can't have

10    videos while you're working online, you have to take

11    them down, you can't do this.  It had nothing to do

12    with whatever the message was.  Our concern was he

13    was making videos while he was working.  That was my

14    concern.

15         Q     What was Mr. Rosati's reaction?

16         A     I don't remember him being combative.  He

17    was pretty understanding at the time.

18         Q     Did he comply?

19         A     I did not continue to follow up with Mr.

20    Rosati.  The problem was later on we found the

21    videos were still online, still there.

22         Q     It was social media, right?

23         A     That's correct.

24         Q     This social media content in which you're

25    representing to me that Mr. Rosati was either on

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

                                                    24
                            M. Bendick
1
2       duty or in uniform if I'm saying that accurately.
3       You're nodding, yes?
4            A     On duty would be proper.
5            Q     This social media content, was Mr. Rosati
6       ever disciplined for this?
7            A     No.  I sat him down and I gave him a
8       verbal warning and that was that.  I was hoping to
9       move on from that point.
10           Q     Was the issue here that Mr. Rosati was
11      online on Railroad property, in Long Island Railroad
12      uniform or both?
13               MS. PASRICHA:  Objection.  You can answer.
14           A     The issue --
15               MR. PALTZIK:  Rephrase.
16           Q     In the social media and videos that you
17      saw and you talked to Mr. Rosati about in October of
18      2020, was he in Long Island Railroad uniform?
19           A     Yes, and he was making videos on a moving
20      train while he was working.
21           Q     Effectively, he was on Long Island
22      Railroad property?
23           A     As well on Long Island Railroad's time.
24           Q     Understood.  He was on the clock?
25           A     Yes.

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

25

                          M. Bendick

1

2      Q    What action was taken?  Was he given a

3  reprimand?  How was this ultimately resolved?

4      A    He was treated better than most people who

5  are caught being on a cellphone the first time.

6  Every person caught being on a cellphone that first

7  time is given a reprimand.  In this case he was sat

8  down and he was given a verbal caution to stop

9  making videos while he was working, stop making

10  videos in uniform and take the stuff down.

11      Q    Was he subject to further discipline or

12  was that the conclusion of this situation?

13      A    At that time that was the conclusion.

14      Q    Who, if anybody, did you talk to about

15  this issue with the impermissible videos?

16      A    The union, Ben.  I believe Ben was with us

17  at the time.

18      Q    Gallup?

19      A    Yes, that's pretty much it.  It wasn't

20  really an issue that I needed to bring attention to

21  my bosses or anything.

22      Q    Was Mr. Rosati ultimately disciplined for

23  this conduct in January of 2021?

24      A    Mr. Rosati was disciplined for conduct, he

25  was disciplined for subterfuge for calling in sick

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

26

                              M. Bendick

1

2      at work and being on News 12 and being at rallies.

3      He was disciplined for some content and he was

4      disciplined for other reasons as well.

5           Q    I'm talking just specifically about this

6      issue of videos in uniform.  The one that was

7      addressed in October of 2020.  Was Mr. Rosati

8      ultimately disciplined for that specific issue?

9           A    No.

10          Q    He was not?

11          A    No.

12          Q    That was not one of the subjects of the

13     January 2021 discipline?

14          A    I don't recall all the subjects.  We had a

15     lot of photos and videos and stuff.

16          Q    We will get to that.

17                         When was the next time you met

18     Mr. Rosati?

19          A    I don't recall.  I mean again at this

20     point I have almost 1,500 employees.  I don't spend

21     time focusing on one individual.  It wasn't like the

22     center of our world directed on Mr. Rosati.  I don't

23     remember the next time I came across him.

24          Q    Did you ever have an argument with him?

25          A    I don't recall having an argument with

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

27

                              M. Bendick

1

2      him.

3          Q    You met him on up to five occasions,

4      correct?

5          A    Correct.

6          Q    That's unusual.  You do not meet most

7      conductors five times, correct?

8          A    No, that's not correct.  I meet conductors

9      plenty of times.

10         Q    Were all your meetings with Mr. Rosati

11     related to discipline?

12         A    No.

13         Q    What were the nondisciplinary meetings?

14         A    I remember coming across him being on a

15     train getting to work or maybe taking a train ride

16     once or twice.

17         Q    Are you registered to vote?

18         A    Yes.

19         Q    Are you registered as a Democrat or a

20     Republican or unaffiliated?

21         A    I'm registered as a Republican.

22         Q    How long have you been registered as a

23     Republican?

24         A    Since I was in high school.

25         Q    Have you ever donated any money to any

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

28

M. Bendick

1

2       political campaigns?

3            A     Unfortunately, I have to pay my kids'

4       Catholic school tuition.  I can't afford to donate.

5            Q     Have you ever been appointed to any

6       position by any politician?

7            A     No.

8            Q     I'm going to show another exhibit.  I will

9       share my screen.

10                     Mr. Bendick, can you see my screen?

11           A     Yes.

12           Q     Please take your time.  I will scroll

13      slowly and you can me if you recognize the document.

14                     (Witness perusing document.)

15           A     Yes.

16           Q     Have you had enough time to determine

17      whether you recognize this?

18           A     That's correct.

19           Q     By the way this is Bendick 2.

20         (Bendick Exhibit 2, Marked for Identification.)

21                     What is this?

22           A     This is his trial notice.

23           Q     Did you -- Mr. Bendick, did you draft this

24      document or did you sign it?

25           A     No, I review it, I do not draft it.  It

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

29

                              M. Bendick

1

2    was drafted by Erin Sherrard's group and I did not

3    sign it.  I reviewed it and they sign it on behalf

4    of me.

5          Q    You approved it, you didn't let somebody

6    sign it without your approval, correct?

7          A    That's correct.

8          Q    This is called Notice of Trial and it's

9    dated, January 29, 2021, correct?

10         A    Correct.

11         Q    The contents of this document appear to be

12   accurate, correct?

13         A    Correct.

14         Q    Now this document says that multiple

15   disciplinary charges were brought against

16   Mr. Rosati, correct?

17         A    That's correct.

18         Q    Now one of these charges or specifications

19   was violation of MTA Respectful Workplace Policy,

20   correct?

21         A    That's correct.

22         Q    Can you please describe for me how

23   Mr. Rosati violated the MTA respectful workplace

24   policy?

25         A    At the time when we were investigating

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

30

1                          M. Bendick
2        some of the material he was posting online was
3        affiliated with some controversial topics.  Since we
4        have such a diverse workforce and diverse group of
5        customers, that's the reason why we considered some
6        of this material to be offensive.
7             Q    So I'm a little confused.  Was the
8        standard for discipline, was it controversy?  Why is
9        it relevant that it was controversial?
10            A    It was relevant because he was -- he was
11       being affiliated with groups that are considered to
12       be controversial and racist and white supremacists
13       and stuff like that.
14            Q    There is a lot here.  We will have to go
15       slowly.
16                 Mr. Rosati, he maintained a social
17       media page called Unfiltered Conservative, correct?
18            A    That's correct.
19            Q    Was that Facebook, Instagram, what was it?
20            A    I don't recall.  I don't remember if it
21       was Facebook or Instagram.
22            Q    His discipline was based on his
23       maintenance of a page called Unfiltered
24       Conservative, correct?
25            A    That's correct.

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

31

1                          M. Bendick

2        Q    Was his Unfiltered Conservative page the

3    primary reason that he was disciplined?

4        A    He was -- that was the main contributing

5    factor to it, absolutely.

6        Q    Just so you're quoted accurately here,

7    Mr. Rosati's Unfiltered Conservative page was the

8    main contributing factor towards his discipline,

9    correct?

10            MS. PASRICHA:  Objection.  You can answer.

11       A    I think what the main contributing factor

12   was when he was recognized as a Long Island Railroad

13   conductor through the media and how he did not put

14   the company in good light was the main reason why

15   Mr. Rosati was disciplined.

16       Q    What you're talking about not putting the

17   company in good light, that was based on the content

18   of his Unfiltered Conservative page, correct?

19       A    That was the content of his Unfiltered

20   Conservative and it was content that was being

21   shared by Twitter and other social media aspects.

22       Q    From the prospective of the Long Island

23   Railroad, his Unfiltered Conservative page put the

24   Long Island Railroad in a negative light, correct?

25       A    I would say when he was recognized on

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

32

1                          M. Bendick
2      Twitter for being in Washington the day of the riots
3      is what really was the bigger issue at the time and
4      all of this other stuff came to light when the media
5      started getting involved.
6            Q    Let's back up to make sure we are talking
7      about the same thing.  You talked about the riot.
8      Are you talking about the events of January 6, 2021,
9      at the United States Capital?
10           A    Yes.
11           Q    Okay.  Just for the sake on convenience,
12     Mr. Bendick, for the rest of this deposition can we
13     just refer to that as January 6?
14           A    Sure.
15           Q    Okay.  So Mr. Rosati's presence at
16     January 6th was a problem for the Long Island
17     Railroad?
18           A    It was not a problem for us until it was
19     pointed out on social media your conductor was here
20     on this day, what was he doing and stuff like that.
21           Q    Why did that become a problem that
22     Mr. Rosati was an January 6th?
23           A    Because a Long Island Railroad employee
24     was identified for being there and soon after that,
25     he was affiliated with his website and all of his

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

33

1                       M. Bendick

2      postings.

3           Q    Was being at January 6th in and of itself

4      a problem for the Long Island Railroad?

5           A    It was a problem because -- like I said,

6      once he was recognized in the media for being there,

7      it was a problem for the Long Island Railroad.

8           Q    Well was Mr. Rosati ever arrested in

9      connection with January 6th?

10          A    Not to my knowledge.

11          Q    He was never prosecuted in connection with

12     January 6th, correct?

13          A    Not to my knowledge.

14          Q    You are aware that presently there are

15     hundreds of criminal prosecutions in federal court

16     relating to January 6th, correct?

17          A    Not to my knowledge.

18          Q    Are you aware that some folks have been

19     arrested in connection with January 6, 2021?

20          A    Yes.

21          Q    Mr. Rosati was not one of them, correct?

22          A    I don't know.

23               MS. PASRICHA:  Objection.

24          Q    Well can you please describe for me what

25     the Long Island Railroad's specific problem was with

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

34

1                         M. Bendick

2    Mr. Rosati's presence at January 6th?

3         A    The problem was he was identified as being

4    there, he was identified as being someone who was

5    sharing social media posts and selling things that

6    were offensive to our workforce and potential

7    customers.

8         Q    How many people were on the Long Island

9    Railroad workforce at the time?

10        A    Thousands.

11        Q    How many customers of the Long Island

12   Railroad were there at the time?

13        A    Thousands.

14        Q    Did you expect all of these thousands of

15   people to agree with Mr. Rosati's content?

16        A    Didn't think about it.

17        Q    But is that the standard here?  In other

18   words, if somebody disagreed with Mr. Rosati's

19   content then he gets disciplined?

20        MS. PASRICHA:  Objection.  You can answer.

21        A    The standard here -- anybody who has

22   issues or issues in the news or identified as a Long

23   Island Railroad employee, if it's something that

24   goes against our policies, they would be disciplined

25   appropriately.

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

35

                              M. Bendick

1

2        Q    The problem here was Mr. Rosati's speech,

3    correct?

4              MS. PASRICHA:  Objection.

5        A    I don't understand your question.

6        Q    Well, Mr. Rosati went to the Capital on

7    January 6th, correct?

8        A    That's correct.

9        Q    He went to the Capital on January 6th to

10   protest the results of the 2020 Presidential

11   election, correct?

12       A    I don't know why he went there.

13       Q    Did he not go there to support at the time

14   President Donald Trump?

15             MS. PASRICHA:  Objection.

16       A    He didn't tell me why he was going there.

17       Q    He wasn't going there to support at the

18   time candidate Joe Biden, was he?

19       A    I'm not going to tell you.  I don't know

20   what he was going to do there.

21       Q    Did you learn what he did there?

22       A    I learned that he was there.

23       Q    You learned that Mr. Rosati -- you can't

24   have it both ways.  Either you knew what he did

25   there or you don't know what he did there.

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

36

                          M. Bendick

1

2          A    No, I know he was there.  I don't know

3    what he did there.

4          Q    As you sit here today on September 18,

5    2023, do you have any idea what Mr. Rosati did while

6    he was at the United States Capital on January 6,

7    2021?

8          A    No.

9          Q    If you have no idea what he did at January

10   6th, how could he have been disciplined for being at

11   the Capital on January 6, 2021?

12         A    Mr. Rosati was disciplined because of his

13   web -- his social media, his hand gestures, stuff

14   that the common person finds offensive.

15         Q    Was Mr. Rosati subject to disciplinary

16   charges prior to January 6, 2021?

17         A    Yes.

18         Q    What was he subject to discipline for?

19         A    He was disciplined for subterfuge when he

20   was calling off sick when he wasn't sick and if I

21   remember correctly he was AWOL as well.

22         Q    When was that resolved?

23         A    I don't know the dates.  I would have to

24   see his trial office.

25         Q    All the discipline about Mr. Rosati's

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

37

1                       M. Bendick

2       social media page, Unfiltered Conservative, that

3       came only after January 6, 2021, correct?

4            A     That's correct.

5            Q     That social media activity, that was

6       happening well before January 6, 2021, correct?

7            A     I know about the stuff he made at work.

8       We didn't continue to monitor him.  I assumed my

9       conversation with him sitting down with him asking

10      him to remove the stuff related to work and not

11      being identified as a Long Island Railroad making

12      videos was enough.  I have 1,500 employees.  I

13      didn't personally follow Mr. Rosati's websites.

14           Q     Nor would you be expected to.

15                       Mr. Rosati was only disciplined for

16      the content of his Unfiltered Conservative social

17      media page after January 6, 2021, correct?

18           A     That's correct.

19           Q     So the Long Island Railroad had a problem

20      with the content of Mr. Rosati's Unfiltered

21      Conservative social media page, correct?

22           A     That's correct.

23           Q     Okay.  Mr. Rosati was disciplined by the

24      Long Island Railroad because of the content of his

25      Unfiltered Conservative social media page, correct?

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

38

1                         M. Bendick

2        A    Based on this trial notice here, yes.  He

3    was disciplined previously for other things.  He was

4    AWOL, he was disciplined for subterfuge for being at

5    rallies when he was supposed to be at work when he

6    called off sick.  In this case what you're showing

7    me here this exhibit, that's what he was disciplined

8    for in this case.

9        Q    Right.  In other words the notice of

10   discipline -- excuse me.  Withdrawn.

11             The notice of trial and just so I'm

12   clear, my next question because I want to get a yes

13   or no answer with no qualification, this exhibit,

14   Bendick 2, Notice of Trial dated, January 29, 2021,

15   these charges contained in this notice, these are

16   the charges that ultimately led to Mr. Rosati's

17   termination from the Long Island Railroad, correct?

18       A    Correct.

19       Q    Conduct unbecoming of a Long Island

20   Railroad, violation of respectful workplace policy,

21   violation of social media policy, violation of Rule

22   801 in the Rules of the Operating Department,

23   correct?

24       A    Correct.

25       Q    So Mr. Rosati was terminated in

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

39

1                          M. Bendick

2     substantial part because of the content of his

3     Unfiltered Conservative social media page, correct?

4          A    Correct.

5          Q    A large part of the content that he was

6     disciplined for was an alleged white power hand

7     symbol, correct?

8          A    That's correct.

9          Q    Which we will come back to.

10               So it would be accurate to say that

11    Mr. Rosati was not disciplined for the content of

12    his Unfiltered Conservative social media page until

13    after January 6, 2021, correct?

14         A    I'm not going to say that's correct

15    because the material I saw earlier, I don't know

16    where it came from.  All I know it was social media.

17    I don't know -- he's had many different pages.  I

18    can't say that the original stuff that I sat down

19    and spoke to him about was Unfiltered Conservative.

20    I don't know what name he had at that time.

21         Q    But Mr. Rosati was not subject to the

22    penalty of termination until after January 6, 2021,

23    correct?

24         A    That's correct.

25         Q    This discipline proceeding, in other words

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

40

                              M. Bendick

1

2      the notice of trial that was served on Mr. Rosati on

3      January 6, 2021, these allegations were not lodged

4      against Mr. Rosati until after January 6, 2021,

5      correct?

6           A    I sat down with him in October and I spoke

7      to him about making videos so he was wasn't charged

8      for anything.

9           Q    There is a crucial distinction here.  As

10     per your testimony you testified earlier in this

11     deposition that in October of 2020 when you sat down

12     with Mr. Rosati, you testified that those

13     conversations were not about the content of his

14     social media pages, correct, it was not about the

15     content?

16          A    That's correct.

17          Q    Right.  The 2020, I don't know, may I call

18     that a warning -- I'll call it whatever you want,

19     conversation?

20          A    Warning is good.

21          Q    Mr. Bendick, in October of 2020, you gave

22     Mr. Rosati a disciplinary warning, correct?

23          A    That's correct.

24          Q    We agree that the disciplinary warning was

25     not content based, correct?

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

41

M. Bendick

1

2      A    That's correct.  I don't remember paying

3   attention to it.  It was only concern about the fact

4   he was making videos on our trains in uniform.

5      Q    We agree that that was the purpose of the

6   warning.  In fact, the October 2020 warning was

7   related only to the fact that the social media

8   content was being created on the clock, so to speak,

9   correct?

10     A    That's correct.  I talked to him about not

11  being in uniform and not putting the company in bad

12  light, he has to be careful what he said.  I did say

13  to him you have to be careful, be careful what you

14  post.  I treated him like a gentleman and told him

15  stop making these videos, stop doing it in uniform,

16  you don't want to represent the Railroad making

17  statements and stuff like that.  It was very

18  informal.

19     Q    Sure.  I have no doubt that that's

20  accurate there.  My question then becomes though by

21  your own testimony here that changed.  In other

22  words October 2020 not content based, but the

23  January 2021 discipline was content based, correct?

24     A    Yes.

25     Q    Okay.  So by the way moving forward for

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

42

                            M. Bendick

1
2      convenience of reference, I will refer to October as

3      the October 2020 discipline and I will refer to the

4      January discipline as the January 2021 discipline,

5      correct?

6           A    Good enough.

7           Q    So yes or no, the January 2021 was content

8      based?

9           A    Yes.

10          Q    Now prior to January 2021, Mr. Rosati had

11     maintained social media pages of which the Long

12     Island Railroad was aware, correct?

13          A    Correct.

14          Q    So his Unfiltered Conservative content was

15     known to the Long Island Railroad prior to the

16     January 2021 discipline, correct?

17          A    Like I said earlier, I don't know what he

18     originally -- when I originally spoke to him in

19     October, I don't remember what social media site we

20     got it from.  I know he has different social media

21     sites, I know he's changed it.  I don't want to say

22     yes, correct, I can't say that.  All I know is that

23     after October, we didn't continue to follow him, we

24     didn't continue to keep an eye on his social media

25     posts.  We considered it a closed issue at the time.

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

43

1                    M. Bendick

2        Q    His social media posts, to your knowledge,

3   prior to January 2021 discipline, his social media

4   posts were political in nature, correct?

5             MS. PASRICHA:  Objection.  You can answer

6        if you know.

7        A    Like I said, I don't know if they were

8   political.  I believe there was some stuff related

9   to the pandemic.  I wasn't following him too much.

10  Like I said we considered the case to be closed in

11  October, we hoped to move on and not have anymore

12  issues.

13       Q    Mr. Rosati violated the MTA respectful

14  workplace policy?

15       A    Correct.

16       Q    How did he do that?

17       A    Like I said earlier, we have a diverse

18  workforce and the stuff that he was posting and hand

19  signs and stuff like that is affiliated with racist,

20  white supremacists groups.

21       Q    We will come back to that.  Are you

22  familiar with a press conference that Patrick J.

23  Foye conducted in January 2021 at which he called

24  Mr. Rosati a jackass?

25       A    I'm familiar with it, but I believe as it

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

44

1                          M. Bendick

2        was going on we were sitting with Mr. Rosati doing

3        his statement of facts so I didn't watch it.

4             Q    While that press conference was going on

5        you were with Mr. Rosati?

6             A    Correct.

7             Q    Why?

8             A    We were doing the statement of facts.

9             Q    What is that?

10            A    That's where we ask questions where we do

11       an investigation.  We ask him questions about

12       various things related to this case.

13            Q    Why was the interview going on during

14       Mr. Foye's press conference?

15            A    I have nothing to do with the chairman.

16       He's many levels ahead of me.  I don't work with

17       him.  I don't even know him.

18            Q    Was that just a coincidence that those two

19       events were going on at the same time?

20            A    Absolutely.

21            Q    Do we agree that Patrick J. Foye called

22       Mr. Rosati a jackass in a public press conference?

23            A    I heard that he did, yes.

24            Q    Was Mr. Foye's name calling of Mr. Rosati

25       calling him a jackass, was that consistent with the

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

45

1                       M. Bendick

2      MTA respectful workplace policy?

3           A    I don't know.

4           Q    Jackass is an insult, correct?

5           A    Sure.

6           Q    So Mr. Foye insulted Mr. Rosati in a

7      public press conference, correct?

8           A    That's correct.

9           Q    That insult came while Mr. Rosati was

10     still under investigation for discipline, correct?

11          A    That's correct.

12          Q    That insult came before any determination

13     had been made against Mr. Rosati, correct?

14          A    Repeat it.

15          Q    That insult, jackass, that came before any

16     determination had been made against Mr. Rosati in

17     terms of his discipline, correct?

18          A    That's correct.  We didn't even have a

19     trial yet.

20          Q    Was that respectful for Mr. Foye to call

21     Mr. Rosati a jackass in public?

22          A    I don't think it's respectful if anybody

23     calls anybody a jackass.

24          Q    In fact it was disrespectful, wasn't it?

25               MS. PASRICHA:  Objection.

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

46

1                          M. Bendick

2        A    I guess if somebody called me a jackass, I

3   would find it to be disrespectful.

4        Q    Mr. Foye violated the MTA Respectful

5   Workplace Policy, didn't he?

6             MS. PASRICHA:  Objection.

7        A    I don't know.  I don't know.  I don't

8   know -- I don't know what he's -- he's the chairman.

9   Maybe he has different policies that he needs to

10  follow.  I don't know.

11       Q    So maybe Mr. Foye is above the law, so to

12  speak?

13            MS. PASRICHA:  Objection.

14       A    No.

15       Q    The MTA Respectful Workplace Policy would

16  have applied to Mr. Foye, correct?

17       A    I imagine.  He's an MTA employee.

18       Q    There is not a different set of rules for

19  him.  He has to treat people respectfully too,

20  right?

21       A    I would say so.

22       Q    On the occasion when he called Mr. Rosati

23  a jackass, he failed to act in accordance with the

24  Respectful Workplace Policy, correct?

25            MS. PASRICHA:  Objection.

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

47

M. Bendick

1

2          A    Again, I'm not responsible for the

3     disciplining of senior MTA executives.  I don't want

4     to weigh in on it.

5               MS. PASRICHA:  Can we take a quick

6          bathroom break?

7               MR. PALTZIK:  Absolutely, sure.  When do

8          you want to come back?

9               MS. PASRICHA:  Ten minutes.

10              MR. PALTZIK:  Thank you.

11          (Whereupon, a short recess was taken.)

12              MS. PASRICHA:  We have produced that image

13         before in October 2022.  We reproduced it again

14         in our June production and we also produced it

15         most recently in the September production in

16         the native form.  I will tell you the Bates

17         numbers if it's easier for you to find.

18              MR. PALTZIK:  I don't know.  Which exhibit

19         are we talking about?

20              MS. PASRICHA:  This is about Bendick 1.

21         That email and you were talking about the image

22         that you couldn't find the image attachment

23         for.

24              MR. PALTZIK:  You're saying it was

25         produced?

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

48

1                    M. Bendick

2          MS. PASRICHA:  Yes.  It was produced as

3      Rosati LIRR 987 and I believe that Bendick 1

4      was Rosati LIRR 986.  I believe that Bendick 1

5      is Rosati LIRR 0986 and the attachment should

6      be Rosati LIRR 987.

7          MR. PALTZIK:  Thank you.

8          MS. PASRICHA:  You're welcome.

9          MR. PALTZIK:  I'm texting that to my law

10     clerk.  I do intend to ask followup questions.

11     I would say if you have it handy and you want

12     to give it to me that's fine.  Otherwise, I'm

13     going to have my law clerk find it.

14         MS. PASRICHA:  I don't have my computer

15     now.  It was also produced in our latest

16     production again.  All the emails should be

17     produced in native format.  He should be able

18     to open the attachment.

19  BY MR. PALTZIK:

20     Q    Mr. Bendick, how did the January 2021

21  discipline come about?  In other words were there

22  complaints made?

23     A    It came to us -- people were talking about

24  it on Twitter.  It came to the attention of the

25  company on Twitter that someone was saying something

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

49

                           M. Bendick

1

2      about how Long Island Railroad -- I don't do

3      Twitter.  They tagged Long Island Railroad on

4      Twitter saying Long Island Railroad, where was your

5      conductor Steven Rosati on January 6, 2021.  The

6      Long Island Railroad started to investigate what was

7      going on and what happened.

8           Q    I don't do Twitter either.  There were

9      also anonymous complaints, correct?

10          A    That was an anonymous one, the Twitter

11     one.

12          Q    There were anonymous complaints made in a

13     variety of ways, correct?

14          A    Correct.

15          Q    There was Twitter?

16          A    That's correct.

17          Q    There was emails, correct?

18          A    I don't remember emails.

19          Q    Calls?

20          A    I didn't receive any calls.

21          Q    But there were a number of anonymous

22     complaints about Mr. Rosati after January 6, 2021?

23          A    The majority of that I recognize and

24     remember was all due to social media.

25          Q    Do you know how many complaints were made

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

50

M. Bendick

1
2     against Mr. Rosati after January 6, 2021?

3          A     Complaints by whom?

4          Q     That's what I'm saying.  Members of the

5     public, LIRR employees, customers.  I'm trying to

6     determine -- basically, I want to know how many of

7     these complaints there were and who made them?

8          A     I don't have access to customer

9     complaints.  I don't get customer complaints so I

10    don't know.

11         Q     What about complaints by Long Island

12    Railroad employees?

13         A     I don't remember receiving any Long Island

14    Railroad employee complaints.  They can go to

15    diversity or other places.

16         Q     In fact there were complaints made to

17    diversity, correct?

18         A     I don't know.

19         Q     Somebody complained about Mr. Rosati after

20    January 6, correct?

21         A     Again I remember the driving force was

22    being the stuff that was put on social media, him

23    being identified as a Long Island Railroad conductor

24    on January 20th, and that kind of just opened up the

25    door to all his social media sites and the

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

51

1                      M. Bendick

2       information he was posting.

