# EXHIBIT 9

# In the Matter of

Case No.: 1:21-cv-08594-JHR

ROSATI

v.

LONG ISLAND RAILROAD, et al.

---

## Deposition of Benjamin Gallup

*Thursday, September 7, 2023*

---

The Little Reporting Company

469 Seventh Avenue
12th Floor
New York, NY 10018
tel: 646-650-5055
www.littlereporting.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

STEVEN ROSATI, an individual,

                Plaintiff,


     -against-

                      Case No.:
                      1:21-cv-08594-JHR


LONG ISLAND RAILROAD,
METROPOLITAN TRANSIT AUTHORITY,
and PATRICK J. FOYE, individual,

                Defendants.
----------------------------------------X


              September 7, 2023
              2:14 p.m.




   Examination of BENJAMIN GALLUP, held pursuant

to Notice, held via Zoom conference, before

Ruthayn Shalom, a shorthand Reporter and Notary

Public within and for the State of New York.

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup  ---  September 7, 2023

2

2      A P P E A R A N C E S :

3                BOCHNER PLLC
                 Attorneys for Plaintiff
4                1040 Avenue of the Americas
                 15th Floor
5                New York, New York 10018
                 BY: CRAIG L. UHRICH, ESQ.
6                craig@bochner.law

7

8                HOGUET NEWMAN REGAL & KENNEY, LLP
                 Attorneys for Defendants
9                60 East 42nd Street, 48th Floor
                 New York, New York 10165
10               BY: CONNOR G. SHEA, ESQ.
                 cshea@hnrklaw.com

11

12      ALSO PRESENT:

13

14      Jason D. Barnes, Esq.  MTA

15      Helene Hechtkopf, Esq.

16      Priya Pasricha, Esq.

17

18

19

20

21

22

23

24

25

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup  ---  September 7, 2023

3

2   IT IS HEREBY STIPULATED AND AGREED, by

3  and between the attorneys for the respective

4  parties hereto, that this examination may be

5  sworn to before any Notary Public.

6

7   IT IS FURTHER STIPULATED AND AGREED that

8  the sealing and filing of the said examination

9  shall be waived.

10

11   IT IS FURTHER STIPULATED AND AGREED that

12  all objections to questions except as to form

13  shall be reserved for trial.

14

15

16

17

18

19

20

21

22

23

24

25

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup  ---  September 7, 2023

4

1                      B. Gallup

2              B E N J A M I N   G A L L U P, having

3      been first duly sworn by Ruthayn Shalom, a Notary

4      Public of the State of New York, and stating his

5      address as 93-02 Sutphin Boulevard, Jamaica,

6      New York 11434, was examined and testified as

7      follows:

8      EXAMINATION BY

9      MR. UHRICH:

10          Q     Mr. Gallup, my name is Craig Uhrich.  I'm

11     an attorney for Steven Rosati.  I guess my first

12     question for you today is -- well go ahead and state

13     your name for the record.

14          A     Benjamin Gallup.

15          Q     How would you like me to refer to you

16     today?

17          A     Ben is fine.

18          Q     Wonderful.  Have you ever been deposed

19     before, Ben?

20          A     No, I have not.

21          Q     Let me go over kind of the process.  It's

22     a question and answer format.  I will ask questions

23     for you to answer.  Obviously, you have counsel

24     there who can object if they want to.  Since we are

25     doing this remotely, sometimes issues come up where

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup  ---  September 7, 2023

5

                         B. Gallup

1

2      you can't hear me or can't read a document or

3      whatever.  If that happens please let me know.  Also

4      sometimes I just don't talk very well.  If I say

5      something stupid and you don't understand, feel free

6      to let me know and I will try to rephrase.

7                    The other thing since we are doing

8      this remotely is we have a court reporter.  I will

9      try, and I would ask you to try as well, to let me

10     finish talking before you talk and vice versa so

11     that the court reporter can keep up with us.

12     Similarly, she will need you to answer orally rather

13     than head nods or head shakes because she can't

14     record those on her transcript.

15          A    Okay.

16          Q    The other thing I will tell you is as we

17     go along at any point you need a break let me know.

18     Usually what will happen if there is a question

19     pending, I will ask you to go ahead and answer the

20     question before we take a break.  Otherwise any

21     reason you need a break let me know.

22          A    Thank you.

23          Q    Great.  So let's start off are you

24     currently employed?

25          A    Yes, I am.

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup  ---  September 7, 2023

6

B. Gallup

1

2      Q     How are you employed?

3      A     By the Long Island Railroad.

4      Q     What is your position there?

5      A     My current title is superintendent of

6    train service.

7      Q     During the time that Mr. Rosati had

8    various disciplinary things going on, was that your

9    title at the time as well or has it changed since

10   then?

11     A     It's changed since then.  I believe at the

12   time it was lead transportation manager of onboard

13   revenue compliance.

14     Q     Wonderful.  Today when you talk about your

15   job, I will generally be talking about your job at

16   the time of the Rosati instance.  If I want to know

17   something more current I will ask it that way.

18     A     Okay.

19     Q     So how long have you been with the

20   Railroad?

21     A     I started in 2007.

22     Q     What position did you start in?

23     A     I started as an assistant conductor.

24     Q     Can you give me kind of a short synopsis

25   of your progress through the Railroad to where you

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup  ---  September 7, 2023

7

B. Gallup

1

2      are now?

3          A    I started as an assistant conductor, I

4      qualified as a conductor, I then took a job as a

5      special duty conductor, I then became a

6      transportation manager, I became a lead

7      transportation manager, I then was a different type

8      of lead transportation manager, and now I'm the

9      superintendent of train service.

10         Q    I noticed in taking these depositions that

11     there is a lot of titles that sound very similar to

12     me.  If I get confused, I apologize for that.

13         A    All good.

14         Q    At the time of -- well let me strike that

15     and ask a different question.

16              Do you know who I'm referring to when

17     I refer to Steven Rosati?

18         A    Yes, I do.

19         Q    In looking at the documents it looks like

20     you had a fair amount of dealings with him?

21         A    That's correct.

22         Q    At the time you were dealing with him in

23     the late 2020 early 2021 timeframe, what were your

24     job duties at the time?

25         A    I was the lead transportation manager of

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup  ---  September 7, 2023

8

B. Gallup

1

2    onboard revenue compliance.  My job involved -- I

3    had five managers that worked under me and we were

4    involved in observing conductors and assistant

5    conductors for various reasons mainly pertaining to

6    fare collections, collecting fare onboard the

7    trains, but because my manager and myself observed

8    them onboard trains, it was also other things.  Hand

9    signs, door operations, absence control, various

10   other things, but mainly focusing on the fare

11   collection side of things.

12        Q    Earlier today I talked to Mr. Damato.  Do

13   you know who he is?

14        A    Stephen Damato?

15        Q    Yes.

16        A    Yes, I do.

17        Q    I have also -- let me ask you this first:

18   What is your role in relationship to him?

19        A    We are at the same level.  We are both

20   superintendent level.  What we deal with -- what our

21   job responsibilities are are different.  He deals

22   with the crew office, absence control on a

23   superintendent level.  My superintendent level deals

24   with the conductors, assistant conductors and ticket

25   collectors onboard the trains.

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup  ---  September 7, 2023

9

1                        B. Gallup

2          Q    So would I be correct then if in my head I

3     was thinking of you as a more of a person that the

4     conductors report to versus say Mr. Damato?

5          A    In the Railroad I don't deal with

6     conductors every single day, but, yes, they all fall

7     under me.  The railroad is a very self-managed

8     environment.  Conductors report to where they are

9     supposed to report.  They do their jobs on their own

10    without seeing any manager from my area or any area,

11    but they do all fall under me in the organization

12    chart currently, not in my old position but

13    currently.

14         Q    What about in your old position?

15         A    The way the Railroad works, the

16    superintendent of train service has two managers

17    that fall under them.  One is the fare collection

18    manager which I was during this time and one is the

19    train service manager.  Once again they both

20    supervise, observe the managers, and those managers

21    observe the conductors, but their responsibilities

22    and roles are a little different.  They are both

23    groups and both lead managers are out watching

24    conductors, supervising conductors, observing

25    conductors.

10

B. Gallup

1

2      Q    So at the time that these Rosati issues

3    were going on, what was your role in terms of

4    discipline of conductors and assistant conductors?

5      A    So at that time when I worked under the

6    superintendent of train service, there was a large

7    portion of that time where the lead manager of train

8    service was out injured so I was sort of doing

9    double duty at one point, and sometimes the

10   discipline process it was issues related to fare

11   collection so it would have fallen under me anyway

12   because train service is fare collection.  Because

13   some of the disciplinary issues involved fare

14   collection, I was involved and then because the

15   person that was in the train service lead position,

16   she was out injured at one point and then she came

17   back and was out injured again and then she ended up

18   retiring.  I was doing double duty as both lead

19   managers.

20     Q    I also see a number of references to I

21   believe it's Mike Bendick?

22     A    Correct.

23     Q    Do you know who that is?

24     A    Yes, I do.  He's superintendent of train

25   service when I was the lead.

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup  ---  September 7, 2023

11

B. Gallup

1

2      Q    What would he have been in relation to you

3  at that time then?

4      A    He was who I reported to at that time.

5      Q    Your direct report?

6      A    Correct.

7      Q    Very good.  Between the two of you if

8  there had been a disciplinary issue, how would the

9  duties between the two of you been divided up?

10     A    He would have the ultimate say in the

11 discipline.  I was there more of a guiding role

12 assisting him with maybe I knew more about the case,

13 maybe I knew more about the individual, I had been

14 on the trains more recently.  I knew some people he

15 didn't know.  My position was more out in the field

16 so I had more hands on and would support him and

17 give him information when he was making disciplinary

18 decisions.

19     Q    So then I assume that you had a fair

20 number of communications with Mr. Bendick regarding

21 Rosati?

22     A    That's right.

23     Q    I have a couple of other people.  Did you

24 ever communicate with Mr. Damato regarding

25 Mr. Rosati?

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup  ---  September 7, 2023

12

B. Gallup

1

2     A     Not that I recall.  Not that I recall.

3     Q     What about Ms. Walsh?

4           MR. SHEA:  Objection.

5     A     I don't know Ms. Walsh.

6     Q     Okay, that's fine.  That's what I'm trying

7     to figure out.

8           Do you know a Mr. Eng, E-n-g?

9     A     Are you referring to the former president

10    of the Railroad?

11    Q     Yes.

12    A     I know who he is.  I don't know him.  I

13    never dealt with him personally.

14    Q     Is it fair to say you never would have

15    communicated directly with him about Mr. Rosati?

16    A     That's correct.  I never communicated with

17    him.

18    Q     Did you ever communicate directly with a

19    Mr. Gallup regarding Mr. Rosati?

20    A     I'm Mr. Gallup.

21    Q     Sorry, I'm horrible with names.

22          So when you were dealing with

23    Mr. Rosati in your communications with Mr. Bendick,

24    would that have been -- let me ask it a different

25    way.

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup  ---  September 7, 2023

13

                          B. Gallup

1                    Would you have had any decision

2          making in those communications or were you basically

3          reporting and Mr. Bendick would have gone from

4          there?

5               A     More reporting to just whether if he had a

6          question about a specific role or a specific

7          observation that anybody would have seen.  I was

8          more of a supporting role like that.  It was

9          ultimately his decision and the trial officer's

10         decision as far as the discipline.

11              Q     So obviously in looking at the documents

12         there were a number of disciplinary cases brought

13         against Mr. Rosati and so I'm guessing you spent a

14         fair amount of time with those; is that correct?

15                   MR. SHEA:  Objection.

16              A     I remember -- I don't remember all of the

17         them.  I remember a few different cases coming

18         through -- noncompliances as we refer to them coming

19         through.

20              Q     Before his disciplinary issues began, did

21         you have contact with Mr. Rosati?

22              A     As a manager that was out in the field I

23         come across him here and there onboard trains.  As a

24         manager I was supposed to go out and ride a certain

14

B. Gallup

1

2      amount of trains.  I know I dealt with him in

3      instances like that.  I do know that I knew who he

4      was when the discipline started coming up.  I knew

5      who he was.

6          Q    Prior to these disciplinary issues

7      starting how would you describe him as an employee?

8          A    My interactions were limited to five or

9      ten minutes on a train here or there.  So it was

10     more like hey, how's it going.  Typical small talk.

11     Oh, this train is busy, it's not busy.  I don't

12     recall anything positive or really negative.  See

13     you later, have a good day, stuff like that.

14         Q    Fair to say he didn't really stick out on

15     either extreme?

16         A    Yes.  There is about a thousand conductors

17     and just I knew who he was.

18         Q    Thinking back over the disciplinary issues

19     that you dealt with Mr. Rosati on, how would you

20     characterize him now?

21         A    I haven't -- the last time I saw him was

22     at that one -- we did the statement of the facts.

23     How would I characterize him?  I don't know.

24     Regular guy, I don't know how to answer that

25     question.

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup  ---  September 7, 2023

                                                          15
                              B. Gallup

1

2      Q    Okay, okay, that's a fair enough answer.

3            I have some documents I'm going to

4      show you, I will go ahead and preview for you.  Like

5      I said, your name came up on a lot of these

6      documents.  I've got more than I've had with other

7      witnesses.  However, I will tell you a lot of these

8      documents I'm trying to figure out what they are.

9      A    Okay.

10     Q    Helpfully, we will get through them fairly

11     quickly.

12     A    Okay.

13     Q    Let me open up the first one here.

14     (Gallup Exhibit A, Marked for Identification.)

15           I'm going to share my screen.  Are

16     you able to read that okay?

17     A    Yes.

18     Q    I will give you a second to read it.  Let

19     me know when you're done.

20     A    Okay.

21     Q    Do you recognize that document?

22     A    Yes, I do.

23     Q    What do you recognize it as?

24     A    After myself and Mike Bendick met with

25     Steven Rosati, Mike Bendick instructed me to write

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup  ---  September 7, 2023

16

B. Gallup

1

2      an email to myself just a quick summary of something

3      that occurred a few weeks earlier.

4           Q    Do you see in this email it refers to

5      TikTok and social media posts?

6           A    I see that.

7           Q    Do you recall that?

8           A    I don't recall the actual details of the

9      actual post.  I remember sitting in a conference

10     room discussing with Mr. Rosati some posts he made.

11          Q    Do you recall what the issue with the

12     posts was?

13          A    It involved him being in uniform in a few

14     different locations that were identifiable as

15     Railroad property.  I don't remember the details of

16     what he was actually saying.  It was clear he was in

17     Railroad uniform on Railroad property and possibly

18     at that point on an actual train that was in motion.

19          Q    Do you recall if he was talking about the

20     Railroad or about other things?

21          A    There were few of them.  I don't remember

22     at this particular meeting because further down the

23     road there were other posts.  I don't recall at this

24     meeting what the actual details of the post were.

25          Q    At the end it says that he was receptive

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup  ---  September 7, 2023

17

                              B. Gallup

1
2      to the conversation?

3           A     Correct.

4           Q     Can you tell me what you mean by that?

5           A     Mr. Bendick a few times stated that,

6      listen, you can't be in uniform or on company

7      property making these.  It's a violation of a few

8      rules.  There is a rule about using a cellphone on a

9      train and Mr. Rosati at that point said I won't make

10     anymore and I will take down the ones that I

11     previously uploaded.

12          Q     Do you know whether or not he actually did

13     that?

14          A     I don't recall after this meeting if it

15     was done or not, no.

16          Q     Do you recall whether you would have

17     checked in to whether or not he complied with those

18     instructions?

19          A     I don't have TikTok.  I don't recall what

20     happened after this meeting if I checked in or if

21     anybody instructed me to check in.  I don't know.

22          Q     Would you normally have checked in on an

23     employee's social media post in a situation like

24     this?

25          A     No.

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup   ---   September 7, 2023

18

                          B. Gallup

1                    MR. SHEA:  Objection.

2         A     Not randomly, no, unless somebody asked me

3    to.

