# EXHIBIT 10

| | |
|---|---|
| **From:** | Gallup, Ben |
| **To:** | Bendick, Michael |
| **Subject:** | S Rosati (10/21) |
| **Date:** | Tuesday, November 10, 2020 9:25:00 AM |

For your records:

On October 21, 2020 Assistant Conductor Steve Rosati was present in Babylon Managers conference room with Supt Mike Bendick and myself. Supt Bendick discussed the employees TikTok and social media posts while on company property and while in uniform. Supt Bendick instructed the employee to refrain from making any future posts and to remove pasts posts. The employee was receptive to the conversation.

Benjamin Gallup

Lead Transportation Manager – On Board Revenue Compliance

1 (516) 456-7884 (cell)

1 (347) 494-6410 (office)