# EXHIBIT 13

# In the Matter of

Case No.: 1:21-cv-08594-JHR

ROSATI

v.

LONG ISLAND RAILROAD, et al.

---

## Deposition of Michele Walsh

*Thursday, August 17, 2023*

---

The Little Reporting Company

469 Seventh Avenue
12th Floor
New York, NY 10018
tel: 646-650-5055
www.littlereporting.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X

STEVEN ROSATI, an individual,

                      Plaintiff,


         -against-

                                  Case No.:
                                  1:21-cv-08594-JHR


LONG ISLAND RAILROAD,
METROPOLITAN TRANSIT AUTHORITY,
and PATRICK J. FOYE, individual,

                      Defendants.
---------------------------------------X


                    August 17, 2023
                    3:00 p.m.




     Examination before Trial of MICHELE WALSH,

   held pursuant to Notice, held via Zoom

   conference, before Ruthayn Shalom, a shorthand

   Reporter and Notary Public within and for the

   State of New York.

ROSATI v. LONG ISLAND RAILROAD, et al.
Michele Walsh  ---  August 17, 2023

2

2    A P P E A R A N C E S :

3              BOCHNER PLLC
               Attorneys for Plaintiff
4              1040 Avenue of the Americas
               15th Floor
5              New York, New York 10018
               BY: CRAIG UHRICH, ESQ.
6              craig@bochner.law

7

8              HOGUET NEWMAN REGAL & KENNEY, LLP
               Attorneys for Defendants
9              60 East 42nd Street, 48th Floor
               New York, New York 10165
10             BY: HELENE HECHTKOPF, ESQ.
               hhechtkopf@hnrklaw.com
11                      -and-
               BY: CONNOR G. SHEA, ESQ.
12             cshea@hnrklaw.com

13

       ALSO PRESENT:
14
       Jason D. Barnes, Esq. MTA
15

16

17

18

19

20

21

22

23

24

25

ROSATI v. LONG ISLAND RAILROAD, et al.
Michele Walsh  ---  August 17, 2023

3

2          IT IS HEREBY STIPULATED AND AGREED, by

3     and between the attorneys for the respective

4     parties hereto, that this examination may be

5     sworn to before any Notary Public.

6

7          IT IS FURTHER STIPULATED AND AGREED that

8     the sealing and filing of the said examination

9     shall be waived.

10

11         IT IS FURTHER STIPULATED AND AGREED that

12    all objections to questions except as to form

13    shall be reserved for trial.

14

15

16

17

18

19

20

21

22

23

24

25

ROSATI v. LONG ISLAND RAILROAD, et al.
Michele Walsh  ---  August 17, 2023

4

M. Walsh

1

2              M I C H E L E   W A L S H, having been

3      first duly sworn by Ruthayn Shalom, a Notary Public

4      of the State of New York, and stating her address as

5      93-02 Sutphin Boulevard, Jamaica, New York 11435,

6      was examined and testified as follows:

7      EXAMINATION BY

8      MR. UHRICH:

9          Q    My name is Craig Uhrich.  You may know I

10     am one of the attorneys representing Steven Rosati

11     in this matter.  Would you go ahead and -- I know

12     we've already done it, but would you go ahead and

13     state your name for the record?

14         A    Michele Walsh.

15         Q    Do you have any preference on how I refer

16     to you today?

17         A    No.

18         Q    Ms. Walsh would be okay?

19         A    Yes.

20         Q    Ms. Walsh, have you ever been deposed

21     before?

22         A    Yes.

23         Q    How long ago was that?

24         A    I don't recall.

25         Q    A while ago?

ROSATI v. LONG ISLAND RAILROAD, et al.
Michele Walsh  ---  August 17, 2023

5

1                        M. Walsh

2          A    Yes.

3          Q    Was it just that one time?

4          A    Yes.

5          Q    Well then I'm sure that counsel already

6     has gone over how it works with you, but just to

7     make sure we are on the same page, I will go over

8     with you how I understand the ground rules of a

9     deposition, okay?

10         A    Okay.

11         Q    Basically it's a question and answer

12    format.  I will ask questions, you will answer.  I

13    will suggest to you sometimes I get to talking

14    quickly and you may do the same.  I would suggest

15    after I ask a question to give a little bit of time

16    to make sure we are not talking over each over,

17    otherwise, the court reporter will get upset with

18    us.  If that's okay -- and then -- I don't expect us

19    to be here really long today.  Certainly no more

20    than seven or eight hours.

21                  If, at any time, you need a break,

22    feel free to let me know for whatever reason.  The

23    only thing I would ask is if there is a question

24    pending, I'm going to ask that you go ahead and

25    respond to the question before we take the break.

ROSATI v. LONG ISLAND RAILROAD, et al.
Michele Walsh  ---  August 17, 2023

6

                        M. Walsh

1

2              Also, if you need to talk to your

3      counsel or something like that, feel free to let me

4      know and we will go off the record for that.  The

5      other thing I would ask is if, at any time, you

6      don't understand a question because I'm not always

7      the most clear person on the planet, if you don't

8      understand something let me know so I can try to

9      rephrase it.

10             A    Okay.

11             Q    So with that all in mind let's -- give me

12     a little information about your background.  Are you

13     from New York originally?

14             A    Yes, I am.

15             Q    And are you currently with the MTA or the

16     Long Island Railroad?

17             A    Long Island Railroad.

18             Q    What position do you hold there?

19             A    I'm a transportation manager.

20             Q    How long have you been with the Railroad?

21             A    Since October 13, 2004.

22             Q    Close to 20 years?

23             A    Yes.

24             Q    How long have you been a manager there?

25             A    Since 2016.

ROSATI v. LONG ISLAND RAILROAD, et al.
Michele Walsh  ---  August 17, 2023

7

M. Walsh

1

2        Q    Can you give a little bit of your history

3    there as far as what position did you start in, what

4    kind of progression did you take to become

5    transportation manager?

6        A    I started as an assistant conductor, I

7    completed all the qualifications, became a conductor

8    and then in 2016 I ventured over into management.

9        Q    2016 -- about seven years you have been in

10   management then?

11       A    Yes.

12       Q    Has all of that seven years been as

13   transportation manager or have there been different

14   management positions?

15       A    Transportation manager.

16       Q    Can you give me an idea what exactly does

17   a transportation manager do?

18       A    The day-to-day activities of the Railroad,

19   movement of trains, talking to crews, setting up the

20   station, posting paperwork that needs to be up.

21   That's our job.

22       Q    So what would your -- what would the

23   relationship between say a conductor and a

24   transportation manager be?  Are they direct reports

25   or how does that relationship work?

ROSATI v. LONG ISLAND RAILROAD, et al.
Michele Walsh  ---  August 17, 2023

8

M. Walsh

1

2      A    They are direct reports but conductors

3    don't come into see managers as they report for

4    duty.  They go to the train, they go to whatever

5    terminal, they don't see us.

6      Q    When you say that it's a direct report

7    because I assume there is more than one

8    transportation manager; is that true?

9      A    Yes.

10     Q    How are conductors assigned to a

11   particular manager?  Who do you know is your direct

12   report?

13     A    They don't.

14     Q    Okay.  Do you have people that you

15   supervise directly then?