3            Q    You talked about January 20th just now.

4       Did you mean January 6th?

5            A    Sixth, I'm sorry.

6            Q    Why were these complaints a basis for

7       discipline?

8            A    Again, once he was recognized as a Long

9       Island Railroad employee and people, whether the

10      employees, there was a lot of chatter, I can't

11      pinpoint the specific names or how many people

12      started talking, the media got ahold of it, senior

13      management was made aware of it and some of his

14      content become known.  He was affiliated with the

15      Long Island Railroad and that's what the problem

16      became.  It became when he was affiliated with the

17      Long Island Railroad.  Again as I previously stated

18      that some of the content that he had on his various

19      social media sites is considered to be offensive and

20      racist.

21           Q    Okay.  Which content on Mr. Rosati's

22      Unfiltered Conservative social media page was

23      considered by the Long Island Railroad to be

24      offensive and racist?

25                MS. PASRICHA:  Objection.  You can answer

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

52

                              M. Bendick

1

2          if you understand.

3          A     I remember the hand sign.  I guess it's an

4     A-OK hand sign.

5          Q     The Long Island Railroad considered the

6     hand symbol to be a white supremacist hand symbol?

7          A     I think the Long Island Railroad

8     considered the fact that your average person

9     recognizes that as a racist symbol these days.

10         Q     Oh really.  Okay, we will talk about that.

11    What else were people complaining about?

12         A     They were complaining about the fact he

13    was selling stuff without getting permission to have

14    outside employment, complaining about some of the

15    stuff he was posting about harassing people at

16    medical facilities getting vaccines with his

17    bullhorn, and harassing people on Sunrise Highway

18    because of Joe Biden stickers that they had on their

19    car and overall his behavior was someone that was

20    not representing a Long Island Railroad employee

21    well.

22         Q     The alleged white power hand symbol was a

23    substantial motivating factor behind the discipline

24    against Mr. Rosati, correct?

25         A     I would say one of the motivating factors.

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

53

1                        M. Bendick

2        Q    In your opinion did Mr. Rosati make a

3    white supremacist hand gesture on social media?

4        A    I'm not an expert on white supremacist

5    hand signs, but at the time when we did research, we

6    did learn that it was considered to be -- it could

7    be considered an offensive white supremacist hand

8    sign.

9        Q    How were you qualified to make that

10   determination if you, by your own admission, are not

11   an expert?

12       A    Just basically searched online.

13       Q    Okay.  Are you familiar with an individual

14   named Kelly Coughlin?

15       A    She was Trump's -- she worked for Trump.

16   She was Trump's press secretary or something.

17            MR. PALTZIK:  Excuse me, off the record.

18   (Whereupon, an off-the-record discussion was held.)

19   BY MR. PALTZIK:

20       Q    Mr. Bendick, if I told you that a Long

21   Island Railroad representative stated in a

22   deposition that the finding that Mr. Rosati had made

23   a white supremacist hand gesture was based on your

24   research, would you believe that to be true?

25       A    No, it was collective.  We worked with

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

54

                              M. Bendick

1

2      labor relations to do research.  I worked with Ben,

3      myself and Erin Sherrard.

4           Q    So you conducted research on the supposed

5      white supremacist hand gesture?

6           A    That's correct.

7           Q    What possible qualifications did you have

8      to conduct research about a white supremacist hand

9      gesture?

10               MS. PASRICHA:  Objection.

11          A    Just doing basic searches online.

12          Q    Just so I understand, you concluded that

13     Mr. Rosati had made a white supremacist hand gesture

14     based on online searches that you conducted?

15          A    Again, the problem with what we took

16     exception to is that people take that hand gesture

17     as a racist one, that's what our problem was.  It

18     appeared to be a racist hand sign one that's

19     affiliated with a racist white supremacy behavior.

20          Q    Right, but what qualifications do you

21     possess to make that determination?

22          A    Just basic ability to be able to do

23     research online.

24          Q    I have the ability to conduct research

25     online, don't I?

55

|   | M. Bendick |
|---|---|
| 1 |  |
| 2 | MS. PASRICHA:  Objection. |
| 3 | A   I don't know what your qualifications are. |
| 4 | Q   Anybody of basic intelligence can conduct |
| 5 | research online, correct, using Google? |
| 6 | MS. PASRICHA:  Objection.  You can answer. |
| 7 | A   Sure. |
| 8 | Q   Did you possess any special qualifications |
| 9 | to conduct this sort of research? |
| 10 | A   As I testified earlier when you asked me |
| 11 | about my degrees, I have no level of education in |
| 12 | terms of any type of studies related to white |
| 13 | supremacy or anything like that. |
| 14 | Q   Did anybody with the Long Island Railroad |
| 15 | conduct this research with you? |
| 16 | A   I worked with Erin Sherrard and Benjamin |
| 17 | Gallup.  We worked together to come up with the |
| 18 | material for his case. |
| 19 | Q   What websites did you visit in conducting |
| 20 | this research? |
| 21 | A   I don't remember. |
| 22 | Q   Can you name a single website that you |
| 23 | visited during the course of conducting research |
| 24 | about the alleged white supremacist hand gesture? |
| 25 | A   Just Google. |

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

56

1                         M. Bendick

2          Q    How many hours did you spend conducting

3     this research about the alleged white supremacist

4     hand gesture?

5          A    I don't recall.

6          Q    Do you recall dates on which you conducted

7     this research?

8          A    No.

9          Q    Did you ever present your research

10    findings to anybody?

11         A    I believe yes, I probably shared something

12    with labor relations when we were preparing for his

13    trial.

14         Q    Who did you share it with?

15         A    Erin Sherrard.

16         Q    Did you ever share your research findings

17    with an individual named Jeffrey Stevens?

18         A    No.

19         Q    Did you ever share your research findings

20    with any hearing officer or disciplinary authority

21    in Mr. Rosati's disciplinary process?

22         A    Well, Erin Sherrard was the trial officer.

23         Q    Right.

24         A    So her -- I guess she would be a hearing

25    official.  So her as I stated.

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

57

1                        M. Bendick

2         Q    You presented your research findings about

3    white supremacy to Erin Sherrard during a hearing?

4         A    No.  Before the hearing when we were

5    preparing for his statement of facts and his trial.

6         Q    Erin Sherrard was the hearing officer?

7         A    That's correct.

8         Q    Did you testify during the hearing?

9         A    I testified during the trial.

10        Q    During the trial?

11        A    Yes.

12        Q    You testified before Erin Sherrard,

13    correct?

14        A    I testified as a witness, correct.

15        Q    You testified as a witness for the Long

16    Island Railroad before Erin Sherrard as the hearing

17    officer, correct?

18        A    That's correct.

19        Q    Erin Sherrard also works for the Long

20    Island Railroad, correct?

21        A    Not currently.

22        Q    At the time?

23        A    Correct.

24        Q    At the time of Mr. Rosati's disciplinary

25    process, Erin Sherrard did work for the Long Island

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

58

M. Bendick

1

2      Railroad, correct?

3          A      That's correct.

4          Q      At that time what was Erin Sherrard's

5      title with the Long Island Railroad?

6          A      Trial officer, I believe.

7          Q      What was her title with the Long Island

8      Railroad?

9          A      I believe she was a trial officer.  She

10     may have had a different title, but I knew her as

11     the trial officer.  She worked for labor relations.

12     It's a separate department from our department and

13     they handle the discipline.

14         Q      Let me get this straight, you spoke to

15     Erin -- you prepared with Erin Sherrard for the

16     hearing at which she was the hearing officer?

17         A      Yes.  I worked with Erin Sherrard to

18     present her evidence and worked with her to prepare

19     for the trial, she's the hearing officer.  She

20     doesn't make the decision on the ultimate

21     discipline.

22         Q      I understand.  As a witness -- as a

23     witness during Mr. Rosati's trial, did you testify

24     about the alleged white supremacist hand gesture?

25         A      I don't remember.  It's been a while.

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

59

1                        M. Bendick

2        Q    Well, you did the research, correct?

3        A    Correct.

4        Q    You provided the research to Erin

5   Sherrard, correct?

6        A    Correct.

7        Q    You testified about it, correct?

8        A    I don't remember whether I was questioned

9   by the union or by Erin.  It's been a couple of

10  years.  I don't want to say yes or no.  I don't

11  remember whether it came up in the trial or not

12  about being questioned.  I may have been questioned

13  about it, I don't know.

14       Q    Would it surprise you to know that another

15  witness for the Long Island Railroad testified in a

16  deposition that you did indeed testify about the

17  white supremacist hand gesture during the trial?

18       A    No.  It wouldn't surprise me nor am I

19  denying that I did.  I don't remember being asked.

20  I don't remember the full details of the trial.

21       Q    I'm not asking you for the details.  I'm

22  asking you yes or no, did you testify about the

23  alleged white supremacist hand gesture at

24  Mr. Rosati's trial?

25            MS. PASRICHA:  Objection.  You can answer.

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

60

M. Bendick

1

2    A    Yes, I guess.  I mean I don't remember

3    every question that was asked of me.  If somebody

4    said I did then...

5    Q    Were you called as an expert witness at

6    Mr. Rosati's trial?

7    A    I was called as a witness that represents

8    the company.  I was not called as an expert witness.

9    Q    Because you had no expertise whatsoever

10   about the subject, correct?

11   A    No.  Nobody is calling it as an expert

12   witness of anything.  We don't bring special

13   witnesses or experts.

14   Q    In your opinion did Mr. Rosati make a

15   white supremacist hand gesture on his social media

16   page?

17   A    Based on the research we did it appears

18   that he did.

19   Q    Did Mr. Rosati ever tell you that he

20   intended it to be a white supremacist hand gesture?

21   A    No.

22   Q    Did you ever have a conversation with

23   Mr. Rosati about the alleged white supremacist hand

24   gesture?

25   A    The day we had his statement of facts we

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

61

1                        M. Bendick

2      spoke several times throughout that day.  I don't

3      remember what we spoke about.

4           Q    How do you know what Mr. Rosati's state of

5      mind was when he made that gesture?

6           A    I don't.

7           Q    You have no idea what he was thinking,

8      correct?

9           A    No.

10          Q    All right.  I will show you another

11     exhibit.  We will do a screen share.

12        (Bendick Exhibit 3, Marked for Identification.)

13                    Okay, Mr. Bendick, I'm showing you

14     what has been marked as Bendick 3.  Do you need a

15     moment to look at this or do you have a good idea of

16     what that is?

17          A    No.  I have a good idea.

18          Q    Can we agree that Exhibit 3 -- Bendick 3

19     is a series of photographs of famous individuals

20     making the okay hand gesture, correct?

21          A    Sure.

22          Q    Let's look at the first array of photos.

23     Do you see the photo of Ronald Reagan?

24          A    Yes.

25          Q    Okay.  What is Ronald Reagan doing in that

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

62

1                    M. Bendick

2       photograph?

3            A     Smiling.

4            Q     What is he doing with his hand?

5            A     Giving the okay sign.

6            Q     We agree that Ronald Reagan was giving the

7       okay sign in that photo?

8            A     I don't know the content that's related

9       to -- I don't know the story behind whatever he did

10      there, but it looks like he's giving an A-OK.

11           Q     Just to make things easier because this is

12      not a visual medium, this is going to be a

13      transcript.  Just for the record I'm going to say we

14      are talking about the okay hand gesture which the

15      defendants allege was used by Mr. Rosati as a white

16      supremacist hand gesture.  I'm going to represent

17      for the record that the gesture that I'm talking

18      about to Mr. Bendick right now involves placing the

19      tip of the thumb together with the tip of the

20      pointer finger forming almost like a circle and the

21      remaining fingers; the pinky, ring and middle

22      fingers would be standing straight up.

23                 Do you agree with me, Mr. Bendick,

24      that that's the hand gesture we are talking about?

25           A     Yes.

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

63

1                    M. Bendick

2        Q    Okay.  I'm going to refer to that as the

3    okay hand gesture for the purposes of this

4    deposition, okay?

5        A    Okay.

6        Q    In the photograph of Ronald Reagan was

7    Ronald Reagan making a white supremacist hand

8    gesture?

9        A    I don't know because I don't know the

10   genesis of when that became affiliated with white

11   supremacy so maybe at the time when Ronald Reagan

12   gave that hand gesture, it wasn't affiliated with

13   white supremacy groups.

14       Q    To your knowledge was Ronald Reagan a

15   white supremacist?

16       A    No, I don't know.  I don't know him.

17       Q    You don't know President Ronald Reagan?

18       A    No, unfortunately I don't.

19       Q    You never heard of him?

20       A    I don't know him.  I know who he is.  I

21   don't know him.  I don't know if he was a white

22   supremacist.

23       Q    Are you aware of the fact that Ronald

24   Reagan served eight years in the White House?

25       A    Yes.

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

64

M. Bendick

1

2     Q     He was not -- he did not earn eight years

3     in the White House by being a white supremacist,

4     correct?

5           MS. PASRICHA:  Objection.

6     A     I don't know.

7     Q     You don't know whether Ronald Reagan was a

8     white supremacist or not?

9     A     I don't know Ronald Reagan.  I don't know

10    what he believed.  I don't know.  He doesn't appear

11    to be, he didn't appear to be.  I don't know.  I

12    can't speak for what he is, I don't know him.

13    Q     Let's talk about Barack Obama.  Do you see

14    the next photo?

15    A     Yes.

16    Q     What is Barack Obama doing in that photo?

17    A     Similar symbol as the previous one.

18    Q     To your knowledge is Barack Obama a white

19    supremacist?

20    A     Not to my knowledge.  I don't know.  I

21    doubt it, but I don't know Barack Obama.

22    Q     Right, but Barack Obama was the President

23    of the United States for eight years, correct?

24    A     Correct.

25    Q     In the photograph that you're looking at

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

65

1                    M. Bendick

2    was he making a white supremacist hand gesture?

3        A    He's giving a similar symbol.  I don't

4    know what the premise behind his hand gesture there.

5    I don't know what he was saying.  I don't know what

6    he was talking about.  I don't know anything about

7    the picture.

8        Q    It's highly unlikely that Barack Obama was

9    giving a white supremacist hand gesture; isn't that

10   true?

11       A    I don't know what year this picture was

12   taken.  Was the okay symbol affiliated with white

13   supremacy the year this picture was taken, I don't

14   know.

15       Q    You can't answer that question yes or no,

16   was Barack Obama giving a white supremacist hand

17   gesture?

18            MS. PASRICHA:  Objection.

19       Q    We are getting into the sublime here.  Was

20   he giving a white supremacist hand gesture or not?

21       A    He's giving an okay symbol.  It seems to

22   be an A-OK.

23       Q    The next photograph is of Paul McCartney,

24   correct?

25       A    Correct.

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

66

                          M. Bendick

1

2        Q    What is Paul McCartney doing in the

3   photograph?

4        A    He appears to be giving the same symbol

5   that you showed me of Ronald Reagan and Barack

6   Obama.  I don't know the premise behind what his

7   hand symbol is.

8        Q    Why is it that you don't know what the

9   premise is?

10       A    I don't know Paul McCartney.  I don't know

11  if he's a white supremacist.  He may be one, I don't

12  know.

13       Q    Also, you don't know what Paul McCartney

14  was thinking at the time, correct?

15       A    No.  I don't know anything about that

16  picture.  It appears to be A-OK.

17       Q    Do you think that Paul McCartney became

18  one of the most beloved and successful musicians on

19  the planet by being a white supremacist?

20            MS. PASRICHA:  Objection.

21       A    I don't know.

22       Q    You see the larger photo of Barack Obama?

23       A    Yes.

24       Q    What is Barack Obama doing in this

25  photograph?

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

67

1                       M. Bendick
2        A    He's giving the same symbol that you
3    showed me in the previous pictures.
4        Q    Was this an okay hand gesture or a white
5    supremacist gesture?
6        A    I don't know.
7        Q    Because again you don't know what he was
8    thinking at the time?
9        A    I don't know what he was thinking.  I know
10   he was president.  I don't know what his beliefs
11   are.
12       Q    The caption under that photograph says
13   that he's giving an okay gesture, correct?
14       A    Yes.
15       Q    He has his thumb and his pointer finger
16   touching to form a square or a circle and then the
17   remaining three fingers are pointed straight up,
18   right?
19       A    Correct.
20       Q    There is a photograph of Joe Biden giving
21   the okay hand gesture, correct?
22       A    Yes.
23       Q    Do you know whether Joe Biden was giving
24   an okay hand gesture or a white supremacist hand
25   gesture?

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

68

1                      M. Bendick

2        A     I don't know.

3        Q     Because again you don't know what he was

4    thinking at the time, right?

5        A     That's correct.

6        Q     It's unlikely it was a white supremacist

7    hand gesture, correct?

8        A     I won't speculate.  I don't know Joe

9    Biden.

10       Q     You know who he is?

11       A     I know who he is.

12       Q     Do you see the final photograph in this

13   exhibit is Steven Rosati?

14       A     Yes.

15       Q     What is Steven Rosati doing in this

16   photograph?

17       A     He's giving a similar hand gesture as the

18   previous pictures.

19       Q     Can we agree that Mr. Rosati's hand

20   gesture appears visually identical to all the other

21   okay hand gestures of these other famous people?

22       A     I would say very similar.  I wouldn't say

23   identical but very similar.

24       Q     When you say very similar and not

25   identical what is different?

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

69

1                       M. Bendick

2        A    Because his hands are not -- people have

3   different fingers.  They are pointed in different

4   directions.  They have different shapes.  It's not

5   identical.

6        Q    Let's do it like this.  Every single photo

7   in this exhibit including Mr. Rosati has the thumb

8   touching the pointer finger, correct?

9        A    Correct.

10       Q    And that forms either a square or a

11  circle, correct?

12       A    Correct.

13       Q    Every single photograph in this exhibit

14  has the remaining three fingers pointing straight up

15  or close to it, correct?

16       A    Correct.

17       Q    The photo of Mr. Rosati's hand gesture is

18  substantially similar to the other hand gestures,

19  correct?

20       A    I would say similar.

21       Q    Very similar, correct?

22       A    Similar.

23       Q    What's about it is different?

24       A    Like I said, it's different shapes and

25  things are all the way up, it's similar.  Not the

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

70

                              M. Bendick

1

2       same, it's similar.

3            Q     All of the individuals in this exhibit

4       including Mr. Rosati appear to be making what is

5       visually identified as the okay hand gesture,

6       correct?

7            A     That's correct.

8            Q     It's your contention that Mr. Rosati is

9       the only one who was intending this to convey white

10      power?

11           A     Mr. Rosati is the only person who was

12      employed by us and Mr. Rosati was the only person we

13      were investigating.

14           Q     How are those two points relevant to

15      determining whether his hand gesture was meant to

16      signify white power?

17           A     Repeat the question.

18           Q     So you said that Mr. Rosati was the only

19      person in this photo array that was under

20      investigation by the Long Island Railroad.  How is

21      that relevant to determine what message he was

22      sending?

23           A     It was also the groups that he was

24      affiliated with, the Proud Boys.  That also made us

25      affiliate this hand sign with one of the gestures of

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

71

1                        M. Bendick

2       a racist gesture and the stuff he was saying on his

3       social media web pages.

4            Q    Okay.  So how do you know he was

5       affiliated with the Proud Boys?

6            A    Because he made reference to them on his

7       social media page.

8            Q    Was he member of the Proud Boys?

9            A    I don't know what his status with the

10      Proud Boys was.

11           Q    To your knowledge was Steven Rosati a

12      member of any white supremacist organization?

13           A    Not to my knowledge.

14           Q    To your knowledge was Steven Rosati a

15      member of any white power organization?

16           A    Not to my knowledge.

17           Q    To your knowledge was Steven Rosati a

18      member of any neoNazi organization?

19           A    Not to my knowledge.

20           Q    To your knowledge was Steven Rosati a

21      member of any group advocating the overthrow of the

22      United States Government?

23           A    Not to my knowledge.

24           Q    So he had no memberships and he didn't

25      tell you that this was as white supremacist hand

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

72

                          M. Bendick

1

2       gesture.  How did you know it was a white

3       supremacist hand gesture?

4             A    Because some of the stuff he was

5       recognized and affiliated with groups on the social

6       media pages that recognizes as white supremacy hand

7       signals.

8             Q    Can you please be specific?  What content

9       on the social media pages led you to believe that

10      this was a white supremacist hand gesture?

11            A    Mostly the Proud Boys if I remember

12      correctly.

13            Q    What Proud Boys?  Please cite the specific

14      examples.  What Proud Boys?  What are you talking

15      about?

16            A    I don't have specific examples.  It's been

17      a couple of years, but at the time we considered

18      this photo to be offensive and we recognized that

19      it's affiliated with racist hand signs and again we

20      felt it put the company in bad light and that's the

21      reason why we went forward with discipline.

22            Q    Let's look at the photos.  Is Mr. Rosati

23      wearing a hat?

24            A    Yes.

25            Q    What is the hat?

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

73

1                          M. Bendick

2          A     I don't know.

3          Q     It's a green hat, right?

4          A     It's a camouflage hat.

5          Q     It's a camo hat with a blurred logo,

6     correct?

7          A     Right.

8          Q     Anything about that hat lead you to

9     believe that Mr. Rosati was a white supremacist?

10          A     No.

11          Q     Mr. Rosati appears to be wearing a shirt

12     or a sweater, correct?

13          A     I don't know what he's wearing.  It's all

14     black.

15          Q     He's wearing some kind of black shirt,

16     right?

17          A     He's wearing something black.  I don't

18     know.

19          Q     Are there any logos or anything on that

20     shirt?

21          A     Not that I can see from this picture.

22          Q     Anything about that shirt lead you to

23     believe that Mr. Rosati was a white supremacist?

24          A     I don't see anything right now that leads

25     me to believe that he's a white supremacist based on

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

74

                          M. Bendick

1

2       that shirt.

3            Q    Anything about Mr. Rosati's face lead you

4       to believe he's a white supremacist?

5            A    No.

6            Q    Anything about the social media post

7       itself that leads you to believe that Mr. Rosati is

8       a white supremacist?

9            A    I don't remember what verbiage went along

10      with this post.

11           Q    Okay.  Were you aware of what Mr. Rosati's

12      ethnicity is?

13           A    Am I aware of his ethnicity?

14           Q    Were you aware of what his ethnicity was

15      at the time of the discipline?

16           A    Sure.  I don't know all -- I know he's a

17      white male.

18           Q    Do you know what his national origin was?

19           A    No.

20           Q    Did you bother to ask him or to determine

21      that?

22           A    No.  That's not an appropriate question

23      for me to ask.

24           Q    It seems like an appropriate question if

25      you're accusing the man of being a white

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

75

1                    M. Bendick

2       supremacist, no?

3                    MS. PASRICHA:  Objection.

4            A     No.  It's not an appropriate question for

5       me to ask.  It doesn't matter what he is.

6            Q     Was it appropriate for you to determine

7       that he was a white supremacist without any

8       evidence?

9            A     I didn't determine he was a white

10      supremacist.  We showed proof that he's affiliated,

11      he recognizes people of white supremacist behavior

12      and actions.  I never said he was a white

13      supremacist.  He was affiliated with groups in the

14      public.  He put the Long Island Railroad MTA in a

15      bad light.  Some of his posts and some of the people

16      he's affiliated with.

17           Q     What proof do you have?  You said he was a

18      not a member of any white supremacist groups.

19      Please name one shred of proof that you have that he

20      was a member of a white supremacist organization?

21           A     I never said he was a member.  I said not

22      to my knowledge.

23           Q     What was your proof?  What specific proof

24      did you have that his state of mind was to convey a

25      white supremacist hand gesture?

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

76

M. Bendick

1

2      A    His posts, the stuff that he was saying,
3    the stuff he was affiliated with, the groups he was
4    talking about, the t-shirts he was selling.  It's
5    stuff that we affiliated with a racist white
6    supremacy group.  It went against our policies, our
7    social media policies, it went against all our
8    policies.  He did not represent the Long Island
9    Railroad in good light.
10      Q    What t-shirts was he selling?
11      A    He was selling t-shirts from Clash
12    Brothers United.
13      Q    What is Clash Brothers United?
14      A    Clash Brothers United is his company, I
15    believe.
16      Q    What's racist about that?
17      A    I don't know.  The problem with the Clash
18    Brothers United t-shirts, he was selling them
19    without getting approval.  He needs to have approval
20    to work another job.
21      Q    But that wasn't my question, that's a
22    separate issue.  You testified that you had proof
23    that Mr. Rosati was a white supremacist, correct?
24      A    I don't remember what I testified.
25      Q    Yes or no, did you have proof that

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

77

M. Bendick

1

2      Mr. Rosati was a white supremacist?

3          A    I have proof that some of his posts and

4      his hand gestures are affiliated with white

5      supremacists.  I never said Mr. Rosati is a white

6      supremacist.

7          Q    Yes or no, did you have any proof that

8      Mr. Rosati was a white supremacist?

9              MS. PASRICHA:  Objection.

10         A    I have proof that Mr. Rosati was

11     affiliated with white supremacists groups, his

12     behavior and actions.  Whether he belonged to one I

13     don't know.

14         Q    You had no proof that he was a white

15     supremacist, correct?

16         A    I had no proof that he holds any

17     membership to any white supremacist groups.

18         Q    My question now is different.  Yes or no,

19     did you have any proof that Mr. Rosati was a white

20     supremacist?

21         A    No.

22         Q    Yes or no, did you have any proof that

23     Mr. Rosati intended to convey a white power message

24     in this photograph?

25         A    I don't know what he was trying to convey

78

M. Bendick

1

2       here.

3            Q     Wait a second, you don't know what he was

4       trying to convey?

5            A     I don't know what he was trying to convey.

6       All I can say is that particular hand signal is

7       affiliated with white supremacist racial groups.

8            Q     You admit that you have no idea what he

9       was trying to convey?

10               MS. PASRICHA:  Objection.

11           A     I don't know what he was saying.  I don't

12      know what he was doing here.  I know that his posts,

13      his comments, his hand signs, all are affiliated

14      with white supremacy groups.

15           Q     What posts were affiliated with white

16      supremacy groups?

17           A     I don't remember specifically.

18           Q     Name a single post, please?

19               MS. PASRICHA:  Objection.

20           A     I don't remember the posts.  It's been

21      years.