4         Q     Is it fair then to say that as part of

5    your job unless you're asked to, you don't routinely

6    follow employees' social media posts?

7         A     That would be correct.

8         Q     I'm going to share with you what I have

9    marked as Gallup Exhibit B.

10        (Gallup Exhibit B, Marked for Identification.)

11                    Can you see that okay?

12        A     Yes, I can.

13        Q     This is a preview.  I will tell you

14   several of the exhibits I'm going to share with you

15   appear to be email strings.  When that's the case, I

16   will start at the bottom and go up so we can try to

17   get them in chronological order.  If, at any time,

18   you need to have me scroll through the whole thing

19   so can you read it first let me know.

20        A     Okay.

21        Q     I will ask you first to read this and let

22   me know if you recognize it.

23                    (Witness perusing document.)

24        A     I read it.  I don't recall it or recognize

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup  ---  September 7, 2023

19

B. Gallup

1

2      it.  I know the people in the email thread.

3          Q     Let me scroll up.  Read the first of it if

4      you would if you recognize it.

5          A     Sure.

6                 (Witness perusing document.)

7                 I don't recognize it or recall it.  I

8      know the names involved.

9          Q     You don't recall what it was referring to?

10         A     I don't recall what it refers to.  I know

11     what some of the terms are.  I don't recall this

12     specific incident.

13         Q     Easy enough.  I'm sharing with you what

14     I'm going to call Gallup Exhibit C.

15         (Gallup Exhibit C, Marked for Identification.)

16                 Let me scroll up a little bit more.

17     Can you see that okay?

18         A     Yes, I can.

19         Q     If you would go ahead and read it.

20                 Let me know if you recognize it.

21                 (Witness perusing document.)

22         A     I see the names involved.  I don't

23     remember what it was in reference to though.

24         Q     Let me ask you this:  It appears there is

25     an attachment referring to Rosati and an Antifa

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup  ---  September 7, 2023

20

B. Gallup

1   
2  shirt of some sort.  Do you see that?
3      A   Yes.  I'm looking at the name of the
4  actual subject.  I know at one point somehow it came
5  to the department's attention that he was selling
6  some sort of shirts online.  I believe it had
7  something to do with that.  I don't remember what
8  the attachment or link was though.
9      Q   So let me ask first, you mentioned that it
10 came to the department's attention.  Do you have any
11 knowledge on how it came to the department's
12 attention?
13     A   That I don't recall.  I remember someone,
14 because I don't remember who, someone mentioned it.
15 The people involved in the thread, Michael Bendick,
16 Erin Sherrard and myself were told to look into it
17 or something to that nature.
18     Q   Okay.  Do you recall was there a specific
19 issue related to him -- I'm sorry to Rosati and
20 Antifa?
21     A   I don't recall why -- how this shirt came
22 to our attention.  We have a duel employment policy
23 and he was selling shirts online of a political
24 nature.  I believe that's why.  I don't recall who
25 the genesis of this.

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup  ---  September 7, 2023

21

B. Gallup

1

2      Q    Okay, great, thank you.  We will come back

3  to the duel employment policy later.  I have a

4  different exhibit related to that.

5              I'm going to show you what I will

6  call Gallup Exhibit D like dog.

7      (Gallup Exhibit D, Marked for Identification.)

8              Are you able to see that?

9      A    Yes.

10     Q    If you read through it let me know if you

11  recognize it.

12             (Witness perusing document.)

13     A    Okay.  Yes, I recognize what this is

14  about.

15     Q    What do you recognize it to be about?

16     A    In one of the social media posts or videos

17  that Mr. Rosati had, he made the reference to fuck

18  around find out.  Somehow someone asked what that

19  meant and then I remember reading something in an

20  article very recently around that time about that

21  phrase.  I had sent an Apple News article to

22  Ms. Sherrard and Mr. Bendick.

23     Q    Okay.  At this point would you say that

24  you were doing any sort of investigation of

25  Mr. Rosati?

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup  ---  September 7, 2023

22

B. Gallup

1

2      A    I was not, no.  Someone asked about the

3    video again, but I was not actively investigating at

4    this point, no.

5      Q    This mention the Proud Boys.  Do you

6    recall if that group was ever an issue in any of

7    Mr. Rosati's disciplinary proceedings?

8      A    I'm not sure what you're asking.

9      Q    Let me rephrase that.

10             Do you recall in your conversations

11    with Mr. Bendick or anyone else for that matter

12    regarding Mr. Rosati whether the Proud Boys came up

13    as an issue with relation to Mr. Rosati?

14      A    From my recollection the only time it was

15    was when he had that phrase on his videos and timing

16    wise I had been using the Apple News app on my phone

17    and an article popped up and that phrase was in

18    there.

19      Q    Thank you.  Before I bring up another

20    exhibit let me ask you in relation to the present

21    case regarding Mr. Rosati, did you do a search of

22    your email?

23      A    Yes.  A while back I was told to put all

24    emails key word Rosati, anything Rosati in a folder,

25    yes.

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup  ---  September 7, 2023

23

B. Gallup

1

2      Q     That's a search that you would have done

3     yourself?

4      A     Yes.

5      Q     I'm going to share with you -- we will

6     call this Gallup Exhibit E.

7      (Gallup Exhibit E, Marked for Identification.)

8                  I will represent to you as soon as

9     you see this some of the emails that I received seem

10    to be in the format of the last several exhibits,

11    some are in this format.  I'm not sure why.  There

12    may be sometimes I ask you if you recognize a

13    document and you may not recognize the format, but

14    you may recognize the content.  So if that's the

15    case if you would let me know I would appreciate

16    that.  I assume you can see this?

17     A     Yes.

18     Q     If will you take a second and read it over

19    and let me know if you recognize it.

20              (Witness perusing document.)

21     A     I read it.  Once again I don't recognize

22    or recall it offhand, but based on the people

23    involved and some of the details I know what it's

24    about but I don't recognize it offhand.

25     Q     Tell me what you think you recognize it to

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup  ---  September 7, 2023

24

1                        B. Gallup

2      be?

3           A     Based on the fact it's Mr. Bendick and

4      myself and Erin from the trial office and it says, I

5      may do discipline on Wednesday and Thursday.  At one

6      point during Covid, Mr. Bendick and myself were

7      spending a lot time in offices in Babylon because of

8      social distancing and everything and when we do

9      discipline, we bring individuals in to sign their

10     discipline -- their trial waivers, Railroad trial

11     waivers.  The fact it says I may do discipline, I

12     may bring in Rosati to sign I believe was him

13     signing something and the fact it looks like there

14     is two or one sort of social media policy.  A lot of

15     times when an individual signs discipline when it's

16     related to Long Island Railroad or MTA policy in the

17     course of signing discipline, we can also provide

18     them with that policy as a reminder, as a reminder

19     here is what you violated.  Please reread this over

20     again and make sure you're fully aware of it before

21     we let you go.  He was coming to sign something and

22     we were giving him this paperwork.

23          Q     Do you recall what he was going to sign

24     that day?

25          A     No, I do not.

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup  ---  September 7, 2023

25

B. Gallup

1

2        Q    Can you tell me who Vinny is?

3        A    There is two Vinnys it could be referring

4   to at the Railroad.  There are two that are higher

5   up.  One is Vincent Campossano.  I don't remember

6   his position at this time.  He's currently the

7   general superintendent of transportation.  I don't

8   remember his position at this time.  There is also a

9   Vinny Tessatore who is the head of the labor union

10  who represents conductors and assistant conductors.

11  Being that this is discipline, both of these Vinnys

12  may have been involved in it.  They are higher than

13  Mr. Bendick and sometimes they work out discipline

14  above us.

15       Q    It could have been either one of those?

16       A    It's hard to figure out.  Vinny Tessatore

17  represents conductors and assistant conductors and

18  Vincent Campossano, being his position sometimes he

19  gets involved with the discipline process and sort

20  of tells Mr. Bendick or myself here is what's going

21  on.

22       Q    In the top email in the thread there the

23  first sentence says, Since Rosati is scheduled to

24  start the suspension on Monday.

25                  Do you see that?

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup  ---  September 7, 2023

26

B. Gallup

1

2      A      Yes, I do.

3      Q      Do you know what that was referring to?

4      A      That's part of discipline.  We sometimes

5      issue suspensions.  The way it works at the Railroad

6      it could be an actual suspension on the street and

7      we also refer to it when you get docked pay, you're

8      working at 75 percent or a working day suspension.

9      I don't know offhand on the street or 75 percent.  I

10     don't know how long based on this.

11     Q      Do you recall whether both of those sorts

12     of suspensions were given to Mr. Rosati at different

13     times or not?

14     A      Offhand I do not.

15     Q      I'm going to show you what I'm going to

16     refer to as Gallup Exhibit F.

17     (Gallup Exhibit F, Marked for Identification.)

18                     Are you able to see that?

19     A      Yes, I am.

20     Q      Go ahead and read it.  If you would let me

21     know when you want me to scroll down and I will ask

22     you some questions.

23     A      Scroll down.

24     Q      Okay.

25     A      Continue to scroll.

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup  ---  September 7, 2023

27

B. Gallup

1

2      Q    If it's okay with you, I will scroll down
3  to where it says Mr. Rosati.

4      A    Okay.  I read Mr. Rosati's stuff.

5      Q    First I will ask you if you recognize
6  this?

7      A    I don't recognize this, but once again
8  based on the names involved and looking at it, I
9  know what it is but I don't recognize this
10  particular time.

11      Q    The main thing I'm wanting to do with this
12  document is have you help me interpret it.  Would
13  you able to do that?

14      A    I'm trying.

15      Q    Starting with the first line where it says
16  Rosati, can you go through that line and tell me
17  what the different things mean?

18      A    The first is his last name, first initial.
19  Then it says what we call IBM, his employee number.
20  Then it's a brief description of -- on the railroad
21  we call what we call a SAFER system, S-A-F-E-R.
22  It's how we document good or bad observations.  This
23  is a quick summary of whatever SAFER rule.  This
24  document is all noncompliance so it's what he
25  violated.  The first line is he violated Safety Rule

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup  ---  September 7, 2023

28

B. Gallup

1

2     900.3.2 and Rule 801 and then it goes over -- that's

3     the date that it was entered.  It goes all the way

4     to the right, that's the trial number.

5          Q    Let me repeat so I understand.  The date

6     that's shown there is the date that it was entered,

7     not necessarily the date of the incident?

8          A    Yes, I believe so.

9          Q    And then the last column, that 032-21,

10    would that be the same as on a notice of trial there

11    is a trial number on there?

12         A    That's correct.

13         Q    Thank you.  I'm going to show you what I'm

14    calling Gallup Exhibit G.

15         (Gallup Exhibit G, Marked for Identification.)

16              Can you see this okay?

17         A    Yes.

18         Q    If you would go ahead and read and let me

19    know if you recognize it.

20              (Witness perusing document.)

21         A    Once again I don't recognize it or

22    remember it, but I can figure out based on the

23    people involved in and some of the terms what it

24    refers to.

25         Q    Great.  One of the things I want to ask

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup  ---  September 7, 2023

29

B. Gallup

1

2     you about is some of the terms.  Can you tell me

3     what a GN is?

4          A    We have a book of rules we refer to as the

5     book of rules, there is also a timetable.  All

6     different rules and regulations on how conductors,

7     engineers, other employees of the railroads have to

8     do their jobs.  So what a GN is it refers to a

9     general notice and it's a paper revision.  It's an

10    update to one of those documents.  GN 6-35 means

11    that time table number six and then there is GN 6-1

12    changes some things.  GN 6-2 changed some things.

13    There is the 35th GN came out and must have had some

14    change to Rule 801.  We get these things and we put

15    in this big book of rules.  She was asking me to

16    forward this GN because there was a change to the

17    rule she needed.

18          Q    Thank you.  So this big book of rules that

19    you refer to, is that something that each conductor

20    would have a copy of?

21          A    In order to pass your assistant conductor

22    test, you have to be qualified as an assistant

23    conductor on the book of rules.  You're given this

24    big book, the train department goes over this book.

25    It's big, it's hundreds of pages.  They go over it

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup  ---  September 7, 2023

30

B. Gallup

1

2      and then once you pass the test, you're out in the

3      field as an assistant conductor.  It's one of your

4      job responsibilities to keep your book of rules and

5      timetable updated so when a new GN comes out for

6      your job, you're given time to check our bulletin

7      board and the GNs at the bulletin board, you take

8      it, you read it, you insert it in the book.  Mr.

9      Rosati would have been required to have this GN in

10     his book and read and understood and signed off on

11     it that okay, I understand whatever GN 6-35 change

12     and update is to Rule 801.

13         Q    Would he be expected to have that book

14     with him whenever he was working or how does that

15     work?

16         A    You're required to carry that book of

17     rules and the timetable with you at all times on

18     property while you're working.

19         Q    Thank you.

20         A    You're welcome.

21         Q    I'm going to put up what I'm going to call

22     Gallup Exhibit G1.

23       (Gallup Exhibit G1, Marked for Identification.)

24             MR. UHRICH:  By counsel, this is a

25         question I have for you.  So during this

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup  ---  September 7, 2023

31

B. Gallup

1

2      morning's deposition we talked about things

3      that look like they were exhibits that were

4      missing and you asked me to put it in writing.

5      Probably about half the exhibits I have for

6      Mr. Gallup are things where it looks like the

7      attachments aren't there.  The copies I have

8      don't have Bates numbers.  So it occurred to me

9      there is a couple of ways I could do this.  I

10     could send them to you as attachments in an

11     email or I could put them in as exhibits today

12     and refer to when I write to you by exhibit

13     numbers.  Do you have a preference?

14         MR. SHEA:  We don't have a preference.  We

15     should say we produced these documents in

16     native.  It looks like these were converted to

17     pdf internally by your office.  I did check the

18     link in between these two depositions and what

19     we sent you were the actual Outlook MSG files.

20     This is not how we sent them.

21         MR. UHRICH:  This would be a processing

22     issue on our end?

23         MR. SHEA:  I believe so.

24         MS. PASRICHA:  This is Priya.  For the

25     record, the attachments should be attached to

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup  ---  September 7, 2023

32

                            B. Gallup

1

2          the native as well.  Let us know if you don't

3          have them but they should be there.

4                  MR. UHRICH:  We will.  What I will do then

5          all the ones that are here for that purpose I

6          won't bother putting in.  I will have someone

7          check that link that you sent and if there is

8          any missing I will let you know.

9                  MR. SHEA:  Thank you.

10                 MR. UHRICH:  I'm going to put up what I'm

11         going to refer to as Gallup Exhibit H.

12         (Gallup Exhibit H, Marked for Identification.)

13    BY MR. UHRICH:

14         Q    Are you able to see that?

15         A    Yes, I can.

16         Q    This is one of those email strings again.

17    I will start at the bottom and ask you to read it.

18    As you need me to scroll up let me know.

19         A    Okay.

20                 (Witness perusing document.)

21                 You can scroll up.

22         Q    Okay.

23         A    You can scroll up.

24                 You can scroll up.

25                 I read it.

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup  ---  September 7, 2023

33

1                        B. Gallup

2         Q    First I will ask you if you recognize

3    this?

4         A    No, I do not recognize this one.

5         Q    Do you recall ever being involved in an

6    issue with Mr. Rosati not wearing a face mask?

7         A    I don't recall being involved with it.  I

8    do know whenever someone is put in for a

9    noncompliance in our SAFER system, I got an email

10   generated by that noncompliance so I remember seeing

11   it.  In fact that was at the bottom of this email

12   thread, I remember seeing that.  I wasn't involved

13   in any discussions between the individuals in these

14   emails here.

15        Q    Okay.  So am I understanding correctly

16   then that that block at the bottom that has a bunch

17   of emails, that's basically automatically generated

18   by the system?

19        A    That's correct.

20        Q    Do you recognize enough of the terminology

21   that I could ask to you explain some terms for me?

22        A    I will do my best.

23        Q    Great.  About in the middle of the page

24   here are you able to see my curser?