16     A    No.

17     Q    Who would a conductor report directly to

18   or do they?

19     A    They don't report directly to anybody.

20     Q    Understood.  In your day-to-day activities

21   then, do you have any sort of role in disciplining

22   conductors or anything like that?

23     A    Day to day?

24     Q    Yes.

25     A    If we are on a train and we see something

ROSATI v. LONG ISLAND RAILROAD, et al.
Michele Walsh  ---  August 17, 2023

9

M. Walsh

1

2     then we bring it up to them, but unless we are on a

3     train, we really don't have the contact with them.

4          Q    Okay, I understand.  What about other than

5     conductors like say just generally in a station, do

6     you have any sort of role in rule enforcement or

7     that sort of thing?

8          A    With conductors, yes.

9          Q    What about -- tell me about that.  What

10    kind of role do you have in terms of rule

11    enforcement with conductors?

12         A    There are rules in the book that they need

13    to follow and if they don't follow a rule then they

14    are spoken to.  If they don't follow the rule again,

15    they are written up.  That's basically all I know.

16         Q    Let me rephrase and make sure I'm

17    understanding correctly.  Basically the first

18    infraction would be a verbal warning and then there

19    is a writeup after that?

20         A    Yes.

21         Q    Okay.  How often would you say you had to

22    give a Railroad employee a verbal warning roughly?

23         A    It depends on the infraction they have

24    done.

25         Q    What do you mean by that?

ROSATI v. LONG ISLAND RAILROAD, et al.
Michele Walsh  ---  August 17, 2023

10

1                        M. Walsh

2          A    Okay.  If they didn't look out the

3    platform before they opened the doors, that's

4    something that's going to hurt somebody.

5          Q    Okay.

6          A    They are going to get written up.

7          Q    Without the verbal warning?

8          A    Yes.  That's something that's going to

9    cause harm.

10         Q    Okay.  If it's something -- would it be

11   fair to say if it's not a safety violation?

12         A    Yes.

13         Q    Understood.  Is there any sort of written

14   policy as far as what would need a verbal warning

15   versus what would need a writeup or is that your

16   discretion?

17         A    No, it's safety.

18         Q    So I guess what I'm asking is is there any

19   sort of list of things that would qualify as a

20   safety violation therefore not needing a writeup or

21   is that discretionary?

22         A    No, safety is safety.  It's going to cause

23   harm.

24         Q    I guess my previous question then let me

25   rephrase it.  As a ballpark estimate, how often

11

M. Walsh

1
2    would you have to give employees a safety writeup?

3          A    If I saw them doing something.

4          Q    Okay.  I guess what I'm asking is is this

5    something that you find yourself having to do daily

6    or does it happen once or twice a year?

7          A    Once or twice a year.

8          Q    Okay.  Have you found that that's varied

9    over the last handful of years?

10         A    I don't know.

11         Q    I may have phrased that poorly.  Let me

12   phrase it slightly differently.  I'm sitting here in

13   Kansas.  I'm actually one of our local prosecutors

14   here.  One thing I've noticed is before the pandemic

15   the sorts of cases and the number of cases I have

16   been getting has been vastly different than since

17   the pandemic.  Have you noticed anything similar to

18   that in your position?

19         A    I mostly work in an office so unless I'm

20   on the train, I'm in a closed room.

21         Q    Is it fair to say then you don't go say

22   patrol the station to see in there is violations

23   being committing?

24         A    No.  I was in the station running the

25   station.

ROSATI v. LONG ISLAND RAILROAD, et al.
Michele Walsh  ---  August 17, 2023

12

M. Walsh

1

2        Q    What does it involve when you say you are

3   running the station?

4        A    When the rush hour comes we are setting up

5   trains to what track they have to go, if tracks have

6   to change, we are talking to the bureau to help move

7   the trains around.  That's our day to day.

8        Q    Are you assigned to one particular

9   station?

10       A    I was in Penn Station.

11       Q    Understood.  I assume you know who I'm

12   talking about when I talk about Steve or Steven

13   Rosati?

14       A    Okay.  I heard the name.

15       Q    Do you recall having had contact with him?

16       A    On the train, yes.

17       Q    Tell me what you recall as far as your

18   contact with him?

19       A    I was asked to take a train ride to

20   Jamaica, okay, because there was an employee on the

21   train that I needed to speak to who had a customer

22   complaint.  So when I left Penn, I chose a train

23   that I could train ride which would be to do

24   observations.  Got to Jamaica, waited for the train

25   to come in that was the train that the employee was

ROSATI v. LONG ISLAND RAILROAD, et al.
Michele Walsh  ---  August 17, 2023

13

M. Walsh

1

2    on and got on the train, the employee wasn't there,

3    but Mr. Rosati was there instead.

4         Q    Oh.  So do I understand correctly you were

5    not going to see Mr. Rosati, you were going for

6    someone else?

7         A    Yes.  In fact I had to call and find out

8    who he even was.

9         Q    Okay.

10        A    And why the other employee was not there.

11        Q    Okay, very good.  Would this have been

12   around January of 2021?

13        A    I really couldn't tell you.  I don't know

14   the dates.

15        Q    Fair enough.  So I apologize, I

16   interrupted you while you were telling me what

17   happened.  Go ahead and continue with what happened

18   after you found out the employee you were looking

19   for wasn't there?

20        A    That was it.  I had to find out who it

21   was.  I was told it was him.

22        Q    Okay.  Did you have any conversations with

23   Mr. Rosati that day?

24        A    Yes.  He was walking down the aisle of the

25   train and he did not have his mask up.  They were

ROSATI v. LONG ISLAND RAILROAD, et al.
Michele Walsh  ---  August 17, 2023

14

                        M. Walsh

1

2      allowed to wear the masks that go behind the ears or

3      they were allowed to wear the thing that pulls up.

4           Q     Got it.

5           A     He had the thing that pulled up, but he

6      didn't have it up.  So when he got to me, I asked

7      him could you please -- customers are looking,

8      please pull it up.

9           Q     Okay.

10          A     He did.

11          Q     Would he have known that you were

12     management at that time?

13          A     Yes.

14          Q     How would he have known that?

15          A     I had my pass out.

16          Q     So he complied with it.  Were there any

17     other issues on that trip?

18          A     He pulled it up in front of me, he walked

19     into the next car which was only six car seats away

20     from me and then pulled it back down.

21          Q     How do you know he pulled it back down?

22          A     Because I was standing there and I could

23     see him.

24          Q     Like through the glass in the doors?

25          A     Yes.

ROSATI v. LONG ISLAND RAILROAD, et al.
Michele Walsh  ---  August 17, 2023

15

M. Walsh

1

2      Q    Was that the end of the encounter or was

3    there more?

4      A    No.  I asked him to please put it back up

5    and that I had to put him in for a noncompliance.

6      Q    When you say put him in, you mean writeup?

7      A    Yes.

8      Q    What happened after that?

9      A    I went to Penn and went into my office.

10     Q    Did you write him up?

11     A    Yes.

12     Q    Were there any other encounterers you had

13    with Mr. Rosati?  Let me strike that question and

14    ask you a different question.

15            Did you have any other contact with

16    him that day?

17     A    No.

18     Q    Have you had any other contact with Mr.

19    Rosati?

20     A    Not that I can recall.

21     Q    For my personal education on the train to

22    the Long Island Railroad, have you ever heard of a

23    two seater?