22           Q     Well, Mr. Rosati was terminated because of

23      this so I have the right to ask about this.  Please

24      describe for me any and all social media posts that

25      were used to determine that Mr. Rosati was a white

Case 1:21-cv-08594-MMG-SN   Document 100-14   Filed 05/01/24   Page 81 of 163

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

79

1                         M. Bendick

2    supremacist?

3         A    Mr. Rosati was not terminated because he

4    was a white supremacist.  Mr. Rosati was terminated

5    because he put the company in bad light and was

6    affiliated with groups that one would say are white

7    supremacists.  His behavior -- harassing people at

8    doctors' offices, running around with bullhorns.

9    These are things that -- he put the company in bad

10   light.  These are the reasons why he was terminated.

11        Q    Oh really.  Then how come none of these

12   things were issues for the Long Island Railroad

13   until after January 6, 2021?

14             MS. PASRICHA:  Objection to form.  You can

15             answer.

16        A    These issues became -- this became an

17   issue to the Long Island Railroad because he was

18   identified as a Long Island Railroad employee in the

19   media and it put the company in bad light.  His

20   behavior put the company in bad light.

21        Q    Being identified in the media is a basis

22   for termination?

23        A    Being identified in the media negatively

24   is a basis for discipline.

25        Q    He was identified in the media in a

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

80

M. Bendick

1

2     negative way for doing what; for attending the

3     protest on January 6th?

4          A     That was one.  His social media websites,

5     his harassment of people going to doctors' offices,

6     it was a bunch of it.  We didn't continue to

7     investigate him, we left him alone until

8     January 20th when someone identified him through

9     social media and tagged the Long Island Railroad.

10    We had no choice but to begin looking at everything

11    again.

12         Q     What exactly was the problem with his

13    attendance at January 6th?

14         A     He was not charged for being -- he didn't

15    have an attendance issue for being there.  He was

16    off on his free time on January 6th.  The problem is

17    everything all came together.  All his affiliations,

18    all his posts.  For some reason somebody, I don't

19    know who, tagged us that he was there and then for

20    some reason based on that, the media got involved

21    and everything unraveled and people started

22    investigating and sharing his different web pages

23    and sites and it became an issue for the MTA.  It

24    put the company in a bad light and we had to address

25    it.

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

81

1                       M. Bendick

2        Q    There are people who disagreed with the

3   fact that Mr. Rosati went to the Capital on January

4   6th.  In other words, there were people who did not

5   like that, correct?

6             MS. PASRICHA:  Objection.

7        A    I don't know what people liked or not.

8             MS. PASRICHA:  Can I step in for a second?

9        What are your thoughts on a lunch break?  How

10       much longer do you think we have?

11            MR. PALTZIK:  That's fine with me.  I have

12       a hard stop today for personal reasons at 2:15.

13            MS. PASRICHA:  Okay.

14            MR. PALTZIK:  I don't know.  An hour lunch

15       break makes no sense under these circumstances.

16            MS. PASRICHA:  I think we need to take a

17       break.

18            MR. PALTZIK:  Let's break for five minutes

19       and see where we are.

20            MS. PASRICHA:  I have to take a bathroom

21       break.

22         (Whereupon, a short recess was taken.)

23   BY MR. PALTZIK:

24       Q    Mr. Bendick, can you please cite to me one

25   example of a social media post by Mr. Rosati that

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

82

1                        M. Bendick

2       indicated white supremacy to you?

3            A     I don't remember the details of his social

4       media posts.

5            Q     Did you prepare for today's deposition?

6            A     I did not look at any social media posts

7       for today's deposition.

8            Q     Can you remember a single instance of a

9       social media post by Mr. Rosati that conveyed a

10      white supremacy message?

11           A     This one is the one that comes to mind,

12      obviously.

13           Q     Any others?

14           A     I don't recall.

15           Q     Did you interview anyone about

16      Mr. Rosati's alleged white supremacist affiliations?

17           A     No.

18           Q     So Mr. Rosati had no membership at any

19      white supremacist groups, he didn't admit to you

20      that this was supposed to be a white supremacist

21      hand gesture and you didn't interview anyone?

22           A     I don't know what memberships Mr. Rosati

23      holds.  I did not interview anybody, no.

24           Q     Did you have any photographs or any other

25      evidence of Mr. Rosati engaging in white supremacist

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

83

1                         M. Bendick

2     behavior?

3          A     I don't recall.

4          Q     Well, you talked also about affiliations.

5     What affiliations are you talking about?

6          A     I remember at the time the Proud Boys was

7     the main group.

8          Q     You testified earlier that Mr. Rosati was

9     not a member of the Proud Boys, correct?

10         A     I said I don't know if he's a member.  I

11    don't know his memberships.

12         Q     You did not know whether Mr. Rosati was a

13    member of the Proud Boys or not, did you?

14         A     I don't know any membership that

15    Mr. Rosati belongs to.  I'm not aware.

16         Q     How can you say he has affiliations if by

17    your own admission he had no memberships?

18         A     I'm saying that the posts he made to the

19    average person shows affiliations to controversial

20    and in some cases racial, white supremacist groups.

21         Q     What was the specific racial content?

22         A     If I remember correctly, this one

23    specifically was something that people found to be

24    offensive.

25         Q     Did you ever see a social media post by

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

84

1                        M. Bendick

2        Mr. Rosati of him attacking a particular racial

3        group?

4             A    Yes.

5             Q    What?

6             A    I don't remember the details, but I

7        remember him attacking a specific group using the N

8        word.

9             Q    Really.  Mr. Rosati used the N word in a

10       social media post?

11            A    That's correct.

12            Q    When did he do that?

13            A    I believe it's before he worked here.

14            Q    You saw that post?

15            A    At the time I saw it.  I didn't recall it

16       until today.

17            Q    You're representing to me that you saw a

18       post with Mr. Rosati using the N word?

19            A    That's correct.

20            Q    When did you see that post?

21            A    I saw it after -- after he was -- we

22       began -- we took him out of service.  We began the

23       process, the disciplinary process with him.

24            Q    You're saying that was part of your

25       decision?

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

85

1                    M. Bendick

2        A    No.

3        Q    It wasn't?

4        A    No, because he didn't work for us at the

5   time.  It didn't hold any water for us.

6        Q    With regards to any posts that were made

7   at the time Mr. Rosati was working for the Long

8   Island Railroad, what did hold water for you?

9        A    I know this particular one -- obviously

10  this one is mentioned in the trial office.  Again,

11  the issue of harassing people going to the doctor,

12  bothering people on Sunrise Highway was something we

13  took exception with.  Again it's something -- all

14  these posts offended a lot of people, we believe.

15  It put the company in bad light with having one of

16  our employees be affiliated with these types of

17  material.

18       Q    How do you know that a lot of people were

19  offended?

20       A    I don't know if a lot of people -- we were

21  trying to prevent people from being offended.

22       Q    How do you know how many people were

23  offended?

24            MS. PASRICHA:  Objection.

25       A    I don't know.

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

86

1                         M. Bendick

2          Q    So people were offended but you don't know

3     how many people were offended?

4               MS. PASRICHA:  Objection.

5          A    I don't know how many people were

6     offended, who was offended.  Again, we handled the

7     situation in the way we did to prevent people from

8     being offended if they were offended.  He put the

9     company in bad light.  We felt we couldn't have a

10    person working for us who put the company in bad

11    light and we needed to discipline him.

12         Q    But how do you determine that the company

13    was put in a bad light?  Is it because some people

14    who were Democrat were complaining about Mr. Rosati?

15         A    I don't know the political affiliations of

16    people who complained about him and what they were

17    or who they were.  I can't name specific people.  He

18    was recognized on social media, he was recognized, I

19    don't remember if the Daily News or other media

20    organizations, of being a Long Island Railroad

21    employee and all his behavior was exposed at the

22    time.

23         Q    Can you name a single person who

24    complained about Mr. Rosati?

25         A    No.

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

87

M. Bendick

1

2      Q     Why not?

3      A     Because I don't handle customer

4 complaints.  That's not my job.  I don't handle it.

5 I don't know if anyone complained.  That's not my

6 job.

7      Q     You met with Erin Sherrard and you

8 prepared to testify as a witness against Mr. Rosati,

9 correct?

10     A     Correct.

11     Q     Okay.  Did you think it might have been a

12 good idea for you to determine who made the

13 complaints?

14          MS. PASRICHA:  Objection.

15     A     No.  It's not my job to investigate who

16 made complaints.  I don't handle customer

17 complaints.

18     Q     Okay.  These were anonymous complaints?

19     A     I know there was anonymous posts on

20 Twitter saying stuff about asking us to look into

21 him.  I guess how Twitter works is once someone says

22 something, everybody chimes in and has something to

23 say.  Did I keep track of the posts, I did not.

24     Q     One moment, please.

25          What other affiliations did you learn

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

88

1                         M. Bendick
2     about besides this alleged Proud Boys affiliation?
3         A    I don't recall any other ones.
4         Q    You talked about harassing people at a
5     doctor's office, was it?
6         A    I believe it was a doctor's office, some
7     kind of clinic.  They would go with bullhorns and
8     yell at people who went for Covid shots and Covid
9     tests and stuff like that.
10        Q    When did you see that video?
11        A    During the investigation.
12        Q    Did you watch any other videos of
13    Mr. Rosati during the investigation?
14        A    I remember at the time when he was charged
15    with subterfuge for not being at work, we looked at
16    the video of him, I believe it was on Sunrise
17    Highway, where he was yelling at people passing by
18    with Biden bumper stickers and running at cars and
19    we charged him then for calling in sick for work
20    without being sick.
21        Q    I'm going to show you another exhibit.
22       (Bendick Exhibit 4, Marked for Identification.)
23             Take a look at this for a moment,
24    please, Mr. Bendick.  Have you ever seen this
25    before?

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

89

1                         M. Bendick

2          A    Yes, that looks familiar.  I think we used

3    that during the trial.

4          Q    If I represented to you that this is a

5    printout of a web page called Okay Hand Gesture from

6    the Antidefamation website, do you agree?

7          A    I don't remember what website we got it

8    from.  I do recognize the document.

9          Q    Is this one of the documents that you

10   researched when you were preparing for Mr. Rosati's

11   hearing?

12         A    I believe it looks familiar.

13         Q    This is a summary of the history and usage

14   of the okay hand gesture as it appears on the

15   Antidefamation website correct?

16         A    Appears to be, yes.

17         Q    I'm going to ask you to read a couple of

18   portions of it.  Can you please read the first

19   paragraph?

20         A    The okay hand gesture in which the thumb

21   and index finger touch while the other fingers of

22   the hand are held out stretch is an obvious and

23   ancient gesture that has arisen in many cultures

24   over the years with different meanings.

25         Q    Okay.  So have you ever used the okay hand

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

90

M. Bendick

1

2       gesture in your life?

3            A     Probably.  I don't remember specifically.

4            Q     Did you ever understand it to mean white

5       power or did you use it as the okay hand gesture?

6            A     I used it as an okay hand gesture.

7            Q     Were you intending to convey a white

8       supremacist message?

9            A     No.

10           Q     Are you a white supremacist?

11           A     No.

12           Q     You used this okay hand gesture in your

13      life, haven't you?

14           A     Sure.  Based on this research I don't use

15      it anymore.  I had no idea it was affiliated with

16      anything like this.  I wouldn't have made a social

17      media post doing it.

18           Q     Please read right here.  There is one line

19      starting with use.  Can you please read that?

20           A     Use of the okay symbol in most contexts is

21      entirely insincuous (sic) and harmless.

22           Q     Use of the okay symbol in most contexts is

23      entirely innocuous and harmless, correct?

24           A     My bad, yes.

25           Q     Do you agree with that statement?

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

91

M. Bendick

1

2        A    I agree that's what it says.

3        Q    This was your research, correct?

4        A    Correct.

5        Q    You researched the okay gesture on the ADL

6   website, correct?

7        A    Correct.

8        Q    Please read the next paragraph starting

9   with in 2017?

10       A    In 2017, the okay hand gesture acquired a

11  new and different significance thanks to a hoax by

12  members of website 4chan to falsely promote the

13  gesture as a hate symbol claiming that the gesture

14  represented the letters WP for white power.  The

15  okay gesture hoax was merely the latest in a similar

16  series of similar 4chan hoaxes using various

17  innocuous symbols.  In each case, the hoaxers hoped

18  that the media and liberals would overreact by

19  condemning a common image as a white supremacist.

20       Q    Okay.  So based on this paragraph, the

21  okay hand gesture was the subject of an online hoax,

22  correct?

23       A    Yes.

24       Q    This idea that the okay hand gesture was a

25  white supremacist hand gesture, this wasn't -- it

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

92

                         M. Bendick

1                        M. Bendick

2      wasn't even real, it was a hoax, correct?

3          A    I guess what we are reading here it's a

4      hoax, but nonetheless people who don't do any

5      research or look into it affiliate it with a racist

6      white supremacist hand symbol.

7          Q    Based on the fact that it's a hoax, we

8      agree it was a hoax, correct?

9               MS. PASRICHA:  Objection.

10         A    This is one person's opinion but it says

11     here it's a hoax.  I'm not going to agree it's a

12     hoax.  People believe it to be what it says, they

13     affiliate it with it.

14         Q    If you make an okay hand gesture and

15     people believe that it was white supremacist, you

16     can't control what people believe, correct?

17         A    No.  I can't control what people believe.

18         Q    You have no control whatsoever about what

19     people believe about you, correct?

20         A    That's correct.

21         Q    Steven Rosati didn't have control over

22     what people believed about him, correct?

23              MS. PASRICHA:  Objection.

24         A    His material that he made, the videos and

25     stuff that was affiliated with put the company in

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

93

                        M. Bendick
1
2      bad faith.  He could have controlled it by removing
3      any affiliations, all his videos.  He never removed
4      any affiliation to Long Island Railroad so he could
5      have controlled what people thought about him in his
6      affiliation.
7           Q    You, Mr. Bendick, you can't control what
8      people think about you but Mr. Rosati can?
9           A    I can control by the things I post and put
10     about myself to the public.
11          Q    You just testified earlier that you can't
12     control how people respond?
13          A    I can't control what people think of me,
14     but I can't control by not posting things online and
15     putting things on social media.
16          MR. PALTZIK:  Off the record.
17     (Whereupon, an off-the-record discussion was held.)
18          Q    I would like you to please read where it
19     says, The overwhelming usage.
20          A    The overwhelming usage of the okay hand
21     gesture today is still its traditional purpose as a
22     gesture signifying ascent or approval.
23          Q    That's fine.  So the overwhelming usage of
24     the okay hand gesture is that it is okay, not white
25     supremacist, correct?

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

94

M. Bendick

1

2      A     Based on the opinion of this document.

3      Q     Despite that, you concluded that

4    Mr. Rosati was making white supremacist hand

5    gestures?

6      A     We did not conclude that Mr. Rosati was

7    making a white supremacist statement.  We concluded

8    that the statements in his posts and everything he

9    was doing was putting the company in bad light and

10   the okay symbol is affiliated with white

11   supremacist.  Whether that's a hoax, whether it to

12   be true or not, it's affiliated with white

13   supremacist groups.

14     Q     Actually, no.  It's affiliated with making

15   the okay sign, correct?

16           MS. PASRICHA:  Objection.

17     A     One would say it's affiliated with both.

18     Q     No.  You just read here that the

19   overwhelming usage of the gesture is for the

20   traditional purpose of signifying okay, right?

21     A     I read that that's correct, but what I say

22   here in this room doesn't control what people think

23   when they see the okay symbol.

24     Q     Let's go down again.  Can you please read

25   the last paragraph of this exhibit?

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

95

                          M. Bendick

1

2        A    Because of the traditional meaning of the

3   okay hand gesture as well as other usages unrelated

4   to white supremacy, particular care must be taken

5   not to jump to conclusions about the intent behind

6   someone who had used the gesture.

7        Q    You jumped to a conclusion here, didn't

8   you?

9             MS. PASRICHA:  Objection.

10       A    If Mr. Rosati never posted anything else

11  and just posted this A-OK symbol, I doubt we would

12  be sitting here today.

13       Q    We are sitting here today and Mr. Rosati

14  lost his job because the Long Island Railroad

15  determined that he was making a white supremacist

16  hand gesture, correct?

17       A    The Long Island Railroad determined that

18  he was putting the company in bad faith by several

19  of his behaviors that he displayed online.

20       Q    The Long Island Railroad determined that

21  he was making a white supremacist hand gesture,

22  correct?

23       A    He was affiliated -- the Long Island

24  Railroad determined that that gesture was affiliated

25  and recognized as something that could be considered

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

96

                         M. Bendick

1

2    a white supremacist symbol.

3         Q    People can believe anything they want,

4    correct?

5              MS. PASRICHA:  Objection.

6         A    Yes.

7         Q    So if I waived at you, you could believe

8    that I meant something else, correct?  You could

9    believe whatever you want, correct?

10        A    You waiving at me here in this room

11   doesn't offend anybody, doesn't affect anybody.

12   This gentleman was recognized by the media and his

13   posts and all of his material was to the public and

14   once again, he put the company in bad faith.

15        Q    What do you mean recognized by the media?

16   What expertises does the media have?

17        A    I don't know what expertise the media has.

18        Q    What is the significance of being

19   recognized by the media?

20        A    He was recognized by the media as a Long

21   Island Railroad employee who has giving hand signals

22   that could be affiliated and have been affiliated

23   with white supremacist groups, his behavior, the way

24   he was harassing people with a megaphone at clinics

25   where they were getting testing and shots or

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

97

1                       M. Bendick

2       whatever and all his other posts put the company in

3       bad light.

4            Q    You testified that there were different

5       contextual clues that Mr. Rosati was making a white

6       supremacist hand gesture, correct?

7            A    I said that the hand gesture that

8       Mr. Rosati gave in this post, it could be affiliated

9       and recognized as a white supremacist group.

10           Q    I'm asking you what your evidence for that

11      was?

12           A    The evidence -- there is no evidence.  The

13      evidence is our concern is that the customers and

14      our employees affiliate that sign, could affiliate

15      that sign with a white supremacist group and we

16      couldn't have that.

17           Q    You said the quiet part out loud.  You

18      said there was no evidence.  We agree there was no

19      evidence?

20           MS. PASRICHA:  Objection.

21           A    I don't know what Mr. Rosati was thinking

22      when he made the posts.  All I know is that it was

23      brought to our attention and it's considered to be a

24      white supremacy group when we did some research.  It

25      could be affiliated with a white supremacist group.

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

98

M. Bendick

1

2      Q    You just testified that there was no

3    evidence that it was a white supremacist gesture,

4    correct?

5      A    Nor was there any evidence that it wasn't.

6      Q    Correct.  There was no evidence one way or

7    the other, correct?

8      A    No.  We don't know what he was thinking in

9    the photo.

10      Q    So then why was that a basis for

11    discipline if there was no evidence that it was a

12    white supremacist hand gesture?

13      A    This post is not the only basis of his

14    discipline.  It was one of them.

15      Q    We agree on that.  We are talking about

16    this basis only.  If there was no evidence that this

17    was a white supremacist hand gesture, why was

18    Mr. Rosati the subject of discipline for the hand

19    gesture?

20      A    Because the hand gesture, whether you

21    agree with it or not, is affiliated with a white

22    supremacist group.

23      Q    No, it isn't.  It was a hoax.

24          MS. PASRICHA:  Objection.

25      Q    It was a hoax; was it not?

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

99

M. Bendick

1

2      A    I don't know.  One document says it's a

3   hoax.  I don't know the genesis of this hand sign.

4   I know that it's affiliated with white supremacist

5   groups.

6      Q    Please name for me the white supremacist

7   group that this okay hand gesture is affiliated

8   with?

9      A    I don't know.  I don't know particular

10   white supremacist groups.

11      Q    You can't name a single white supremacist

12   group that this okay hand gesture is actually

13   associated with, can you?

14      A    I can name a white supremacist group, the

15   KKK, I guess.  I don't know if they are affiliated

16   with this sign.

17      Q    You can't name a single white supremacist

18   group that is associated with the okay hand gesture,

19   correct?

20      A    Besides the KKK, I wouldn't be able to

21   give you a name of any white supremacist group.  I'm

22   not familiar with white supremacist groups.

23      Q    I would like my question repeated and

24   answered; yes or no?

25           MR. PALTZIK:  Can we have my last question

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

100

                              M. Bendick

1

2          read back, please?

3      (Whereupon, the referred to question was read back

4                    by the reporter.)

5              MS. PASRICHA:  Objection.

6      A    No.

7      Q    Was Mr. Rosati a member of the KKK?

8      A    I don't know Mr. Rosati's memberships.

9      Q    You said that rather than having any proof

10     that Mr. Rosati was a member of a white supremacist

11     organization or that he was a white supremacist, the

12     discipline on this issue was based on how members of

13     the public felt?

14     A    The genesis of the discipline was based on

15     the fact that he put the company in bad light,

16     whether it be the thousands of customers that ride

17     our trains or the thousands of employees who we

18     employ.

19     Q    It was based on their opinion that it was

20     white supremacist, I'm trying to understand?

21     A    I don't know anybody's particular opinion.

22     All I can say at the time is the stuff he was

23     posting whether it be the hand signal, the stuff he

24     did with the clinics, put the company in bad light

25     all of it together as a whole and that's why he

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

101

                              M. Bendick

1

2    disciplined.  The company has a social media policy

3    where you can't put the company in bad light which

4    he did.

5        Q    He put the company in bad light by making

6    an okay hand gesture?

7        A    He put the company in bad light by making

8    a symbol that could be affiliated.  I can't control

9    what people believe or what they know, but we do

10   know that people affiliate that hand sign as a white

11   supremacist hand sign.

12       Q    Who though?

13            MS. PASRICHA:  Objection.

14       A    I don't know who.

15       Q    You don't know who affiliated it with

16   white supremacists?

17       A    I don't know who does and who doesn't. I

18   know that people can, people do.

19       Q    Do you know of any particular people who

20   had a problem with Mr. Rosati's okay hand gesture?

21       A    I can't name a specific individual.

22       Q    You have no idea who had a problem with

23   Mr. Rosati's okay hand gesture?

24       A    No.

25       Q    If you don't know who had a problem with

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

102

1                    M. Bendick

2      Mr. Rosati's hand gesture, how do you know he was

3      putting the Long Island Railroad in a bad light with

4      that post?

5          A    His previous posts was recognized through

6      social media, first through Twitter.  He was

7      recognized as a Long Island Railroad employee and

8      then after that, all his other posts was kind of

9      discussed and being talked about.  He was being

10     affiliated as a Long Island Railroad employee doing

11     things and saying things that we find would offend

12     our riding public and our employees.

13         Q    Well is going to a Covid testing center

14     and talking to people with vaccines, is that white

15     supremacy?

16              MS. PASRICHA:  Objection.

17         A    I'm not familiar with what white

18     supremacists do during their normal course of

19     business.

20         Q    What were the other clues in his social

21     media posts that he was a white supremacist?

22         A    We didn't affiliate anything he was doing

23     in terms of going to those doctors' offices or

24     whatever as anything related to white supremacy.

25         Q    Oh.  There was nothing else in his social

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

103

1                              M. Bendick

2       media posts about white supremacy?

3            A    I remember that there was a lot of talk of

4       the Proud Boys.  Without being an expert, I know

5       that's considered to be somewhat affiliated with

6       white supremacist groups.

7            Q    What else?

8            A    That's all I can recall.

9            Q    The entire basis for you concluding that

10      this was a white supremacist hand gesture was this

11      supposed affiliation with the Proud Boys?

12                MS. PASRICHA:  Objection.

13           A    And the hand gesture.

14           Q    We know that, the hand gesture itself.

15      I'm saying besides the hand gesture and this alleged

16      Proud Boys affiliation, did you have any other proof

17      in the social media posts of Mr. Rosati that he was

18      a white supremacist?

19           A    I don't recall having any other proof.

20           Q    You have zero evidence; isn't that true?

21                MS. PASRICHA:  Objection.

22           A    I don't recall.  It's been some time.

23           Q    You just came to your own conclusion about

24      whether it was a white supremacist gesture, correct?

25           A    I never came to a conclusion.  Again, the

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

104

1                    M. Bendick

2      basis of our issue was that we figured people, the

3      public, our riding public, our customers, our

4      employees, affiliate this type of behavior and these

5      symbols with white supremacist groups.  I never came

6      to any conclusion whether or not Mr. Rosati was a

7      white supremacist.

8           Q    Well wouldn't that be critical to

9      determining whether or not the gesture was a white

10     supremacist gesture?

11          A    Whether or not -- he was affiliated -- the

12     gesture is affiliated.  Whether we agree with it or

13     not, it's affiliated as a white supremacist gesture.

14     I can't control what everybody thinks.  Our main

15     concern is that this gesture, along with the several

16     other posts he made, put the company in bad light.

17          Q    What were the other posts?

18          A    We talked about the ones where he was at

19     the clinics talking to people, yelling at people

20     with a megaphone, calling them sheep.  There was the

21     one on Sunrise Highway where he was disciplined for

22     not being at work when he was rallying on Sunrise

23     Highway harassing people driving by, those posts.

24     And the posts with the Long Island Railroad post

25     after I told him he needed to take them down and he

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

105

M. Bendick

1

2     never took them down.  Those were issues as well

3     where he was making videos in a Long Island Railroad

4     uniform and on Long Island Railroad property when I

5     asked him to take it down.

6          Q     Those were only issues after January 6,

7     2021, correct?

8          A     As I mentioned earlier, after I sat down

9     with Mr. Rosati in October we considered the case to

10    be closed.  Up until he was on News 12 harassing

11    customers -- while he was harassing people driving

12    by on the street where he was supposed to be

13    working.  That's when it became an issue again and

14    then after that, we still did not actively pursue,

15    follow or investigate Mr. Rosati because I do have

16    1,500 other employees and he could not take up all

17    of our time.

18                After January 6th when he was

19    identified as a Long Island Railroad conductor being

20    at the Capital, that's when we went full force

21    forward investigating Mr. Rosati.

22         Q     What was the specific issue with the video

23    about the Covid testing center?

24         A     It didn't put -- it put the company in bad

25    light.  The company recognized Covid as something

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

106

M. Bendick

1
2       that was a real substance and we believed in testing
3       and we believed in inoculations and it did not look
4       good for the company that he was out there yelling
5       at people on megaphones, a Long Island Railroad
6       conductor yelling at people at clinics for getting
7       testing for a disease which I don't think he
8       believed to be real.
9            Q    You're speculating against his state of
10      mind, correct?
11           A    No.  In his videos he would say this is a
12      lie, this is not real, the government is lying to
13      you.
14           Q    The Long Island Railroad disagreed with
15      the content of Mr. Rosati's social media posts about
16      Covid, correct?
17                MS. PASRICHA:  Objection.
18           A    The Long Island Railroad disagreed with
19      all Mr. Rosati's postings about his behavior and how
20      he's affiliated with the Long Island Railroad.  Once
21      again, he put the Long Island Railroad in a bad
22      light.
23           Q    The Long Island Railroad disagreed with
24      the content of Mr. Rosati's social media posts,
25      correct?