25        A    Yes.

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup  ---  September 7, 2023

34

B. Gallup

1

2          Q    Right where my curser is here the document

3    says, I spoke with the TM on the phone.

4                    Do you know what a TM is?

5          A    Yes.  We refer to our transportation

6    managers, we refer to them as TMs, shorthand.

7          Q    What exactly is a transportation manager?

8          A    So similar -- how there is different

9    superintendents and different lead managers there is

10   different transportation managers.  The progression

11   is transportation manager, above that is lead, above

12   that is superintendent.  So there is transportation

13   managers that work in my area that go out and ride

14   trains and observe employees.  There is

15   transportation managers that just work in the

16   terminals like Penn Station, Jamaica, dealing more

17   with the operations, but they also ride trains as

18   part of their going to and from work or part of

19   their job duties as well.  It's a general term for

20   different specialties.

21         Q    The paragraph above it it says, This is

22   the employee who served 30CDS for using sick time.

23                   Do you know what 30CDS would mean?

24         A    No.  I don't know what that is referring

25   to.

35

B. Gallup

1

2      Q    And then in this area right here it says,

3   He also asked if we can send Rosati a direct order.

4             Do you know what they referred to

5   when they are saying a direct order?

6      A    Yes.  They are times where a manager or a

7   representative from the transportation department

8   has to give an employee a direct order to do

9   something.  Sometimes it's out in the field where we

10  have to have them operating a train and if they

11  don't want to, we have to give them a direct order.

12  For those times we have to put it in writing we have

13  to give an employee a direct order to comply with

14  some sort of rule.

15     Q    Okay, understood.  Thank you.

16             I'm going to show you what I'm going

17  to refer to as Gallup Exhibit I.

18      (Gallup Exhibit I, Marked for Identification.)

19             Are you able to see that?

20     A    Yes, I am.

21     Q    If you would please read that over and let

22  me know if you recognize it.

23             (Witness perusing document.)

24     A    Once again I don't recognize or recall it.

25  Based on the names and the terminology, I know what

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup  ---  September 7, 2023

36

B. Gallup

1

2      it's in reference to.

3          Q    What do you understand it to be in

4      reference to?

5          A    At some point it came to our attention

6      that Mr. Rosati was operating a web page or website

7      that was selling t-shirts.  To be employed at the

8      Railroad, you are allowed to have outside

9      employment, but there is forms you have to fill out

10     because there is certain regulations as to what type

11     of employment it can be.  When this website was

12     discovered, it was discovered that Mr. Rosati had

13     not filled out the duel employment paperwork to get

14     the approval from HR.

15         Q    Let me ask you first of all are you aware

16     of any sort of, I will call it a threshold, that it

17     would take to qualify as duel employment?

18         A    No.  We have a lot of rules and

19     regulations as far as hours of service, but besides

20     that I don't know.  We are not really too involved

21     in the duel employment process.

22         Q    Would a duel employment charge normally be

23     something that would come through your office?

24         A    In my position now since I'm

25     superintendent of train service I would be involved.

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup  ---  September 7, 2023

37

B. Gallup

1

2      At that point as the lead of fare collection, I

3      don't know if it would have come to -- I guess how

4      it was discovered.  The best way I can say is I

5      don't know.

6           Q    Fair enough.  Do you know -- would say

7      having stuff that you were selling on Ebay, would

8      that count as duel employment?

9                MR. SHEA:  Objection.

10          A    I don't believe so.  I'm not really

11     involved too much in the duel employment process.

12     When you fill out the application, I don't know who

13     approves it or anything like that or doesn't approve

14     it.

15          Q    Based on your previous responses am I

16     correct in understanding that the issue here was his

17     failure to fill out a form prior to starting

18     whatever he was selling?

19               MR. SHEA:  Objection.

20          A    I believe so.  I don't remember how it was

21     brought up or how it was discovered, but I believe

22     that was...

23          Q    Do you recall any discussions related to

24     the content of what he was selling?

25          A    I know it was t-shirts, but I don't

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup  ---  September 7, 2023

38

B. Gallup

1

2      remember ever discussing with anybody the actual

3      content.  Someone had a picture of a shirt he was

4      selling.  He has a website, here is a picture of a

5      shirt.  I don't recall anything further.

6            Q     Do you recall earlier we looked at a

7      couple of emails that referred either to Antifa or

8      to -- I think it was fuck around and find out was

9      the phrase?

10           A     Yes.

11           Q     Do you recall those emails?

12           A     Yes.

13           Q     Do you know if those two were part of this

14     duel employment discussion?

15           A     I believe one of the shirts, the fuck

16     Antifa shirt was a shirt someone saw that was on

17     sale on his website and that's one of the shirts

18     that either was somehow linked to his website or he

19     was wearing it or promoting it.  I think that's how

20     the existence of the website came to.

21           Q     Do you recall we also talked at an earlier

22     exhibit about a meeting that you and Mr. Bendick had

23     with Mr. Rosati regarding some social media posts

24     that he was making while on Railroad property or in

25     uniform?

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup  ---  September 7, 2023

                                                          39
                        B. Gallup

1

2       A    Yes.

3       Q    Do you recall if those discussions had

4   anything to do with this duel employment situation?

5       A    I don't recall what posts at that point we

6   were referring to or what TikToks or whatever they

7   were.

8       Q    I'm going to show you what I'm going to

9   call Gallup Exhibit J.

10      (Gallup Exhibit J, Marked for Identification.)

11              Are you able to see that now?

12      A    Yes, I am.

13      Q    If you would review that and let me know

14  if you recognize it.

15              (Witness perusing document.)

16      A    Once again I don't recognize it.  I

17  recognize some of the people in the emails.

18      Q    Do you recall why you would have sent this

19  email?

20      A    I'm trying to go back and read who it went

21  to.

22      Q    Sure.  Take your time.

23      A    Offhand, no.  I don't know why it was sent

24  or what...

25      Q    Okay.  In the first line here it refers to

40

                         B. Gallup

1

2     Gassert?

3          A    Correct.

4          Q    Do you know what that is referring to?

5          A    I believe it's referencing an assistant

6     conductor whose last name was Gassert.  That was in

7     some of the videos and posts along with Mr. Rosati.

8          Q    Okay.  Then at the end of that line you

9     typed the word interesting; do you see that?

10         A    Yes.

11         Q    Do you recall why you said interesting?

12         A    I think because it was -- he was in -- he

13    was actually on a platform as well.  I don't recall

14    uniform or not.  Based on the reference it was

15    interesting he was making a video or in a video in

16    Jamaica.

17         Q    Okay.  I'm going to show you Gallup

18    Exhibit K.

19         (Gallup Exhibit K, Marked for Identification.)

20                   Are you able to see that?

21         A    Yes, I am.

22         Q    Go ahead and read that over and let me

23    know if you recognize it please.

24                   (Witness perusing document.)

25         A    Okay, I read it.

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup  ---  September 7, 2023

41

B. Gallup

1

2      Q     Do you recognize this?

3      A     Once again I don't recognize it offhand,

4   but based on the terminology and the names involved,

5   I can figure out what it's in reference to.

6      Q     What do you believe it to be in reference

7   to?

8      A     At some point one of the videos on one of

9   the social media platforms Mr. Rosati was in uniform

10  and somehow it was believed he was actually not only

11  in uniform, but he was working his job.  He was

12  actually on duty, not on a break or anything.  The

13  video actually was like a selfie type where you

14  could see a sign behind him on the platform and we

15  determined that the video shows the time 10:04, you

16  can see the time on the station platform.  It goes

17  further, it says he was on Job 651.  That's one of

18  our job assignments and when you look at that job,

19  he was supposed to be at Hicksville in between

20  trains at that time so we figured out he was on duty

21  in uniform working on that video.

22     Q     Do you recall what the video was about?

23     A     That I do not recall, no.

24     Q     You mentioned that it appeared to be a

25  selfie-type video, correct?

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup   ---   September 7, 2023

42

B. Gallup

1

2      A    Yes.  It was -- he was holding the phone

3    in his hand and it was clearly his face.  You could

4    see the stripes of our uniform.  I believe you got

5    yourself a logo and you could see the platform

6    behind him where it says Hicksville and the time and

7    the next train coming.

8      Q    Do you recall were there any issues with

9    the content of the video or was it simply the fact

10   he was on duty?

11     A    I don't recall what the content was at

12   this point.  I don't recall how we were made aware

13   of the video, just that he was on duty, on his

14   cellphone making a video.

15     Q    Okay.  Up at the top here I guess it's

16   Ms. Kustoff says, Plus the one on the train.

17          MR. SHEA:  Objection.

18     Q    Do you know what that refers to?

19     A    No, I do not.

20          MR. UHRICH:  At this point we have been

21          going for about an hour.  Why don't we take a

22          short break if we could.

23     (Whereupon, a short recess was taken.)

24   BY MR. UHRICH:

25     Q    I'm going to go ahead and show you what

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup  ---  September 7, 2023

43

B. Gallup

1

2     I'm calling Gallup Exhibit L.  Are you able to see

3     that okay?

4         (Gallup Exhibit L, Marked for Identification.)

5         A    Yes.

6         Q    If you would please read that and let me

7     know if you recognize it.

8                   (Witness perusing document.)

9         A    Yes.

10        Q    Do you see recognize this email or this

11    document?

12        A    No, I do not.

13             MR. SHEA:  Craig, I want to note it looks

14        like there isn't a date on this document.

15             MR. UHRICH:  That's correct.  The ones

16        that are in this format none of them have

17        dates.  I will have to go back and check on

18        that again.

19    BY MR. UHRICH:

20        Q    Let me ask by the context do you recall

21    any sort of conversation of this nature?

22        A    No.  I recognize the names, but I don't

23    know what this is in reference to.

24        Q    Do you know who Tim Haig is?

25        A    Yes, I do.

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup   ---   September 7, 2023

44

1                         B. Gallup

2          Q     Who is he?

3          A     At this time just judging by my title, the

4     transportation manager, at that time he would have

5     been the general superintendent who was above me and

6     was above Michael Bendick at that time.

7          Q     Okay.  I see in the second sentence it

8     says, I explained that the decision was way above

9     Mr. Bendick, myself and you.

10         A     Yes, I see that.

11         Q     Do you recall what that was referring to?

12         A     No, I don't recall why Tim Haig was asking

13    Erin -- I don't remember what he was asking and why

14    I was asking Erin this.

15         Q     I'm going to show you what I'm calling

16    Gallup Exhibit M like Mary.

17        (Gallup Exhibit M, Marked for Identification.)

18                    Are you able to see that okay?

19         A     Yes.

20         Q     If you would read it for me and let me

21    know when you need me to scroll down?

22         A     Okay, scroll down.

23         Q     Okay.

24         A     I'm done.

25         Q     My first question is: Do you recognize

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup  ---  September 7, 2023

45

                         B. Gallup
1
2    this document?
3         A     I do not recognize this particular
4    document, no.
5         Q     Did you in fact notify, I guess,
6    Mr. Rosati on January 21st of 2021, that he was
7    taken out of service?
8         A     Yes, I did.
9         Q     Was that an in-person meeting?
10        A     Correct.
11        Q     Do you recall what that was for?
12        A     It was a statement of facts we were doing
13   with the employee.  I don't recall the exact reason
14   or what was being asked of him, but at the
15   conclusion of this statement of facts, we took him
16   out of service so I do remember that being in
17   person.
18        Q     Could you explain to me what you mean when
19   you say a statement of facts?
20        A     At the Railroad there is times where we
21   conduct -- it's not a trial, it's an exploratory
22   interview with the employees regarding various
23   operational incidents, rules, violations.  I recall
24   it being a statement of facts with Mr. Rosati on
25   this day.  I don't remember the exact details of

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup  ---  September 7, 2023

46

B. Gallup

1

2     what we were asking him, but at the conclusion we

3     did take him out of service.

4          Q     Would I be correct in understanding then

5     that when you're referring to a statement of facts,

6     you're referring to you trying to get facts from

7     him, not the other way around?

8          A     That is correct.

9          Q     Okay.  Is that part of a formal

10    investigation?

11         A     They are held for various reasons.

12    Sometimes it's just a result of an operational

13    incident.  Like right now we are dealing with

14    derailment and there is going to be a statement of

15    facts tomorrow for the crew involved in the

16    derailment to find out where they were when things

17    happened, who else was around.  Other times it's

18    between two employees we do a statement of facts

19    when there is personal issues between them.  There

20    is various reasons why we hold these statement of

21    facts.

22         Q     Okay.  Are those statement of facts, are

23    they generally recorded?

24         A     There is the trial officer for the

25    Railroad or there is trial officers there.  There is

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup  ---  September 7, 2023

47

B. Gallup

1
2    some sort of recording device present there that's
3    then transcribed.
4         Q    Do you recall if this particular statement
5    of facts with Mr. Rosati was recorded and
6    transcribed?
7         A    I believe so.
8         Q    It says that it's an investigation into
9    conduct unbecoming an employee of the Long Island
10   Railroad.
11             Do you recall what sort of conduct
12   that would have been?
13        A    I don't recall what the actual statements
14   or the questions were offhand, no.
15        Q    Do you have an understanding -- we
16   talked -- let me withdrawn that question and start
17   again.
18             We talked earlier today about some
19   other incidents with Mr. Rosati not wearing a face
20   mask, duel employment, not being on the train when
21   he was supposed to.
22             Do you have an understanding on if
23   there is any sort of hierarchy between any of those
24   charges and conduct unbecoming an employee?
25             MR. SHEA:  Objection.

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup  ---  September 7, 2023

48

B. Gallup

1

2          A    I don't recall what the exact conduct

3     unbecoming, what the actual investigation was so I

4     don't recall if it was related to any of those other

5     incidents or not offhand.

6          Q    Okay.  Do you recall when he was taken out

7     of service this day, do you recall whether that was

8     with or without pay?

9          A    I don't recall, but when we use the term

10    out of service it's without pay.

11         Q    Is there a different term that you would

12    use for with pay?

13         A    We normally use the term relieved with

14    pay.  It's a code in our payroll system or crew

15    management system.

16         Q    Okay, thank you.  I'm looking at something

17    here.  I'm going to show what I'm marking as Gallup

18    Exhibit N.

19         (Gallup Exhibit N, Marked for Identification.)

20                   Are you able to see that?

21         A    Yes, I am.

22         Q    I will scroll to the top and ask you to

23    read through it and let me know when I need scroll

24    down.

25                   (Witness perusing document.)

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup  ---  September 7, 2023

49

B. Gallup

1

2       A     Scroll down.

3       Q     Okay.  So you were not one of the authors

4  on this email, but it seems to refer to you and Mike

5  asking for a script if you need to take Rosati OOS,

6  which I assume is out of service.  Do you recall

7  that conversation?

8       A     I don't recall the conversation, but I

9  recall being given this document.

10      Q     Would you normally be given a script when

11  you take someone out of service?

12      A     I have done it before and this script -- I

13  have never had to give somebody a direct order

14  though.

15      Q     Okay.  In this line it says, Asking for a

16  script if they need to take Rosati out of service.

17            Do you see that?

18      A     Yes, I do.

19      Q     Do you recall when you went into that

20  meeting on January 21st, was there a question on

21  whether or not you would be taking Rosati out of

22  service?

23      A     When we went into this statement there was

24  no real direction given.  At one point it was told

25  to me that I might have to give him a direct order.

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup  ---  September 7, 2023

50

B. Gallup

1
2     If he refused to answer the direct order, I would
3     have to take him out of service.
4          Q    Do you recall what that direct order was
5     for?
6          A    Just if he refused to answer any questions
7     in the statement of facts.
8          Q    I see, okay.  Do you recall if he refused
9     to answer any questions?
10         A    I don't recall if I had to give him a
11    direct order.  No, I don't.
12         Q    Do you recall how the decision was made
13    that he needed to be taken out of service?
14         A    I don't recall how it was made or who
15    informed me of it.  At some point I was told you're
16    taking him out of service.
17         Q    Do you recall who told you that?
18         A    I don't recall, no.
19         Q    Was anyone in the room besides you and
20    Mr. Rosati?
21         A    I believe someone from the union was in
22    the room.  Next to the trial office there is a room
23    where the union representatives sit in when there is
24    a statement of facts between little breaks.  I don't
25    remember who, but I believe there were one or more

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup  ---  September 7, 2023

51

                              B. Gallup

1
2       union officials in there, but I can't recall

3       offhand.