24     A    Yes.

25     Q    Can you tell me what that refers to?

ROSATI v. LONG ISLAND RAILROAD, et al.
Michele Walsh  ---  August 17, 2023

16

M. Walsh

1

2      A    A seat only two people can sit in.

3      Q    Okay.  But passenger seats?

4      A    Yes.

5      Q    I was confused because I had seen that

6    phrase thrown around a lot.  It's two people sitting

7    in the same seat?

8      A    Yes.

9      Q    Very good.  It doesn't necessarily refer

10   to say the conductor's area on the train or anything

11   like that?

12     A    No.

13     Q    Thank you for that.  I appreciate that

14   clarification.

15               Was there ever an incident that you

16   recall when Mr. Rosati was sitting in a two seater

17   and you approached him to say something to him about

18   a mask?

19     A    I don't recall.

20     Q    If he said it was on a train that was

21   going into Manhattan would that jog your memory?

22     A    I don't recall.

23     Q    Okay.  You only recall the one instance

24   then?

25     A    Yes.

ROSATI v. LONG ISLAND RAILROAD, et al.
Michele Walsh  ---  August 17, 2023

17

M. Walsh

1

2      Q      When you spoke to Mr. Rosati about pulling

3      up his mask, did he say anything to you about a

4      conversation he had with Mr. Bendick?

5      A      No.

6      Q      Did he have any conversation with you

7      about the rules or his talks with management or

8      anything like that?

9      A      No.

10     Q      Basically, he pulled up his mask and went

11     on?

12     A      Yes.

13     Q      When he took it down and you said

14     something to him, did he respond to you at all in

15     that situation?

16     A      No, he never -- no.

17     Q      Okay.  I know some things have changed in

18     recent years.  Is the mask policy still in place on

19     the Long Island Railroad?

20     A      No.

21     Q      Okay.  Do you recall at the time of your

22     encounterer with Mr. Rosati exactly what the policy

23     was?

24     A      I don't recall.

25     Q      Do you recall if there was any element to

ROSATI v. LONG ISLAND RAILROAD, et al.
Michele Walsh  ---  August 17, 2023

18

M. Walsh

1

2      it that involved how close they were to another

3      person or anything like that?

4           A    I don't recall.

5           Q    Okay.  Have you ever other than -- well

6      strike that.

7                     When you say that you wrote up

8      Mr. Rosati for the mask violation, where would that

9      have gone after you wrote it up?

10          A    I submitted it in a computer.  I don't

11     know where it goes.

12          Q    It's online.  Is there any sort of

13     followup interview that somebody has with you

14     regarding the complaint?

15          A    No.

16          Q    Basically once you submit it that's the

17     last you know about it?

18          A    Yes.

19          Q    Has anyone at the Railroad talked with you

20     about Rosati?

21          A    No.

22          Q    I'm just going to go through some names

23     and ask the same question about any of them.  Has a

24     Mr. Bendick ever said anything to you about

25     Mr. Rosati?

ROSATI v. LONG ISLAND RAILROAD, et al.
Michele Walsh  ---  August 17, 2023

19

1                      M. Walsh

2        A    No.

3        Q    Do you know who he is, by the way?

4        A    I do.

5        Q    Who would he be?

6        A    He moved to some different department.  I

7   don't know where he is anymore.

8        Q    At the time of these incidents or I should

9   say this encounter with Mr. Rosati, would he have

10  been around your level or a superior to you?

11       A    He wasn't in my department.

12       Q    Do you recall what department he was in?

13       A    He was in a different one with train

14  service.  I don't know what department -- what he

15  was exactly.

16       Q    Did you ever have a talk with a Mr. Demato

17  about Rosati?

18       A    No.

19       Q    What about a Mr. Eng?

20       A    No.

21       Q    Mr. Gallup?

22       A    No.

23       Q    Mr. Foye?

24       A    No.

25       Q    Okay.  Other than the incident you

ROSATI v. LONG ISLAND RAILROAD, et al.
Michele Walsh  ---  August 17, 2023

20

                          M. Walsh

1

2      described for me, did you have any other time when

3      Mr. Rosati came to your attention?

4           A    No.

5           Q    Do you know Mr. Rosati's occur status with

6      the Railroad?

7           A    No.

8           Q    I'm pretty sure I know the answer to this

9      question, but did you ever speak to Mr. Bendick on

10     the phone while he was talking to Mr. Rosati about

11     disciplinary issues?

12          A    No.

13          Q    Let me go back to the mask policy.  Again,

14     I realize you wouldn't recall specific numbers, but

15     about how often or how many times would you say you

16     had to speak with a Railroad employee about proper

17     mask wearing?

18          A    Maybe a handful.

19          Q    Was there any sort of pattern to when you

20     had to do that?

21          A    When I saw it.

22          Q    I guess what I'm asking is was it more

23     frequent at the beginning of the pandemic and then

24     it tapered off or was it pretty constant?

25          A    I was in the office.

ROSATI v. LONG ISLAND RAILROAD, et al.
Michele Walsh  ---  August 17, 2023

21

M. Walsh

1

2          Q     Did you ever have to speak to anyone in

3     the station about their mask wearing?

4          A     No.

5          Q     You're eliminating a lot of my questions.

6     It's going to be hard to keep you for seven hours.

7     I'm going to show you a document here.  Let me get

8     it pulled up.  I'm going to share my screen here.

9          (Walsh Exhibit 1, Marked for Identification.)

10                I'm going to ask you, Ms. Walsh, have

11    you ever seen this document before?

12         A     What is the date on the top of it?

13         Q     The only date that I have on it was the

14    date it was filed with the court in this lawsuit.  I

15    don't see any other date on the document.

16         A     I believe that was hung up when we talked

17    about the mask rules.

18         Q     Does this look like what you're thinking

19    of?

20                (Witness perusing document.)

21         A     I guess so, yes.  Can you scroll it down?

22         Q     Yes.

23         A     Yes, I have seen that one.

24         Q     This is what you were talking about when

25    you had the encounter with Mr. Rosati and told him

ROSATI v. LONG ISLAND RAILROAD, et al.
Michele Walsh  ---  August 17, 2023

22

1                          M. Walsh

2      he needed to pull his mask up?

3          A     No, that's not it.

4          Q     It's not, okay.  What would you have been

5      referring to then?

6          A     That was for the customers.

7          Q     This one is for the customers, okay.  I'm

8      going to stop sharing my screen here.

9                      Am I understanding correctly then

10     there was a separate masking policy for employees

11     versus the one for customers?

12         A     That was put up, I think, on their

13     website.

14         Q     Okay.

15         A     I'm not sure.

16         Q     But is it fair to say then that you recall

17     there being a different policy for employees of the

18     Railroad?

19         A     No.

20         Q     Was there a written policy for employees

21     of the Railroad?

22         A     The whole policy was hung on a wall and it

23     was all described out.  It was the state health

24     thing that we had to post.

25         Q     Did the Railroad implement a separate

ROSATI v. LONG ISLAND RAILROAD, et al.
Michele Walsh  ---  August 17, 2023

23

                          M. Walsh

1

2       masking policy?

3              A     No, it's the same thing.  They followed

4       what the government was doing.