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

107

M. Bendick

1

2              MS. PASRICHA:  Objection.

3       A    I don't know if they disagreed with all of

4    them.  They disagreed with some of them.  I can't

5    speak for the Long Island Railroad as a whole.  I

6    know that we charged him with the social media

7    policy, he was recognized as a Long Island Railroad

8    employee, he put the company in bad light, and he

9    was disciplined for it, one of the things he was

10   charged with.

11              MR. PALTZIK:  How about a 15 minute break?

12              MS. PASRICHA:  That works for us, sure.

13

14              (Luncheon recess:  1:13 p.m.)

15                        ***

16              (Afternoon session: 1:37 p.m.)

17

18        M I C H A E L   B E N D I C K, resumed,

19    having been previously duly sworn, was examined

20    and testified further as follows:

21    EXAMINATION BY

22    MR. PALTZIK: (Continued)

23        Q    Mr. Bendick, I'm going to show you another

24    exhibit.  Do you see this?

25       (Bendick Exhibit 5, Marked for Identification.)

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

108

1                        M. Bendick

2                        It's an email from Benjamin Gallup to

3          you and Erin Sherrard on January 29th.  It's about a

4          t-shirt.  It's about a shirt that Mr. Rosati was

5          either wearing or promoting; do you see it?

6              A    Yes.

7              Q    Do you remember what this email was about?

8              A    It looks familiar.  Maybe it was the

9          t-shirt he was selling, maybe.  I don't remember.

10             Q    It says, Rosati, and then a curse word and

11         then Antifa shirt.  Rosati F%CK Antifa shirt; you

12         see that?

13             A    Yes.

14             Q    Was this a factor in Mr. Rosati's

15         termination?

16             A    Without seeing the other emails if there

17         was any other it's difficult for me to say.  I know

18         that he never informed the company that he had

19         outside employment or an outside business and that's

20         an issue with the MTA as well.  That's against the

21         New York State ethics policies and stuff like that.

22         That may have been related to that.  I don't

23         remember the content that surrounds that email.

24         It's difficult for me to...

25             Q    Are you familiar with Antifa?

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

109

M. Bendick

1

2      A     No.  I have heard of them, but I'm not
3      familiar with them what they are about.

4      Q     To your knowledge what is Antifa?

5      A     I don't know what they are.

6      Q     It's your testimony that you never heard
7      of them?

8            MS. PASRICHA:  Objection.

9      A     I have heard of them.  I don't know what
10     they stand for.  I don't know if it's an acronym or
11     what they stand for.

12     Q     Did Mr. Rosati ever make any social media
13     posts critical of Antifa?

14     A     Yes, we see that, sure.  I remember him
15     saying stuff about Antifa.  I don't know what Antifa
16     is.  I'm not a good social media person.  I don't
17     spend a lot of time on social media.  I don't get
18     involved in this stuff.

19     Q     I would like to go back to you testified
20     earlier about Clash Brothers.  Do you remember we
21     were talking about that?

22     A     That's correct, yes.

23     Q     What is Clash Brothers?

24     A     Clash Brothers United was his website
25     where I believe he sold t-shirts.

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

110

1                        M. Bendick

2        Q    Do you know what t-shirts he was selling?

3        A    I don't remember the exact logos on them.

4        Q    When did you become aware of them?

5        A    At the time we were investigating the

6   discipline in the beginning of '21.

7        Q    You weren't aware of Clash Brothers prior

8   to this?

9        A    No.

10       Q    How did you become aware of it?

11       A    I just -- basically the same as everything

12  else.  People talking about it online.  Once we

13  started looking at his posts again after we started

14  investigating, we saw references to it.

15       Q    I will mark this as Bendick 6.

16     (Bendick Exhibit 6, Marked for Identification.)

17                 There is a Notice of Trial here.  Do

18  you see this?

19       A    Yes.

20       Q    This related to Clash Brothers United?

21       A    Uh hum.

22       Q    Is this separate -- I'm simultaneously

23  just showing you the earlier exhibit, the other

24  Notice of Trial.  There was a Notice of Trial about

25  Unfiltered Conservative and then there is this

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

111

M. Bendick

1

2      separate Notice of Trial.  Why were there separate

3      Notices of Trial?

4          A    It could have been -- I don't remember

5      exactly why, but maybe we didn't learn about this

6      until after the fact and then we decided to charge

7      him after we sent the other.  We have to get trial

8      charges out in a certain period of time.  If we

9      don't get them out, we can't charge the employee as

10     per their labor agreements.

11         Q    These have the same date, correct?

12         A    Yes.

13         Q    It wasn't held back, they were filed on

14     the same date, correct?

15         A    I have to see the date.

16         Q    They are both January 29?

17         A    Yes, they were done at the same time.

18         Q    Why were they done separately?

19              MS. PASRICHA:  Objection.  If you know.

20         A    I don't know.

21              MR. PALTZIK:  Off the record.

22     (Whereupon, an off-the-record discussion was held.)

23     BY MR. PALTZIK:

24         Q    Mr. Bendick, how do you define outside

25     employment under the duel employment of the Long

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

112

M. Bendick

1

2       Island Railroad?

3            A    I guess it's anywhere where you are making

4       money outside the work of the Long Island Railroad.

5       Any job you have or any type of business you have.

6            Q    Do you know how much money Mr. Rosati was

7       making?

8            A    No.

9            Q    Do you know how much money he was making

10      with Clash Brothers?

11           A    No.

12           Q    How come he was disciplined?

13           A    Because he had outside employment.  Anyone

14      who has a business outside without filling out

15      letting the company know about it without getting

16      permission is a violation of the policy.

17           Q    Is there a certain monetary threshold?

18           A    I don't know.  I don't think so.

19           Q    How is it that he was disciplined if there

20      was no detail about this?

21           A    Because when we asked him in the statement

22      of facts if it was his company, at first he said no

23      because we only said Clash Brothers, but then when

24      we asked him about Clash Brothers, we realized we

25      left the United off.  When we asked him about Clash

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

113

M. Bendick

1
2    Brothers United, I believe he told us it was his
3    company.  We had to give him a direct order to tell
4    us whether or not it was his company.
5         Q    Did you ever speak to anyone in the Long
6    Island Railroad diversity department about
7    Mr. Rosati?
8         A    I don't recall speaking to diversity.
9         Q    Diversity is the department that received
10   the anonymous complaints, correct?
11        A    I don't know if diversity received
12   anonymous complaints.  A lot of the complaints were
13   given to us by Twitter.  Everybody saw it.
14        Q    There were people on Twitter who disagreed
15   with Mr. Rosati's social media posts?
16        A    There were people -- the biggest thing
17   about Twitter is it identified him as a Long Island
18   Railroad employee.
19        Q    They were complaining about his social
20   media posts, correct?
21        A    People were offended by him, correct.
22        Q    There were people who were either offended
23   by Mr. Rosati's social media posts or who disagreed
24   with his social media posts, correct?
25        A    What I can say is we felt that the social

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

114

1                        M. Bendick

2        media posts put the company in bad light.  I don't

3        know how many people were offended, how many people

4        responded, how many people complained, I wasn't

5        privy to that.

6             Q    Mr. Rosati -- his disciplinary process

7        started because people were upset by his social

8        media posts, correct?

9             A    His disciplinary process, which it wasn't

10       really discipline, was brought to our attention by

11       word of mouth about him posting stuff on social

12       media while working.  We sat with him and we gave

13       him a verbal warning to take his stuff down and stop

14       doing things and affiliating himself with the Long

15       Island Railroad which we thought was good, which he

16       didn't do until later on we found out he was on

17       News 12 while he was supposed to be working he was

18       out sick.

19             Q    That's not what I'm asking.  I'm talking

20       about the January 2021 process.  That process

21       started because there were people who were

22       supposedly offended by Mr. Rosati's social media

23       posts, correct?

24             A    It was started when people went to Twitter

25       and I used the word before, they liked or what's the

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

115

M. Bendick

1

2     word -- he tagged -- they tagged Long Island

3     Railroad with Rosati on his Twitter and pictures of

4     him at the Capital.  Again, the ball unraveled.  At

5     that point we started doing research and the stuff

6     was online.

7          Q    How is it relevant that -- people

8     disagreed with his social media posts, correct?

9          A    We assume that people -- we felt that

10    Mr. Rosati's social media posts put the company in

11    bad light.

12         Q    People were offended by his social media

13    posts, correct?

14              MS. PASRICHA:  Objection.  Asked and

15              answered.

16         A    I never spoke to anybody who particularly

17    said they were offended.  I did not speak to

18    anybody.

19         Q    The complaints that were received by the

20    Long Island Railroad and there were complaints,

21    correct?

22         A    I did not see any complaints.  I know

23    comments were made on Twitter, but I did not see any

24    complaints.  I don't get complaints.

25         Q    You were told that the complaints existed?

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

116

M. Bendick

1

2      A      We believed -- the company believed that

3      his posts put the company in bad light.  It opened

4      up the company to negative press.

5      Q      How, if at all, are the complaints

6      relevant to the discipline?

7      A      I don't remember ever discussing specific

8      complaints.  I know the stuff he was posting, the

9      January 6th, all that stuff put the company in bad

10     light.

11     Q      You keep using the phrase bad light and

12     the phrase bad faith.  Bad light and bad faith in

13     whose determination?

14     A      It violated the social media policy that

15     he was charged with.  You're not allowed to put

16     things on social media that makes the company look

17     bad and that's what he was terminated for.

18     Q      Who thought it made the company look bad?

19     A      Through the trial -- I don't know.  The

20     company as a whole believed it made the company look

21     bad.

22     Q      It made the company look bad because he

23     disagreed with the company's positions on certain

24     issues, correct?

25             MS. PASRICHA:  Objection.

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

117

M. Bendick

1

2     A    I don't remember him talking about the

3     company specifically being an issue.  Again, the

4     stuff that he did and the stuff that he posted and

5     once, he was identified as a Long Island Railroad

6     conductor, did not look good for the company.

7     Q    Mr. Rosati disagreed with the company's

8     Covid policies, correct?

9          MS. PASRICHA:  Objection.  You can answer.

10    A    That's correct.  He was not comfortable

11    with the mask policy, he disagreed with the mask

12    policy.  He had to be spoken to many times because

13    we did receive complaints that he wasn't wearing his

14    mask, but we received a lot of complaints about

15    people not wearing masks.  At first we would go and

16    talk to people.  That wasn't the Long Island

17    Railroad's position.  That was the FRA made that a

18    mandate and the state made that a mandate.  It

19    wasn't a Long Island Railroad policy.

20    Q    I'm asking you did the Long Island

21    Railroad and Mr. Rosati disagree about Covid

22    policies?

23         MS. PASRICHA:  Objection.

24    A    I don't know what Mr. Rosati felt about

25    Covid policies.  I don't remember seeing anything

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

118

M. Bendick

1
2    related to the Long Island Railroad and him saying
3    about the Long Island Railroad.  I do remember him
4    talking about things in general, testing and masks
5    and inoculations and all that stuff.  I don't know
6    how he felt about Long Island Railroad policies. I
7    don't know.
8         Q    Right, but Mr. Rosati's opinion about mask
9    mandates and Covid policies in general, it was
10   different than the official position of the Long
11   Island Railroad, correct?
12        A    He did he not want to wear a mask.
13        Q    Again, I asked whether his viewpoints were
14   different than the Long Island Railroad's viewpoints
15   on the subject of Covid, correct?
16             MS. PASRICHA:  Objection.
17        A    I never spoke to him about his viewpoints.
18   I never talked to him that way.
19        Q    There was a video of him at a Covid
20   testing center, correct?
21        A    Correct.
22        Q    In that video he is criticizing people for
23   getting their Covid shots and Covid tests, correct?
24        A    Yes.
25        Q    The Long Island Railroad disagreed with

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

119

                           M. Bendick

1

2     that, correct?

3              MS. PASRICHA:  Objection.

4         A    The Long Island Railroad disagreed with

5     the fact that it did not like the fact that it put

6     the company in bad light.

7         Q    How did it put the company in a bad light?

8         A    Because the gentleman was at Covid sites

9     harassing people with a megaphone.

10        Q    I believe he was at Covid sites expressing

11    his viewpoint about the Covid situation, correct?

12             MS. PASRICHA:  Objection.

13        Q    You can answer.

14        A    I don't know what he was -- I don't

15    recall.

16        Q    Mr. Rosati's viewpoint was problematic for

17    the Long Island Railroad, correct?

18             MS. PASRICHA:  Objection.

19        A    Mr. Rosati's posts and behavior put the

20    company in a bad light.

21        Q    That behavior included the protests at a

22    Covid testing center, correct?

23        A    That was one of the factors.

24        Q    What specifically about his behavior was

25    problematic?

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

120

M. Bendick

1

2      A    I don't think it looked good for a Long

3  Island Railroad employee to be yelling at people on

4  a megaphone.  Whatever he believed in at Covid

5  testing sites, it put the company in bad light.

6      Q    Was he terminated in part because of

7  yelling at people at a Covid testing center?

8      A    No.  He was terminated because he violated

9  the social media policy, he violated the policies in

10  terms of the working environment.  All those things

11  in the trial notice as well as duel employment.

12      Q    Right, but what specifically about his

13  conduct at the testing center violated Long Island

14  Railroad policies?

15      A    Well again, his behavior and posting on

16  social media which is the social media policy put

17  the company in bad light.

18      Q    When he was at the Covid testing center

19  protesting, he was expressing his viewpoint,

20  correct?

21          MS. PASRICHA:  Objection.

22      A    At the time, yes.  At the time nobody knew

23  he was a Long Island Railroad employee.  It wasn't

24  an issue, nobody was looking, it wasn't an issue for

25  us at the time.  We thought we handled the

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

121

1                        M. Bendick

2       situation, we tried to move on and he continued.

3       Once he was recognized as a Long Island Railroad

4       employee in January, it became something that we

5       felt we needed to address because it put the company

6       in bad light.

7            Q    What specifically about the protesting at

8       the Covid testing center put the company in a bad

9       light?

10           A    Just the actual behaviors.

11           Q    What behaviors?

12           A    Aggressive behavior, yelling at people

13      with a megaphone.

14           Q    Yelling at people on a megaphone, that was

15      one of the contributing factors to his discipline?

16           A    One of them.

17           Q    When he was yelling on the megaphone, he

18      was yelling his viewpoints about Covid testing,

19      correct?

20                MS. PASRICHA:  Objection.

21           Q    One of the things he was yelling at the

22      people at the Covid testing center, he was yelling

23      his viewpoints about Covid to them, correct?

24           A    He was insulting the people as well

25      calling them names, taunting them.

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

122

1                        M. Bendick

2        Q    How was he insulting them?

3        A    Calling them sheep.

4        Q    What else was he calling them?

5        A    I don't remember specifically.  I remember

6   that term.

7        Q    This protesting was a problem for the Long

8   Island Railroad, correct?

9             MS. PASRICHA:  Objection.

10       A    It became a problem when he was identified

11  as a Long Island Railroad and put the company in a

12  bad light, especially when he loaded it up to social

13  media which violated our social media policy.

14            MR. PALTZIK:  Give me 30 seconds off the

15            record.

16  (Whereupon, an off-the-record discussion was held.)

17  BY MR. PALTZIK:

18       Q    What were the specific social media posts

19  that put the Long Island Railroad in a bad light?

20            MS. PASRICHA:  Objection.

21       A    I would say the social media posts when

22  Mr. Rosati was identified as a Long Island Railroad

23  conductor being at the Capital riots and it went

24  backwards from there.

25       Q    Which post was that that identified him as

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

123

M. Bendick

1

2       being at the Capital?

3            A    I don't remember the specific post.  I

4       know it was somebody, an anonymous person.  I don't

5       know if they are anonymous or anonymous to me

6       because I don't know who it was made a post on

7       Twitter tagging the Long Island Railroad saying,

8       Hey, Long Island Railroad -- it was something like,

9       Hey, Long Island Railroad, where was your conductor,

10      Steven Rosati, tagging him, tagging the Long Island

11      Railroad on January 6th.

12           Q    When it came to light that Mr. Rosati had

13      been at the Capital on January 6, 2021, that was a

14      problem for the Long Island Railroad?

15                MS. PASRICHA:  Objection.

16           A    The problem was originally when he was

17      making videos.  I spoke to him and then again it was

18      a problem when we charged him for subterfuge for

19      calling in sick and going to rallies when he was

20      supposed to be working.  It was a problem when he

21      wasn't wearing masks and we had to write him up for

22      that, and it was a problem when one of our managers

23      did a train ride on him, he wasn't where he was

24      supposed to be.  There has been different various

25      problems with Mr. Rosati.  It came to head when the

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

124

1                         M. Bendick

2      Long Island Railroad got posted in a public setting,

3      where was your Long Island Railroad conductor this

4      day, and then we had to investigate fully and make a

5      decision and how we were going to proceed.

6           Q     Why was that a problem that he had been at

7      January 6th?

8                 MS. PASRICHA:  Objection.

9           A     Because it put the company in bad light.

10          Q     What about being at January 6th put the

11     company in bad light?

12          A     It overall was not considered to be a

13     positive thing for the country.

14          Q     Oh.  What was the part about January 6th

15     that was not positive for the country?

16          A     I don't know specifically.  I just know

17     that it wasn't.

18          Q     Were there internal discussions about

19     whether January 6th was a positive or a negative for

20     the country?

21          A     No.  It's a perception that is believed.

22          Q     Believed by who?

23          A     Believed by the general public.

24          Q     Who are you to make that determination?

25                MS. PASRICHA:  Objection.

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

125

1                        M. Bendick

2        A     Again, we felt his presence there put the

3   company in bad light.

4        Q     His presence at January 6th was a factor

5   in his termination?

6        A     It was a factor because it made us go

7   backwards and investigate him more.

8        Q     So the fact that Mr. Rosati was at

9   January 6th caused the Long Island Railroad to

10  investigate him more?

11       A     No, not the fact he was at January 6th.

12  The fact that the public recognized a Long Island

13  Railroad conductor affiliated with something

14  negative was the factor, not the fact that it was

15  January 6th.  If he was tagged and the Long Island

16  Railroad and the public was made aware of posting

17  the people found offense, that would have triggered

18  it.  It had nothing to do with January 6th.  The

19  fact that he was identified as Long Island Railroad

20  conductor and people started sharing his post, we

21  said this puts the company in bad light and this is

22  a violation of our social media policy.

23       Q     I'm missing the connection.  He was

24  identified as a Long Island Railroad conductor at

25  January 6th.  What was the problem specifically with

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

126

M. Bendick

1

2      him being a Long Island Railroad conductor who

3      attended January 6th, what was the problem with

4      that?

5          A    We didn't know if we had a problem or not.

6      We didn't know what his role was there.  Once he was

7      identified as a Long Island Railroad employee, we

8      decided to review and research the other social

9      media posts and see if there is any issues and we

10     decided that he put the company in bad light and we

11     decided to move forward with discipline.

12         Q    What was the part about his behavior on

13     January 6th that put the company in bad light?

14         A    I don't know what he did on January 6th.

15     We know he was tagged there.  We don't know what he

16     did there.  We know he was tagged there and

17     identified as being there and that's when the media

18     and stuff was made aware.  The whole thing of

19     January 6th was he was tagged there and being

20     affiliated with the Long Island Railroad.

21         Q    If you don't know what he did there, why

22     did it matter with the disciplinary process?

23         A    He didn't get terminated for being at the

24     Capital.  He got terminated because he violated the

25     corporate social media policy with all his different

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

127

                              M. Bendick

1

2      various posts with the affiliation with the Proud

3      Boys and the hand signal and all that stuff put the

4      company in a bad light.

5           Q    The unproven affiliation with the Proud

6      Boys?

7                MS. PASRICHA:  Objection.

8           Q    Was there any evidence provided at his

9      discipline trial that he was affiliated with the

10     Proud Boys or a member of the Proud Boys?

11          A    I don't recall.  I think maybe it was

12     mentioned in posts.

13          Q    You're saying he was not terminated

14     because of January 6th, but the Long Island Railroad

15     investigated Mr. Rosati because he attended

16     January 6th, correct?

17               MS. PASRICHA:  Objection.

18          A    The Long Island Railroad investigated

19     Mr. Rosati because the public recognized him and

20     affiliated him with that and they said look at your

21     conductor, see what you're doing and we decided to

22     look and see what was going on further and he was

23     recognized in a public setting.

24          Q    What, if anything, did you determine about

25     Mr. Rosati's activities on January 6th?

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

128

M. Bendick

1

2          MS. PASRICHA:  Objection.  Asked and

3     answered.  You can answer again.

4          A     We didn't determine anything about him on

5     January 6th.  We conduct investigations.  We left

6     that to the authorities.

7          Q     What did the authorities determine?

8          A     I don't know.

9          Q     Did the Long Island Railroad communicate

10    with the FBI or any other law enforcement agency

11    about Mr. Rosati?

12         A     Not to my knowledge.

13         Q     Did the Long Island Railroad communicate

14    with the FBI or any other law enforcement agency

15    about Mr. Rosati's presence at the Capital on

16    January 6th?

17         A     Not to my knowledge.

18         Q     Did the Long Island Railroad communicate

19    with any governmental agency about Mr. Rosati's

20    presence at the Capital on January 6th?

21         A     Not to my knowledge.

22         Q     In that case how did the Long Island

23    Railroad find out anything about Mr. Rosati's

24    activities on January 6th?

25         A     The activities on Twitter when he was

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick --- September 18, 2023

129

1                          M. Bendick

2        identified by a person on Twitter and tagged, Long

3        Island Railroad, where was your conductor and there

4        was pictures.

5             Q    Right.  How would that have been relevant

6        to starting an investigation?

7             A    Because again, a Long Island Railroad

8        employee was affiliated with something that was

9        considered to be by many as a negative thing.  We

10       decided to do an investigation as we would do with

11       any employee who was affiliated with anything

12       negative.  We started looking and saw the hand

13       gestures and the decision was made to charge him.

14            Q    He was charged because of his viewpoint

15       about January 6th, correct?

16                 MS. PASRICHA:  Objection.

17            A    He was charged based on his social media

18       posts and it put the company in bad light.

19            Q    Did you ever send any text messages about

20       him?

21            A    I don't recall.  I probably may have, but

22       I don't remember anything specific.  I text my

23       managers about tons of employees.  We have employees

24       that we need to follow up on.  I have tons of

25       employees we follow up on.

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

130

                              M. Bendick

1

2        Q    Mr. Rosati was initially suspended with

3    pay, correct?

4        A    He was never -- we never -- he was

5    originally going to be suspended with pay, correct.

6        Q    Then he was ultimately suspended without

7    pay?

8        A    That's correct.  He was taken out of

9    service and suspended without pay.

10       Q    Why was that changed?

11       A    That's the decision that was made above

12   me.  I was not privy to why it was changed.  I was

13   told to do it one way and then a little time later I

14   was told to do it another way.

15       Q    You met with him in January 2021 and you

16   told him initially that he was suspended with pay,

17   correct?

18       A    In the beginning when we do our statement

19   of facts and I may have told the union -- I don't

20   remember if I told him or I may have told the union

21   we will probably suspend him without pay after we

22   are done with the statement of facts and then we

23   will continue -- we will review the statement of

24   facts and talk to my boss.

25                         If you take someone out of service

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

131

1                          M. Bendick

2      right away, the clock starts and we have to have a

3      trial in a certain amount of time.  It was decided

4      we were going to take him out of service.

5           Q    Who decided that?

6           A    I was instructed by the CTO, Spiro

7      Papanikolatos.

8           Q    Did you call Spiro or did he call you?

9           A    I don't recall.

10          Q    Spiro told you to reverse the original

11     decision and told you to take him out of circulation

12     and change the suspension from with pay to without

13     pay?

14               MS. PASRICHA:  Objection.

15          A    The plan was to relieve him with pay.

16     Somewhere in the middle of the statement of facts,

17     someone made a decision above me, told Spiro to tell

18     me to take him out of service.  We had to take him

19     out of service that day.

20          Q    Why was that determination made to reverse

21     course?

22          A    I don't know, I don't ask.  When my boss

23     tells me to do something, it doesn't look well for

24     me to ask them.

25          Q    Why not?

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

132

1                       M. Bendick

2            MS. PASRICHA:  Objection.

3        Q    Why not?

4        A    Because that's -- I don't ask them why.  I

5    do what I'm told.  They are my boss.

6        Q    Bendick 7.

7        (Bendick Exhibit 7, Marked for Identification.)

8                 Do you recognize this?

9        A    Yes, I mean that's my name up there.  It

10   looks like a video.  I don't know which one this one

11   is.  We looked at a lot of them.

12       Q    What is this?  Is this a text from you to

13   someone else?  Is this a text from someone else to

14   you; what is this?

15       A    I don't know.  I see my name up there.  I

16   don't know if the text came to me or it's a text to

17   someone else.

18       Q    Did you ever have a text exchange with

19   another Long Island Railroad employee about

20   Mr. Rosati?

21       A    Probably Ben, maybe Erin, maybe Spiro.  I

22   don't recall.

23            MR. PALTZIK:  I call for production of all

24            of Mr. Bendick's text messages.  To date we

25            only have that one.

The Little Reporting Company
646.650.5055 | www.littlereporting.com

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

133

M. Bendick

1

2         MS. PASRICHA:  Put the request in writing.

3         Taken under advisement.

4                     (Counsel Request.)

5    BY MR. PALTZIK:

6         Q    Did you communicate about Mr. Rosati's

7    disciplinary process via text?

8         A    I don't recall.

9         Q    Did you communicate about his disciplinary

10   process by a Long Island Railroad email?

11        A    I know we shared when we were doing

12   research we were looking online, we were sharing

13   some of the posts and pictures and sending them to

14   Erin, but nobody out of the scope of who was

15   involved in the investigation.

16        Q    You talked earlier about January 6th being

17   a negative event in this nation's history.  Is that

18   what you believe?

19        A    I don't remember saying it about this

20   nation's history.  I said it's considered to be a

21   negative event.

22        Q    You considered January 6th to be a

23   negative event?