4            Q     Where it says Mike and Ben were asking, do

5       you know who Mike is?

6            A     I don't know offhand.

7            Q     I'm going to change topics a little bit on

8       you here.  I'm going to show you what I'm calling

9       Gallup Exhibit O.  Let's start at the bottom and

10      scroll up.

11           (Gallup Exhibit O, Marked for Identification.)

12           A     Can you scroll?

13           Q     Okay.

14           A     Okay.

15           Q     Do you recall this email exchange?

16           A     I don't recall offhand, no.

17           Q     Do you recall a flash drive related to

18      Mr. Rosati?

19           A     Yes, I do.

20           Q     What do you recall about that?

21           A     At one point I was told to put some of the

22      emails I had and some photos or screen shots onto a

23      flash drive and provide it to Ms. Sherrard in the

24      trial office.

25           Q     Do you recall was this prior to him being

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup  ---  September 7, 2023

52

1                        B. Gallup

2      taken out of service?

3           A    I don't recall if it was prior or after,

4      no.

5           Q    Okay.  Do you know where that flash drive

6      is now?

7           A    No, I do not.

8           Q    Where did you deliver it to?

9           A    I delivered it to the trial office,

10     Ms. Sherrard.  I don't know if I gave it to her

11     specifically, but the trial office.

12          Q    Since they are somewhat related, I'm going

13     to mark this as Gallup Exhibit O1.

14     (OOS Script-Insubordination email Exhibit O1, Marked

15                    for Identification.)

16                    If you would go ahead and read that.

17                    (Witness perusing document.)

18          A    Okay, I read it.

19          Q    Do you recognize this?

20          A    Yes, I do.

21          Q    What do you recognize it as being?

22          A    At one point I was -- when I was putting

23     the documents onto the thumb drive, it was on my

24     phone and messages were popping up on my phone like

25     notifications and I realized they were in the screen

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup  ---  September 7, 2023

53

B. Gallup

1

2          shots so I said hold on, I had to re-save some of

3          the documents with the no notification on it.

4              Q    This thumb drive that you're referring to,

5          would that be the same as the flash drive in the

6          previous exhibit?

7              A    Yes.

8              Q    I wanted to make sure.

9                   Do you recall when the last time that

10         the thumb drive or flash drive would have been in

11         your possession is?

12             A    Offhand, no, I do not.

13             Q    I'm going to show you Gallup Exhibit 02.

14         (Gallup Exhibit 02, Marked for Identification.)

15                  Are you able to see that?

16             A    Yes, I am.

17             Q    If you read that and let me know if you

18         recognize it?

19             A    Yes, I recognize this.

20             Q    What do you recognize it to be?

21             A    There was a problem with the thumb drive.

22         The way the Railroad computers work there is weird

23         passwords so someone, I forget who, set up some sort

24         of a shared drive on the computers that I put on

25         when I was trying to get the thumb drive to work.

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup  ---  September 7, 2023

54

1                       B. Gallup

2          Q    Same thing as before?

3          A    Yes.

4          Q    Do you know if this SharePoint location

5     still exists?

6          A    That I don't know.

7          Q    I asked you earlier about searching your

8     emails; do you recall that?

9          A    Yes, I do.

10         Q    When you searched your emails, did you

11    search on this SharePoint location as well?

12         A    I would have to look at -- no, I don't

13    know.  I don't know how to get to that anymore.

14         Q    Do you recall would there be any documents

15    that you think might be on that SharePoint that

16    would not have been in your email?

17         A    I don't believe so.

18         Q    I'm showing you what I will mark as Gallup

19    Exhibit P like Paul.

20        (Gallup Exhibit P, Marked for Identification.)

21                   I will let you read that.

22         A    Yes, I recognize it.

23         Q    What do you recognize it to be?

24         A    We were having a problem with that same

25    thumb drive and it was password protected and at one

55

B. Gallup

1

2      point we couldn't get the password to work so I had

3      to reset the password.  That was me letting Erin

4      know what the new password was.

5          Q    At the beginning when it says, I had to

6      encrypt the USB.

7          A    The way all our computers work is because

8      there is safety sensitive information everything is

9      encrypted, it's protected.  So in order to get into

10     it, I had to make a password.

11         Q    Normally when there is a disciplinary

12     issue and it goes to the trial people, do you

13     normally have to make them a thumb drive?

14         A    Normally it's a noncompliance where a

15     manager observed it or it's an operation incident

16     where there is physical evidence right there.  I've

17     never had to do anything like this before.

18         Q    Thank you.  Just so I can keep them in

19     order I'm going to show you another few exhibits

20     fairly quickly.  This is Exhibit Gallup Q.

21         (Gallup Exhibit Q, Marked for Identification.)

22                  If you would read that and let me

23     know if you recognize it.

24         A    No, I don't recognize it.

25         Q    Do you know would there have been another

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup  ---  September 7, 2023

56

                              B. Gallup
1
2       flash drive at some point that you're aware of?
3            A    All I recall is that one flash drive.
4            Q    I'm showing you what I've marked as Gallup
5       Exhibit R.
6            (Gallup Exhibit R, Marked for Identification.)
7                      I'm going to go to the bottom so you
8       can read in order.
9            A    Scroll up a little bit.
10                 Scroll up.
11                 Scroll up.
12                 Okay.
13           Q    Do you recognize this conversation?
14           A    I recognize the beginning of it.  The rest
15      of it I wasn't involved in it.
16           Q    Let's go back to the beginning of it.
17      This one at the very bottom, is that the one that
18      you recognize?
19           A    That's correct.
20           Q    What do you recognize that to be?
21           A    Someone said Mr. Rosati's Instagram is
22      back up and that I let Michael Bendick know that I
23      heard his Instagram was back up and running.
24           Q    So the previous exhibits where you did the
25      statement of facts and he was taken out of service,

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup   ---   September 7, 2023

57

1                          B. Gallup

2       they said that happened January 21st of 2021,

3       correct?

4              A     That's correct.

5              Q     It looks like this email that you sent is

6       a little over four months later, three months later?

7              A     Yes, it appears to be.

8              Q     Do you know why you would have checked

9       into this three months after he was taken out of

10      service?

11             A     At that point I think he was -- either his

12      trial was going on or we heard it was possibly going

13      on.  I don't remember the details exactly and it had

14      gone, the web page had gone down.  Someone said, I

15      don't remember who, referenced that it was back up,

16      the videos were back up so I was letting Mike know

17      it's back up.

18             Q     We are getting close.  I'm showing you

19      what I've marked as I believe Exhibit S.

20         (Gallup Exhibit S, Marked for Identification.)

21                   If you would take a look and let me

22      know if you recognize that?

23             A     Yes, I do.

24             Q     What do you recognize that as?

25             A     Someone brought it to my attention that

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup  ---  September 7, 2023

58

B. Gallup

1

2     there was a Reddit thread and Mr. Rosati was in the

3     Reddit thread.

4          Q    When you said someone brought it to your

5     attention, do you have any recollection who that

6     was?

7          A    I don't.  I don't remember who.

8          Q    Do you recall whether it would have been

9     an employee or a member of the public?

10         A    I don't recall at this point, no.

11         Q    Do you recall why you were interested in

12    that Reddit thread?

13         A    Like I said, I don't remember who it was,

14    but someone said, Hey, did you see, Steve is on

15    Reddit.  Something to that effect.

16         Q    Was there a time in when you were needing

17    to basically keep tabs on his activities?

18         A    It wasn't part of my job responsibility or

19    job description.  I wasn't tasked with it.  Once in

20    a while someone above me would say anything --

21    anymore videos or did he take down the video or

22    something like that.  It wasn't like everyday or

23    every week I would check up on him.

24         Q    I didn't quite hear that, did you say it

25    was or was not?

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup  ---  September 7, 2023

59

B. Gallup

1

2     A     It wasn't, was not.

3     Q     You said that -- if I understood correctly

4     you said it came from various people above you.  Do

5     you recall who any of those people would have been?

6     A     Sometimes it would be Mr. Bendick,

7     sometimes it would be someone above him and it would

8     be passed through him.  Sometimes it would be the

9     trial office.  I couldn't tell you how it would

10    filter down to me.

11    Q     This would be what I'm calling Exhibit T.

12    (Gallup Exhibit T, Marked for Identification.)

13                If you take a look at that and tell

14    me if you recognize it.

15                (Witness perusing document.)

16    A     Yes, I recognize this one.

17    Q     What do you recognize it as?

18    A     Right around this same time as the Reddit

19    form, it was brought to my attention that there was

20    a conductor or appeared to be a conductor at a rally

21    and he was on News 12.  I went on the website and I

22    found it and it appeared to be Mr. Rosati.

23    Q     Do you recall if he was in uniform?

24    A     At this one I don't recall the details of

25    what he was wearing or anything, no.

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup  ---  September 7, 2023

60

B. Gallup

1

2      Q    Do you recall why it would have mattered

3      whatever was on the news, this rally?

4      A    I believe at this particular video he was

5      chasing someone across the street.  He was combative

6      with somebody and that's why when it was discovered

7      he was an employee of the Railroad, it was brought

8      to our attention.  It wasn't that he was at the

9      rally, it was his behavior at the rally.

10     Q    Since you brought up his behavior at the

11     rally let me ask you, I have seen some emails

12     talking about his attitude or whether or not he was

13     confrontational or those sorts of things.

14          When you had to meet with him, what

15     was your opinion on his attitude?

16     MR. SHEA:  Objection.

17     A    The interactions with him were all pretty

18     professional and pretty polite.  The only time I

19     recall him having an attitude or an issue was the

20     time I had to take him out of service.  He got

21     combative and very angry.

22     Q    Tell me what you mean by combative and

23     very angry?

24     A    From what I recall he got up, he pushed

25     something, he cursed, he was yelling, screaming.  I

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup  ---  September 7, 2023

61

B. Gallup

1

2      don't recall the exact, are you f'ing kidding me,

3      this is crazy.  Hand motions, stuff like that.  He

4      jumped up out of his seat when I told him.

5          Q    I assume you're referring to when you told

6      him he was out of service?

7          A    Correct.

8          Q    Prior to you telling him he was out of

9      service how was his attitude?

10         A    In the statement of facts he wasn't

11     combative, he was almost like nonchalant about his

12     behaviors, like so not combative, but he was very

13     specific and we had to ask him questions numerous

14     times to get him to answer some questions.  I don't

15     know how to describe it any other way.

16         Q    Could you give me an example?

17         A    It's so long ago I don't remember.  We

18     kept having to rephrase questions for him because he

19     was -- the way he was answering it wasn't -- I don't

20     know how to explain it.

21         Q    I understand.  Let me ask it this way:  Do

22     you have an opinion on whether he was understanding

23     the questions he was asked?

24             MR. SHEA:  Objection.

25         A    I don't know.  That's why we had to reask

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup  ---  September 7, 2023

62

1                          B. Gallup

2       a few questions.  I don't recall what the details

3       were.

4            Q    Do you recall if he stated that he wasn't

5       understanding?

6            A    I know in part of the -- going to

7       statement of facts, that trial officer reads a

8       prewritten statement and says if you don't

9       understand anything ask.  I don't recall him asking

10      for things to be rephrased.  I don't recall.  It

11      could have been or not.  I don't know.

12           Q    From what you observed did you have the

13      impression that he was being obstructionist?

14           A    Once or twice it seemed like yes, he was

15      trying -- I don't know if this is the right term to

16      use, like playing games with the way the question

17      was asked and the way he was using words trying to

18      avoid answering the question.

19           Q    You don't recall what any of those

20      questions were?

21           A    Offhand, I don't know.

22           Q    Okay.  I'm going to show you what I'm

23      calling Gallup Exhibit Q.  If you take a look at

24      that and let me know if you recognize it?

25                (Witness perusing document.)

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup  ---  September 7, 2023

63

B. Gallup

1

2      A     Are you able to scroll down.

3      Q     There is nothing below.

4      A     Offhand, no.  I don't recall what this

5   was.

6      Q     It looks like this was about ten days

7   after he was taken out of service by you.  Do you

8   recall it says it's an old Twitter account.  Do you

9   recall why you might have been looking for that?

10     A     I don't have Twitter so offhand, no.

11     Q     It says that you were sent the screen

12  shot.  Do you recall who would have sent it to you?

13     A     I do recall now.  A number I don't know

14  sent me a screen shot of a Twitter, Tweet, Twitter

15  post from Mr. Rosati or appeared to be Mr. Rosati.

16     Q     You said it was a phone number you didn't

17  recognize?

18     A     Didn't recognize, no.

19     Q     Thank you.  I'm going to show you what I

20  marked as Exhibit V and I will let you read through

21  it.

22     (Gallup Exhibit V, Marked for Identification.)

23     A     Scroll down.

24     Q     Okay.

25     A     Scroll down.

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup  ---  September 7, 2023

64

1                         B. Gallup

2          Q     That was the end of it.  Do you recall

3     this conversation?

4          A     I don't recall the conversation, no.

5          Q     Do you recall anything going on with

6     Mr. Rosati in relationship to a Covid clinic?

7          A     Yes, I do.

8          Q     What do you recall?

9          A     At one point there was a video, a social

10    media post.  I don't remember the details of him at

11    a Covid clinic, like a line at a Covid clinic with a

12    bullhorn or yelling at people on line at a Covid

13    clinic.

14         Q     Do you recall if he was wearing a uniform

15    or identified as a Railroad employee?

16         A     I don't recall the details of what he was

17    wearing at this point, no.

18         Q     We talked earlier about a SharePoint that

19    there were some Rosati videos on; do you recall

20    that?

21         A     Yes.

22         Q     Do you recall if there was more than one

23    of those?

24         A     More than one SharePoint or more than one

25    video?

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup  ---  September 7, 2023

65

B. Gallup

1

2      Q    More than one SharePoint?

3      A    Not that I recall, no.

4      Q    Let me skip this exhibit then.

5           This I've marked as Gallup Exhibit W.

6      (Gallup Exhibit W, Marked for Identification.)

7           If you would take a look and let me

8      know if you recognize this?

9      A    I don't recognize it, no.

10     Q    Do you recall ever seeing a website called

11     Unfiltered Conservative?

12     A    Yes, I do.

13     Q    Do you recall what that was?

14     A    It was -- someone brought to our attention

15     that that was a website or user name that was used

16     by Steve Rosati.

17     Q    Do you recall -- you had talked earlier

18     about a website where he was selling t-shirts, I

19     believe?

20     A    Yes.

21     Q    Do you recall if that's the same or a

22     different website?

23     A    It was a different website.  From my

24     recollection, the Unfiltered Conservative had links

25     or posts to the t-shirt website.

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup  ---  September 7, 2023

66

1                     B. Gallup

2         Q    Do you recall what these links that you

3    would have attached would have been?

4         A    Offhand, no.  I don't know.

5         Q    Okay.  This will be Gallup Exhibit X.

6        (Gallup Exhibit X, Marked for Identification.)

7                   I will scroll down a little bit.  If

8    you would read that and let me know if you recognize

9    it.

10                   (Witness perusing document.)

11        A    It appears to be that same screen shot

12   that I got from the earlier exhibit just being sent

13   to other people now or different people.

14        Q    Okay.  Are you referring to the Unfiltered

15   Conservative?

16        A    No.  The one from the Twitter account

17   before he worked here.

18        Q    The one from the unknown phone number?

19        A    Yes, correct.

20        Q    These are the same ones?

21        A    I believe so, yes.

22        Q    I'm going to show you Gallup Exhibit Y.

23   Again there is not a lot on this.  I will scroll

24   down through it.