5              Q     There wasn't a railroad specific policy,

6       you just followed the state policy?

7              A     Not that I know of.

8              Q     Fair enough.  Let me ask you -- I probably

9       should have asked you this earlier.  Have you been

10      asked to collect any correspondence or emails or

11      anything like that regarding Mr. Rosati?

12             A     No.

13             Q     If you were asked to do that are there any

14      you would be aware of?

15             A     I would never be asked to do that.

16             Q     I guess let me rephrase my question.  Are

17      you aware of any correspondence or social media

18      posts or anything written in your possession that

19      would involve Mr. Rosati?

20             A     Not that I'm aware of.

21             Q     You mentioned the writeup you submitted

22      online.  Would you have kept a printed copy of that?

23             A     No.

24             Q     Okay.  I'm going to show another exhibit

25      here.

ROSATI v. LONG ISLAND RAILROAD, et al.
Michele Walsh  ---  August 17, 2023

24

M. Walsh

1

2        (Walsh Exhibit 2, Marked for Identification.)

3              MR. UHRICH:  This I would ask that we mark

4        as Exhibit Walsh 2.

5        Q    Are you able to see that picture?

6        A    Yes.

7        Q    Have you ever seen this picture before?

8        A    Yes.

9        Q    Am I correct that you're the one in the

10   front?

11       A    Yes.

12       Q    Do you recall in what context you would

13   have seen this picture?

14       A    What do you mean?

15       Q    How did you first become aware of this

16   picture?

17       A    I'm in it.

18       Q    Okay.  Were you aware that it was posted

19   anywhere?

20       A    No.

21       Q    No one spoke to you about it since then?

22       A    No.  I know it was posted.  My boss posted

23   it.

24       Q    Who was your boss?

25       A    My friend is Dave.

ROSATI v. LONG ISLAND RAILROAD, et al.
Michele Walsh  ---  August 17, 2023

25

1                       M. Walsh

2          Q    Which one of these four people is he?

3          A    There is John also.

4          Q    Okay.  Let's start at the back and you can

5     tell me who is who.  The guy in back with his hands

6     up, who is that?

7          A    John.

8          Q    The guy in the green shirt?

9          A    Dave.

10         Q    And then who is the woman sitting behind

11    you?

12         A    Elizabeth.

13         Q    Are all four of you managers of one sort

14    or another?

15         A    No.

16         Q    Tell me, if you would, tell me who is who.

17    John, what is his position?

18         A    He's a station master.

19         Q    What does a station master do?

20         A    He runs the station and he crews trains.

21         Q    Dave, what is his position?

22         A    Lead transportation manager.

23         Q    So what does he do as a opposed to what

24    you do?

25         A    He watches over us to make sure that we do

ROSATI v. LONG ISLAND RAILROAD, et al.
Michele Walsh  ---  August 17, 2023

                                                              26
1                        M. Walsh
2        our jobs correctly.
3             Q    Would you be -- would he be your direct
4        report then?
5             A    Yes.
6             Q    The woman behind you, what does she do?
7             A    She's the same as me.
8             Q    All of you are in some sort of management
9        position?
10            A    Yes, but not John.
11            Q    Why do you say not John?
12            A    He's not a manager.
13            Q    Okay.  But he's your boss, correct?
14            A    No.
15            Q    I thought you said he was your direct
16       report?
17            A    Not John.
18            Q    Okay.  John is the station manager?
19            A    Station master.
20            Q    That is not a management position?
21            A    No.
22            Q    Understood.  Thank you for clarifying
23       that.
24                      Where were you guys at when this
25       picture was taken?

ROSATI v. LONG ISLAND RAILROAD, et al.
Michele Walsh  ---  August 17, 2023

27

1                       M. Walsh

2          A     In the station master's office.

3          Q     Do you know approximately when this would

4     have been taken?

5          A     It was early morning.  We had a flood.

6          Q     Do you recall approximately what time --

7     what year or what time of year it was taken?

8          A     I couldn't tell you the year.  I don't

9     even know what month it was.  We had a flood.

10         Q     Do you recall if it was during the

11    pandemic?

12         A     It had to be at the end.  It had to be.

13         Q     What did you say?

14         A     I said it had to be at the end.

15         Q     At the end of the pandemic?

16         A     Yes.

17         Q     Do you recall if the mask policy was still

18    in place at this time?

19         A     I don't recall.

20         Q     You don't recall.  Okay.  It looks as if

21    none of you are wearing masks, correct?

22         A     Yes.

23         Q     Do you recall why?

24         A     We were in our individual cubicles.

25         Q     In this picture?

ROSATI v. LONG ISLAND RAILROAD, et al.
Michele Walsh  ---  August 17, 2023

28

1                          M. Walsh

2         A    Yes.

3         Q    Okay.  Is there any sort of divider

4    between you all?

5         A    It's plexiglass.

6         Q    Okay.  Do you recall ever having to

7    contact or a phonecall with a union representative

8    regarding this photograph?

9         A    No.

10        Q    Do you recall this photograph ever

11   appearing anyplace else other than Facebook?

12        A    No.

13        Q    Do you recall ever seeing any t-shirts

14   where this photograph was used?

15        A    I heard about it.

16        Q    What did you hear?

17        A    I heard there was a t-shirt made.

18        Q    Did you hear anything else about the

19   t-shirt?

20        A    I heard there was a t-shirt made with our

21   pictures on it.

22        Q    Let me show you then what I will mark as

23   Exhibit 3.

24        (Walsh Exhibit 3, Marked for Identification.)

25                    I'm assuming that was -- do you know

ROSATI v. LONG ISLAND RAILROAD, et al.
Michele Walsh  ---  August 17, 2023

29

                              M. Walsh

1

2      if that's the t-shirt they were referring to?

3           A    Other than Facebook I'm not on social

4      media.

5           Q    I don't blame you.  Neither am I.

6           A    That's very disturbing.

7           Q    Why do you say it's disturbing?

8           A    Why would you put that on a t-shirt.

9           Q    That's a good question.  Do you find it

10     disturbing for any other reason?

11          A    I find it disturbing because why would you

12     put that on a t-shirt.

13          Q    Let me go ahead and close it.  If I

14     understand correctly today during this deposition is

15     the first time you have seen that t-shirt?

16          A    Yes.

17          Q    Have you ever heard of the MTA Respectful

18     Workplace Policy?

19          A    There is a lot of policies.  I'm sure it's

20     there.

21          Q    You wouldn't recall off the top of your

22     head what it's about?

23          A    No.

24          Q    I assume that means you probably never had

25     to write anybody up for violating it?

ROSATI v. LONG ISLAND RAILROAD, et al.
Michele Walsh  ---  August 17, 2023

30

1                       M. Walsh

2         A    No, not to my knowledge.

3         Q    Have you ever seen this hand signal?

4         A    No.

5         Q    Have you ever seen a hand signal for okay?

6         A    Okay is kind of like that.

7         Q    Okay.  Can you show me how you would make

8    the okay sign?

9         A    (Witness complied.)

10        Q    You consider that to mean okay?

11        A    Yes.

12        Q    In your mind is that a white supremacist

13   symbol?

14        A    I don't know what they are.

15        Q    You would not associate that with one in

16   your mind?