24        MS. PASRICHA:  Objection.

25        A    One could say that people utilized their

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

134

1                         M. Bendick

2       right to protest is a positive event.  The fact that

3       people were hurt and injured in it is a negative

4       event.  I don't have say about it either way to be

5       honest with you.

6            Q    Mr. Rosati had the right to be there on

7       January 6th, correct?

8                 MS. PASRICHA:  Objection.

9            A    Mr. Rosati was not expected to be at work.

10      I believe he had a personal day so he had a right to

11      be wherever he wanted to be.  That's not my concern.

12           Q    If he had the right to be at the Capital

13      on January 6th, why did it trigger an investigation

14      that he had been at the Capital?

15                MS. PASRICHA:  Objection.

16           A    As I previously stated, someone on Twitter

17      recognized a Long Island Railroad conductor and

18      tagged the Long Island Railroad and tagged everybody

19      who has access to the Long Island Railroad to see

20      look what your conductor was doing that day.

21           Q    Some random person on Twitter has the

22      power to trigger an investigation of an Long Island

23      Railroad employee?

24                MS. PASRICHA:  Objection.  This is getting

25           repetitive.

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

135

M. Bendick

1

2          MR. PALTZIK:  My question stands and it's
3     not repetitive.
4          A    We monitor Twitter for many complaints.  I
5     get complaints on Twitter that this conductor said
6     this to me or this conductor didn't collect my
7     fares.  We investigate all of them if we get tagged.
8          MR. PALTZIK:  Also, I note I'm asking
9          these questions precisely in an effort to bring
10         this deposition to an end very shortly as I
11         have no desire to keep Mr. Bendick any longer
12         than is necessary, believe me.
13         Q    Mr. Bendick, does the Long Island Railroad
14    have a policy or practice of triggering
15    investigations based on anonymous social media
16    complaints?
17         A    I can't speak for all of the Long Island
18    Railroad.  I know that when I was in charge of
19    conductors at the time, if something was brought to
20    my attention about a behavior of a conductor, it was
21    my responsibility to investigate it.  A simple thing
22    is not wearing a hat to being identified as the
23    stuff that Mr. Rosati was.
24         Q    Were these anonymous complaints about
25    Mr. Rosati, were these ultimately factors in his

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

136

                          M. Bendick

1

2      discipline?

3          A    You keep saying anonymous complaints.  The

4      biggest thing was the anonymous Tweets that

5      identified him as our Long Island Railroad

6      conductor.  That was the biggest thing that made us

7      say what do we got going on here, we have to look

8      into this gentleman more.  I'm not privy to the

9      complaints what we got, what we physically got.  I

10     don't know if our public affairs department got

11     complaints, if our diversity department got

12     complaints, I don't have that information.  I can't

13     speak to that.

14              MR. PALTZIK:  At this time what I would

15          like to do is if it's okay with you guys, I

16          would like to conclude the deposition for

17          today.  I believe at this time that I likely do

18          not have any further questions for Mr. Bendick.

19          However, I would rather not make that final

20          determination based on the time pressure of a

21          personal deadline.  I believe that this

22          deposition is either concluded or close to --

23          very close to concluded.  If that's good enough

24          for everybody right now, I would like to

25          conclude for the day.  I reserve the right to

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

137

1                        M. Bendick

2         continue it, but I believe that there are

3         either no more questions or very few.  If

4         that's good enough for you guys that's good

5         enough for me.

6              MS. PASRICHA:  Sure.  I think that's good.

7    BY MR. PALTZIK:

8         Q    Mr. Bendick, thank you and have a great

9    rest of your day.

10         A    Thank you.  Be well, sir.

11              THE REPORTER:  Counsel, will you be

12         purchasing this transcript?

13              MS. PASRICHA:  Yes.

14

15

16              (Time noted: 2:15 p.m.)

17

18              _____

19                     MICHAEL BENDICK

20

21    Subscribed and sworn to before me this _____ day

22    of _____ 2023.

23    _____, Notary Public.

24

25

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

138

1                    M. Bendick

2                  I N D E X

3

4        WITNESS

5        MICHAEL BENDICK

6

7        EXAMINATION BY                    PAGE

8        MR. PALTZIK                        4

9

10       COUNSEL REQUESTS                  PAGE

11       Image 6924.png                     16
         LIRR policy regarding emails       21
12       Text messages                     133

13

14                  E X H I B I T S

15

         BENDICK            DESCRIPTION      PAGE
16

17       Exhibit 1          Email, January 31,  15
                            2021
18       Exhibit 2          Notice of Trial     28
         Exhibit 3          Photographs         61
19       Exhibit 4          Antidefamation      88
                            website printout
20       Exhibit 5          Email, January 29  108
         Exhibit 6          Notice of Trial    110
21       Exhibit 7          Text message       132

22

23       Attorney Paltzik has retained all exhibits.

24

25

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

139

2                C E R T I F I C A T I O N

3

4    STATE OF NEW YORK    )

5                  ) ss.:

6    COUNTY OF NEW YORK  )

7

8         I, RUTHAYN SHALOM, a Court Reporter

9    and Notary Public within and for the State

10   of New York, do hereby certify:

11        That the witness whose deposition

12   is hereinbefore set forth, was duly sworn

13   by me, and that the within transcript is a

14   true record of the testimony given by such

15   witness.

16        I further certify that I am not

17   related to any of the parties to this action

18   by blood or marriage, and that I am in no way

19   interested in the outcome of this matter.

20        IN WITNESS WHEREOF, I have hereunto

21   set my hand this 29th day of September, 2023.

22

23

24   _____
         *Ruthayn Shalom*

25          RUTHAYN SHALOM

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

140

ERRATA SHEET


NAME OF CASE: ROSATI v LIRR et al.
DATE OF DEPOSITION: September 18, 2023
NAME OF DEPONENT: Michael Bendick
PAGE  LINE(S)         CHANGE               REASON
____/_____/_____/_____

____/_____/_____/_____

____/_____/_____/_____

____/_____/_____/_____

____/_____/_____/_____

____/_____/_____/_____

____/_____/_____/_____

____/_____/_____/_____

____/_____/_____/_____

____/_____/_____/_____

____/_____/_____/_____

____/_____/_____/_____

                    _____
                    MICHAEL BENDICK

Subscribed and sworn to before me
this _____ day of _____, 2023
_____, Notary Public.


                    _____

          MY COMMISSION EXPIRES:

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

141

**A**

**A-OK** 52:4 62:10
  65:22 66:16 95:11
**a.m** 1:13
**ability** 19:8 54:22,24
**able** 18:6,20 19:3,20
  48:17 54:22 99:20
**absolutely** 31:5 44:20
  47:7
**access** 19:4,8,13
  20:17 21:14 50:8
  134:19
**account** 16:16
**accurate** 29:12 39:10
  41:20
**accurately** 24:2 31:6
**accusing** 74:25
**acquired** 91:10
**acronym** 109:10
**act** 46:23
**action** 5:16 10:2 25:2
  139:17
**actions** 75:12 77:12
**actively** 105:14
**activities** 6:4 127:25
  128:24,25
**activity** 37:5
**actual** 121:10
**address** 4:5 80:24
  121:5
**addressed** 26:7
**ADL** 91:5
**Administration** 23:3
**admission** 53:10
  83:17
**admit** 78:8 82:19
**advisement** 133:3
**advocating** 71:21
**affairs** 136:10
**affect** 96:11
**affiliate** 70:25 92:5
  92:13 97:14,14
  101:10 102:22
  104:4
**affiliated** 30:3,11

32:25 43:19 51:14
  51:16 54:19 63:10
  63:12 65:12 70:24
  71:5 72:5,19 75:10
  75:13,16 76:3,5
  77:4,11 78:7,13,15
  79:6 85:16 90:15
  92:25 94:10,12,14
  94:17 95:23,24
  96:22,22 97:8,25
  98:21 99:4,7,15
  101:8,15 102:10
  103:5 104:11,12,13
  106:20 125:13
  126:20 127:9,20
  129:8,11
**affiliating** 114:14
**affiliation** 88:2 93:4
  93:6 103:11,16
  127:2,5
**affiliations** 80:17
  82:16 83:4,5,16,19
  86:15 87:25 93:3
**afford** 28:4
**Afternoon** 107:16
**against-** 1:6
**agency** 128:10,14,19
**Aggressive** 121:12
**ago** 17:13
**agree** 17:8 34:15
  40:24 41:5 44:21
  61:18 62:6,23 68:19
  89:6 90:25 91:2
  92:8,11 97:18 98:15
  98:21 104:12
**AGREED** 3:2,7,11
**agreements** 111:10
**ahead** 44:16
**ahold** 51:12
**al** 140:4
**allegations** 40:3
**allege** 62:15
**alleged** 39:6 52:22
  55:24 56:3 58:24
  59:23 60:23 82:16

88:2 103:15
**allowed** 116:15
**Amendment** 9:17
**Americas** 2:4
**amount** 19:7 20:11
  131:3
**ancient** 89:23
**anonymous** 49:9,10
  49:12,21 87:18,19
  113:10,12 123:4,5,5
  135:15,24 136:3,4
**answer** 18:6,20 19:2
  19:20,23 24:13
  31:10 34:20 38:13
  43:5 51:25 55:6
  59:25 65:15 79:15
  117:9 119:13 128:3
**answered** 99:24
  115:15 128:3
**Antidefamation** 89:6
  89:15 138:19
**Antifa** 108:11,11,25
  109:4,13,15,15
**anybody** 25:14 34:21
  45:22,23 55:4,14
  56:10 82:23 96:11
  96:11 115:16,18
**anybody's** 100:21
**anymore** 43:11 90:15
**Apparently** 17:24
**appear** 16:20 29:11
  64:10,11 70:4
**appeared** 54:18
**appears** 16:16 17:9
  60:17 66:4,16 68:20
  73:11 89:14,16
**applied** 46:16
**appointed** 28:5
**appropriate** 74:22,24
  75:4,6
**appropriately** 34:25
**approval** 29:6 76:19
  76:19 93:22
**approved** 29:5
**approximately** 10:9

**archival** 20:24
**archived** 20:15,16
  21:15
**argument** 26:24,25
**arisen** 89:23
**array** 61:22 70:19
**arrested** 33:8,19
**ascent** 93:22
**asked** 4:14 9:20
  55:10 59:19 60:3
  105:5 112:21,24,25
  115:14 118:13
  128:2
**asking** 18:3 21:12
  37:9 59:21,22 87:20
  97:10 114:19
  117:20 135:8
**aspects** 31:21
**assistant** 5:23
**associated** 99:13,18
**assume** 115:9
**assumed** 37:8
**attachment** 47:22
  48:5,18
**attacking** 84:2,7
**attempt** 19:12
**attempting** 18:21
**attend** 4:21 7:15
**attendance** 80:13,15
**attended** 126:3
  127:15
**attending** 80:2
**attention** 25:20 41:3
  48:24 97:23 114:10
  135:20
**Attorney** 138:23
**attorneys** 2:3,8 3:3
**authorities** 128:6,7
**authority** 1:9 11:17
  23:2 56:20
**automatically** 20:7,9
  20:10
**Avenue** 2:4
**average** 52:8 83:19
**aware** 33:14,18 42:12

Case 1:21-cv-08594-MMG-SN  Document 100-14  Filed 05/01/24  Page 144 of 163

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

142

51:13 63:23 74:11
74:13,14 83:15
110:4,7,10 125:16
126:18
**AWOL** 36:21 38:4

**B**

**B** 4:2 107:18 138:14
**Babylon** 21:25
**bachelors** 9:2
**back** 19:7 20:13 32:6
39:9 43:21 47:8
100:2,3 109:19
111:13
**backwards** 122:24
125:7
**bad** 41:11 72:20
75:15 79:5,9,19,20
80:24 85:15 86:9,10
86:13 90:24 93:2
94:9 95:18 96:14
97:3 100:15,24
101:3,5,7 102:3
104:16 105:24
106:21 107:8 114:2
115:11 116:3,9,11
116:12,12,17,18
116:21,22 119:6,7
119:20 120:5,17
121:6,8 122:12,19
124:9,11 125:3,21
126:10,13 127:4
129:18
**ball** 115:4
**Barack** 64:13,16,18
64:21,22 65:8,16
66:5,22,24
**Barnes** 2:16
**based** 30:22 31:17
38:2 40:25 41:22,23
42:8 53:23 54:14
60:17 73:25 80:20
90:14 91:20 92:7
94:2 100:12,14,19
129:17 135:15

136:20
**basic** 54:11,22 55:4
**basically** 50:6 53:12
110:11
**basis** 51:6 79:21,24
98:10,13,16 103:9
104:2
**Bates** 47:16
**bathroom** 47:6 81:20
**becoming** 6:16
**began** 84:22,22
**beginning** 110:6
130:18
**behalf** 29:3
**behavior** 52:19 54:19
75:11 77:12 79:7,20
83:2 86:21 96:23
104:4 106:19
119:19,21,24
120:15 121:12
126:12 135:20
**behaviors** 95:19
121:10,11
**beliefs** 67:10
**believe** 4:12,22 21:8
22:4 25:16 43:8,25
48:3,4 53:24 56:11
58:6,9 72:9 73:9,23
73:25 74:4,7 76:15
84:13 85:14 88:6,16
89:12 92:12,15,16
92:17,19 96:3,7,9
101:9 109:25 113:2
119:10 133:18
134:10 135:12
136:17,21 137:2
**believed** 64:10 92:22
106:2,3,8 116:2,2
116:20 120:4
124:21,22,23
**belonged** 77:12
**belongs** 83:15
**beloved** 66:18
**Ben** 13:7,8,9 15:12
16:7 25:16,16 54:2

132:21
**Bendick** 1:17 4:1,10
4:12 5:1 6:1 7:1 8:1
9:1 10:1 11:1 12:1
13:1 14:1 15:1,20
15:21 16:1,5 17:1,4
18:1,12 19:1 20:1
21:1,14 22:1 23:1
24:1 25:1 26:1 27:1
28:1,10,19,20,23
29:1 30:1 31:1 32:1
32:12 33:1 34:1
35:1 36:1 37:1 38:1
38:14 39:1 40:1,21
41:1 42:1 43:1 44:1
45:1 46:1 47:1,20
48:1,3,4,20 49:1
50:1 51:1 52:1 53:1
53:20 54:1 55:1
56:1 57:1 58:1 59:1
60:1 61:1,12,13,14
61:18 62:1,18,23
63:1 64:1 65:1 66:1
67:1 68:1 69:1 70:1
71:1 72:1 73:1 74:1
75:1 76:1 77:1 78:1
79:1 80:1 81:1,24
82:1 83:1 84:1 85:1
86:1 87:1 88:1,22
88:24 89:1 90:1
91:1 92:1 93:1,7
94:1 95:1 96:1 97:1
98:1 99:1 100:1
101:1 102:1 103:1
104:1 105:1 106:1
107:1,23,25 108:1
109:1 110:1,15,16
111:1,24 112:1
113:1 114:1 115:1
116:1 117:1 118:1
119:1 120:1 121:1
122:1 123:1 124:1
125:1 126:1 127:1
128:1 129:1 130:1
131:1 132:1,6,7

133:1 134:1 135:1
135:11,13 136:1,18
137:1,8,19 138:1,5
138:15 140:5,18
**Bendick's** 21:11
132:24
**Benjamin** 13:4 15:14
16:14 55:16 108:2
**better** 25:4
**Biden** 35:18 52:18
67:20,23 68:9 88:18
**bigger** 32:3
**biggest** 113:16 136:4
136:6
**black** 73:14,15,17
**blood** 139:18
**blurred** 73:5
**BOCHNER** 2:3
**body** 23:3
**boss** 130:24 131:22
132:5
**bosses** 25:21
**bother** 74:20
**bothering** 85:12
**Boulevard** 4:5
**Boys** 70:24 71:5,8,10
72:11,13,14 83:6,9
83:13 88:2 103:4,11
103:16 127:3,6,10
127:10
**break** 19:12 47:6
81:9,15,17,18,21
107:11
**bring** 25:20 60:12
135:9
**Brothers** 76:12,13,14
76:18 109:20,23,24
110:7,20 112:10,23
112:24 113:2
**brought** 29:15 97:23
114:10 135:19
**BS** 8:2
**bullhorn** 52:17
**bullhorns** 79:8 88:7
**bumper** 88:18

Case 1:21-cv-08594-MMG-SN   Document 100-14   Filed 05/01/24   Page 145 of 163

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

143

bunch 80:6
business 7:24 14:9
  102:19 108:19
  112:5,14

---

**C**

C 2:2 4:2,2 107:18,18
  139:2,2
call 13:25 16:23
  20:21 40:17,18
  45:20 131:8,8
  132:23
called 29:8 30:17,23
  38:6 43:23 44:21
  46:2,22 60:5,7,8
  89:5
calling 25:25 36:20
  44:24,25 60:11
  88:19 104:20
  121:25 122:3,4
  123:19
calls 45:23 49:19,20
camo 73:5
camouflage 73:4
campaigns 28:2
Campossano 14:16
  16:7
candidate 35:18
Capital 32:9 35:6,9
  36:6,11 81:3 105:20
  115:4 122:23 123:2
  123:13 126:24
  128:15,20 134:12
  134:14
caption 67:12
car 52:19
care 95:4
careful 41:12,13,13
cars 88:18
case 1:6 17:6,19 18:2
  18:4,25 25:7 38:6,8
  43:10 44:12 55:18
  91:17 105:9 128:22
  140:4
cases 83:20

Catholic 28:4
caught 25:5,6
caused 125:9
caution 25:8
cellphone 25:5,6
center 26:22 102:13
  105:23 118:20
  119:22 120:7,13,18
  121:8,22
ceremonies 21:22
certain 15:17 19:7
  20:11,13 111:8
  112:17 116:23
  131:3
certified 6:2
certify 139:10,16
chairman 11:16
  44:15 46:8
change 131:12 140:5
changed 41:21 42:21
  130:10,12
charge 111:6,9
  129:13 135:18
charged 40:7 80:14
  88:14,19 107:6,10
  116:15 123:18
  129:14,17
charges 29:15,18
  36:16 38:15,16
  111:8
chatter 51:10
check 20:2
Chief 13:23 14:3,4
chimes 87:22
choice 80:10
circle 62:20 67:16
  69:11
circulation 131:11
circumstances 81:15
cite 72:13 81:24
claiming 91:13
Clash 76:11,13,14,17
  109:20,23,24 110:7
  110:20 112:10,23
  112:24,25

classes 9:2
clear 6:10 38:12
clerk 48:10,13
clinic 88:7
clinics 96:24 100:24
  104:19 106:6
clock 24:24 41:8
  131:2
close 69:15 136:22,23
closed 42:25 43:10
  105:10
clues 97:5 102:20
coincidence 44:18
collect 135:6
collective 53:25
college 7:15,17,18,22
  8:3
combative 23:16
come 10:13 15:17
  39:9 43:21 47:8
  48:21 55:17 79:11
  112:12
comes 20:14 82:11
comfortable 117:10
coming 27:14
comments 78:13
  115:23
**COMMISSION**
  140:23
common 36:14 91:19
communicate 11:11
  12:2,13,19,22 13:4
  14:11,15,19,24 15:3
  17:17 128:9,13,18
  133:6,9
communicated 13:8
  14:5 17:14
communications 9:5
  17:22
company 31:14,17
  41:11 48:25 60:8
  72:20 76:14 79:5,9
  79:19,20 80:24
  85:15 86:9,10,12
  92:25 94:9 95:18

96:14 97:2 100:15
  100:24 101:2,3,5,7
  104:16 105:24,25
  106:4 107:8 108:18
  112:15,22 113:3,4
  114:2 115:10 116:2
  116:3,4,9,16,18,20
  116:20,22 117:3,6
  119:6,7,20 120:5,17
  121:5,8 122:11
  124:9,11 125:3,21
  126:10,13 127:4
  129:18
company's 116:23
  117:7
complained 50:19
  86:16,24 87:5 114:4
complaining 52:11
  52:12,14 86:14
  113:19
complaints 48:22
  49:9,12,22,25 50:3
  50:7,9,9,11,14,16
  51:6 87:4,13,16,17
  87:18 113:10,12,12
  115:19,20,22,24,24
  115:25 116:5,8
  117:13,14 135:4,5
  135:16,24 136:3,9
  136:11,12
comply 23:18
computer 48:14
concern 22:22 23:12
  23:14 41:3 97:13
  104:15 134:11
conclude 94:6 136:16
  136:25
concluded 54:12 94:3
  94:7 136:22,23
concluding 103:9
conclusion 25:12,13
  95:7 103:23,25
  104:6
conclusions 95:5
condemning 91:19

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

144

**conduct** 25:23,24
  38:19 54:8,24 55:4
  55:9,15 120:13
  128:5
**conducted** 43:23 54:4
  54:14 56:6
**conducting** 55:19,23
  56:2
**conductor** 7:5,6
  31:13 32:19 49:5
  50:23 105:19 106:6
  117:6 122:23 123:9
  124:3 125:13,20,24
  126:2 127:21 129:3
  134:17,20 135:5,6
  135:20 136:6
**conductors** 5:23,24
  6:3,5,12,14 27:7,8
  135:19
**conference** 1:18
  43:22 44:4,14,22
  45:7
**confused** 30:7
**connection** 33:9,11
  33:19 125:23
**Connor** 2:13
**Conservative** 30:17
  30:24 31:2,7,18,20
  31:23 37:2,16,21,25
  39:3,12,19 42:14
  51:22 110:25
**considered** 30:5,11
  42:25 43:10 51:19
  51:23 52:5,8 53:6,7
  72:17 95:25 97:23
  103:5 105:9 124:12
  129:9 133:20,22
**consistent** 44:25
**contained** 22:19
  38:15
**content** 23:24 24:5
  26:3 31:17,19,20
  34:15,19 37:16,20
  37:24 39:2,5,11
  40:13,15,25 41:8,22

41:23 42:7,14 51:14
  51:18,21 62:8 72:8
  83:21 106:15,24
  108:23
**contention** 70:8
**contents** 29:11
**contexts** 90:20,22
**contextual** 97:5
**continue** 23:19 37:8
  42:23,24 80:6
  130:23 137:2
**continued** 107:22
  121:2
**contributing** 31:4,8
  31:11 121:15
**control** 92:16,17,18
  92:21 93:7,9,12,13
  93:14 94:22 101:8
  104:14
**controlled** 93:2,5
**controversial** 30:3,9
  30:12 83:19
**controversy** 30:8
**convenience** 6:6
  32:11 42:2
**conversation** 23:8
  37:9 40:19 60:22
**conversations** 17:25
  40:13
**convey** 70:9 75:24
  77:23,25 78:4,5,9
  90:7
**conveyed** 82:9
**copied** 17:18,24
**corporate** 126:25
**correct** 5:9,12,17
  6:13 10:2,3 11:3,5
  11:14,15,17,18,24
  11:25 12:11,12 13:6
  13:10 14:7,8 15:8,9
  16:11 17:15,21
  18:14,15,23 22:7,20
  22:21 23:23 27:4,5
  27:7,8 28:18 29:6,7
  29:9,10,12,13,16,17

29:20,21 30:17,18
  30:24,25 31:9,18,24
  33:12,16,21 35:3,7
  35:8,11 37:3,4,6,17
  37:18,21,22,25
  38:17,18,23,24 39:3
  39:4,7,8,13,14,23
  39:24 40:5,14,16,22
  40:23,25 41:2,9,10
  41:23 42:5,12,13,16
  42:22 43:4,15 44:6
  45:4,7,8,10,11,13
  45:17,18 46:16,24
  49:9,13,14,16,17
  50:17,20 52:24 54:6
  55:5 57:7,13,14,17
  57:18,20,23 58:2,3
  59:2,3,5,6,7 60:10
  61:8,20 64:4,23,24
  65:24,25 66:14
  67:13,19,21 68:5,7
  69:8,9,11,12,15,16
  69:19,21 70:6,7
  73:6,12 76:23 77:15
  81:5 83:9 84:11,19
  87:9,10 89:15 90:23
  91:3,4,6,7,22 92:2,8
  92:16,19,20,22
  93:25 94:15,21
  95:16,22 96:4,8,9
  97:6 98:4,6,7 99:19
  103:24 105:7
  106:10,16,25
  109:22 111:11,14
  113:10,20,21,24
  114:8,23 115:8,13
  115:21 116:24
  117:8,10 118:11,15
  118:20,21,23 119:2
  119:11,17,22
  120:20 121:19,23
  122:8 127:16
  129:15 130:3,5,8,17
  134:7
**correctly** 36:21 72:12

83:22
**Coughlin** 53:14
**Counsel** 16:25 21:6
  133:4 137:11
  138:10
**counterterrorism** 9:8
**country** 124:13,15,20
**COUNTY** 139:6
**couple** 59:9 72:17
  89:17
**course** 11:10 14:8
  55:23 102:18
  131:21
**court** 1:1 33:15 139:8
**Covid** 88:8,8 102:13
  105:23,25 106:16
  117:8,21,25 118:9
  118:15,19,23,23
  119:8,10,11,22
  120:4,7,18 121:8,18
  121:22,23
**Covin** 14:11 16:6
  17:11
**created** 41:8
**criminal** 33:15
**critical** 104:8 109:13
**criticizing** 118:22
**crucial** 40:9
**CTO** 12:25 13:23
  131:6
**cultural** 8:18
**cultures** 89:23
**current** 4:23
**currently** 57:21
**curse** 108:10
**customer** 50:8,9 87:3
  87:16
**customers** 30:5 34:7
  34:11 50:5 97:13
  100:16 104:3
  105:11

---

**D**

**D** 2:16 4:2 107:18
  138:2

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

145

**Daily** 86:19
**Damato** 12:17
**date** 22:4 111:11,14
  111:15 132:24
  140:4
**dated** 16:5 29:9
  38:14
**dates** 36:23 56:6
**day** 15:17 32:2,20
  60:25 61:2 124:4
  131:19 134:10,20
  136:25 137:9,21
  139:21 140:20
**day-to-day** 6:4
**days** 52:9
**deadline** 136:21
**deal** 14:9,10,22
**dealing** 14:17
**dealt** 12:24,25 13:13
  14:13
**decided** 111:6 126:8
  126:10,11 127:21
  129:10 131:3,5
**decision** 58:20 84:25
  124:5 129:13
  130:11 131:11,17
**defendants** 1:10 2:8
  62:15
**define** 111:24
**degree** 7:23,25 9:3
**degrees** 8:15,18,24
  9:5,8,10,13,16,21
  55:11
**delete** 20:6
**deleted** 20:7,9,11,15
  20:17 21:10,15
**deletion** 20:5,23
**Democrat** 27:19
  86:14
**denying** 59:19
**department** 38:22
  58:12,12 113:6,9
  136:10,11
**DEPONENT** 140:5
**deposed** 5:16