25        (Gallup Exhibit Y , Marked for Identification.)

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup  ---  September 7, 2023

67

1                        B. Gallup

2          A     Okay, can you scroll?

3          Q     It's blank for a while.  Do you recall

4     being part of this conversation?

5          A     No.

6          Q     I believe that's the end of my exhibits.

7     So just a couple of more general questions.

8                Do you recall -- when you met with

9     Mr. Rosati and told him he was being taken out of

10    service, do you have any knowledge of if he had

11    previously been told that he was being suspended

12    with pay?

13         A     He was in talks with the union and I

14    believe that at one point it was told to the union

15    it looks like that's what we are going to do.  I

16    don't recall if he was ever told that specifically

17    or not.

18         Q     Do you recall who the union people would

19    have been?

20         A     Based on that time period it could have

21    been E.J. Chino or Eugene Chino or Dominic

22    Amandelori.  I don't recall offhand.  They are both

23    the union people involved with the statement of

24    facts at that point.

25         Q     You don't happen to know how to spell Adam

68

B. Gallup

1

2       Amandelori, do you?

3           A    No.

4           Q    So when you told him that he was being

5       taken out of service, did he mention anything about

6       being surprised that it was without pay?

7           A    I don't recall.  Like I said, I know he

8       jumped up and was very agitated.  I don't know what

9       he said or didn't say at that point.

10          Q    Did you have any contact with Mr. Rosati

11      after that time?

12          A    Not that I can recall, no.  I don't think

13      so.

14          Q    Without telling me about any conversations

15      with your lawyers obviously, do you recall any

16      conversations about Mr. Rosati after he was taken

17      out of service?

18          A    I just remember that once we finally heard

19      that he was terminated, I remember someone saying

20      did you hear they terminated Mr. Rosati.  That's the

21      only one I can really recall.

22          Q    That particular conversation, did the

23      person say anything beyond did you hear that they

24      terminated him?

25          A    I don't remember who told me it happened,

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup  ---  September 7, 2023

69

                              B. Gallup

1

2    no.  I think we all thought it was going to be

3    dragged out.

4         Q    Is it fair to say that you have dealt with

5    multiple disciplinary actions where someone was

6    taken out of service?

7         A    I have taken people out of service before,

8    yes.

9         Q    If you had to give me a ballpark, is that

10   one or two?  Is it five or ten?  Is it a couple of

11   hundred?

12        A    Probably between five and ten.

13        Q    In your experience in dealing with those

14   sorts of disciplinary issues how would Mr. Rosati

15   compare?

16        A    As far as his reaction or as far as --

17        Q    All the above.

18        A    In the other cases they were all

19   operational incidents or drug test failures so a

20   little bit more subdued because they knew they

21   either failed the drug test or they had a major

22   incident where they knew it was coming so they were

23   a little bit more subdued.

24        Q    It wouldn't be an apples and apples

25   comparison?

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup  ---  September 7, 2023

70

                              B. Gallup

1

2          A     No.  It was vastly different

3    circumstances.

4          Q     Fair enough.  Have you had to discipline

5    anyone else related to the duel employment policy?

6          A     Not that I recall.

7          Q     What about anyone else you had to

8    discipline related to posting videos in their

9    uniform or on railroad property?

10         A     Nothing in uniform that I recall.  Nothing

11   on railroad property that I recall, no.

12         Q     I believe that's all the questions I have

13   for you.

14             MR. SHEA:  We have no further questions.

15             THE REPORTER:  Mr. Shea, will you be

16         purchasing a copy of this transcript?

17             MR. SHEA:  Yes.

18

19             (Time noted: 4:27 p.m.)

20             _____

21                  BENJAMIN GALLUP

22

23   Subscribed and sworn to before me this _____ day

24   of _____ 2023.

25   _____, Notary Public.

Case 1:21-cv-08594-MMG-SN   Document 100-15   Filed 05/01/24   Page 73 of 88

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup  ---  September 7, 2023

71

1                    B. Gallup
2                  I N D E X
3
4     WITNESS
5     BENJAMIN GALLUP
6
7     EXAMINATION BY                        PAGE
8     MR. UHRICH                             4
9
10                 E X H I B I T S
11
      GALLUP              DESCRIPTION       PAGE
12
13    Exhibit A          November 10, 2020   15
                         email
14    Exhibit B          December 2, 2020    18
                         email
15    Exhibit C          October 5, 2022     19
                         email
16    Exhibit D          April 9, 2021 email 21
      Exhibit E          MTA Social Media    23
17                       Policy, June 18,
                         2020
18    Exhibit F          Trainmen Pending    26
                         List
19    Exhibit G          Rule 801 from GN    28
                         6-35
20    Exhibit G1         Documents           30
      Exhibit H          Rosati Face Mask    32
21                       email
      Exhibit I          Notice of           35
22                       Trial-Dual
                         Employment
23    Exhibit J          Unfiltered          39
                         Conservative email
24    Exhibit K          Video Job 651 email 40
      Exhibit L          Rosati charges      43
25    Exhibit M          OOS letter          44
      Exhibit N          Email               48
25

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup  ---  September 7, 2023

72

1                         B. Gallup

2

3                 E X H I B I T S (Continued)

4

      GALLUP                 DESCRIPTION          PAGE
5

6     Exhibit O              Apr. 9, 2021 email   51

7     Exhibit O1             Mar. 17, 2021 email  52

8     Exhibit O2             Apr. 16, 2021 email  53

9     Exhibit P              Email to Erin        54
                             regarding password
10    Exhibit Q              Email                55
      Exhibit R              Email regrading      56
11                           Instagram
      Exhibit S              Reddit thread email  57
12    Exhibit T              Email regarding      59
                             News 12
13    Exhibit V              Rosati Covid Clinic  63
      Exhibit W              October 5, 2022      65
14                           email
      Exhibit X              October 5, 2022      66
15                           email regarding
                             Twitter
16    Exhibit Y              January 20, 2021     66
                             email

17

18

19

20

21

22

23

24

25

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup  ---  September 7, 2023

73

C E R T I F I C A T I O N

STATE OF NEW YORK    )

                     ) ss.:

COUNTY OF NEW YORK   )


        I, RUTHAYN SHALOM, a Court Reporter

and Notary Public within and for the State

of New York, do hereby certify:

        That the witness whose deposition

is hereinbefore set forth, was duly sworn

by me, and that the within transcript is a

true record of the testimony given by such

witness.

        I further certify that I am not

related to any of the parties to this action

by blood or marriage, and that I am in no way

interested in the outcome of this matter.

        IN WITNESS WHEREOF, I have hereunto

set my hand this 20th day of September, 2023.




                    *Ruthayn Shalom*
                    RUTHAYN SHALOM

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup  ---  September 7, 2023

74

ERRATA SHEET


NAME OF CASE: ROSATI v LIRR, et al.
DATE OF DEPOSITION: September 7, 2023
NAME OF DEPONENT: Benjamin Gallup
PAGE  LINE(S)         CHANGE              REASON
____/_____/_____/_____

____/_____/_____/_____

____/_____/_____/_____

____/_____/_____/_____

____/_____/_____/_____

____/_____/_____/_____

____/_____/_____/_____

____/_____/_____/_____

____/_____/_____/_____

____/_____/_____/_____

____/_____/_____/_____

____/_____/_____/_____

                        _____
                        BENJAMIN GALLUP

Subscribed and sworn to before me
this _____ day of _____, 2023
_____, Notary Public.


                  _____

                  MY COMMISSION EXPIRES:

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup  ---  September 7, 2023

75

**A**

**able** 15:16 21:8 26:18 27:13 32:14 33:24 35:19 39:11 40:20 43:2 44:18 48:20 53:15 63:2
**absence** 8:9,22
**account** 63:8 66:16
**action** 73:17
**actions** 69:5
**actively** 22:3
**activities** 58:17
**actual** 16:8,9,18,24 20:4 26:6 31:19 38:2 47:13 48:3
**Adam** 67:25
**address** 4:5
**against-** 1:6
**agitated** 68:8
**ago** 61:17
**AGREED** 3:2,7,11
**ahead** 4:12 5:19 15:4 19:19 26:20 28:18 40:22 42:25 52:16
**al** 74:4
**allowed** 36:8
**Amandelori** 67:22 68:2
**Americas** 2:4
**amount** 7:20 13:15 14:2
**angry** 60:21,23
**answer** 4:22,23 5:12 5:19 14:24 15:2 50:2,6,9 61:14
**answering** 61:19 62:18
**Antifa** 19:25 20:20 38:7,16
**anybody** 13:8 17:21 38:2
**anymore** 17:10 54:13 58:21
**anyway** 10:11
**apologize** 7:12

**app** 22:16
**appear** 18:16
**appeared** 41:24 59:20,22 63:15
**appears** 19:24 57:7 66:11
**Apple** 21:21 22:16
**apples** 69:24,24
**application** 37:12
**appreciate** 23:15
**approval** 36:14
**approve** 37:13
**approves** 37:13
**Apr** 72:6,8
**April** 71:16
**area** 9:10,10 34:13 35:2
**article** 21:20,21 22:17
**asked** 18:3,6 21:18 22:2 31:4 35:3 45:14 54:7 61:23 62:17
**asking** 22:8 29:15 44:12,13,14 46:2 49:5,15 51:4 62:9
**assignments** 41:18
**assistant** 6:23 7:3 8:4 8:24 10:4 25:10,17 29:21,22 30:3 40:5
**assisting** 11:12
**assume** 11:19 23:16 49:6 61:5
**attached** 31:25 66:3
**attachment** 19:25 20:8
**attachments** 31:7,10 31:25
**attention** 20:5,10,12 20:22 36:5 57:25 58:5 59:19 60:8 65:14
**attitude** 60:12,15,19 61:9
**attorney** 4:11

**attorneys** 2:3,8 3:3
**AUTHORITY** 1:9
**authors** 49:3
**automatically** 33:17
**Avenue** 2:4
**avoid** 62:18
**aware** 24:20 36:15 42:12 56:2

**B**

**B** 4:1,2 5:1 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1,10 18:11 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1,10 71:14 72:1,3
**Babylon** 24:7
**back** 10:17 14:18 21:2 22:23 39:20 43:17 56:16,22,23 57:15,16,17
**bad** 27:22
**ballpark** 69:9
**Barnes** 2:14
**based** 23:22 24:3 26:10 27:8 28:22 35:25 37:15 40:14 41:4 67:20
**basically** 13:3 33:17 58:17
**Bates** 31:8
**began** 13:21

**beginning** 55:5 56:14 56:16
**behavior** 60:9,10
**behaviors** 61:12
**believe** 6:11 10:21 20:6,24 24:12 28:8 31:23 37:10,20,21 38:15 40:5 41:6 42:4 47:7 50:21,25 54:17 57:19 60:4 65:19 66:21 67:6,14 70:12
**believed** 41:10
**Ben** 4:17,19 51:4
**Bendick** 10:21 11:20 12:23 13:4 15:24,25 17:5 20:15 21:22 22:11 24:3,6 25:13 25:20 38:22 44:6,9 56:22 59:6
**Benjamin** 1:17 4:14 70:21 71:5 74:5,18
**best** 33:22 37:4
**beyond** 68:23
**big** 29:15,18,24,25
**bit** 19:16 51:7 56:9 66:7 69:20,23
**blank** 67:3
**block** 33:16
**blood** 73:18
**board** 30:7,7
**BOCHNER** 2:3
**book** 29:4,5,15,18,23 29:24,24 30:4,8,10 30:13,16
**bother** 32:6
**bottom** 18:17 32:17 33:11,16 51:9 56:7 56:17
**Boulevard** 4:5
**Boys** 22:5,12
**break** 5:17,20,21 41:12 42:22
**breaks** 50:24
**brief** 27:20

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup  ---  September 7, 2023

**bring** 22:19 24:9,12
**brought** 13:13 37:21
    57:25 58:4 59:19
    60:7,10 65:14
**bulletin** 30:6,7
**bullhorn** 64:12
**bunch** 33:16
**busy** 14:11,11

**C**

**C** 2:2 19:14,15 71:15
    73:2,2
**call** 19:14 21:6 23:6
    27:19,21,21 30:21
    36:16 39:9
**called** 65:10
**calling** 28:14 43:2
    44:15 51:8 59:11
    62:23
**Campossano** 25:5,18
**carry** 30:16
**case** 1:6 11:12 18:16
    22:21 23:15 74:4
**cases** 13:13,18 69:18
**cellphone** 17:8 42:14
**certain** 13:25 36:10
**certify** 73:10,16
**change** 29:14,16
    30:11 51:7 74:5
**changed** 6:9,11 29:12
**changes** 29:12
**characterize** 14:20
    14:23
**charge** 36:22
**charges** 47:24 71:24
**chart** 9:12
**chasing** 60:5
**check** 17:21 30:6
    31:17 32:7 43:17
    58:23
**checked** 17:17,20,22
    57:8
**Chino** 67:21,21
**chronological** 18:18
**circumstances** 70:3

**clear** 16:16
**clearly** 42:3
**clinic** 64:6,11,11,13
    72:13
**close** 57:18
**code** 48:14
**collecting** 8:6
**collection** 8:11 9:17
    10:11,12,14 37:2
**collections** 8:6
**collectors** 8:25
**column** 28:9
**combative** 60:5,21,22
    61:11,12
**come** 4:25 13:24 21:2
    36:23 37:3
**comes** 30:5
**coming** 13:18,19 14:4
    24:21 42:7 69:22
**COMMISSION**
    74:23
**communicate** 11:24
    12:18
**communicated** 12:15
    12:16
**communications**
    11:20 12:23 13:3
**company** 17:6
**compare** 69:15
**comparison** 69:25
**compliance** 6:13 8:2
**complied** 17:17
**comply** 35:13
**computers** 53:22,24
    55:7
**conclusion** 45:15
    46:2
**conduct** 45:21 47:9
    47:11,24 48:2
**conductor** 6:23 7:3,4
    7:5 29:19,21,23
    30:3 40:6 59:20,20
**conductors** 8:4,5,24
    8:24 9:4,6,8,21,24
    9:24,25 10:4,4

14:16 25:10,10,17
    25:17 29:6
**conference** 1:18 16:9
**confrontational**
    60:13
**confused** 7:12
**CONNOR** 2:10
**Conservative** 65:11
    65:24 66:15 71:23
**contact** 13:22 68:10
**content** 23:14 37:24
    38:3 42:9,11
**context** 43:20
**Continue** 26:25
**Continued** 72:3
**control** 8:9,22
**conversation** 17:2
    43:21 49:7,8 56:13
    64:3,4 67:4 68:22
**conversations** 22:10
    68:14,16
**converted** 31:16
**copies** 31:7
**copy** 29:20 70:16
**correct** 7:21 9:2
    10:22 11:6 12:16
    13:15 17:3 18:8
    28:12 33:19 37:16
    40:3 41:25 43:15
    45:10 46:4,8 56:19
    57:3,4 61:7 66:19
**correctly** 33:15 59:3
**counsel** 4:23 30:24
**count** 37:8
**COUNTY** 73:6
**couple** 11:23 31:9
    38:7 67:7 69:10
**course** 24:17
**court** 1:1 5:8,11 73:8
**Covid** 24:6 64:6,11
    64:11,12 72:13
**Craig** 2:5 4:10 43:13
**craig@bochner.law**
    2:6
**crazy** 61:3

**crew** 8:22 46:15
    48:14
**cshea@hnrklaw.co...**
    2:10
**current** 6:5,17
**currently** 5:24 9:12
    9:13 25:6
**cursed** 60:25
**curser** 33:24 34:2