17        A    I don't know what they are so I don't know

18   what that means.

19        Q    Okay.  Let me look through my notes here.

20   Like I said, you eliminated a lot of my question

21   with your answers.  Let me go back to the encounter

22   with Mr. Rosati on the train.  If you would tell me

23   again when you first encountered him on the train

24   where was he?

25        A    He was in a train car collecting tickets.

ROSATI v. LONG ISLAND RAILROAD, et al.
Michele Walsh  ---  August 17, 2023

31

                          M. Walsh

1

2       Q    He was not seated?

3       A    No.

4       Q    Okay.  With any of your encounters with

5    Mr. Rosati on train, was he seated during any of

6    that?

7       A    No.

8       Q    I'm looking at the last of my notes here.

9    I believe you told me earlier but just to clarify,

10   are you aware whether or not Mr. Rosati is employed

11   by the Railroad or MTA anymore?

12      A    I don't know.

13      Q    Very good.  In that case I have no further

14   questions and I pass the witness.

15           MR. SHEA:  I'm not asking her any

16           questions.

17           MS. HECHTKOPF:  Copy, please.  Regular

18           delivery.  Witness to read and sign.

19                 (Time noted: 3:43 p.m.)

20                 _____

21                 MICHELE WALSH

22

23   Subscribed and sworn to before me this _____ day

24   of _____ 2023.

25   _____, Notary Public.

ROSATI v. LONG ISLAND RAILROAD, et al.
Michele Walsh  ---  August 17, 2023

32

1                          M. Walsh

2                        I N D E X

3

4       WITNESS

5       MICHELE WALSH

6

7       EXAMINATION BY                         PAGE

8       MR. UHRICH                              4

9

10                    E X H I B I T S

11

        WALSH                 DESCRIPTION        PAGE

12

13      Exhibit 1             Mask document      21
        Exhibit 2             Photograph         24
14      Exhibit 3             Picture of t-shirt  28

15

16      Attorney Uhrich has retained all exhibits.

17

18

19

20

21

22

23

24

25

ROSATI v. LONG ISLAND RAILROAD, et al.
Michele Walsh  ---  August 17, 2023

33

2                    C E R T I F I C A T I O N

3

4        STATE OF NEW YORK    )

5                             ) ss.:

6        COUNTY OF NEW YORK   )

7

8               I, RUTHAYN SHALOM, a Court Reporter

9        and Notary Public within and for the State

10       of New York, do hereby certify:

11               That the witness whose deposition

12       is hereinbefore set forth, was duly sworn

13       by me, and that the within transcript is a

14       true record of the testimony given by such

15       witness.

16               I further certify that I am not

17       related to any of the parties to this action

18       by blood or marriage, and that I am in no way

19       interested in the outcome of this matter.

20               IN WITNESS WHEREOF, I have hereunto

21       set my hand this 31st day of August, 2023.

22

23

24       _____
                      *Ruthayn Shalom*

25                    RUTHAYN SHALOM

ROSATI v. LONG ISLAND RAILROAD, et al.
Michele Walsh  ---  August 17, 2023

34

ERRATA SHEET


NAME OF CASE: ROSATI v LIRR et al.
DATE OF DEPOSITION: August 17, 2023
NAME OF DEPONENT: Michele Walsh
PAGE  LINE(S)          CHANGE                    REASON
____/_____/_____/_____

____/_____/_____/_____

____/_____/_____/_____

____/_____/_____/_____

____/_____/_____/_____

____/_____/_____/_____

____/_____/_____/_____

____/_____/_____/_____

____/_____/_____/_____

____/_____/_____/_____

____/_____/_____/_____

____/_____/_____/_____

                    _____
                    MICHELE WALSH

Subscribed and sworn to before me
this _____ day of _____, 2023
_____, Notary Public.


          _____

          MY COMMISSION EXPIRES:

ROSATI v. LONG ISLAND RAILROAD, et al.
Michele Walsh  ---  August 17, 2023

35

**A**

**able** 24:5
**action** 33:17
**activities** 7:18 8:20
**address** 4:4
**against-** 1:6
**ago** 4:23,25
**AGREED** 3:2,7,11
**ahead** 4:11,12 5:24
  13:17 29:13
**aisle** 13:24
**al** 34:4
**allowed** 14:2,3
**Americas** 2:4
**and-** 2:11
**answer** 5:11,12 20:8
**answers** 30:21
**anybody** 8:19 29:25
**anymore** 19:7 31:11
**anyplace** 28:11
**apologize** 13:15
**appearing** 28:11
**appreciate** 16:13
**approached** 16:17
**approximately** 27:3
  27:6
**area** 16:10
**asked** 12:19 14:6
  15:4 23:9,10,13,15
**asking** 10:18 11:4
  20:22 31:15
**assigned** 8:10 12:8
**assistant** 7:6
**associate** 30:15
**assume** 8:7 12:11
  29:24
**assuming** 28:25
**attention** 20:3
**Attorney** 32:16
**attorneys** 2:3,8 3:3
  4:10
**August** 1:12 33:21
  34:4
**AUTHORITY** 1:9
**Avenue** 2:4

**aware** 23:14,17,20
  24:15,18 31:10

**B**

**B** 32:10
**back** 14:20,21 15:4
  20:13 25:4,5 30:21
**background** 6:12
**ballpark** 10:25
**Barnes** 2:14
**basically** 5:11 9:15
  9:17 17:10 18:16
**beginning** 20:23
**believe** 21:16 31:9
**Bendick** 17:4 18:24
  20:9
**bit** 5:15 7:2
**blame** 29:5
**blood** 33:18
**BOCHNER** 2:3
**book** 9:12
**boss** 24:22,24 26:13
**Boulevard** 4:5
**break** 5:21,25
**bring** 9:2
**bureau** 12:6

**C**

**C** 2:2 4:2 33:2,2
**call** 13:7
**car** 14:19,19 30:25
**case** 1:6 31:13 34:4
**cases** 11:15,15
**cause** 10:9,22
**Certainly** 5:19
**certify** 33:10,16
**change** 12:6 34:5
**changed** 17:17
**chose** 12:22
**clarification** 16:14
**clarify** 31:9
**clarifying** 26:22
**clear** 6:7
**close** 6:22 18:2 29:13
**closed** 11:20

**collect** 23:10
**collecting** 30:25
**come** 8:3 12:25
**comes** 12:4
**COMMISSION**
  34:23
**committing** 11:23
**complaint** 12:22
  18:14
**completed** 7:7
**complied** 14:16 30:9
**computer** 18:10
**conductor** 7:6,7,23
  8:17
**conductor's** 16:10
**conductors** 8:2,10,22
  9:5,8,11
**conference** 1:19
**confused** 16:5
**CONNOR** 2:11
**consider** 30:10
**constant** 20:24
**contact** 9:3 12:15,18
  15:15,18 28:7
**context** 24:12
**continue** 13:17
**conversation** 17:4,6
**conversations** 13:22
**copy** 23:22 31:17
**correct** 24:9 26:13
  27:21
**correctly** 9:17 13:4
  22:9 26:2 29:14
**correspondence**
  23:10,17
**counsel** 5:5 6:3
**COUNTY** 33:6
**court** 1:1 5:17 21:14
  33:8
**Craig** 2:5 4:9
**craig@bochner.law**
  2:6
**crews** 7:19 25:20
**cshea@hnrklaw.co...**
  2:12