**deposition** 4:13,15,21
  6:7 18:11 32:12
  40:11 53:22 59:16
  63:4 82:5,7 135:10
  136:16,22 139:11
  140:4
**deputy** 13:18
**describe** 5:20 29:22
  33:24 78:24
**DESCRIPTION**
  138:15
**desire** 135:11
**Despite** 94:3
**destroyed** 20:21
**detail** 112:20
**details** 22:15 59:20
  59:21 82:3 84:6
**determination** 45:12
  45:16 53:10 54:21
  116:13 124:24
  131:20 136:20
**determine** 20:24
  21:13 28:16 50:6
  70:21 74:20 75:6,9
  78:25 86:12 87:12
  127:24 128:4,7
**determined** 95:15,17
  95:20,24
**determining** 70:15
  104:9
**different** 22:13 39:17
  42:20 46:9,18 58:10
  68:25 69:3,3,4,23
  69:24 77:18 80:22
  89:24 91:11 97:4
  118:10,14 123:24
  126:25
**difficult** 19:23 108:17
  108:24
**direct** 113:3
**directed** 26:22
**directions** 69:4
**director** 12:9
**disagree** 117:21
**disagreed** 34:18 81:2

106:14,18,23 107:3
107:4 113:14,23
115:8 116:23 117:7
117:11 118:25
119:4
**disciplinary** 5:11
  10:11,12,18 11:2,8
  11:12,22 12:3,10,14
  12:20,23 13:5 14:6
  14:12,16,20,25 15:4
  15:15 17:15,23
  29:15 36:15 40:22
  40:24 56:20,21
  57:24 84:23 114:6,9
  126:22 133:7,9
**discipline** 6:3 10:20
  18:18,23 25:11
  26:13 27:11 30:8,22
  31:8 36:18,25 38:10
  39:25 41:23 42:3,4
  42:4,16 43:3 45:10
  45:17 48:21 51:7
  52:23 58:13,21
  72:21 74:15 79:24
  86:11 98:11,14,18
  100:12,14 110:6
  114:10 116:6
  121:15 126:11
  127:9 136:2
**disciplined** 24:6
  25:22,24,25 26:3,4
  26:8 31:3,15 34:19
  34:24 36:10,12,19
  37:15,23 38:3,4,7
  39:6,11 101:2
  104:21 107:9
  112:12,19
**disciplining** 47:3
**discussed** 15:16
  102:9
**discussing** 116:7
**discussion** 53:18
  93:17 111:22
  122:16
**discussions** 124:18

**disease** 106:7
**displayed** 95:19
**disrespectful** 45:24
  46:3
**distinction** 40:9
**DISTRICT** 1:1,1
**diverse** 30:4,4 43:17
**diversity** 50:15,17
  113:6,8,9,11 136:11
**doctor** 85:11
**doctor's** 88:5,6
**doctors'** 79:8 80:5
  102:23
**document** 15:24 16:2
  16:5 28:13,14,24
  29:11,14 89:8 94:2
  99:2
**documents** 21:12
  89:9
**doing** 4:11 32:20
  41:15 44:2,8 54:11
  61:25 62:4 64:16
  66:2,24 68:15 78:12
  80:2 90:17 94:9
  102:10,22 114:14
  115:5 127:21
  133:11 134:20
**Donald** 35:14
**donate** 28:4
**donated** 27:25
**door** 50:25
**doubt** 41:19 64:21
  95:11
**draft** 28:23,25
**drafted** 29:2
**driving** 50:21 104:23
  105:11
**due** 49:24
**duel** 111:25 120:11
**duly** 4:3 107:19
  139:12
**duty** 7:5 24:2,4

|  E  |
| --- |
| **E** 2:2,2 4:2,2 107:18 |

Case 1:21-cv-08594-MMG-SN   Document 100-14   Filed 05/01/24   Page 148 of 163

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick   ---   September 18, 2023

146

107:18 138:2,14
139:2
**earlier** 39:15 40:10
42:17 43:17 55:10
83:8 93:11 105:8
109:20 110:23
133:16
**earn** 64:2
**easier** 47:17 62:11
**east** 2:9 6:19,20,24
7:3
**education** 55:11
**EDWARD** 2:5
**edward@bochner....**
2:6
**Effectively** 24:21
**effort** 135:9
**eight** 63:24 64:2,23
**either** 23:25 35:24
49:8 69:10 108:5
113:22 134:4
136:22 137:3
**election** 35:11
**email** 15:7 16:5,13,15
17:5,11 19:5,9,13
20:2,14 47:21 108:2
108:7,23 133:10
138:17,20
**emailed** 17:20,20
**emails** 16:14 17:18
17:24 20:5,6,8,24
20:25 21:13 48:16
49:17,18 108:16
138:11
**employ** 100:18
**employed** 70:12
**employee** 4:16,18
19:18 32:23 34:23
46:17 50:14 51:9
52:20 79:18 86:21
96:21 102:7,10
107:8 111:9 113:18
120:3,23 121:4
126:7 129:8,11
132:19 134:23

**employees** 21:21,23
26:20 37:12 50:5,12
51:10 85:16 97:14
100:17 102:12
104:4 105:16
129:23,23,25
**employment** 52:14
108:19 111:25,25
112:13 120:11
**enforcement** 9:11
128:10,14
**Eng** 11:20,23 12:2
**engaging** 82:25
**entailed** 19:22
**entails** 5:21 18:5
**entire** 6:20 103:9
**entirely** 90:21,23
**entitled** 21:2
**environment** 120:10
**Erin** 12:24 13:11,12
13:17,20 14:10,13
14:13 16:6 29:2
54:3 55:16 56:15,22
57:3,6,12,16,19,25
58:4,15,15,17 59:4
59:9 87:7 108:3
132:21 133:14
**ERRATA** 140:2
**especially** 122:12
**Esq** 2:5,10,13,14,15
2:16
**et** 140:4
**ethics** 108:21
**ethnicity** 74:12,13,14
**event** 17:4 19:15
133:17,21,23 134:2
134:4
**events** 32:8 44:19
**everybody** 87:22
104:14 113:13
134:18 136:24
**evidence** 20:20 58:18
75:8 82:25 97:10,12
97:12,13,18,19 98:3
98:5,6,11,16 103:20

127:8
**exact** 110:3
**exactly** 10:8 80:12
111:5
**examination** 1:17 3:4
3:8 4:8 107:21
138:7
**examined** 4:6 107:19
**example** 81:25
**examples** 72:14,16
**exception** 54:16
85:13
**exchange** 132:18
**excuse** 38:10 53:17
**executives** 47:3
**exhibit** 15:19,20
16:20 28:8,20 38:7
38:13 47:18 61:11
61:12,18 68:13 69:7
69:13 70:3 88:21,22
94:25 107:24,25
110:16,23 132:7
138:17,18,18,19,20
138:20,21
**exhibits** 138:23
**existed** 115:25
**expect** 34:14
**expected** 37:14 134:9
**expert** 53:4,11 60:5,8
60:11 103:4
**expertise** 9:21 60:9
96:17
**expertises** 96:16
**experts** 60:13
**EXPIRES** 140:23
**exposed** 86:21
**expressing** 119:10
120:19
**eye** 42:24

_____
**F**
**F** 139:2
**F%CK** 108:11
**face** 74:3
**Facebook** 30:19,21

**facilities** 52:16
**fact** 41:3,6,7 45:24
50:16 52:8,12 63:23
81:3 92:7 100:15
111:6 119:5,5 125:8
125:11,12,14,19
134:2
**factor** 31:5,8,11
52:23 108:14 125:4
125:6,14
**factors** 52:25 119:23
121:15 135:25
**facts** 10:24 44:3,8
57:5 60:25 112:22
130:19,22,24
131:16
**failed** 46:23
**fair** 10:25 16:4
**faith** 93:2 95:18
96:14 116:12,12
**falsely** 91:12
**familiar** 9:24 11:14
11:19 12:5,16 13:19
43:22,25 53:13 89:2
89:12 99:22 102:17
108:8,25 109:3
**famous** 61:19 68:21
**fares** 135:7
**FBI** 128:10,14
**February** 7:10
**federal** 23:2 33:15
**felt** 72:20 86:9
100:13 113:25
115:9 117:24 118:6
121:5 125:2
**figured** 104:2
**filed** 111:13
**filing** 3:8
**filling** 112:14
**final** 68:12 136:19
**find** 22:10 46:3 47:17
47:22 48:13 102:11
128:23
**finding** 22:2,9 53:22
**findings** 56:10,16,19

Case 1:21-cv-08594-MMG-SN   Document 100-14   Filed 05/01/24   Page 149 of 163

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick   ---   September 18, 2023

147

57:2
**finds** 36:14
**fine** 48:12 81:11
  93:23
**finger** 62:20 67:15
  69:8 89:21
**fingers** 62:21,22
  67:17 69:3,14 89:21
**first** 4:3 9:17 15:19
  16:14 21:18,20,23
  25:5,6 61:22 89:18
  102:6 112:22
  117:15
**five** 10:7,9 27:3,7
  81:18
**Floor** 2:4,9
**focusing** 26:21
**folks** 33:18
**follow** 17:2 20:4
  23:19 37:13 42:23
  46:10 105:15
  129:24,25
**following** 43:9
**follows** 4:7 107:20
**followup** 48:10
**force** 50:21 105:20
**form** 3:12 47:16
  67:16 79:14
**format** 48:17
**forming** 62:20
**forms** 69:10
**forth** 139:12
**forward** 41:25 72:21
  105:21 126:11
**found** 23:20 83:23
  114:16 125:17
**Foye** 1:9 11:12,14
  43:23 44:21 45:6,20
  46:4,11,16
**Foye's** 44:14,24
**FRA** 22:24,25 117:17
**free** 80:16
**full** 59:20 105:20
**fully** 124:4
**further** 3:7,11 25:11

107:20 127:22
136:18 139:16

_____

**G**

**G** 2:13
**Gallup** 13:5 15:14
  16:7,14 25:18 55:17
  108:2
**general** 15:3 118:4,9
  124:23
**genesis** 63:10 99:3
  100:14
**gentleman** 41:14
  96:12 119:8 136:8
**gentlemen's** 23:8
**gesture** 53:3,23 54:5
  54:9,13,16 55:24
  56:4 58:24 59:17,23
  60:15,20,24 61:5,20
  62:14,16,17,24 63:3
  63:8,12 65:2,4,9,17
  65:20 67:4,5,13,21
  67:24,25 68:7,17,20
  69:17 70:5,15 71:2
  72:2,3,10 75:25
  82:21 89:5,14,20,23
  90:2,5,6,12 91:5,10
  91:13,13,15,21,24
  91:25 92:14 93:21
  93:22,24 94:19 95:3
  95:6,16,21,24 97:6
  97:7 98:3,12,17,19
  98:20 99:7,12,18
  101:6,20,23 102:2
  103:10,13,14,15,24
  104:9,10,12,13,15
**gestures** 36:13 68:21
  69:18 70:25 77:4
  94:5 129:13
**getting** 10:14 27:15
  32:5 52:13,16 65:19
  76:19 96:25 106:6
  112:15 118:23
  134:24
**give** 48:12 99:21

113:3 122:14
**given** 20:25 25:2,7,8
  113:13 139:14
**giving** 62:5,6,10 65:3
  65:9,16,20,21 66:4
  67:2,13,20,23 68:17
  96:21
**go** 7:17,19,21 19:7
  20:13 30:14 35:13
  50:14 88:7 94:24
  109:19 117:15
  125:6
**God** 22:14
**goes** 34:24
**going** 5:11 6:7 8:13
  15:16,19 28:8 35:16
  35:17,19,20 39:14
  44:2,4,13,19 48:13
  49:7 62:12,13,16
  63:2 80:5 85:11
  88:21 89:17 92:11
  102:13,23 107:23
  123:19 124:5
  127:22 130:5 131:4
  136:7
**good** 4:10,11,12 6:9
  31:14,17 40:20 42:6
  61:15,17 76:9 87:12
  106:4 109:16
  114:15 117:6 120:2
  136:23 137:4,4,6
**Google** 55:5,25
**governing** 23:3
**government** 71:22
  106:12
**governmental** 128:19
**graduate** 7:19,21,23
  8:3,5,5,14,17,20,23
  9:4,7,10,13,16,20
  21:21
**great** 137:8
**green** 73:3
**group** 29:2 30:4
  71:21 76:6 83:7
  84:3,7 97:9,15,24

97:25 98:22 99:7,12
  99:14,18,21
**groups** 30:11 43:20
  63:13 70:23 72:5
  75:13,18 76:3 77:11
  77:17 78:7,14,16
  79:6 82:19 83:20
  94:13 96:23 99:5,10
  99:22 103:6 104:5
**guess** 46:2 52:3 56:24
  60:2 87:21 92:3
  99:15 112:3
**guys** 136:15 137:4

_____

**H**

**H** 4:2 107:18 138:14
**Haig** 14:19,21 16:8
**hand** 36:13 39:6
  43:18 52:3,4,6,6,22
  53:3,5,7,23 54:5,8
  54:13,16,18 55:24
  56:4 58:24 59:17,23
  60:15,20,23 61:20
  62:4,14,16,24 63:3
  63:7,12 65:2,4,9,16
  65:20 66:7 67:4,21
  67:24,24 68:7,17,19
  68:21 69:17,18 70:5
  70:15,25 71:25 72:3
  72:6,10,19 75:25
  77:4 78:6,13 82:21
  89:5,14,20,22,25
  90:5,6,12 91:10,21
  91:24,25 92:6,14
  93:20,24 94:4 95:3
  95:16,21 96:21 97:6
  97:7 98:12,17,18,20
  99:3,7,12,18 100:23
  101:6,10,11,20,23
  102:2 103:10,13,14
  103:15 127:3
  129:12 139:21
**handle** 58:13 87:3,4
  87:16
**handled** 86:6 120:25

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick   ---   September 18, 2023

148

handling 6:3,4
hands 69:2
handy 48:11
happen 19:16
happened 49:7
happening 37:6
harassing 52:15,17
  79:7 85:11 88:4
  96:24 104:23
  105:10,11 119:9
harassment 80:5
hard 81:12
harmless 90:21,23
hat 72:23,25 73:3,4,5
  73:8 135:22
hate 91:13
head 123:25
heard 44:23 63:19
  109:2,6,9
hearing 56:20,24
  57:3,4,6,8,16 58:16
  58:16,19 89:11
Hechtkopf 2:15
held 1:17,18 53:18
  89:22 93:17 111:13
  111:22 122:16
Helene 2:15
help 17:6
helped 18:4,25
hereinbefore 139:12
hereto 3:4
hereunto 139:20
Hey 123:8,9
hierarchy 13:20
high 27:24
highly 65:8
Highway 52:17 85:12
  88:17 104:21,23
hiring 5:24
history 89:13 133:17
  133:20
hoax 91:11,15,21
  92:2,4,7,8,11,12
  94:11 98:23,25 99:3
hoaxers 91:17

hoaxes 91:16
Hoguet 2:8,13,14,15
hold 5:3 6:17 8:14,17
  8:20,23 9:4,7 18:9
  21:4 85:5,8
holds 77:16 82:23
honest 134:5
hoped 43:11 91:17
hoping 24:8
hour 81:14
hours 56:2
House 63:24 64:3
huh 16:3 17:12
hum 110:21
hundreds 33:15
hurt 134:3

─────────
I
idea 36:5,9 61:7,15
  61:17 78:8 87:12
  90:15 91:24 101:22
identical 68:20,23,25
  69:5
Identification 15:20
  28:20 61:12 88:22
  107:25 110:16
  132:7
identified 32:24 34:3
  34:4,22 37:11 50:23
  70:5 79:18,21,23,25
  80:8 105:19 113:17
  117:5 122:10,22,25
  125:19,24 126:7,17
  129:2 135:22 136:5
image 16:19,19,21,24
  16:24 19:21 47:12
  47:21,22 91:19
  138:11
imagine 46:17
impermissible 25:15
in-person 15:8
included 119:21
including 69:7 70:4
index 89:21
indicated 82:2

individual 1:3,9 9:25
  11:19 12:5,16 13:21
  26:21 53:13 56:17
  101:21
individuals 17:19
  61:19 70:3
informal 41:18
information 20:22
  22:16 51:2 136:12
informed 108:18
initially 130:2,16
injured 134:3
injury 4:16,18
innocuous 90:23
  91:17
inoculations 106:3
  118:5
insincuous 90:21
Instagram 30:19,21
instance 82:8
instructed 131:6
insult 45:4,9,12,15
insulted 45:6
insulting 121:24
  122:2
intelligence 55:4
intend 48:10
intended 60:20 77:23
intending 70:9 90:7
intent 95:5
interested 139:19
internal 124:18
interview 44:13
  82:15,21,23
investigate 49:6 80:7
  87:15 105:15 124:4
  125:7,10 135:7,21
investigated 127:15
  127:18
investigating 10:20
  29:25 70:13 80:22
  105:21 110:5,14
investigation 44:11
  45:10 70:20 88:11
  88:13 129:6,10

133:15 134:13,22
investigations 128:5
  135:15
involved 10:22,23
  32:5 80:20 109:18
  133:15
involves 62:18
involving 6:4
Island 1:8 4:17,24
  6:12,21 7:3,8,9,12
  8:11,12 11:24 18:18
  18:23 19:5,18 20:3
  20:8,23 23:4 24:11
  24:18,21,23 31:12
  31:22,24 32:16,23
  33:4,7,25 34:8,11
  34:23 37:11,19,24
  38:17,19 42:12,15
  49:2,3,4,6 50:11,13
  50:23 51:9,15,17,23
  52:5,7,20 53:21
  55:14 57:16,20,25
  58:5,7 59:15 70:20
  75:14 76:8 79:12,17
  79:18 80:9 85:8
  86:20 93:4 95:14,17
  95:20,23 96:21
  102:3,7,10 104:24
  105:3,4,19 106:5,14
  106:18,20,21,23
  107:5,7 112:2,4
  113:6,17 114:15
  115:2,20 117:5,16
  117:19,20 118:2,3,6
  118:11,14,25 119:4
  119:17 120:3,13,23
  121:3 122:8,11,19
  122:22 123:7,8,9,10
  123:14 124:2,3
  125:9,12,15,19,24
  126:2,7,20 127:14
  127:18 128:9,13,18
  128:22 129:3,7
  132:19 133:10
  134:17,18,19,22

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick   ---   September 18, 2023

149

| | | | |
|---|---|---|---|
| 135:13,17 136:5 | **job** 4:23 6:7 76:20 | 72:2 73:2,13,18 | 48:13 128:10,14 |
| **issue** 10:22 24:10,14 | 87:4,6,15 95:14 | 74:16,16,18 76:17 | **lawsuit** 4:17 |
| 25:15,20 26:6,8 | 112:5 | 77:13,25 78:3,5,11 | **lawsuits** 4:19,20 |
| 32:3 42:25 76:22 | **jobs** 7:11 | 78:12,12 80:19 81:7 | **lead** 6:23 13:7 73:8 |
| 79:17 80:15,23 | **Joe** 35:18 52:18 | 81:14 82:22 83:10 | 73:22 74:3 |
| 85:11 100:12 104:2 | 67:20,23 68:8 | 83:11,12,14 85:9,18 | **leads** 73:24 74:7 |
| 105:13,22 108:20 | **Joseph's** 7:18,22 | 85:20,22,25 86:2,5 | **learn** 23:6 35:21 53:6 |
| 117:3 120:24,24 | **jump** 95:5 | 86:15 87:5,19 96:17 | 87:25 111:5 |
| **issues** 34:22,22 43:12 | **jumped** 95:7 | 97:21,22 98:8 99:2 | **learned** 35:22,23 |
| 79:12,16 105:2,6 | **juncture** 18:10 | 99:3,4,9,9,15 100:8 | **led** 38:16 72:9 |
| 116:24 126:9 | **June** 47:14 | 100:21 101:9,10,14 | **left** 80:7 112:25 |
| | | 101:15,17,18,19,25 | 128:5 |
| **J** | **K** | 102:2 103:4,14 | **Let's** 32:6 61:22 |
| **J** 1:9 11:11 43:22 | **K** 4:2 107:18 | 107:3,6 108:17 | 64:13 69:6 72:22 |
| 44:21 | **keep** 42:24 87:23 | 109:5,9,10,15 110:2 | 81:18 94:24 |
| **jackass** 43:24 44:22 | 116:11 135:11 | 111:19,20 112:6,9 | **letters** 91:14 |
| 44:25 45:4,15,21,23 | 136:3 | 112:15,18 113:11 | **letting** 112:15 |
| 46:2,23 | **Kelly** 53:14 | 114:3 115:22 116:8 | **level** 55:11 |
| **Jamaica** 4:5 | **KENNEY** 2:8 | 116:19 117:24 | **levels** 44:16 |
| **January** 5:4 16:5 | **kids'** 28:3 | 118:5,7 119:14 | **liberals** 91:18 |
| 25:23 26:13 29:9 | **kind** 22:12 50:24 | 123:4,5,6 124:16,16 | **lie** 106:12 |
| 32:8,13,16,22 33:3 | 73:15 88:7 102:8 | 126:5,6,14,15,15,16 | **life** 90:2,13 |
| 33:9,12,16,19 34:2 | **KKK** 99:15,20 100:7 | 126:21 128:8 | **light** 31:14,17,24 |
| 35:7,9 36:6,9,11,16 | **knew** 35:24 58:10 | 131:22 132:10,15 | 32:4 41:12 72:20 |
| 37:3,6,17 38:14 | 120:22 | 132:16 133:11 | 75:15 76:9 79:5,10 |
| 39:13,22 40:3,4 | **know** 16:19,20 18:5 | 135:18 136:10 | 79:19,20 80:24 |
| 41:23 42:4,7,10 | 18:25 19:2,10,19 | **knowledge** 33:10,13 | 85:15 86:9,11,13 |
| 42:16 43:3,23 48:20 | 20:12,13,16,17 | 33:17 43:2 63:14 | 94:9 97:3 100:15,24 |
| 49:5,22 50:2,20,24 | 22:22 33:22 35:12 | 64:18,20 71:11,13 | 101:3,5,7 102:3 |
| 51:3,4 79:13 80:3,8 | 35:19,25 36:2,2,23 | 71:14,16,17,19,20 | 104:16 105:25 |
| 80:13,16 81:3 105:6 | 37:7 39:15,16,17,20 | 71:23 75:22 109:4 | 106:22 107:8 114:2 |
| 105:18 108:3 | 40:17 42:17,20,21 | 128:12,17,21 | 115:11 116:3,10,11 |
| 111:16 114:20 | 42:22 43:6,7 44:17 | **known** 42:15 51:14 | 116:12 119:6,7,20 |
| 116:9 121:4 123:11 | 45:3 46:7,7,8,8,10 | **Kustoff** 12:6,8,14 | 120:5,17 121:6,9 |
| 123:13 124:7,10,14 | 47:18 49:25 50:6,10 | 14:6 16:7 17:11 | 122:12,19 123:12 |
| 124:19 125:4,9,11 | 50:18 55:3 59:13,14 | | 124:9,11 125:3,21 |
| 125:15,18,25 126:3 | 61:4 62:8,9 63:9,9 | **L** | 126:10,13 127:4 |
| 126:13,14,19 | 63:16,16,17,20,20 | **L** 4:2 107:18 | 129:18 |
| 127:14,16,25 128:5 | 63:21,21 64:6,7,9,9 | **labor** 8:24 9:2 10:19 | **liked** 81:7 114:25 |
| 128:16,20,24 | 64:10,11,12,20,21 | 12:9 13:14 54:2 | **line** 90:18 |
| 129:15 130:15 | 65:4,5,5,6,11,14 | 56:12 58:11 111:10 | **LINE(S)** 140:5 |
| 133:16,22 134:7,13 | 66:6,8,10,10,12,13 | **large** 39:5 | **linguistics** 8:15 |
| 138:17,20 | 66:15,21 66:6,7,9,9 | **larger** 66:22 | **LIRR** 48:3,4,5,6 50:5 |
| **Jason** 2:16 | 67:10,23 68:2,3,8 | **latest** 48:15 91:15 | 138:11 140:4 |
| **Jeffrey** 14:24 56:17 | 68:10,11 71:4,9 | **law** 9:11 46:11 48:9 | **listen** 23:8 |

Case 1:21-cv-08594-MMG-SN   Document 100-14   Filed 05/01/24   Page 152 of 163

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick   ---   September 18, 2023

150

litigation 21:4
little 14:21,22 30:7
  130:13
LLP 2:8
loaded 122:12
lodged 40:3
logo 73:5
logos 73:19 110:3
long 1:8 4:17,24 6:12
  6:21 7:3,8,9,12 8:10
  8:10,12 11:23 18:17
  18:22 19:5,18 20:3
  20:8,12,22 23:4
  24:11,18,21,23
  27:22 31:12,22,24
  32:16,23 33:4,7,25
  34:8,11,22 37:11,19
  37:24 38:17,19
  42:11,15 49:2,3,4,6
  50:11,13,23 51:8,15
  51:17,23 52:5,7,20
  53:20 55:14 57:15
  57:19,25 58:5,7
  59:15 70:20 75:14
  76:8 79:12,17,18
  80:9 85:7 86:20
  93:4 95:14,17,20,23
  96:20 102:3,7,10
  104:24 105:3,4,19
  106:5,14,18,20,21
  106:23 107:5,7
  111:25 112:4 113:5
  113:17 114:14
  115:2,20 117:5,16
  117:19,20 118:2,3,6
  118:10,14,25 119:4
  119:17 120:2,13,23
  121:3 122:7,11,19
  122:22 123:7,8,9,10
  123:14 124:2,3
  125:9,12,15,19,24
  126:2,7,20 127:14
  127:18 128:9,13,18
  128:22 129:2,7
  132:19 133:10

  134:17,18,19,22
  135:13,17 136:5
longer 81:10 135:11
look 15:25 18:24
  61:15,22 72:22 82:6
  87:20 88:23 92:5
  106:3 116:16,18,20
  116:22 117:6
  127:20,22 131:23
  134:20 136:7
looked 19:21 88:15
  120:2 132:11
looking 64:25 80:10
  110:13 120:24
  129:12 133:12
looks 62:10 89:2,12
  108:8 132:10
lost 95:14
lot 26:15 30:14 51:10
  85:14,18,20 103:3
  109:17 113:12
  117:14 132:11
loud 97:17
lunch 81:9,14
Luncheon 107:14
lying 106:12