**D**

**D** 2:14 21:6,7 71:2,16
**Damato** 8:12,14 9:4
    11:24
**date** 28:3,5,6,7 43:14
    74:4
**dates** 43:17
**day** 9:6 14:13 24:24
    26:8 45:25 48:7
    70:23 73:21 74:20
**days** 63:6
**deal** 8:20 9:5
**dealing** 7:22 12:22
    34:16 46:13 69:13
**dealings** 7:20
**deals** 8:21,23
**dealt** 12:13 14:2,19
    69:4
**December** 71:14
**decision** 13:2,10,11
    44:8 50:12
**decisions** 11:18
**Defendants** 1:10 2:8
**deliver** 52:8
**delivered** 52:9
**department** 29:24
    35:7
**department's** 20:5,10
    20:11
**DEPONENT** 74:5
**deposed** 4:18
**deposition** 31:2 73:11
    74:4
**depositions** 7:10
    31:18

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup  ---  September 7, 2023

77

**derailment** 46:14,16
**describe** 14:7 61:15
**description** 27:20
  58:19 71:11 72:4
**details** 16:8,15,24
  23:23 45:25 57:13
  59:24 62:2 64:10,16
**determined** 41:15
**device** 47:2
**different** 7:7,15 8:21
  9:22 12:24 13:18
  16:14 21:4 26:12
  27:17 29:6 34:8,9
  34:10,20 48:11
  65:22,23 66:13 70:2
**direct** 11:5 35:3,5,8
  35:11,13 49:13,25
  50:2,4,11
**direction** 49:24
**directly** 12:15,18
**disciplinary** 6:8
  10:13 11:8,17 13:13
  13:21 14:6,18 22:7
  55:11 69:5,14
**discipline** 10:4,10
  11:11 13:11 14:4
  24:5,9,10,11,15,17
  25:11,13,19 26:4
  70:4,8
**discovered** 36:12,12
  37:4,21 60:6
**discussing** 16:10 38:2
**discussion** 38:14
**discussions** 33:13
  37:23 39:3
**distancing** 24:8
**DISTRICT** 1:1,1
**divided** 11:9
**docked** 26:7
**document** 5:2 15:21
  18:24 19:6,21 21:12
  23:13,20 27:12,22
  27:24 28:20 32:20
  34:2 35:23 39:15
  40:24 43:8,11,14

45:2,4 48:25 49:9
  52:17 59:15 62:25
  66:10
**documents** 7:19
  13:12 15:3,6,8
  29:10 31:15 52:23
  53:3 54:14 71:20
**dog** 21:6
**doing** 4:25 5:7 10:8
  10:18 21:24 45:12
**Dominic** 67:21
**door** 8:9
**double** 10:9,18
**dragged** 69:3
**drive** 51:17,23 52:5
  52:23 53:4,5,10,10
  53:21,24,25 54:25
  55:13 56:2,3
**drug** 69:19,21
**duel** 20:22 21:3 36:13
  36:17,21,22 37:8,11
  38:14 39:4 47:20
  70:5
**duly** 4:3 73:12
**duties** 7:24 11:9
  34:19
**duty** 7:5 10:9,18
  41:12,20 42:10,13

_____

**E**

**E** 2:2,2 4:2 23:6,7
  71:2,10,16 72:3
  73:2
**E-n-g** 12:8
**E.J** 67:21
**earlier** 8:12 16:3 38:6
  38:21 47:18 54:7
  64:18 65:17 66:12
**early** 7:23
**East** 2:9
**Easy** 19:13
**Ebay** 37:7
**effect** 58:15
**either** 14:15 25:15
  38:7,18 57:11 69:21

**email** 16:2,4 18:16
  19:2 22:22 25:22
  31:11 32:16 33:9,11
  39:19 43:10 49:4
  51:15 52:14 54:16
  57:5 71:13,14,15,16
  71:21,23,24,25 72:6
  72:7,8,9,10,10,11
  72:12,14,15,16
**emails** 22:24 23:9
  33:14,17 38:7,11
  39:17 51:22 54:8,10
  60:11
**employed** 5:24 6:2
  36:7
**employee** 14:7 27:19
  34:22 35:8,13 45:13
  47:9,24 58:9 60:7
  64:15
**employee's** 17:23
**employees** 29:7 34:14
  45:22 46:18
**employees'** 18:7
**employment** 20:22
  21:3 36:9,11,13,17
  36:21,22 37:8,11
  38:14 39:4 47:20
  70:5 71:22
**encrypt** 55:6
**encrypted** 55:9
**ended** 10:17
**Eng** 12:8
**engineers** 29:7
**entered** 28:3,6
**environment** 9:8
**Erin** 20:16 24:4
  44:13,14 55:3 72:9
**ERRATA** 74:2
**Esq** 2:5,10,14,15,16
  et 74:4
**Eugene** 67:21
**everyday** 58:22
**evidence** 55:16
**exact** 45:13,25 48:2
  61:2

**exactly** 34:7 57:13
**examination** 1:17 3:4
  3:8 4:8 71:7
**examined** 4:6
**example** 61:16
**exchange** 51:15
**exhibit** 15:14 18:10
  18:11 19:14,15 21:4
  21:6,7 22:20 23:6,7
  26:16,17 28:14,15
  30:22,23 31:12
  32:11,12 35:17,18
  38:22 39:9,10 40:18
  40:19 43:2,4 44:16
  44:17 48:18,19 51:9
  51:11 52:13,14 53:6
  53:13,14 54:19,20
  55:20,21 56:5,6
  57:19,20 59:11,12
  62:23 63:20,22 65:4
  65:5,6 66:5,6,12,22
  66:25 71:13,14,15
  71:16,16,18,19,20
  71:20,21,23,24,24
  71:25,25 72:6,7,8,9
  72:10,10,11,12,13
  72:13,14,16
**exhibits** 18:15 23:10
  31:3,5,11 55:19
  56:24 67:6
**existence** 38:20
**exists** 54:5
**expected** 30:13
**experience** 69:13
**EXPIRES** 74:23
**explain** 33:21 45:18
  61:20
**explained** 44:8
**exploratory** 45:21
**extreme** 14:15

_____

**F**

**F** 26:16,17 71:18 73:2
**f'ing** 61:2
**face** 33:6 42:3 47:19

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup  ---  September 7, 2023

78

71:20
**fact** 24:3,11,13 33:11
  42:9 45:5
**facts** 14:22 45:12,15
  45:19,24 46:5,6,15
  46:18,21,22 47:5
  50:7,24 56:25 61:10
  62:7 67:24
**failed** 69:21
**failure** 37:17
**failures** 69:19
**fair** 7:20 11:19 12:14
  13:15 14:14 15:2
  18:5 37:6 69:4 70:4
**fairly** 15:10 55:20
**fall** 9:6,11,17
**fallen** 10:11
**far** 13:11 36:19 69:16
  69:16
**fare** 8:6,6,10 9:17
  10:10,12,13 37:2
**feel** 5:5
**field** 11:15 13:23
  30:3 35:9
**figure** 12:7 15:8
  25:16 28:22 41:5
**figured** 41:20
**files** 31:19
**filing** 3:8
**fill** 36:9 37:12,17
**filled** 36:13
**filter** 59:10
**finally** 68:18
**find** 21:18 38:8 46:16
**fine** 4:17 12:6
**finish** 5:10
**first** 4:3,11 8:17
  15:13 18:20,22 19:3
  20:9 25:23 27:5,15
  27:18,18,25 33:2
  36:15 39:25 44:25
**five** 8:3 14:8 69:10,12
**flash** 51:17,23 52:5
  53:5,10 56:2,3
**Floor** 2:4,9

**focusing** 8:10
**folder** 22:24
**follow** 18:7
**follows** 4:7
**forget** 53:23
**form** 3:12 37:17
  59:19
**formal** 46:9
**format** 4:22 23:10,11
  23:13 43:16
**former** 12:9
**forms** 36:9
**forth** 73:12
**forward** 29:16
**found** 59:22
**four** 57:6
**FOYE** 1:9
**free** 5:5
**fuck** 21:17 38:8,15
**fully** 24:20
**further** 3:7,11 16:22
  38:5 41:17 70:14
  73:16

_____

**G**

**G** 2:10 4:2 28:14,15
  71:19
**G1** 30:22,23 71:20
**Gallup** 1:17 4:1,10
  4:14 5:1 6:1 7:1 8:1
  9:1 10:1 11:1 12:1
  12:19,20 13:1 14:1
  15:1,14 16:1 17:1
  18:1,10,11 19:1,14
  19:15 20:1 21:1,6,7
  22:1 23:1,6,7 24:1
  25:1 26:1,16,17
  27:1 28:1,14,15
  29:1 30:1,22,23
  31:1,6 32:1,11,12
  33:1 34:1 35:1,17
  35:18 36:1 37:1
  38:1 39:1,9,10 40:1
  40:17,19 41:1 42:1
  43:1,2,4 44:1,16,17

45:1 46:1 47:1 48:1
  48:17,19 49:1 50:1
  51:1,9,11 52:1,13
  53:1,13,14 54:1,18
  54:20 55:1,20,21
  56:1,4,6 57:1,20
  58:1 59:1,12 60:1
  61:1 62:1,23 63:1
  63:22 64:1 65:1,5,6
  66:1,5,6,22,25 67:1
  68:1 69:1 70:1,21
  71:1,5,11 72:1,4
  74:5,18
**games** 62:16
**Gassert** 40:2,6
**general** 25:7 29:9
  34:19 44:5 67:7
**generally** 6:15 46:23
**generated** 33:10,17
**genesis** 20:25
**getting** 57:18
**give** 6:24 11:17 15:18
  35:8,11,13 49:13,25
  50:10 61:16 69:9
**given** 26:12 29:23
  30:6 49:9,10,24
  73:14
**giving** 24:22
**GN** 29:3,8,10,11,12
  29:13,16 30:5,9,11
  71:19
**GNs** 30:7
**go** 4:12,21 5:17,19
  13:25 15:4 18:17
  19:19 24:21 26:20
  27:16 28:18 29:25
  34:13 39:20 40:22
  42:25 43:17 52:16
  56:7,16
**goes** 28:2,3 29:24
  41:16 55:12
**going** 6:8 10:3 14:10
  15:3,15 18:9,15
  19:14 21:5 23:5
  24:23 25:20 26:15

26:15 28:13 30:21
  30:21 32:10,11
  34:18 35:16,16 39:8
  39:8 40:17 42:21,25
  44:15 46:14 48:17
  51:7,8 52:12 53:13
  55:19 56:7 57:12,12
  62:6,22 63:19 64:5
  66:22 67:15 69:2
**good** 7:13 11:7 14:13
  27:22
**great** 5:23 21:2 28:25
  33:23
**group** 22:6
**groups** 9:23
**guess** 4:11 37:3 42:15
  45:5
**guessing** 13:14
**guiding** 11:11
**guy** 14:24

_____

**H**

**H** 32:11,12 71:10,20
  72:3
**Haig** 43:24 44:12
**half** 31:5
**hand** 8:8 42:3 61:3
  73:21
**hands** 11:16
**happen** 5:18 67:25
**happened** 17:20
  46:17 57:2 68:25
**happens** 5:3
**hard** 25:16
**head** 5:13,13 9:2 25:9
**hear** 5:2 58:24 68:20
  68:23
**heard** 56:23 57:12
  68:18
**Hechtkopf** 2:15
**held** 1:17,18 46:11
**Helene** 2:15
**help** 27:12
**Helpfully** 15:10
**hereinbefore** 73:12

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup  ---  September 7, 2023

79

hereto 3:4
hereunto 73:20
hey 14:10 58:14
Hicksville 41:19 42:6
hierarchy 47:23
higher 25:4,12
HOGUET 2:8
hold 46:20 53:2
holding 42:2
horrible 12:21
hour 42:21
hours 36:19
how's 14:10
HR 36:14
hundred 69:11
hundreds 29:25

**I**
IBM 27:19
identifiable 16:14
Identification 15:14
  18:11 19:15 21:7
  23:7 26:17 28:15
  30:23 32:12 35:18
  39:10 40:19 43:4
  44:17 48:19 51:11
  52:15 53:14 54:20
  55:21 56:6 57:20
  59:12 63:22 65:6
  66:6,25
identified 64:15
impression 62:13
in-person 45:9
incident 19:12 28:7
  46:13 55:15 69:22
incidents 45:23 47:19
  48:5 69:19
individual 1:3,9
  11:13 24:15
individuals 24:9
  33:13
information 11:17
  55:8
informed 50:15
initial 27:18

injured 10:8,16,17
insert 30:8
Instagram 56:21,23
  72:11
instance 6:16
instances 14:3
instructed 15:25
  17:21
instructions 17:18
interactions 14:8
  60:17
interested 58:11
  73:19
interesting 40:9,11
  40:15
internally 31:17
interpret 27:12
interview 45:22
investigating 22:3
investigation 21:24
  46:10 47:8 48:3
involved 8:2,4 10:13
  10:14 16:13 19:8,22
  20:15 23:23 25:12
  25:19 27:8 28:23
  33:5,7,12 36:20,25
  37:11 41:4 46:15
  56:15 67:23
Island 1:8 6:3 24:16
  47:9
issue 11:8 16:11
  20:19 22:6,13 26:5
  31:22 33:6 37:16
  55:12 60:19
issues 4:25 10:2,10
  10:13 13:21 14:6,18
  42:8 46:19 69:14

**J**
J 1:9 4:2 39:9,10
  71:23
Jamaica 4:5 34:16
  40:16
January 45:6 49:20
  57:2 72:16

Jason 2:14
job 6:15,15 7:4,24
  8:2,21 18:6 30:4,6
  34:19 41:11,17,18
  41:18 58:18,19
  71:24
jobs 9:9 29:8
judging 44:3
jumped 61:4 68:8
June 71:17

**K**
K 40:18,19 71:24
keep 5:11 30:4 55:18
  58:17
KENNEY 2:8
kept 61:18
key 22:24
kidding 61:2
kind 4:21 6:24
knew 11:12,13,14
  14:3,4,17 69:20,22
know 5:3,6,17,21
  6:16 7:16 8:13
  10:23 11:15 12:5,8
  12:12,12 14:2,3,23
  14:24 15:19 17:12
  17:21 18:20,23 19:2
  19:8,10,20 20:4
  21:10 23:15,19,23
  26:3,9,10,21 27:9
  28:19 32:2,8,18
  33:8 34:4,23,24
  35:4,22,25 36:20
  37:3,5,6,12,25
  38:13 39:13,23 40:4
  40:23 42:18 43:7,23
  43:24 44:21 48:23
  51:5,6 52:5,10
  53:17 54:4,6,13,13
  55:4,23,25 56:22
  57:8,16,22 61:15,20
  61:25 62:6,11,15,21
  62:24 63:13 65:8
  66:4,8 67:25 68:7,8

knowledge 20:11
  67:10
Kustoff 42:16

**L**
L 2:5 4:2,2 43:2,4
  71:24
labor 25:9
large 10:6
late 7:23
lawyers 68:15
lead 6:12 7:6,8,25
  9:23 10:7,15,18,25
  34:9,11 37:2
let's 5:23 51:9 56:16
letter 71:25
letting 55:3 57:16
level 8:19,20,23,23
limited 14:8
line 27:15,16,25
  39:25 40:8 49:15
  64:11,12
LINE(S) 74:5
link 20:8 31:18 32:7
linked 38:18
links 65:24 66:2
LIRR 74:4
List 71:18
listen 17:6
little 9:22 19:16
  50:24 51:7 56:9
  57:6 66:7 69:20,23
LLP 2:8
location 54:4,11
locations 16:14
logo 42:5
long 1:8 6:3,19 24:16
  26:10 47:9 61:17
look 20:16 31:3 41:18
  54:12 57:21 59:13
  62:23 65:7
looked 38:6
looking 7:19 13:12
  20:3 27:8 48:16
  63:9