**cubicles** 27:24
**currently** 6:15
**customer** 12:21
**customers** 14:7 22:6
  22:7,11

**D**

**D** 2:14 32:2
**daily** 11:5
**date** 21:12,13,14,15
  34:4
**dates** 13:14
**Dave** 24:25 25:9,21
**day** 8:23,23 12:7,7
  13:23 15:16 31:23
  33:21 34:20
**day-to-day** 7:18 8:20
**Defendants** 1:10 2:8
**delivery** 31:18
**Demato** 19:16
**department** 19:6,11
  19:12,14
**depends** 9:23
**DEPONENT** 34:5
**deposed** 4:20
**deposition** 5:9 29:14
  33:11 34:4
**described** 20:2 22:23
**DESCRIPTION**
  32:11
**different** 7:13 11:16
  15:14 19:6,13 22:17
**differently** 11:12
**direct** 7:24 8:2,6,11
  26:3,15
**directly** 8:15,17,19
**disciplinary** 20:11
**disciplining** 8:21
**discretion** 10:16
**discretionary** 10:21
**DISTRICT** 1:1,1
**disturbing** 29:6,7,10
  29:11
**divider** 28:3
**document** 21:7,11,15

ROSATI v. LONG ISLAND RAILROAD, et al.
Michele Walsh  ---  August 17, 2023

36

21:20 32:13
**doing** 11:3 23:4
**doors** 10:3 14:24
**duly** 4:3 33:12
**duty** 8:4

_____
**E**
**E** 2:2,2 4:2,2 32:2,10
  33:2
**earlier** 23:9 31:9
**early** 27:5
**ears** 14:2
**East** 2:9
**education** 15:21
**eight** 5:20
**element** 17:25
**eliminated** 30:20
**eliminating** 21:5
**Elizabeth** 25:12
**emails** 23:10
**employed** 31:10
**employee** 9:22 12:20
  12:25 13:2,10,18
  20:16
**employees** 11:2 22:10
  22:17,20
**encounter** 15:2 19:9
  21:25 30:21
**encountered** 30:23
**encounterer** 17:22
**encounterers** 15:12
**encounters** 31:4
**enforcement** 9:6,11
**Eng** 19:19
**ERRATA** 34:2
**Esq** 2:5,10,11,14
**estimate** 10:25
**et** 34:4
**exactly** 7:16 17:22
  19:15
**examination** 1:17 3:4
  3:8 4:7 32:7
**examined** 4:6
**exhibit** 21:9 23:24
  24:2,4 28:23,24

32:13,13,14
**exhibits** 32:16
**expect** 5:18
**EXPIRES** 34:23

_____
**F**
**F** 33:2
**Facebook** 28:11 29:3
**fact** 13:7
**fair** 10:11 11:21
  13:15 22:16 23:8
**far** 7:3 10:14 12:17
**feel** 5:22 6:3
**filed** 21:14
**filing** 3:8
**find** 11:5 13:7,20
  29:9,11
**first** 4:3 9:17 24:15
  29:15 30:23
**flood** 27:5,9
**Floor** 2:4,9
**follow** 9:13,13,14
**followed** 23:3,6
**follows** 4:6
**followup** 18:13
**form** 3:12
**format** 5:12
**forth** 33:12
**found** 11:8 13:18
**four** 25:2,13
**Foye** 1:9 19:23
**free** 5:22 6:3
**frequent** 20:23
**friend** 24:25
**front** 14:18 24:10
**further** 3:7,11 31:13
  33:16

_____
**G**
**G** 2:11
**Gallup** 19:21
**generally** 9:5
**getting** 11:16
**give** 5:15 6:11 7:2,16
  9:22 11:2

**given** 33:14
**glass** 14:24
**go** 4:11,12 5:7,24 6:4
  8:4,4 11:21 12:5
  13:17 14:2 18:22
  20:13 29:13 30:21
**goes** 18:11
**going** 5:24 10:4,6,8
  10:22 13:5,5 16:21
  18:22 21:6,7,8,10
  22:8 23:24
**good** 13:11 16:9 29:9
  31:13
**government** 23:4
**green** 25:8
**ground** 5:8
**guess** 10:18,24 11:4
  20:22 21:21 23:16
**guy** 25:5,8
**guys** 26:24

_____
**H**
**H** 4:2,2 32:10
**hand** 30:3,5 33:21
**handful** 11:9 20:18
**hands** 25:5
**happen** 11:6
**happened** 13:17,17
  15:8
**hard** 21:6
**harm** 10:9,23
**head** 29:22
**health** 22:23
**hear** 28:16,18
**heard** 12:14 15:22
  28:15,17,20 29:17
**HECHTKOPF** 2:10
  31:17
**held** 1:18,18
**HELENE** 2:10
**help** 12:6
**hereinbefore** 33:12
**hereto** 3:4
**hereunto** 33:20
**hhechtkopf@hnrk...**

2:10
**history** 7:2
**HOGUET** 2:8
**hold** 6:18
**hour** 12:4
**hours** 5:20 21:6
**hung** 21:16 22:22
**hurt** 10:4

_____
**I**
**idea** 7:16
**Identification** 21:9
  24:2 28:24
**implement** 22:25
**incident** 16:15 19:25
**incidents** 19:8
**individual** 1:3,9
  27:24
**information** 6:12
**infraction** 9:18,23
**instance** 16:23
**interested** 33:19
**interrupted** 13:16
**interview** 18:13
**involve** 12:2 23:19
**involved** 18:2
**Island** 1:8 6:16,17
  15:22 17:19
**issues** 14:17 20:11

_____
**J**
**J** 1:9
**Jamaica** 4:5 12:20,24
**January** 13:12
**Jason** 2:14
**job** 7:21
**jobs** 26:2
**jog** 16:21
**John** 25:3,7,17 26:10
  26:11,17,18

_____
**K**
**Kansas** 11:13
**keep** 21:6
**KENNEY** 2:8

ROSATI v. LONG ISLAND RAILROAD, et al.
Michele Walsh  ---  August 17, 2023

37

kept 23:22
kind 7:4 9:10 30:6
know 4:9,11 5:22 6:4
  6:8 8:11 9:15 11:10
  12:11 13:13 14:21
  17:17 18:11,17 19:3
  19:7,14 20:5,8 23:7
  24:22 27:3,9 28:25
  30:14,17,17 31:12
knowledge 30:2
known 14:11,14

L

L 4:2,2
lawsuit 21:14
Lead 25:22
left 12:22
let's 6:11 25:4
level 19:10
LINE(S) 34:5
LIRR 34:4
list 10:19
little 5:15 6:12 7:2
LLP 2:8
local 11:13
long 1:8 4:23 5:19
  6:16,17,20,24 15:22
  17:19
look 10:2 21:18 30:19
looking 13:18 14:7
  31:8
looks 27:20
lot 16:6 21:5 29:19
  30:20

M

M 4:1,2 5:1 6:1 7:1
  8:1 9:1 10:1 11:1
  12:1 13:1 14:1 15:1
  16:1 17:1 18:1 19:1
  20:1 21:1 22:1 23:1
  24:1 25:1 26:1 27:1
  28:1 29:1 30:1 31:1
  32:1
management 7:8,10