M

M 4:1,2 5:1 6:1 7:1
  8:1 9:1 10:1 11:1
  12:1 13:1 14:1 15:1
  16:1 17:1 18:1 19:1
  20:1 21:1 22:1 23:1
  24:1 25:1 26:1 27:1
  28:1 29:1 30:1 31:1
  32:1 33:1 34:1 35:1
  36:1 37:1 38:1 39:1
  40:1 41:1 42:1 43:1
  44:1 45:1 46:1 47:1
  48:1 49:1 50:1 51:1
  52:1 53:1 54:1 55:1
  56:1 57:1 58:1 59:1
  60:1 61:1 62:1 63:1
  64:1 65:1 66:1 67:1
  68:1 69:1 70:1 71:1

72:1 73:1 74:1 75:1
  76:1 77:1 78:1 79:1
  80:1 81:1 82:1 83:1
  84:1 85:1 86:1 87:1
  88:1 89:1 90:1 91:1
  92:1 93:1 94:1 95:1
  96:1 97:1 98:1 99:1
  100:1 101:1 102:1
  103:1 104:1 105:1
  106:1 107:1,18
  108:1 109:1 110:1
  111:1 112:1 113:1
  114:1 115:1 116:1
  117:1 118:1 119:1
  120:1 121:1 122:1
  123:1 124:1 125:1
  126:1 127:1 128:1
  129:1 130:1 131:1
  132:1 133:1 134:1
  135:1 136:1 137:1
  138:1
main 31:4,8,11,14
  83:7 104:14
maintained 30:16
  42:11
maintenance 30:23
majority 49:23
making 22:10,18,22
  23:9,13 24:19 25:9
  25:9 37:11 40:7
  41:4,15,16 61:20
  63:7 65:2 70:4 94:4
  94:7,14 95:15,21
  97:5 101:5,7 105:3
  112:3,7,9 123:17
male 74:17
man 74:25
management 8:2
  51:13
manager 4:25 6:24
  7:2,13 13:7
managerial 6:11
managers 123:22
  129:23
Manber 2:14

mandate 117:18,18
mandates 118:9
Marilyn 12:6,8,13,25
  13:12,14,20 14:5,9
  16:6 17:11
Marilyn's 13:17
mark 110:15
marked 15:20 28:20
  61:12,14 88:22
  107:25 110:16
  132:7
marriage 139:18
mask 117:11,11,14
  118:8,12
masks 117:15 118:4
  123:21
masters 9:2
material 30:2,6 39:15
  55:18 85:17 92:24
  96:13
matter 75:5 126:22
  139:19
MBA 7:24
McCartney 65:23
  66:2,10,13,17
McDonalds 7:14
mean 19:16 26:19
  51:4 60:2 90:4
  96:15 132:9
meaning 95:2
meanings 89:24
meant 17:17 70:15
  96:8
media 8:21 23:22,24
  24:5,16 30:17 31:13
  31:21 32:4,19 33:6
  34:5 36:13 37:2,5
  37:17,21,25 38:21
  39:3,12,16 40:14
  41:7 42:11,19,20,24
  43:2,3 49:24 50:22
  50:25 51:12,19,22
  53:3 60:15 71:3,7
  72:6,9 74:6 76:7
  78:24 79:19,21,23

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

151

79:25 80:4,9,20
81:25 82:4,6,9
83:25 84:10 86:18
86:19 90:17 91:18
93:15 96:12,15,16
96:17,19,20 101:2
102:6,21 103:2,17
106:15,24 107:6
109:12,16,17
113:15,20,23,24
114:2,8,12,22 115:8
115:10,12 116:14
116:16 120:9,16,16
122:13,13,18,21
125:22 126:9,17,25
129:17 135:15
medical 52:16
medium 62:12
meet 10:6 21:22 27:6
27:8
meeting 21:20,24
meetings 10:10 15:8
27:10,13
megaphone 96:24
104:20 119:9 120:4
121:13,14,17
megaphones 106:5
member 71:8,12,15
71:18,21 75:18,20
75:21 83:9,10,13
100:7,10 127:10
members 50:4 91:12
100:12
membership 77:17
82:18 83:14
memberships 71:24
82:22 83:11,17
100:8
mentioned 9:20
85:10 105:8 127:12
merely 91:15
message 23:12 70:21
77:23 82:10 90:8
138:21
messages 15:10 22:20

129:19 132:24
138:12
met 10:4 21:18,23
26:17 27:3 87:7
130:15
Metropolitan 1:9
11:17
Michael 1:17 137:19
138:5 140:5,18
middle 62:21 131:16
mind 61:5 75:24
82:11 106:10
minute 107:11
minutes 17:13 47:9
81:18
Miriam 2:14
missing 125:23
moment 15:24 61:15
87:24 88:23
monetary 112:17
money 27:25 112:4,6
112:9
monitor 37:8 135:4
morning 4:10,11
motivating 52:23,25
mouth 114:11
move 24:9 43:11
121:2 126:11
moving 24:19 41:25
MTA 2:16 29:19,23
43:13 45:2 46:4,15
46:17 47:3 75:14
80:23 108:20
multiple 29:14
musicians 66:18

N

N 2:2 4:2 84:7,9,18
107:18 138:2 139:2
name 39:20 44:24
55:22 75:19 78:18
86:17,23 99:6,11,14
99:17,21 101:21
132:9,15 140:4,5
named 9:25 11:19

12:5,16 13:21 53:14
56:17
names 51:11 121:25
nation's 133:17,20
national 74:18
native 47:16 48:17
nature 43:4
necessary 135:12
need 61:14 81:16
129:24
needed 25:20 86:11
104:25 121:5
needs 46:9 76:19
negative 31:24 80:2
116:4 124:19
125:14 129:9,12
133:17,21,23 134:3
negatively 79:23
neoNazi 71:18
never 14:5 17:14
33:11 63:19 75:12
75:21 77:5 93:3
95:10 103:25 104:5
105:2 108:18 109:6
115:16 118:17,18
130:4,4
new 1:1,20 2:5,5,9,9
4:4,6 91:11 108:21
139:4,6,10
Newman 2:8,13,14
2:15
news 26:2 34:22
86:19 105:10
114:17
nodding 24:3
nondisciplinary
27:13
normal 14:8 102:18
Notary 1:19 3:5 4:3
137:23 139:9
140:20
note 20:18 21:7 135:8
noted 137:16
notice 1:18 17:10
18:10 28:22 29:8

38:2,9,11,14,15
40:2 110:17,24,24
111:2 120:11
138:18,20
Notices 111:3
number 49:21
numbers 47:17

O

O 139:2
Obama 64:13,16,18
64:21,22 65:8,16
66:6,22,24
Objection 11:4 17:16
24:13 31:10 33:23
34:20 35:4,15 43:5
45:25 46:6,13,25
51:25 54:10 55:2,6
59:25 64:5 65:18
66:20 75:3 77:9
78:10,19 79:14 81:6
85:24 86:4 87:14
92:9,23 94:16 95:9
96:5 97:20 98:24
100:5 101:13
102:16 103:12,21
106:17 107:2 109:8
111:19 115:14
116:25 117:9,23
118:16 119:3,12,18
120:21 121:20
122:9,20 123:15
124:8,25 127:7,17
128:2 129:16
131:14 132:2
133:24 134:8,15,24
objections 3:12
obvious 89:22
obviously 9:24 82:12
85:9
occasion 4:14 46:22
occasions 27:3
October 22:5,6 24:17
26:7 40:6,11,21
41:6,22 42:2,3,19

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick   ---   September 18, 2023

152

42:23 43:11 47:13
105:9
off-the-record 53:18
93:17 111:22
122:16
offend 96:11 102:11
offended 85:14,19,21
85:23 86:2,3,6,6,8,8
113:21,22 114:3,22
115:12,17
offense 125:17
offensive 30:6 34:6
36:14 51:19,24 53:7
72:18 83:24
office 36:24 85:10
88:5,6
officer 13:24 14:3,4
56:20,22 57:6,17
58:6,9,11,16,19
offices 79:8 80:5
102:23
official 56:25 118:10
Oh 52:10 79:11
102:25 124:14
okay 5:20 13:11 16:9
32:11,15 37:23
41:25 51:21 52:10
53:13 61:13,20,25
62:5,7,14 63:2,3,4,5
65:12,21 67:4,13,21
67:24 68:21 70:5
71:4 74:11 81:13
87:11,18 89:5,14,20
89:25,25 90:5,6,12
90:20,22 91:5,10,15
91:20,21,24 92:14
93:20,24,24 94:10
94:15,20,23 95:3
99:7,12,18 101:6,20
101:23 136:15
old 8:8 16:16
once 27:16 33:6 51:8
87:21 96:14 106:20
110:12 117:5 121:3
126:6

ones 88:3 104:18
online 22:2,9 23:10
23:21 24:11 30:2
53:12 54:11,14,23
54:25 55:5 91:21
93:14 95:19 110:12
115:6 133:12
open 48:18
opened 50:24 116:3
Operating 38:22
operation 6:20
Operations 4:25
opinion 10:15 53:2
60:14 92:10 94:2
100:19,21 118:8
opportunity 19:25
order 18:18,23 20:24
113:3
organization 71:12
71:15,18 75:20
100:11
Organizational 8:2
organizations 86:20
origin 74:18
original 16:13 39:18
131:10
originally 42:18,18
123:16 130:5
outcome 139:19
outside 52:14 108:19
108:19 111:24
112:4,13,14
overall 52:19 124:12
overreact 91:18
oversaw 6:20
overseeing 5:23
overthrow 71:21
overwhelming 93:19
93:20,23 94:19

_____

**P**

P 2:2,2
P-a-p-a-n-i-k-o-l-a...
13:3
p.m 107:14,16 137:16

page 30:17,23 31:2,7
31:18,23 37:2,17,21
37:25 39:3,12 51:22
60:16 71:7 89:5
138:7,10,15 140:5
pages 39:17 40:14
42:11 71:3 72:6,9
80:22
Paltzik 2:5 4:9 11:6
16:23 17:3 18:8
19:11 20:18 21:7,17
24:15 47:7,10,18,24
48:7,9,19 53:17,19
81:11,14,18,23
93:16 99:25 107:11
107:22 111:21,23
122:14,17 132:23
133:5 135:2,8
136:14 137:7 138:8
138:23
pandemic 43:9
Papanikolatos 13:2
13:22 16:8 131:7
paragraph 89:19
91:8,20 94:25
part 39:2,5 84:24
97:17 120:6 124:14
126:12
particular 78:6 84:2
85:9 95:4 99:9
100:21 101:19
particularly 21:10
115:16
parties 3:4 139:17
PASRICHA 2:10
11:4 17:2,16 21:3
24:13 31:10 33:23
34:20 35:4,15 43:5
45:25 46:6,13,25
47:5,9,12,20 48:2,8
48:14 51:25 54:10
55:2,6 59:25 64:5
65:18 66:20 75:3
77:9 78:10,19 79:14
81:6,8,13,16,20

85:24 86:4 87:14
92:9,23 94:16 95:9
96:5 97:20 98:24
100:5 101:13
102:16 103:12,21
106:17 107:2,12
109:8 111:19
115:14 116:25
117:9,23 118:16
119:3,12,18 120:21
121:20 122:9,20
123:15 124:8,25
127:7,17 128:2
129:16 131:14
132:2 133:2,24
134:8,15,24 137:6
137:13
passing 88:17
Patrick 1:9 11:11
43:22 44:21
Paul 65:23 66:2,10
66:13,17
pay 28:3 130:3,5,7,9
130:16,21 131:12
131:13,15
paying 41:2
penalty 39:22
people 25:4 34:8,15
46:19 48:23 51:9,11
52:11,15,17 54:16
68:21 69:2 75:11,15
79:7 80:5,21 81:2,4
81:7 83:23 85:11,12
85:14,18,20,21,22
86:2,3,5,7,13,16,17
88:4,8,17 92:4,12
92:15,16,17,19,22
93:5,8,12,13 94:22
96:3,24 101:9,10,18
101:18,19 102:14
104:2,19,19,23
105:11 106:5,6
110:12 113:14,16
113:21,22 114:3,3,4
114:7,21,24 115:7,9

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

153

115:12 117:15,16
118:22 119:9 120:3
120:7 121:12,14,22
121:24 125:17,20
133:25 134:3
**percent** 13:19
**perception** 124:21
**period** 5:25 111:8
**permission** 52:13
112:16
**person** 25:6 36:14
52:8 70:11,12,19
83:19 86:10,23
109:16 123:4 129:2
134:21
**person's** 92:10
**personal** 17:25 81:12
134:10 136:21
**personally** 10:4
37:13
**perusing** 16:2 28:14
**Phillip** 11:20,23 12:2
**phonecall** 15:7
**photo** 61:23 62:7
64:14,16 66:22 69:6
69:17 70:19 72:18
98:9
**photograph** 62:2
63:6 64:25 65:23
66:3,25 67:12,20
68:12,16 69:13
77:24
**photographs** 61:19
82:24 138:18
**photos** 26:15 61:22
72:22
**phrase** 116:11,12
**physically** 136:9
**picture** 19:19 65:7,11
65:13 66:16 73:21
**pictures** 67:3 68:18
115:3 129:4 133:13
**pin** 19:24
**pinky** 62:21
**pinpoint** 51:11

**places** 50:15
**placing** 62:18
**Plaintiff** 1:4 2:3 5:15
9:25
**plan** 131:15
**planet** 66:19
**Planning** 5:2
**play** 10:17 11:7
**played** 10:19,25
**please** 5:20,21 15:23
15:24 16:24,24 17:5
19:13 28:12 29:22
33:24 72:8,13 75:19
78:18,23 81:24
87:24 88:24 89:18
90:18,19 91:8 93:18
94:24 99:6 100:2
**plenty** 27:9
**PLLC** 2:3
**point** 5:24,25,25
20:10 21:11 24:9
26:20 115:5
**pointed** 32:19 67:17
69:3
**pointer** 62:20 67:15
69:8
**pointing** 69:14
**points** 70:14
**policies** 34:24 46:9
76:6,7,8 108:21
117:8,22,25 118:6,9
120:9,14
**policy** 20:4,23 29:19
29:24 38:20,21
43:14 45:2 46:5,15
46:24 101:2 107:7
112:16 116:14
117:11,12,19 120:9
120:16 122:13
125:22 126:25
135:14 138:11
**political** 9:14 22:19
28:2 43:4,8 86:15
**politician** 28:6
**portions** 89:18

**position** 5:21,22 6:17
28:6 117:17 118:10
**positions** 116:23
**positive** 124:13,15,19
134:2
**possess** 54:21 55:8
**possible** 54:7
**possibly** 19:17
**post** 41:14 74:6,10
78:18 81:25 82:9
83:25 84:10,14,18
84:20 90:17 93:9
97:8 98:13 102:4
104:24 122:25
123:3,6 125:20
**posted** 95:10,11
117:4 124:2
**posting** 30:2 43:18
51:2 52:15 93:14
100:23 114:11
116:8 120:15
125:16
**postings** 33:2 106:19
**posts** 34:5 42:25 43:2
43:4 75:15 76:2
77:3 78:12,15,20,24
80:18 82:4,6 83:18
85:6,14 87:19,23
94:8 96:13 97:2,22
102:5,8,21 103:2,17
104:16,17,23,24
106:15,24 109:13
110:13 113:15,20
113:23,24 114:2,8
114:23 115:8,10,13
116:3 119:19
122:18,21 126:9
127:2,12 129:18
133:13
**potential** 34:6
**power** 39:6 52:22
70:10,16 71:15
77:23 90:5 91:14
134:22
**ppasricha@hnrkla...**

2:10
**practice** 135:14
**precisely** 135:9
**premise** 65:4 66:6,9
**prep** 10:23
**prepare** 58:18 82:5
**prepared** 58:15 87:8
**preparing** 56:12 57:5
89:10
**presence** 32:15 34:2
125:2,4 128:15,20
**present** 2:12 56:9
58:18
**presented** 57:2
**presently** 33:14
**president** 11:23
13:14 35:14 63:17
64:22 67:10
**Presidential** 35:10
**press** 43:22 44:4,14
44:22 45:7 53:16
116:4
**pressure** 136:20
**pretty** 23:17 25:19
**prevent** 85:21 86:7
**previous** 64:17 67:3
68:18 102:5
**previously** 4:15 38:3
51:17 107:19
134:16
**primary** 31:3
**printout** 89:5 138:19
**prior** 6:16 36:16
42:10,15 43:3 110:7
**privy** 115:4 130:12
136:8
**PRIYA** 2:10
**probably** 10:13 56:11
90:3 129:21 130:21
132:21
**probationary** 5:25
21:23
**problem** 23:20 32:16
32:18,21 33:4,5,7
33:25 34:3 35:2

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick   ---   September 18, 2023

154

37:19 51:15 54:15
54:17 76:17 80:12
80:16 101:20,22,25
122:7,10 123:14,16
123:18,20,22 124:6
125:25 126:3,5
**problematic** 119:16
119:25
**problems** 123:25
**procedure** 20:4
**proceed** 124:5
**proceeding** 39:25
**process** 5:12 6:2
10:18,20 11:2,8,12
11:23 12:3,11,14,20
12:23 13:5 14:6,12
14:16,20,25 15:4,15
17:15,23 56:21
57:25 84:23,23
114:6,9,20,20
126:22 133:7,10
**produced** 47:12,14
47:25 48:2,15,17
**production** 16:23
20:22 47:14,15
48:16 132:23
**promote** 91:12
**promoting** 108:5
**proof** 75:10,17,19,23
75:23 76:22,25 77:3
77:7,10,14,16,19,22
100:9 103:16,19
**proper** 24:4
**property** 24:11,22
105:4
**prosecuted** 33:11
**prosecutions** 33:15
**prospective** 31:22
**protest** 35:10 80:3
134:2
**protesting** 120:19
121:7 122:7
**protests** 119:21
**Protocol** 4:25
**Proud** 70:24 71:5,8

71:10 72:11,13,14
83:6,9,13 88:2
103:4,11,16 127:2,5
127:10,10
**provided** 20:21 59:4
127:8
**public** 1:20 3:5 4:4
44:22 45:7,21 50:5
75:14 93:10 96:13
100:13 102:12
104:3,3 124:2,23
125:12,16 127:19
127:23 136:10
137:23 139:9
140:20
**purchasing** 137:12
**purpose** 41:5 93:21
94:20
**purposes** 63:3
**pursuant** 1:17
**pursue** 105:14
**put** 19:24 21:5 31:13
31:23 50:22 72:20
75:14 79:5,9,19,20
80:24 85:15 86:8,10
86:13 92:25 93:9
96:14 97:2 100:15
100:24 101:3,5,7
104:16 105:24,24
106:21 107:8 114:2
115:10 116:3,9,15
119:5,7,19 120:5,16
121:5,8 122:11,19
124:9,10 125:2
126:10,13 127:3
129:18 133:2
**puts** 125:21
**putting** 31:16 41:11
93:15 94:9 95:18
102:3

**Q**

**qualification** 38:13
**qualifications** 54:7
54:20 55:3,8

**qualified** 53:9
**qualifying** 6:2
**question** 18:7 19:2,14
19:20 20:20 21:9,15
35:5 38:12 41:20
60:3 65:15 70:17
74:22,24 75:4 76:21
77:18 99:23,25
100:3 135:2
**questioned** 59:8,12
59:12
**questions** 3:12 44:10
44:11 48:10 135:9
136:18 137:3
**quick** 47:5
**quiet** 97:17
**quote** 18:13
**quoted** 31:6

**R**

**R** 2:2 139:2
**racial** 78:7 83:20,21
84:2
**racist** 30:12 43:19
51:20,24 52:9 54:17
54:18,19 71:2 72:19
76:5,16 92:5
**Railroad** 1:8 4:18,24
6:12,21 7:3,8,9,12
8:11,12 11:24 18:18
18:23 19:5,18 20:3
20:8,23 23:2,4
24:11,11,18,22
31:12,23,24 32:17
32:23 33:4,7 34:9
34:12,23 37:11,19
37:24 38:17,20
41:16 42:12,15 49:2
49:3,4,6 50:12,14
50:23 51:9,15,17,23
52:5,7,20 53:21
55:14 57:16,20 58:2
58:5,8 59:15 70:20
75:14 76:9 79:12,17
79:18 80:9 85:8

86:20 93:4 95:14,17
95:20,24 96:21
102:3,7,10 104:24
105:3,4,19 106:5,14
106:18,20,21,23
107:5,7 112:2,4
113:6,18 114:15
115:3,20 117:5,19
117:21 118:2,3,6,11
118:25 119:4,17
120:3,14,23 121:3
122:8,11,19,22
123:7,8,9,11,14
124:2,3 125:9,13,16
125:19,24 126:2,7
126:20 127:14,18
128:9,13,18,23
129:3,7 132:19
133:10 134:17,18
134:19,23 135:13
135:18 136:5
**Railroad's** 24:23
33:25 117:17
118:14
**raises** 20:19
**rallies** 26:2 38:5
123:19
**rallying** 104:22
**random** 134:21
**reaction** 23:15
**read** 17:5 89:17,18
90:18,19 91:8 93:18
94:18,21,24 100:2,3
**reading** 92:3
**Reagan** 61:23,25
62:6 63:6,7,11,14
63:17,24 64:7,9
66:5
**real** 92:2 106:2,8,12
**realized** 112:24
**really** 16:14 22:16
25:20 32:3 52:10
79:11 84:9 114:10
**reason** 30:5 31:3,14
72:21 80:18,20

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

155

140:5
**reasons** 10:11,11,13
26:4 79:10 81:12
**recall** 14:18 15:12,13
16:22,22 17:25
19:21 21:20,24
26:14,19,25 30:20
56:5,6 82:14 83:3
84:15 88:3 103:8,19
103:22 113:8
119:15 127:11
129:21 131:9
132:22 133:8
**receive** 49:20 117:13
**received** 113:9,11
115:19 117:14
**receiving** 50:13
**recess** 47:11 81:22
107:14
**recipients** 17:10
**recognize** 5:14 28:13
28:17 49:23 89:8
132:8
**recognized** 31:12,25
33:6 51:8 72:5,18
86:18,18 95:25
96:12,15,19,20 97:9
102:5,7 105:25
107:7 121:3 125:12
127:19,23 134:17
**recognizes** 52:9 72:6
75:11
**record** 20:19 21:7
53:17 62:13,17
93:16 111:21
122:15 139:14
**refer** 6:7 32:13 42:2,3
63:2
**reference** 42:2 71:6
**references** 110:14
**referred** 100:3
**REGAL** 2:8
**regarding** 138:11
**regards** 85:6
**registered** 27:17,19

27:21,22
**related** 27:11 37:10
41:7 43:8 44:12
55:12 62:8 102:24
108:22 110:20
118:2 139:17
**relating** 20:23 33:16
**relation** 9:2
**relations** 8:24 10:20
12:9 13:15 54:2
56:12 58:11
**relevant** 19:17 22:16
22:17 30:9,10 70:14
70:21 115:7 116:6
129:5
**relieve** 131:15
**remaining** 62:21
67:17 69:14
**remember** 10:8
14:17 15:13 17:18
18:7 19:21,22 22:4
22:14,15 23:16
26:23 27:14 30:20
36:21 41:2 42:19
49:18,24 50:13,21
52:3 55:21 58:25
59:8,11,19,20 60:2
61:3 72:11 74:9
76:24 78:17,20 82:3
82:8 83:6,22 84:6,7
86:19 88:14 89:7
90:3 103:3 108:7,9
108:23 109:14,20
110:3 111:4 116:7
117:2,25 118:3
122:5,5 123:3
129:22 130:20
133:19
**remove** 37:10
**removed** 93:3
**removing** 93:2
**reopen** 18:11
**Repeat** 45:14 70:17
**repeated** 99:23
**repetitive** 134:25

135:3
**Rephrase** 11:6 24:15
**reporter** 1:19 100:4
137:11 139:8
**represent** 21:4 41:16
62:16 76:8
**representative** 53:21
**represented** 89:4
91:14
**representing** 23:25
52:20 84:17
**represents** 60:7
**reprimand** 25:3,7
**reproduced** 47:13
**Republican** 27:20,21
27:23
**request** 16:25 21:6,8
133:2,4
**requests** 21:5 138:10
**require** 14:9
**required** 8:25
**research** 53:5,24
54:2,4,8,23,24 55:5
55:9,15,20,23 56:3
56:7,9,16,19 57:2
59:2,4 60:17 90:14
91:3 92:5 97:24
115:5 126:8 133:12
**researched** 89:10
91:5
**reserve** 18:10 136:25
**reserved** 3:13
**resolved** 25:3 36:22
**respect** 6:11 20:4
**respectful** 29:19,23
38:20 43:13 45:2,20
45:22 46:4,15,24
**respectfully** 46:19
**respective** 3:3
**respond** 93:12
**responded** 114:4
**responsibility** 135:21
**responsible** 5:23 47:2
**rest** 6:6 32:12 137:9
**results** 35:10

**resumed** 107:18
**retained** 138:23
**return** 19:14,25
**reverse** 131:10,20
**review** 28:25 126:8
130:23
**reviewed** 29:3
**ride** 27:15 100:16
123:23
**rides** 10:14
**riding** 102:12 104:3
**right** 18:11 23:22
38:9 40:17 46:20
54:20 56:23 61:10
62:18 64:22 67:18
68:4 73:3,7,16,24
78:23 90:18 94:20
118:8 120:12 129:5
131:2 134:2,6,10,12
136:24,25
**ring** 62:21
**riot** 32:7
**riots** 32:2 122:23
**role** 6:11 10:17,19
11:2,7 126:6
**Ronald** 61:23,25 62:6
63:6,7,11,14,17,23
64:7,9 66:5
**room** 94:22 96:10
**Rosati** 1:3 5:11,15
9:25 10:4,15,21
15:11 16:10,17
18:17,22 19:17
21:19 23:5,20,25
24:5,10,17 25:22,24
26:7,18,22 27:10
29:16,23 30:16
31:15 32:22 33:8,21
35:6,23 36:5,12,15
37:15,23 38:25
39:11,21 40:2,4,12
40:22 42:10 43:13
43:24 44:2,5,22,24
45:6,9,13,16,21
46:22 48:3,4,5,6

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick   ---   September 18, 2023