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup  ---  September 7, 2023

80

**looks** 7:19 24:13 31:6
31:16 43:13 57:5
63:6 67:15
**lot** 7:11 15:5,7 24:7
24:14 36:18 66:23

**M**

**M** 4:2 44:16,17 71:25
**main** 27:11
**major** 69:21
**making** 11:17 13:3
17:7 38:24 40:15
42:14
**management** 48:15
**manager** 6:12 7:6,7,8
7:25 8:7 9:10,18,19
10:7 13:23,25 34:7
34:11 35:6 44:4
55:15
**managers** 8:3 9:16
9:20,20,23 10:19
34:6,9,10,13,15
**Mar** 72:7
**mark** 52:13 54:18
**marked** 15:14 18:10
18:11 19:15 21:7
23:7 26:17 28:15
30:23 32:12 35:18
39:10 40:19 43:4
44:17 48:19 51:11
52:14 53:14 54:20
55:21 56:4,6 57:19
57:20 59:12 63:20
63:22 65:5,6 66:6
66:25
**marking** 48:17
**marriage** 73:18
**Mary** 44:16
**mask** 33:6 47:20
71:20
**matter** 22:11 73:19
**mattered** 60:2
**mean** 17:4 27:17
34:23 45:18 60:22
**means** 29:10

**meant** 21:19
**media** 16:5 17:23
18:7 21:16 24:14
38:23 41:9 64:10
71:16
**meet** 60:14
**meeting** 16:22,24
17:14,20 38:22 45:9
49:20
**member** 58:9
**mention** 22:5 68:5
**mentioned** 20:9,14
41:24
**messages** 52:24
**met** 15:24 67:8
**METROPOLITAN**
1:9
**Michael** 20:15 44:6
56:22
**middle** 33:23
**Mike** 10:21 15:24,25
49:4 51:4,5 57:16
**minutes** 14:9
**missing** 31:4 32:8
**Monday** 25:24
**months** 57:6,6,9
**morning's** 31:2
**motion** 16:18
**motions** 61:3
**MSG** 31:19
**MTA** 2:14 24:16
71:16
**multiple** 69:5

**N**

**N** 2:2 4:2,2 48:18,19
71:2,25 73:2
**name** 4:10,13 15:5
20:3 27:18 40:6
65:15 74:4,5
**names** 12:21 19:8,22
27:8 35:25 41:4
43:22
**native** 31:16 32:2
**nature** 20:17,24

43:21
**necessarily** 28:7
**need** 5:12,17,21
18:19 32:18 44:21
48:23 49:5,16
**needed** 29:17 50:13
**needing** 58:16
**negative** 14:12
**never** 12:13,14,16
49:13 55:17
**new** 1:1,20 2:5,5,9,9
4:4,6 30:5 55:4 73:4
73:6,10
**NEWMAN** 2:8
**news** 21:21 22:16
59:21 60:3 72:12
**nods** 5:13
**nonchalant** 61:11
**noncompliance**
27:24 33:9,10 55:14
**noncompliances**
13:19
**normally** 17:22 36:22
48:13 49:10 55:11
55:13,14
**Notary** 1:19 3:5 4:3
70:25 73:9 74:20
**note** 43:13
**noted** 70:19
**notice** 1:18 28:10
29:9 71:21
**noticed** 7:10
**notification** 53:3
**notifications** 52:25
**notify** 45:5
**November** 71:13
**number** 10:20 11:20
13:13 27:19 28:4,11
29:11 63:13,16
66:18
**numbers** 31:8,13
**numerous** 61:13

**O**

**O** 51:9,11 72:6 73:2

**O1** 52:13,14 72:7
**O2** 53:13 72:8
**object** 4:24
**Objection** 12:4 13:16
18:2 37:9,19 42:17
47:25 60:16 61:24
**objections** 3:12
**observation** 13:8
**observations** 27:22
**observe** 9:20,21
34:14
**observed** 8:7 55:15
62:12
**observing** 8:4 9:24
**obstructionist** 62:13
**obviously** 4:23 13:12
68:15
**occurred** 16:3 31:8
**October** 71:15 72:13
72:14
**offhand** 23:22,24
26:9,14 39:23 41:3
47:14 48:5 51:3,6
51:16 53:12 62:21
63:4,10 66:4 67:22
**office** 8:22 24:4 31:17
36:23 50:22 51:24
52:9,11 59:9
**officer** 46:24 62:7
**officer's** 13:10
**officers** 46:25
**offices** 24:7
**officials** 51:2
**Oh** 14:11
**okay** 5:15 6:18 12:6
15:2,2,9,12,16,20
18:12,21 19:17
20:18 21:2,13,23
26:24 27:2,4 28:16
30:11 32:19,22
33:15 35:15 39:25
40:8,17,25 42:15
43:3 44:7,18,22,23
46:9,22 48:6,16
49:3,15 50:8 51:13

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup  ---  September 7, 2023

81

51:14 52:5,18 56:12
62:22 63:24 66:5,14
67:2
**old** 9:12,14 63:8
**onboard** 6:12 8:2,6,8
8:25 13:24
**once** 9:19 23:21 27:7
28:21 30:2 35:24
39:16 41:3 58:19
62:14 68:18
**ones** 17:10 32:5
43:15 66:20
**online** 20:6,23
**OOS** 49:5 52:14
71:25
**open** 15:13
**operating** 35:10 36:6
**operation** 55:15
**operational** 45:23
46:12 69:19
**operations** 8:9 34:17
**opinion** 60:15 61:22
**orally** 5:12
**order** 18:18 29:21
35:3,5,8,11,13
49:13,25 50:2,4,11
55:9,19 56:8
**organization** 9:11
**outcome** 73:19
**Outlook** 31:19
**outside** 36:8

**P**

**P** 2:2,2 4:2 54:19,20
72:9
**p.m** 1:13 70:19
**page** 33:23 36:6
57:14 71:7,11 72:4
74:5
**pages** 29:25
**paper** 29:9
**paperwork** 24:22
36:13
**paragraph** 34:21
**part** 18:5 26:4 34:18

34:18 38:13 46:9
58:18 62:6 67:4
**particular** 16:22
27:10 45:3 47:4
60:4 68:22
**parties** 3:4 73:17
**Pasricha** 2:16 31:24
**pass** 29:21 30:2
**passed** 59:8
**password** 54:25 55:2
55:3,4,10 72:9
**passwords** 53:23
**PATRICK** 1:9
**Paul** 54:19
**pay** 26:7 48:8,10,12
48:14 67:12 68:6
**payroll** 48:14
**pdf** 31:17
**pending** 5:19 71:18
**Penn** 34:16
**people** 11:14,23 19:2
20:15 23:22 28:23
39:17 55:12 59:4,5
64:12 66:13,13
67:18,23 69:7
**percent** 26:8,9
**period** 67:20
**person** 9:3 10:15
45:17 68:23
**personal** 46:19
**personally** 12:13
**pertaining** 8:5
**perusing** 18:24 19:6
19:21 21:12 23:20
28:20 32:20 35:23
39:15 40:24 43:8
48:25 52:17 59:15
62:25 66:10
**phone** 22:16 34:3
42:2 52:24,24 63:16
66:18
**photos** 51:22
**phrase** 21:21 22:15
22:17 38:9
**physical** 55:16

**picture** 38:3,4
**Plaintiff** 1:4 2:3
**platform** 40:13 41:14
41:16 42:5
**platforms** 41:9
**playing** 62:16
**please** 5:3 24:19
35:21 40:23 43:6
**PLLC** 2:3
**Plus** 42:16
**point** 5:17 10:9,16
16:18 17:9 20:4
21:23 22:4 24:6
36:5 37:2 39:5 41:8
42:12,20 49:24
50:15 51:21 52:22
55:2 56:2 57:11
58:10 64:9,17 67:14
67:24 68:9
**policy** 20:22 21:3
24:14,16,18 70:5
71:17
**polite** 60:18
**political** 20:23
**popped** 22:17
**popping** 52:24
**portion** 10:7
**position** 6:4,22 9:12
9:14 10:15 11:15
25:6,8,18 36:24
**positive** 14:12
**possession** 53:11
**possibly** 16:17 57:12
**post** 16:9,24 17:23
63:15 64:10
**posting** 70:8
**posts** 16:5,10,12,23
18:7 21:16 38:23
39:5 40:7 65:25
**preference** 31:13,14
**present** 2:12 22:20
47:2
**president** 12:9
**pretty** 60:17,18
**preview** 15:4 18:14

**previous** 37:15 53:6
56:24
**previously** 17:11
67:11
**prewritten** 62:8
**prior** 14:6 37:17
51:25 52:3 61:8
**Priya** 2:16 31:24
**Probably** 31:5 69:12
**problem** 53:21 54:24
**proceedings** 22:7
**process** 4:21 10:10
25:19 36:21 37:11
**processing** 31:21
**produced** 31:15
**professional** 60:18
**progress** 6:25
**progression** 34:10
**promoting** 38:19
**property** 16:15,17
17:7 30:18 38:24
70:9,11
**protected** 54:25 55:9
**Proud** 22:5,12
**provide** 24:17 51:23
**public** 1:20 3:5 4:4
58:9 70:25 73:9
74:20
**purchasing** 70:16
**purpose** 32:5
**pursuant** 1:17
**pushed** 60:24
**put** 22:23 29:14
30:21 31:4,11 32:10
33:8 35:12 51:21
53:24
**putting** 32:6 52:22

**Q**

**qualified** 7:4 29:22
**qualify** 36:17
**question** 4:12,22 5:18
5:20 7:15 13:7
14:25 30:25 44:25
47:16 49:20 62:16

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup --- September 7, 2023

82

62:18
**questions** 3:12 4:22
26:22 47:14 50:6,9
61:13,14,18,23 62:2
62:20 67:7 70:12,14
**quick** 16:2 27:23
**quickly** 15:11 55:20
**quite** 58:24

**R**

**R** 2:2 56:5,6 72:10
73:2
**railroad** 1:8 6:3,20
6:25 9:5,7,15 12:10
16:15,17,17,20
24:10,16 25:4 26:5
27:20 36:8 38:24
45:20 46:25 47:10
53:22 60:7 64:15
70:9,11
**railroads** 29:7
**rally** 59:20 60:3,9,9
60:11
**randomly** 18:3
**re-save** 53:2
**reaction** 69:16
**read** 5:2 15:16,18
18:20,22,25 19:3,19
21:10 23:18,21
26:20 27:4 28:18
30:8,10 32:17,25
35:21 39:20 40:22
40:25 43:6 44:20
48:23 52:16,18
53:17 54:21 55:22
56:8 63:20 66:8
**reading** 21:19
**reads** 62:7
**real** 49:24
**realized** 52:25
**really** 14:12,14 36:20
37:10 68:21
**reask** 61:25
**reason** 5:21 45:13
74:5

**reasons** 8:5 46:11,20
**recall** 12:2,2 14:12
16:7,8,11,19,23
17:14,16,19 18:25
19:7,9,10,11 20:13
20:18,21,24 22:6,10
23:22 24:23 26:11
33:5,7 35:24 37:23
38:5,6,11,21 39:3,5
39:18 40:11,13
41:22,23 42:8,11,12
43:20 44:11,12
45:11,13,23 47:4,11
47:13 48:2,4,6,7,9
49:6,8,9,19 50:4,8
50:10,12,14,17,18
51:2,15,16,17,20,25
52:3 53:9 54:8,14
56:3 58:8,10,11
59:5,23,24 60:2,19
60:24 61:2 62:2,4,9
62:10,19 63:4,8,9
63:12,13 64:2,4,5,8
64:14,16,19,22 65:3
65:10,13,17,21 66:2
67:3,8,16,18,22
68:7,12,15,21 70:6
70:10,11
**received** 23:9
**receptive** 16:25
**recess** 42:23
**recognize** 15:21,23
18:23,25 19:4,7,20
21:11,13,15 23:12
23:13,14,19,21,24
23:25 27:5,7,9
28:19,21 33:2,4,20
35:22,24 39:14,16
39:17 40:23 41:2,3
43:7,10,22 44:25
45:3 52:19,21 53:18
53:19,20 54:22,23
55:23,24 56:13,14
56:18,20 57:22,24
59:14,16,17 62:24

63:17,18 65:8,9
66:8
**recollection** 22:14
58:5 65:24
**record** 4:13 5:14
31:25 73:14
**recorded** 46:23 47:5
**recording** 47:2
**Reddit** 58:2,3,12,15
59:18 72:11
**refer** 4:15 7:17 13:19
26:7,16 29:4,19
31:12 32:11 34:5,6
35:17 49:4
**reference** 19:23
21:17 36:2,4 40:14
41:5,6 43:23
**referenced** 57:15
**references** 10:20
**referencing** 40:5
**referred** 35:4 38:7
**referring** 7:16 12:9
19:9,25 25:3 26:3
34:24 39:6 40:4
44:11 46:5,6 53:4
61:5 66:14
**refers** 16:4 19:10
28:24 29:8 39:25
42:18
**refused** 50:2,6,8
**REGAL** 2:8
**regarding** 11:20,24
12:19 22:12,21
38:23 45:22 72:9,12
72:15
**regrading** 72:10
**Regular** 14:24
**regulations** 29:6
36:10,19
**related** 10:10 20:19
21:4 24:16 37:23
48:4 51:17 52:12
70:5,8 73:17
**relation** 11:2 22:13
22:20

**relationship** 8:18
64:6
**relieved** 48:13
**remember** 13:17,17
13:18 16:9,15,21
19:23 20:7,13,14
21:19 25:5,8 28:22
33:10,12 37:20 38:2
44:13 45:16,25
50:25 57:13,15 58:7
58:13 61:17 64:10
68:18,19,25
**reminder** 24:18,18
**remotely** 4:25 5:8
**repeat** 28:5
**rephrase** 5:6 22:9
61:18
**rephrased** 62:10
**report** 9:4,8,9 11:5
**reported** 11:4
**reporter** 1:19 5:8,11
70:15 73:8
**reporting** 13:4,6
**represent** 23:8
**representative** 35:7
**representatives**
50:23
**represents** 25:10,17
**required** 30:9,16
**reread** 24:19
**reserved** 3:13
**reset** 55:3
**respective** 3:3
**responses** 37:15
**responsibilities** 8:21
9:21 30:4
**responsibility** 58:18
**rest** 56:14
**result** 46:12
**retiring** 10:18
**revenue** 6:13 8:2
**review** 39:13
**revision** 29:9
**ride** 13:25 34:13,17
**right** 11:22 28:4 34:2

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup  ---  September 7, 2023

83

35:2 46:13 55:16
59:18 62:15
**road** 16:23
**role** 8:18 10:3 11:11
13:7,9
**roles** 9:22
**room** 16:10 50:19,22
50:22
**Rosati** 1:3 4:11 6:7
6:16 7:17 10:2
11:21,25 12:15,19
12:23 13:14,22
14:19 15:25 16:10
17:9 19:25 20:19
21:17,25 22:12,13
22:21,24,24 24:12
25:23 26:12 27:3,16
30:9 33:6 35:3 36:6
36:12 38:23 40:7
41:9 45:6,24 47:5
47:19 49:5,16,21
50:20 51:18 58:2
59:22 63:15,15 64:6
64:19 65:16 67:9
68:10,16,20 69:14
71:20,24 72:13 74:4
**Rosati's** 22:7 27:4
56:21
**routinely** 18:6
**rule** 17:8 27:23,25
28:2 29:14,17 30:12
35:14 71:19
**rules** 17:8 29:4,5,6,15
29:18,23 30:4,17
36:18 45:23
**running** 56:23
**Ruthayn** 1:19 4:3
73:8,25