7:14 14:12 17:7
  26:8,20
manager 6:19,24 7:5
  7:13,15,17,24 8:8
  8:11 25:22 26:12,18
managers 8:3 25:13
Manhattan 16:21
mark 24:3 28:22
Marked 21:9 24:2
  28:24
marriage 33:18
mask 13:25 16:18
  17:3,10,18 18:8
  20:13,17 21:3,17
  22:2 27:17 32:13
masking 22:10 23:2
masks 14:2 27:21
master 25:18,19
  26:19
master's 27:2
matter 4:11 33:19
mean 9:25 15:6 24:14
  30:10
means 29:24 30:18
media 23:17 29:4
memory 16:21
mentioned 23:21
METROPOLITAN
  1:9
Michele 1:17 4:14
  31:21 32:5 34:5,18
mind 6:11 30:12,16
month 27:9
morning 27:5
move 12:6
moved 19:6
movement 7:19
MTA 2:14 6:15 29:17
  31:11

N

N 2:2 32:2 33:2
name 4:9,13 12:14
  34:4,5
names 18:22

necessarily 16:9
need 5:21 6:2 9:12
  10:14,15
needed 12:21 22:2
needing 10:20
needs 7:20
Neither 29:5
never 17:16 23:15
  29:24
New 1:1,21 2:5,5,9,9
  4:4,5 6:13 33:4,6,10
NEWMAN 2:8
noncompliance 15:5
Notary 1:20 3:5 4:3
  31:25 33:9 34:20
noted 31:19
notes 30:19 31:8
Notice 1:18
noticed 11:14,17
number 11:15
numbers 20:14

O

O 33:2
objections 3:12
observations 12:24
occur 20:5
October 6:21
office 11:19 15:9
  20:25 27:2
Oh 13:4
okay 4:18 5:9,10,18
  6:10 8:14 9:4,21
  10:2,5,10 11:4,8
  12:14,20 13:9,11,22
  14:9 16:3,23 17:17
  17:21 18:5 19:25
  22:4,7,14 23:24
  24:18 25:4 26:13,18
  27:20 28:3,6 30:5,6
  30:7,8,10,19 31:4
once 11:6,7 18:16
online 18:12 23:22
opened 10:3
opposed 25:23

originally 6:13
outcome 33:19

P

P 2:2,2
p.m 1:13 31:19
page 5:7 32:7,11 34:5
pandemic 11:14,17
  20:23 27:11,15
paperwork 7:20
particular 8:11 12:8
parties 3:4 33:17
pass 14:15 31:14
passenger 16:3
PATRICK 1:9
patrol 11:22
pattern 20:19
pending 5:24
Penn 12:10,22 15:9
people 8:14 16:2,6
  25:2
person 6:7 18:3
personal 15:21
perusing 21:20
phone 20:10
phonecall 28:7
photograph 28:8,10
  28:14 32:13
phrase 11:12 16:6
phrased 11:11
picture 24:5,7,13,16
  26:25 27:25 32:14
pictures 28:21
place 17:18 27:18
Plaintiff 1:4 2:3
planet 6:7
platform 10:3
please 14:7,8 15:4
  31:17
plexiglass 28:5
PLLC 2:3
policies 29:19
policy 10:14 17:18,22
  20:13 22:10,17,20
  22:22 23:2,5,6

ROSATI v. LONG ISLAND RAILROAD, et al.
Michele Walsh  ---  August 17, 2023

38

27:17 29:18
**poorly** 11:11
**position** 6:18 7:3
  11:18 25:17,21 26:9
  26:20
**positions** 7:14
**possession** 23:18
**post** 22:24
**posted** 24:18,22,22
**posting** 7:20
**posts** 23:18
**preference** 4:15
**PRESENT** 2:13
**pretty** 20:8,24
**previous** 10:24
**printed** 23:22
**probably** 23:8 29:24
**progression** 7:4
**proper** 20:16
**prosecutors** 11:13
**Public** 1:20 3:5 4:3
  31:25 33:9 34:20
**pull** 14:8 22:2
**pulled** 14:5,18,20,21
  17:10 21:8
**pulling** 17:2
**pulls** 14:3
**pursuant** 1:18
**put** 15:4,5,6 22:12
  29:8,12

—————
**Q**
**qualifications** 7:7
**qualify** 10:19
**question** 5:11,15,23
  5:25 6:6 10:24
  15:13,14 18:23 20:9
  23:16 29:9 30:20
**questions** 3:12 5:12
  21:5 31:14,16
**quickly** 5:14

—————
**R**
**R** 2:2 33:2
**railroad** 1:8 6:16,17

6:20 7:18 9:22
  15:22 17:19 18:19
  20:6,16 22:18,21,25
  23:5 31:11
**read** 31:18
**realize** 20:14
**really** 5:19 9:3 13:13
**reason** 5:22 29:10
  34:5
**recall** 4:24 12:15,17
  15:20 16:16,19,22
  16:23 17:21,24,25
  18:4 19:12 20:14
  22:16 24:12 27:6,10
  27:17,19,20,23 28:6
  28:10,13 29:21
**record** 4:13 6:4 33:14
**refer** 4:15 16:9
**referring** 22:5 29:2
**refers** 15:25
**REGAL** 2:8
**regarding** 18:14
  23:11 28:8
**Regular** 31:17
**related** 33:17
**relationship** 7:23,25
**rephrase** 6:9 9:16
  10:25 23:16
**report** 8:3,6,12,17,19
  26:4,16
**reporter** 1:20 5:17
  33:8
**reports** 7:24 8:2
**representative** 28:7
**representing** 4:10
**reserved** 3:13
**Respectful** 29:17
**respective** 3:3
**respond** 5:25 17:14
**retained** 32:16
**ride** 12:19,23
**role** 8:21 9:6,10
**room** 11:20
**Rosati** 1:3 4:10 12:13
  13:3,5,23 15:13,19

16:16 17:2,22 18:8
  18:20,25 19:9,17
  20:3,10 21:25 23:11
  23:19 30:22 31:5,10
  34:4
**Rosati's** 20:5
**roughly** 9:22
**rule** 9:6,10,13,14
**rules** 5:8 9:12 17:7
  21:17
**running** 11:24 12:3
**runs** 25:20
**rush** 12:4
**Ruthayn** 1:19 4:3
  33:8,25

—————
**S**
**S** 2:2 4:2 32:10
**safety** 10:11,17,20,22
  10:22 11:2
**saw** 11:3 20:21
**screen** 21:8 22:8
**scroll** 21:21
**sealing** 3:8
**seat** 16:2,7
**seated** 31:2,5
**seater** 15:23 16:16
**seats** 14:19 16:3
**see** 8:3,5,25 11:22
  13:5 14:23 21:15
  24:5
**seeing** 28:13
**seen** 16:5 21:11,23
  24:7,13 29:15 30:3
  30:5
**separate** 22:10,25
**service** 19:14
**set** 33:12,21
**setting** 7:19 12:4
**seven** 5:20 7:9,12
  21:6
**Shalom** 1:19 4:3 33:8
  33:25
**share** 21:8
**sharing** 22:8