156

49:5,22 50:2,19
52:24 53:2,22 54:13
60:14,19,23 62:15
68:13,15 69:7 70:4
70:8,11,12,18 71:11
71:14,17,20 72:22
73:9,11,23 74:7
76:23 77:2,5,8,10
77:19,23 78:22,25
79:3,4 81:3,25 82:9
82:18,22,25 83:8,12
83:15 84:2,9,18
85:7 86:14,24 87:8
88:13 92:21 93:8
94:4,6 95:10,13
97:5,8,21 98:18
100:7,10 103:17
104:6 105:9,15,21
108:4,10,11 109:12
112:6 113:7 114:6
115:3 117:7,21,24
122:22 123:10,12
123:25 125:8
127:15,19 128:11
130:2 132:20 134:6
134:9 135:23,25
140:4
**Rosati's** 10:17 11:7
11:12,22 12:3,10,14
12:20,23 13:5 14:6
14:12,16,20,25 15:4
15:15 17:14 23:15
31:7 32:15 34:2,15
34:18 35:2 36:25
37:13,20 38:16
51:21 56:21 57:24
58:23 59:24 60:6
61:4 68:19 69:17
74:3,11 82:16 89:10
100:8 101:20,23
102:2 106:15,19,24
108:14 113:15,23
114:22 115:10
118:8 119:16,19
127:25 128:15,19

128:23 133:6
**Rose** 14:11,14 16:6
17:11
**Rule** 38:21
**rules** 22:24,24 38:22
46:18
**run** 16:17
**running** 79:8 88:18
**Ruthayn** 1:19 4:3
139:8,25

**S**

**S** 2:2 138:14
**Safe** 18:21
**safety** 14:3
**Saint** 7:18,22
**sake** 32:11
**sat** 4:13 10:21 21:24
23:7 24:7 25:7
39:18 40:6,11 105:8
114:12
**saved** 19:6
**saw** 19:19 24:17
39:15 84:14,15,17
84:21 110:14
113:13 129:12
**saying** 22:17 24:2
47:24 48:25 49:4
50:4 65:5 71:2 76:2
78:11 83:18 84:24
87:20 102:11
103:15 109:15
118:2 123:7 127:13
133:19 136:3
**says** 16:15 18:13
29:14 67:12 87:21
91:2 92:10,12 93:19
99:2 108:10
**school** 7:19,21 8:6
27:24 28:4
**science** 9:14
**scope** 133:14
**screen** 15:21 16:10
16:16,21 18:3,5,8
18:12,16,19,22,24

18:25 19:3 28:9,10
61:11
**scroll** 28:12
**sealing** 3:8
**searched** 53:12
**searches** 54:11,14
**second** 78:3 81:8
**seconds** 122:14
**secretary** 53:16
**see** 15:21 16:17,18
18:6,24 19:3 28:10
36:24 61:23 64:13
66:22 68:12 73:21
73:24 81:19 83:25
84:20 88:10 94:23
107:24 108:5,12
109:14 110:18
111:15 115:22,23
126:9 127:21,22
132:15 134:19
**seeing** 18:19 108:16
117:25
**seen** 88:24
**selling** 34:5 52:13
76:4,10,11,18 108:9
110:2
**send** 15:10 129:19
**sending** 70:22 133:13
**senior** 4:25 47:3
51:12
**sense** 81:15
**sent** 16:14,15 111:7
**separate** 58:12 76:22
110:22 111:2,2
**separately** 111:18
**September** 1:12 36:4
47:15 139:21 140:4
**series** 61:19 91:16
**served** 40:2 63:24
**service** 5:6,8,18 6:19
84:22 130:9,25
131:4,18,19
**session** 107:16
**set** 46:18 139:12,21
**setting** 124:2 127:23

**Shalom** 1:19 4:3
139:8,25
**shapes** 69:4,24
**share** 28:9 56:14,16
56:19 61:11
**shared** 31:21 56:11
133:11
**sharing** 34:5 80:22
125:20 133:12
**Shea** 2:13
**sheep** 104:20 122:3
**SHEET** 140:2
**Sherrard** 12:24
13:11,12,17 16:6
54:3 55:16 56:15,22
57:3,6,12,16,19,25
58:15,17 59:5 87:7
108:3
**Sherrard's** 29:2 58:4
**shirt** 73:11,15,20,22
74:2 108:4,11,11
**short** 15:24 47:11
81:22
**shorthand** 1:19
**shortly** 135:10
**shot** 16:10,16,21 18:3
18:5,8,12,17,19,22
18:24 19:2,3
**shots** 88:8 96:25
118:23
**show** 15:19 28:8
61:10 88:21 107:23
**showed** 66:5 67:3
75:10
**showing** 38:6 61:13
110:23
**shows** 83:19
**shred** 75:19
**sic** 90:21
**sick** 25:25 36:20,20
38:6 88:19,20
114:18 123:19
**sign** 28:24 29:3,3,6
52:3,4 53:8 54:18
62:5,7 70:25 94:15

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick   ---   September 18, 2023

157

97:14,15 99:3,16
101:10,11
**signal** 78:6 100:23
127:3
**signals** 72:7 96:21
**significance** 91:11
96:18
**signify** 70:16
**signifying** 93:22
94:20
**signs** 43:19 53:5
72:19 78:13
**similar** 64:17 65:3
68:17,22,23,24
69:18,20,21,22,25
70:2 91:15,16
**simple** 21:9 135:21
**simultaneously**
110:22
**single** 55:22 69:6,13
78:18 82:8 86:23
99:11,17
**sir** 4:11 5:5,19 137:10
**sit** 4:15 36:4
**site** 42:19
**sites** 42:21 50:25
51:19 80:23 119:8
119:10 120:5
**sitting** 37:9 44:2
95:12,13
**situation** 23:6 25:12
86:7 119:11 121:2
**Sixth** 51:5
**slowly** 28:13 30:15
**Smiling** 62:3
**social** 23:22,24 24:5
24:16 30:16 31:21
32:19 34:5 36:13
37:2,5,16,21,25
38:21 39:3,12,16
40:14 41:7 42:11,19
42:20,24 43:2,3
49:24 50:22,25
51:19,22 53:3 60:15
71:3,7 72:5,9 74:6

76:7 78:24 80:4,9
81:25 82:3,6,9
83:25 84:10 86:18
90:16 93:15 101:2
102:6,20,25 103:17
106:15,24 107:6
109:12,16,17
113:19,19,23,24,25
114:7,11,22 115:8
115:10,12 116:14
116:16 120:9,16,16
122:12,13,18,21
125:22 126:8,25
129:17 135:15
**sold** 109:25
**somebody** 29:5 34:18
46:2 50:19 60:3
80:18 123:4
**somewhat** 103:5
**soon** 32:24
**sorry** 51:5
**sort** 13:17 55:9
**SOUTHERN** 1:1
**speak** 17:18 41:8
46:12 64:12 107:5
113:5 115:17
135:17 136:13
**speaking** 113:8
**special** 7:5 55:8
60:12
**specific** 26:8 33:25
51:11 72:8,13,16
75:23 83:21 84:7
86:17 101:21
105:22 116:7
122:18 123:3
129:22
**specifically** 26:5
78:17 83:23 90:3
117:3 119:24
120:12 121:7 122:5
124:16 125:25
**specifications** 29:18
**speculate** 68:8
**speculating** 106:9

**speech** 35:2
**spend** 26:20 56:2
109:17
**Spiro** 13:2,21,25 16:7
131:6,8,10,17
132:21
**spoke** 23:5 39:19
40:6 42:18 58:14
61:2,3 115:16
118:17 123:17
**spoken** 117:12
**square** 67:16 69:10
**ss** 139:5
**stand** 109:10,11
**standard** 30:8 34:17
34:21
**standing** 62:22
**stands** 21:16 135:2
**start** 7:7
**started** 7:9 32:5 49:6
51:12 80:21 110:13
110:13 114:7,21,24
115:5 125:20
129:12
**starting** 90:19 91:8
129:6
**starts** 131:2
**state** 1:20 4:4 61:4
75:24 106:9 108:21
117:18 139:4,9
**stated** 51:17 53:21
56:25 134:16
**statement** 10:23 44:3
44:8 57:5 60:25
90:25 94:7 112:21
130:18,22,23
131:16
**statements** 41:17
94:8
**States** 1:1 32:9 36:6
64:23 71:22
**stating** 4:4
**status** 71:9
**step** 81:8
**Stephen** 12:17

**Steve** 10:4 16:17
**Steven** 1:3 5:11,15
9:25 14:6 49:5
68:13,15 71:11,14
71:17,20 92:21
123:10
**Stevens** 14:25 56:17
**stickers** 52:18 88:18
**STIPULATED** 3:2,7
3:11
**stop** 23:9 25:8,9
41:15,15 81:12
114:13
**story** 62:9
**straight** 58:14 62:22
67:17 69:14
**street** 2:9 105:12
**stretch** 89:22
**studies** 8:18,21 55:12
**study** 8:15
**stuff** 4:19 21:25 22:8
25:10 26:15 30:13
32:4,20 36:13 37:7
37:10 39:18 41:17
43:8,18,19 50:22
52:13,15 71:2 72:4
76:2,3,5 87:20 88:9
92:25 100:22,23
108:21 109:15,18
114:11,13 115:5
116:8,9 117:4,4
118:5 126:18 127:3
135:23
**subject** 16:10 25:11
36:15,18 39:21
60:10 91:21 98:18
118:15
**subjects** 9:19,22
26:12,14
**sublime** 65:19
**Subscribed** 137:21
140:19
**substance** 106:2
**substantial** 11:2 39:2
52:23

Case 1:21-cv-08594-MMG-SN   Document 100-14   Filed 05/01/24   Page 160 of 163

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick   ---   September 18, 2023

158

**substantially** 69:18
**subterfuge** 25:25
  36:19 38:4 88:15
  123:18
**successful** 66:18
**summary** 89:13
**Sunrise** 52:17 85:12
  88:16 104:21,22
**superintendent** 5:6,7
  5:18 6:8,10,16,18
  6:19
**supervisor** 14:22
**support** 35:13,17
**supposed** 38:5 54:4
  82:20 103:11
  105:12 114:17
  123:20,24
**supposedly** 114:22
**supremacist** 52:6
  53:3,4,7,23 54:5,8
  54:13 55:24 56:3
  58:24 59:17,23
  60:15,20,23 62:16
  63:7,15,22 64:3,8
  64:19 65:2,9,16,20
  66:11,19 67:5,24
  68:6 71:12,25 72:3
  72:10 73:9,23,25
  74:4,8 75:2,7,10,11
  75:13,18,20,25
  76:23 77:2,6,8,15
  77:17,20 78:7 79:2
  79:4 82:16,19,20,25
  83:20 90:8,10 91:19
  91:25 92:6,15 93:25
  94:4,7,11,13 95:15
  95:21 96:2,23 97:6
  97:9,15,25 98:3,12
  98:17,22 99:4,6,10
  99:11,14,17,21,22
  100:10,11,20
  101:11 102:21
  103:6,10,18,24
  104:5,7,10,13
**supremacists** 30:12

43:20 77:5,11 79:7
  101:16 102:18
**supremacy** 54:19
  55:13 57:3 63:11,13
  65:13 72:6 76:6
  78:14,16 82:2,10
  95:4 97:24 102:15
  102:24 103:2
**sure** 32:6,14 41:19
  45:5 47:7 55:7
  61:21 74:16 90:14
  107:12 109:14
  137:6
**surprise** 59:14,18
**surrounds** 108:23
**suspend** 130:21
**suspended** 130:2,5,6
  130:9,16
**suspension** 131:12
**Sutphin** 4:5
**sweater** 73:12
**sworn** 3:5 4:3 107:19
  137:21 139:12
  140:19
**symbol** 39:7 52:6,6,9
  52:22 64:17 65:3,12
  65:21 66:4,7 67:2
  90:20,22 91:13 92:6
  94:10,23 95:11 96:2
  101:8
**symbols** 91:17 104:5

---
**T**
**T** 138:14 139:2,2
**t-shirt** 108:4,9
**t-shirts** 76:4,10,11,18
  109:25 110:2
**tagged** 49:3 80:9,19
  115:2,2 125:15
  126:15,16,19 129:2
  134:18,18 135:7
**tagging** 123:7,10,10
**take** 8:25 15:23,24
  23:10 25:10 28:12
  47:5 54:16 81:16,20

88:23 104:25 105:5
  105:16 114:13
  130:25 131:4,11,18
  131:18
**taken** 25:2 47:11
  65:12,13 81:22 95:4
  130:8 133:3
**talk** 10:21 21:25
  25:14 52:10 64:13
  103:3 117:16
  130:24
**talked** 24:17 32:7
  41:10 51:3 83:4
  88:4 102:9 104:18
  118:18 133:16
**talking** 22:13,14,15
  26:5 31:16 32:6,8
  47:19,21 48:23
  51:12 62:14,17,24
  65:6 72:14 76:4
  83:5 98:15 102:14
  104:19 109:21
  110:12 114:19
  117:2 118:4
**taunting** 121:25
**tell** 35:16,19 47:16
  60:19 71:25 113:3
  131:17
**tells** 131:23
**Ten** 47:9
**term** 122:6
**terminated** 38:25
  78:22 79:3,4,10
  116:17 120:6,8
  126:23,24 127:13
**termination** 38:17
  39:22 79:22 108:15
  125:5
**terms** 45:17 55:12
  102:23 120:10
**terrorism** 9:8
**test** 15:10
**testified** 4:6 17:13
  40:10,12 55:10 57:9
  57:12,14,15 59:7,15

76:22,24 83:8 93:11
  97:4 98:2 107:20
  109:19
**testify** 57:8 58:23
  59:16,22 87:8
**testimony** 17:21
  40:10 41:21 109:6
  139:14
**testing** 96:25 102:13
  105:23 106:2,7
  118:4,20 119:22
  120:5,7,13,18 121:8
  121:18,22
**tests** 88:9 118:23
**text** 129:19,22 132:12
  132:13,16,16,18,24
  133:7 138:12,21
**texted** 15:12
**texting** 15:14 48:9
**thank** 4:12 47:10
  48:7 137:8,10
**thanks** 91:11
**thing** 14:13 32:7
  113:16 124:13
  126:18 129:9
  135:21 136:4,6
**things** 19:6 22:13
  34:5 38:3 44:12
  62:11 69:25 79:9,12
  93:9,14,15 102:11
  102:11 107:9
  114:14 116:16
  118:4 120:10
  121:21
**think** 8:4 31:11 34:16
  45:22 52:7 66:17
  81:10,16 87:11 89:2
  93:8,13 94:22 106:7
  112:18 120:2
  127:11 137:6
**thinking** 61:7 66:14
  67:8,9 68:4 97:21
  98:8
**thinks** 104:14
**thought** 93:5 114:15

Case 1:21-cv-08594-MMG-SN   Document 100-14   Filed 05/01/24   Page 161 of 163

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

159

116:18 120:25
**thoughts** 81:9
**thousands** 34:10,13
34:14 100:16,17
**three** 67:17 69:14
**threshold** 112:17
**thumb** 62:19 67:15
69:7 89:20
**time** 5:5,10,22 7:13
11:16,22 12:10 13:2
13:7,24 14:18,21
19:7,16 20:11,13,19
21:3,18,20,24 22:18
22:21 23:17 24:23
25:5,7,13,17 26:17
26:21,23 28:12,16
29:25 32:3 34:9,12
35:13,18 39:20
42:25 44:19 53:5
57:22,24 58:4 63:11
66:14 67:8 68:4
72:17 74:15 80:16
83:6 84:15 85:5,7
86:22 88:14 100:22
103:22 105:17
109:17 110:5 111:8
111:17 120:22,22
120:25 130:13
131:3 135:19
136:14,17,20
137:16
**times** 10:6,7,8,9 27:7
27:9 61:2 117:12
**Timothy** 14:19,21
16:8
**tip** 62:19,19
**title** 4:23 5:3 6:8 58:5
58:7,10
**today** 5:16 19:9 36:4
81:12 84:16 93:21
95:12,13 136:17
**today's** 82:5,7
**told** 41:14 53:20
104:25 113:2
115:25 130:13,14

130:16,19,20,20
131:10,11,17 132:5
**tons** 129:23,24
**topic** 19:24
**topics** 30:3
**touch** 89:21
**touching** 67:16 69:8
**track** 87:23
**traditional** 93:21
94:20 95:2
**train** 5:6,7,18 6:18
10:13,14 24:20
27:15,15 123:23
**trains** 41:4 100:17
**transcript** 62:13
137:12 139:13
**Transit** 1:9 11:17
**transportation** 6:23
7:2 13:23 14:3,4
**treat** 46:19
**treated** 25:4 41:14
**trial** 3:13 10:22 28:22
29:8 36:24 38:2,11
38:14 40:2 45:19
56:13,22 57:5,9,10
58:6,9,11,19,23
59:11,17,20,24 60:6
85:10 89:3 110:17
110:24,24 111:2,3,7
116:19 120:11
127:9 131:3 138:18
138:20
**tried** 23:7 121:2
**trigger** 134:13,22
**triggered** 125:17
**triggering** 135:14
**true** 53:24 65:10
94:12 103:20
139:14
**Trump** 35:14 53:15
**Trump's** 53:15,16
**trying** 18:16 21:12
50:5 77:25 78:4,5,9
85:21 100:20
**tuition** 28:4

**Tweets** 136:4
**twice** 27:16
**Twitter** 16:10,16
31:21 32:2 48:24,25
49:3,4,8,10,15
87:20,21 102:6
113:13,14,17
114:24 115:3,23
123:7 128:25 129:2
134:16,21 135:4,5
**two** 4:22 16:14 17:10
44:18 70:14
**type** 55:12 104:4
112:5
**types** 85:16

**U**

**Uh** 16:3 17:12 110:21
**ultimate** 58:20
**ultimately** 25:3,22
26:8 38:16 130:6
135:25
**unaffiliated** 27:20
**unbecoming** 38:19
**undergraduate** 7:25
8:14,17,20,23 9:4,7
9:10,13,16,21
**underneath** 13:12
14:14
**understand** 5:14 35:5
52:2 54:12 58:22
90:4 100:20
**understanding** 23:17
**Understood** 24:24
**Unfiltered** 30:17,23
31:2,7,18,19,23
37:2,16,20,25 39:3
39:12,19 42:14
51:22 110:25
**unfortunately** 28:3
63:18
**uniform** 24:2,12,18
25:10 26:6 41:4,11
41:15 105:4
**union** 25:16 59:9

130:19,20
**United** 1:1 32:9 36:6
64:23 71:22 76:12
76:13,14,18 109:24
110:20 112:25
113:2
**unproven** 127:5
**unraveled** 80:21
115:4
**unrelated** 95:3
**unusual** 27:6
**upset** 114:7
**usage** 89:13 93:19,20
93:23 94:19
**usages** 95:3
**use** 18:16,21 90:5,14
90:19,20,22
**utilized** 133:25

**V**

**v** 140:4
**vaccines** 52:16
102:14
**variety** 49:13
**various** 44:12 51:18
91:16 123:24 127:2
**verbal** 24:8 25:8
114:13
**verbally** 15:4 17:17
**verbiage** 74:9
**vice** 13:14
**video** 88:10,16
105:22 118:19,22
132:10
**videos** 22:10,12,18,19
22:23 23:9,10,13,21
24:16,19 25:9,10,15
26:6,15 37:12 40:7
41:4,15 88:12 92:24
93:3 105:3 106:11
123:17
**viewpoint** 119:11,16
120:19 129:14
**viewpoints** 118:13,14
118:17 121:18,23

Case 1:21-cv-08594-MMG-SN   Document 100-14   Filed 05/01/24   Page 162 of 163

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick   ---   September 18, 2023

160

**Vincent** 14:15,17 16:7
**violated** 29:23 43:13 46:4 116:14 120:8,9 120:13 122:13 126:24
**violation** 22:23 29:19 38:20,21,21 112:16 125:22
**visit** 55:19
**visited** 55:23
**visual** 62:12
**visually** 68:20 70:5
**vote** 27:17

**W**

**wait** 19:15 78:3
**waived** 3:9 96:7
**waiving** 96:10
**wake** 22:15
**want** 38:12 40:18 41:16 42:21 47:3,8 48:11 50:6 59:10 96:3,9 118:12
**wanted** 18:24 134:11
**warning** 24:8 40:18 40:20,22,24 41:6,6 114:13
**Washington** 32:2
**wasn't** 22:16 25:19 26:21 35:17 36:20 40:7 43:9 45:24 63:12 76:21 85:3 91:25 92:2 98:5 111:13 114:4,9 117:13,16,19 120:23,24 123:21 123:23 124:17
**watch** 44:3 88:12
**water** 85:5,8
**way** 6:6 28:19 41:25 69:25 80:2 86:7 96:23 98:6 118:18 130:13,14 134:4 139:18

**ways** 35:24 49:13
**wear** 118:12
**wearing** 72:23 73:11 73:13,15,17 108:5 117:13,15 123:21 135:22
**web** 36:13 71:3 80:22 89:5
**website** 32:25 55:22 89:6,7,15 91:6,12 109:24 138:19
**websites** 37:13 55:19 80:4
**weigh** 47:4
**welcome** 48:8
**went** 35:6,9,12 72:21 74:9 76:6,7 81:3 88:8 105:20 114:24 122:23
**weren't** 110:7
**whatsoever** 60:9 92:18
**WHEREOF** 139:20
**white** 30:12 39:6 43:20 52:6,22 53:3 53:4,7,23 54:5,8,13 54:19 55:12,24 56:3 57:3 58:24 59:17,23 60:15,20,23 62:15 63:7,10,13,15,21,24 64:3,3,8,18 65:2,9 65:12,16,20 66:11 66:19 67:4,24 68:6 70:9,16 71:12,15,25 72:2,6,10 73:9,23 73:25 74:4,8,17,25 75:7,9,11,12,18,20 75:25 76:5,23 77:2 77:4,5,8,11,14,17 77:19,23 78:7,14,15 78:25 79:4,6 82:2 82:10,16,19,20,25 83:20 90:4,7,10 91:14,19,25 92:6,15 93:24 94:4,7,10,12

95:4,15,21 96:2,23 97:5,9,15,24,25 98:3,12,17,21 99:4 99:6,10,11,14,17,21 99:22 100:10,11,20 101:10,16 102:14 102:17,21,24 103:2 103:6,10,18,24 104:5,7,9,13
**withdrawn** 11:10 38:10
**witness** 16:2 19:12 28:14 57:14,15 58:22,23 59:15 60:5 60:7,8,12 87:8 138:4 139:11,15,20
**witnesses** 60:13
**word** 84:8,9,18 108:10 114:11,25 115:2
**words** 34:18 38:9 39:25 41:22 48:21 81:4
**work** 10:14 13:20 20:8,12 26:2 27:15 37:7,10 38:5 44:16 57:25 76:20 85:4 88:15,19 104:22 112:4 134:9
**worked** 12:25 13:9 13:12 14:14 17:7 18:14,17 53:15,25 54:2 55:16,17 58:11 58:17,18 84:13
**workforce** 30:4 34:6 34:9 43:18
**working** 10:19 22:11 22:18,23 23:10,13 24:20 25:9 85:7 86:10 105:13 114:12,17 120:10 123:20
**workplace** 29:19,23 38:20 43:14 45:2 46:5,15,24

**works** 57:19 87:21 107:12
**world** 26:22
**wouldn't** 18:19 59:18 68:22 90:16 99:20 104:8
**WP** 91:14
**write** 123:21
**writing** 15:5 17:2 21:5,9 133:2
**wrote** 17:5,8,9 18:13

**X**

**X** 1:2,11 138:2,14

**Y**

**Yard** 21:25
**year** 8:3,5 65:11,13
**years** 8:13 59:10 63:24 64:2,23 72:17 78:21 89:24
**yell** 88:8
**yelling** 88:17 104:19 106:4,6 120:3,7 121:12,14,17,18,21 121:22
**York** 1:1,20 2:5,5,9,9 4:4,6 108:21 139:4 139:6,10

**Z**

**zero** 103:20
**Zoom** 1:18

**0**

**0986** 48:5

**1**

**1** 15:20 16:5 47:20 48:3,4 138:17
**1,400** 6:15
**1,500** 26:20 37:12 105:16
**1:13** 107:14
**1:21-cv-08594-JHR** 1:7

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  September 18, 2023

161

**1:37** 107:16
**10:30** 1:13
**100** 13:19
**10018** 2:5
**10165** 2:9
**1040** 2:4
**108** 138:20
**110** 138:20
**11435** 4:6
**12** 26:2 105:10
  114:17
**132** 138:21
**133** 138:12
**15** 107:11 138:17
**15th** 2:4
**16** 138:11
**18** 1:12 36:4 140:4
**1999** 7:10

**2**

**2** 28:19,20 38:14
  138:18
**2:15** 81:12 137:16
**2006** 8:4
**2012** 8:7
**2017** 91:9,10
**2020** 22:6 24:18 26:7
  35:10 40:11,17,21
  41:6,22 42:3
**2021** 5:4 16:6 25:23
  26:13 29:9 32:8
  33:19 36:7,11,16
  37:3,6,17 38:14
  39:13,22 40:3,4
  41:23 42:4,7,10,16
  43:3,23 48:20 49:5
  49:22 50:2 79:13
  105:7 114:20
  123:13 130:15
  138:17
**2022** 47:13
**2023** 1:12 36:5
  137:22 139:21
  140:4,20
**20th** 50:24 51:3 80:8

**21** 110:6 138:11
**25** 8:13
**28** 138:18
**29** 29:9 38:14 111:16
  138:20
**29th** 108:3 139:21

**3**

**3** 61:12,14,18,18
  138:18
**30** 122:14
**31** 16:5 138:17

**4**

**4** 88:22 138:8,19
**42nd** 2:9
**45** 8:9
**48th** 2:9
**4chan** 91:12,16

**5**

**5** 107:25 138:20

**6**

**6** 32:8,13 33:19 36:6
  36:11,16 37:3,6,17
  39:13,22 40:3,4
  49:5,22 50:2,20
  79:13 105:6 110:15
  110:16 123:13
  138:20
**60** 2:9
**61** 138:18
**6924.png** 16:24
  138:11
**6th** 32:16,22 33:3,9
  33:12,16 34:2 35:7
  35:9 36:10 51:4
  80:3,13,16 81:4
  105:18 116:9
  123:11 124:7,10,14
  124:19 125:4,9,11
  125:15,18,25 126:3
  126:13,14,19
  127:14,16,25 128:5
  128:16,20,24

  129:15 133:16,22
  134:7,13

**7**

**7** 132:6,7 138:21

**8**

**801** 38:22
**88** 138:19

**9**

**93-02** 4:5
**986** 48:4
**987** 48:3,6