———————

**S**

**S** 2:2 57:19,20 71:10
72:3,11
**S-A-F-E-R** 27:21
**SAFER** 27:21,23
33:9

**safety** 27:25 55:8
**sale** 38:17
**saw** 14:21 38:16
**saying** 16:16 35:5
68:19
**says** 16:25 24:4,11
25:23 27:3,15,19
34:3,21 35:2 41:17
42:6,16 44:8 47:8
49:15 51:4 55:5
62:8 63:8,11
**scheduled** 25:23
**screaming** 60:25
**screen** 15:15 51:22
52:25 63:11,14
66:11
**script** 49:5,10,12,16
**Script-Insubordin...**
52:14
**scroll** 18:19 19:3,16
26:21,23,25 27:2
32:18,21,23,24
44:21,22 48:22,23
49:2 51:10,12 56:9
56:10,11 63:2,23,25
66:7,23 67:2
**sealing** 3:8
**search** 22:21 23:2
54:11
**searched** 54:10
**searching** 54:7
**seat** 61:4
**second** 15:18 23:18
44:7
**see** 10:20 14:12 16:4
16:6 18:12 19:17,22
20:2 21:8 23:9,16
25:25 26:18 28:16
32:14 33:24 35:19
39:11 40:9,20 41:14
41:16 42:4,5 43:2
43:10 44:7,10,18
48:20 49:17 50:8
53:15 58:14
**seeing** 9:10 33:10,12

65:10
**seen** 13:8 60:11
**self-managed** 9:7
**selfie** 41:13
**selfie-type** 41:25
**selling** 20:5,23 36:7
37:7,18,24 38:4
65:18
**send** 31:10 35:3
**sensitive** 55:8
**sent** 21:21 31:19,20
32:7 39:18,23 57:5
63:11,12,14 66:12
**sentence** 25:23 44:7
**September** 1:12
73:21 74:4
**served** 34:22
**service** 6:6 7:9 9:16
9:19 10:6,8,12,15
10:25 36:19,25 45:7
45:16 46:3 48:7,10
49:6,11,16,22 50:3
50:13,16 52:2 56:25
57:10 60:20 61:6,9
63:7 67:10 68:5,17
69:6,7
**set** 53:23 73:12,21
**shakes** 5:13
**Shalom** 1:19 4:3 73:8
73:25
**share** 15:15 18:9,15
23:5
**shared** 53:24
**SharePoint** 54:4,11
54:15 64:18,24 65:2
**sharing** 19:13
**Shea** 2:10 12:4 13:16
18:2 31:14,23 32:9
37:9,19 42:17 43:13
47:25 60:16 61:24
70:14,15,17
**SHEET** 74:2
**Sherrard** 20:16
21:22 51:23 52:10
**shirt** 20:2,21 38:3,5

38:16,16
**shirts** 20:6,23 38:15
38:17
**short** 6:24 42:22,23
**shorthand** 1:19 34:6
**shot** 63:12,14 66:11
**shots** 51:22 53:2
**show** 15:4 21:5 26:15
28:13 35:16 39:8
40:17 42:25 44:15
48:17 51:8 53:13
55:19 62:22 63:19
66:22
**showing** 54:18 56:4
57:18
**shown** 28:6
**shows** 41:15
**sick** 34:22
**side** 8:11
**sign** 24:9,12,21,23
41:14
**signed** 30:10
**signing** 24:13,17
**signs** 8:9 24:15
**similar** 7:11 34:8
**Similarly** 5:12
**simply** 42:9
**single** 9:6
**sit** 50:23
**sitting** 16:9
**situation** 17:23 39:4
**six** 29:11
**skip** 65:4
**small** 14:10
**social** 16:5 17:23
18:7 21:16 24:8,14
38:23 41:9 64:9
71:16
**somebody** 18:3 49:13
60:6
**somewhat** 52:12
**soon** 23:8
**sorry** 12:21 20:19
**sort** 10:8 20:2,6
21:24 24:14 25:19

Case 1:21-cv-08594-MMG-SN   Document 100-15   Filed 05/01/24   Page 86 of 88

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup  ---  September 7, 2023

84

35:14 36:16 43:21
47:2,11,23 53:23
**sorts** 26:11 60:13
69:14
**sound** 7:11
**SOUTHERN** 1:1
**special** 7:5
**specialties** 34:20
**specific** 13:7,7 19:12
20:18 61:13
**specifically** 52:11
67:16
**spell** 67:25
**spending** 24:7
**spent** 13:14
**spoke** 34:3
**ss** 73:5
**start** 5:23 6:22 18:17
25:24 32:17 47:16
51:9
**started** 6:21,23 7:3
14:4
**starting** 14:7 27:15
37:17
**state** 1:20 4:4,12 73:4
73:9
**stated** 17:5 62:4
**statement** 14:22
45:12,15,19,24 46:5
46:14,18,20,22 47:4
49:23 50:7,24 56:25
61:10 62:7,8 67:23
**statements** 47:13
**STATES** 1:1
**stating** 4:4
**station** 34:16 41:16
**Stephen** 8:14
**Steve** 58:14 65:16
**Steven** 1:3 4:11 7:17
15:25
**stick** 14:14
**STIPULATED** 3:2,7
3:11
**street** 2:9 26:6,9 60:5
**strike** 7:14

**strings** 18:16 32:16
**stripes** 42:4
**stuff** 14:13 27:4 37:7
61:3
**stupid** 5:5
**subdued** 69:20,23
**subject** 20:4
**Subscribed** 70:23
74:19
**summary** 16:2 27:23
**superintendent** 6:5
7:9 8:20,23,23 9:16
10:6,24 25:7 34:12
36:25 44:5
**superintendents** 34:9
**supervise** 9:20
**supervising** 9:24
**support** 11:16
**supporting** 13:9
**supposed** 9:9 13:25
41:19 47:21
**sure** 19:5 22:8 23:11
24:20 39:22 53:8
**surprised** 68:6
**suspended** 67:11
**suspension** 25:24
26:6,8
**suspensions** 26:5,12
**Sutphin** 4:5
**sworn** 3:5 4:3 70:23
73:12 74:19
**synopsis** 6:24
**system** 27:21 33:9,18
48:14,15

---

**T**

**T** 59:11,12 71:10
72:3,12 73:2,2
**t-shirt** 65:25
**t-shirts** 36:7 37:25
65:18
**table** 29:11
**tabs** 58:17
**take** 5:20 17:10 23:18
30:7 36:17 39:22

42:21 46:3 49:5,11
49:16 50:3 57:21
58:21 59:13 60:20
62:23 65:7
**taken** 42:23 45:7
48:6 50:13 52:2
56:25 57:9 63:7
67:9 68:5,16 69:6,7
**talk** 5:4,10 6:14
14:10
**talked** 8:12 31:2
38:21 47:16,18
64:18 65:17
**talking** 5:10 6:15
16:19 60:12
**talks** 67:13
**tasked** 58:19
**tell** 5:16 15:7 17:4
18:14 23:25 25:2
27:16 29:2 59:9,13
60:22
**telling** 61:8 68:14
**tells** 25:20
**ten** 14:9 63:6 69:10
69:12
**term** 34:19 48:9,11
48:13 62:15
**terminals** 34:16
**terminated** 68:19,20
68:24
**terminology** 33:20
35:25 41:4
**terms** 10:3 19:11
28:23 29:2 33:21
**Tessatore** 25:9,16
**test** 29:22 30:2 69:19
69:21
**testified** 4:6
**testimony** 73:14
**thank** 5:22 21:2
22:19 28:13 29:18
30:19 32:9 35:15
48:16 55:18 63:19
**thing** 5:7,16 18:19
27:11 54:2

**things** 6:8 8:8,10,11
16:20 27:17 28:25
29:12,12,14 31:2,6
46:16 60:13 62:10
**think** 23:25 38:8,19
40:12 54:15 57:11
68:12 69:2
**thinking** 9:3 14:18
**thought** 69:2
**thousand** 14:16
**thread** 19:2 20:15
25:22 33:12 58:2,3
58:12 72:11
**three** 57:6,9
**threshold** 36:16
**thumb** 52:23 53:4,10
53:21,25 54:25
55:13
**Thursday** 24:5
**ticket** 8:24
**TikTok** 16:5 17:19
**TikToks** 39:6
**Tim** 43:24 44:12
**time** 6:7,9,12,16 7:14
7:22,24 9:18 10:2,5
10:7 11:3,4 13:15
14:21 18:18 21:20
22:14 24:7 25:6,8
27:10 29:11 30:6
34:22 39:22 41:15
41:16,20 42:6 44:3
44:4,6 53:9 58:16
59:18 60:18,20
67:20 68:11 70:19
**timeframe** 7:23
**times** 17:5 24:15
26:13 30:17 35:6,12
45:20 46:17 61:14
**timetable** 29:5 30:5
30:17
**timing** 22:15
**title** 6:5,9 44:3
**titles** 7:11
**TM** 34:3,4
**TMs** 34:6

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup  ---  September 7, 2023

85

**today** 4:12,16 6:14
  8:12 31:11 47:18
**told** 20:16 22:23
  49:24 50:15,17
  51:21 61:4,5 67:9
  67:11,14,16 68:4,25
**tomorrow** 46:15
**top** 25:22 42:15
  48:22
**topics** 51:7
**train** 6:6 7:9 9:16,19
  10:6,7,12,15,24
  14:9,11 16:18 17:9
  29:24 35:10 36:25
  42:7,16 47:20
**Trainmen** 71:18
**trains** 8:7,8,25 11:14
  13:24 14:2 34:14,17
  41:20
**transcribed** 47:3,6
**transcript** 5:14 70:16
  73:13
**TRANSIT** 1:9
**transportation** 6:12
  7:6,7,8,25 25:7 34:5
  34:7,10,11,12,15
  35:7 44:4
**trial** 3:13 13:10 24:4
  24:10,10 28:4,10,11
  45:21 46:24,25
  50:22 51:24 52:9,11
  55:12 57:12 59:9
  62:7
**Trial-Dual** 71:22
**true** 73:14
**try** 5:6,9,9 18:17
**trying** 12:6 15:8
  27:14 39:20 46:6
  53:25 62:15,17
**Tweet** 63:14
**twice** 62:14
**Twitter** 63:8,10,14
  63:14 66:16 72:15
**two** 9:16 11:7,9 24:14
  25:3,4 31:18 38:13

  46:18 69:10
**type** 7:7 36:10 41:13
**typed** 40:9
**Typical** 14:10

_____

**U**

**U** 4:2
**Uhrich** 2:5 4:9,10
  30:24 31:21 32:4,10
  32:13 42:20,24
  43:15,19 71:8
**ultimate** 11:10
**ultimately** 13:10
**unbecoming** 47:9,24
  48:3
**understand** 5:5 28:5
  30:11 36:3 61:21
  62:9
**understanding** 33:15
  37:16 46:4 47:15,22
  61:22 62:5
**understood** 30:10
  35:15 59:3
**Unfiltered** 65:11,24
  66:14 71:23
**uniform** 16:13,17
  17:6 38:25 40:14
  41:9,11,21 42:4
  59:23 64:14 70:9,10
**union** 25:9 50:21,23
  51:2 67:13,14,18,23
**UNITED** 1:1
**unknown** 66:18
**update** 29:10 30:12
**updated** 30:5
**uploaded** 17:11
**USB** 55:6
**use** 48:9,12,13 62:16
**user** 65:15
**Usually** 5:18

_____

**V**

**v** 63:20,22 72:13 74:4
**various** 6:8 8:5,9
  45:22 46:11,20 59:4

**vastly** 70:2
**versa** 5:10
**versus** 9:4
**vice** 5:10
**video** 22:3 40:15,15
  41:13,15,21,22,25
  42:9,13,14 58:21
  60:4 64:9,25 71:24
**videos** 21:16 22:15
  40:7 41:8 57:16
  58:21 64:19 70:8
**Vincent** 25:5,18
**Vinny** 25:2,9,16
**Vinnys** 25:3,11
**violated** 24:19 27:25
  27:25
**violation** 17:7
**violations** 45:23

_____

**W**

**W** 65:5,6 72:13
**waived** 3:9
**waivers** 24:10,11
**Walsh** 12:3,5
**want** 4:24 6:16 26:21
  28:25 35:11 43:13
**wanted** 53:8
**wanting** 27:11
**wasn't** 33:12 56:15
  58:18,19,22 59:2
  60:8 61:10,19 62:4
**watching** 9:23
**way** 6:17 9:15 12:25
  26:5 28:3 37:4 44:8
  46:7 53:22 55:7
  61:15,19,21 62:16
  62:17 73:18
**ways** 31:9
**wearing** 33:6 38:19
  47:19 59:25 64:14
  64:17
**web** 36:6 57:14
**website** 36:6,11 38:4
  38:17,18,20 59:21
  65:10,15,18,22,23

  65:25
**Wednesday** 24:5
**week** 58:23
**weeks** 16:3
**weird** 53:22
**welcome** 30:20
**went** 39:20 49:19,23
  59:21
**WHEREOF** 73:20
**wise** 22:16
**withdrawn** 47:16
**witness** 18:24 19:6,21
  21:12 23:20 28:20
  32:20 35:23 39:15
  40:24 43:8 48:25
  52:17 59:15 62:25
  66:10 71:4 73:11,15
  73:20
**witnesses** 15:7
**Wonderful** 4:18 6:14
**word** 22:24 40:9
**words** 62:17
**work** 25:13 30:15
  34:13,15,18 53:22
  53:25 55:2,7
**worked** 8:3 10:5
  66:17
**working** 26:8,8 30:14
  30:18 41:11,21
**works** 9:15 26:5
**wouldn't** 69:24
**write** 15:25 31:12
**writing** 31:4 35:12

_____

**X**

**X** 1:2,11 66:5,6 71:2
  71:10 72:3,14

_____

**Y**

**Y** 66:22,25 72:16
**yelling** 60:25 64:12
**York** 1:1,20 2:5,5,9,9
  4:4,6 73:4,6,10

_____

**Z**

_____

ROSATI v. LONG ISLAND RAILROAD, et al.
Benjamin Gallup  ---  September 7, 2023

86

| | | | |
|---|---|---|---|
| **Zoom** 1:18 | **35** 71:21 | **900.3.2** 28:2 | |
| | **35th** 29:13 | **93-02** 4:5 | |
| **0** | **39** 71:23 | | |
| **02** 53:14 | | | |
| **032-21** 28:9 | **4** | | |
| | **4** 71:8 | | |
| **1** | **4:27** 70:19 | | |
| **1:21-cv-08594-JHR** | **40** 71:24 | | |
|   1:7 | **42nd** 2:9 | | |
| **10** 71:13 | **43** 71:24 | | |
| **10:04** 41:15 | **44** 71:25 | | |
| **10018** 2:5 | **48** 71:25 | | |
| **10165** 2:9 | **48th** 2:9 | | |
| **1040** 2:4 | | | |
| **11434** 4:6 | **5** | | |
| **12** 59:21 72:12 | **5** 71:15 72:13,14 | | |
| **15** 71:13 | **51** 72:6 | | |
| **15th** 2:4 | **52** 72:7 | | |
| **16** 72:8 | **53** 72:8 | | |
| **17** 72:7 | **54** 72:9 | | |
| **18** 71:14,17 | **55** 72:10 | | |
| **19** 71:15 | **56** 72:10 | | |
| | **57** 72:11 | | |
| **2** | **59** 72:12 | | |
| **2** 71:14 | | | |
| **2:14** 1:13 | **6** | | |
| **20** 72:16 | **6-1** 29:11 | | |
| **2007** 6:21 | **6-2** 29:12 | | |
| **2020** 7:23 71:13,14 | **6-35** 29:10 30:11 | | |
|   71:17 |   71:19 | | |
| **2021** 7:23 45:6 57:2 | **60** 2:9 | | |
|   71:16 72:6,7,8,16 | **63** 72:13 | | |
| **2022** 71:15 72:13,14 | **65** 72:13 | | |
| **2023** 1:12 70:24 | **651** 41:17 71:24 | | |
|   73:21 74:4,20 | **66** 72:14,16 | | |
| **20th** 73:21 | | | |
| **21** 71:16 | **7** | | |
| **21st** 45:6 49:20 57:2 | **7** 1:12 74:4 | | |
| **23** 71:16 | **75** 26:8,9 | | |
| **26** 71:18 | | | |
| **28** 71:19 | **8** | | |
| | **801** 28:2 29:14 30:12 | | |
| **3** |   71:19 | | |
| **30** 71:20 | | | |
| **30CDS** 34:22,23 | **9** | | |
| **32** 71:20 | **9** 71:16 72:6 | | |