**SHEA** 2:11 31:15
**SHEET** 34:2
**shirt** 25:8
**shorthand** 1:19
**show** 21:7 23:24
  28:22 30:7
**sign** 30:8 31:18
**signal** 30:3,5
**similar** 11:17
**sit** 16:2
**sitting** 11:12 16:6,16
  25:10
**situation** 17:15
**six** 14:19
**slightly** 11:12
**social** 23:17 29:3
**somebody** 10:4 18:13
**sort** 8:21 9:6,7 10:13
  10:19 18:12 20:19
  25:13 26:8 28:3
**sorts** 11:15
**SOUTHERN** 1:1
**speak** 12:21 20:9,16
  21:2
**specific** 20:14 23:5
**spoke** 17:2 24:21
**spoken** 9:14
**ss** 33:5
**standing** 14:22
**start** 7:3 25:4
**started** 7:6
**state** 1:21 4:4,13
  22:23 23:6 33:4,9
**STATES** 1:1
**stating** 4:4
**station** 7:20 9:5
  11:22,24,25 12:3,9
  12:10 21:3 25:18,19
  25:20 26:18,19 27:2
**status** 20:5
**Steve** 12:12
**Steven** 1:3 4:10 12:12
**STIPULATED** 3:2,7
  3:11
**stop** 22:8

The Little Reporting Company
646.650.5055  |  www.littlereporting.com

ROSATI v. LONG ISLAND RAILROAD, et al.
Michele Walsh  ---  August 17, 2023

39

**Street** 2:9
**strike** 15:13 18:6
**submit** 18:16
**submitted** 18:10
  23:21
**Subscribed** 31:23
  34:19
**suggest** 5:13,14
**superior** 19:10
**supervise** 8:15
**supremacist** 30:12
**sure** 5:5,7,16 9:16
  20:8 22:15 25:25
  29:19
**Sutphin** 4:5
**sworn** 3:5 4:3 31:23
  33:12 34:19
**symbol** 30:13

**T**

**T** 32:10 33:2,2
**t-shirt** 28:17,19,20
  29:2,8,12,15 32:14
**t-shirts** 28:13
**take** 5:25 7:4 12:19
**taken** 26:25 27:4,7
**talk** 6:2 12:12 19:16
**talked** 18:19 21:16
**talking** 5:13,16 7:19
  12:6,12 20:10 21:24
**talks** 17:7
**tapered** 20:24
**tell** 9:9 12:17 13:13
  15:25 25:5,16,16
  27:8 30:22
**telling** 13:16
**terminal** 8:5
**terms** 9:10
**testified** 4:6
**testimony** 33:14
**Thank** 16:13 26:22
**thing** 5:23 6:5 9:7
  11:14 14:3,5 22:24
  23:3
**things** 10:19 17:17

**think** 22:12
**thinking** 21:18
**thought** 26:15
**thrown** 16:6
**tickets** 30:25
**time** 5:3,15,21 6:5
  14:12 17:21 19:8
  20:2 27:6,7,18
  29:15 31:19
**times** 20:15
**today** 4:16 5:19
  29:14
**told** 13:21 21:25 31:9
**top** 21:12 29:21
**track** 12:5
**tracks** 12:5
**train** 8:4,25 9:3 11:20
  12:16,19,21,22,23
  12:24,25 13:2,25
  15:21 16:10,20
  19:13 30:22,23,25
  31:5
**trains** 7:19 12:5,7
  25:20
**transcript** 33:13
**TRANSIT** 1:9
**transportation** 6:19
  7:5,13,15,17,24 8:8
  25:22
**trial** 1:17 3:13
**trip** 14:17
**true** 8:8 33:14
**try** 6:8
**twice** 11:6,7
**two** 15:23 16:2,6,16

**U**

**Uhrich** 2:5 4:8,9 24:3
  32:8,16
**understand** 5:8 6:6,8
  9:4 13:4 29:14
**understanding** 9:17
  22:9
**Understood** 8:20
  10:13 12:11 26:22

**union** 28:7
**UNITED** 1:1
**upset** 5:17

**V**

**v** 34:4
**varied** 11:8
**vastly** 11:16
**ventured** 7:8
**verbal** 9:18,22 10:7
  10:14
**versus** 10:15 22:11
**violating** 29:25
**violation** 10:11,20
  18:8
**violations** 11:22

**W**

**W** 4:2
**waited** 12:24
**waived** 3:9
**walked** 14:18
**walking** 13:24
**wall** 22:22
**Walsh** 1:17 4:1,14,18
  4:20 5:1 6:1 7:1 8:1
  9:1 10:1 11:1 12:1
  13:1 14:1 15:1 16:1
  17:1 18:1 19:1 20:1
  21:1,9,10 22:1 23:1
  24:1,2,4 25:1 26:1
  27:1 28:1,24 29:1
  30:1 31:1,21 32:1,5
  32:11 34:5,18
**warning** 9:18,22 10:7
  10:14
**wasn't** 13:2,19 19:11
  23:5
**watches** 25:25
**way** 19:3 33:18
**we've** 4:12
**wear** 14:2,3
**wearing** 20:17 21:3
  27:21
**website** 22:13

**went** 15:9,9 17:10
**WHEREOF** 33:20
**white** 30:12
**witness** 21:20 30:9
  31:14,18 32:4 33:11
  33:15,20
**woman** 25:10 26:6
**work** 7:25 11:19
**Workplace** 29:18
**works** 5:6
**wouldn't** 20:14 29:21
**write** 15:10 29:25
**writeup** 9:19 10:15
  10:20 11:2 15:6
  23:21
**written** 9:15 10:6,13
  22:20 23:18
**wrote** 18:7,9

**X**

**X** 1:2,11 32:2,10

**Y**

**year** 11:6,7 27:7,7,8
**years** 6:22 7:9,12
  11:9 17:18
**York** 1:1,21 2:5,5,9,9
  4:4,5 6:13 33:4,6,10

**Z**

**Zoom** 1:18

**0**

**1**

**1** 21:9 32:13
**1:21-cv-08594-JHR**
  1:7
**10018** 2:5
**10165** 2:9
**1040** 2:4
**11435** 4:5
**13** 6:21
**15th** 2:4
**17** 1:12 34:4

ROSATI v. LONG ISLAND RAILROAD, et al.
Michele Walsh  ---  August 17, 2023

40

| **2** | | | |
| --- | --- | --- | --- |
| **2** 24:2,4 32:13 | | | |
| **20** 6:22 | | | |
| **2004** 6:21 | | | |
| **2016** 6:25 7:8,9 | | | |
| **2021** 13:12 | | | |
| **2023** 1:12 31:24 | | | |
| 33:21 34:4,20 | | | |
| **21** 32:13 | | | |
| **24** 32:13 | | | |
| **28** 32:14 | | | |
| **3** | | | |
| **3** 28:23,24 32:14 | | | |
| **3:00** 1:13 | | | |
| **3:43** 31:19 | | | |
| **31st** 33:21 | | | |
| **4** | | | |
| **4** 32:8 | | | |
| **42nd** 2:9 | | | |
| **48th** 2:9 | | | |
| **5** | | | |
| **6** | | | |
| **60** 2:9 | | | |
| **7** | | | |
| **8** | | | |
| **9** | | | |
| **93-02** 4:5 | | | |