# EXHIBIT 14

<u>IN04-21- STEVEN ROSATI - 58733- PG 1 OF 7</u>

*THE LONG ISLAND RAIL ROAD*

*TRANSPORTATION DEPARTMENT*

*INVESTIGATION NO. <u>04-21</u>*

*STATEMENT GIVEN BY:            )*

*STEVEN ROSATI*

*ASSISTANT CONDUCTOR           )*


*INVESTIGATION OFFICER:          ) DATE:  <u>JANUARY 21, 2021</u>*

*MANAGER – TRANSPORTATION TRIAL OFFICE   )*

*ERIN SHERRARD*


*EXECUTIVE SECRETARY/ STENOGRAPHER:     )*

*LILLI VASILE-COZZO                )*


*PRESENT – UNION REPRESENTATION        )*

*SMART – TRANSPORTATION DIVISION*

*JAY LANGLAN                   )*

---

*OBSERVERS:                   )*

*BEN GALLUP*

*MIKE BENDICK*

*DOMINICK AMENDOLARE*

**IN04-21- STEVEN ROSATI - 58733- PG 2 OF 7**

*Ms. Sherrard*

Good afternoon today is January 21, 2021 and the time is approximately 2:00PM.  My name is Erin Sherrard and I will be the facilitator of the statement of facts

Present with me in the conference room is Long Island Rail Road employee, Mr. Rosati. Representing Mr. Rosati and the interest of SMART is Jay Langlan.  Sitting in as observers are Ben Gallup, Mike Bendick and Dominick Amendolare.

*Ms. Sherrard to Mr. Rosati*

Q.      Mr. Rosati, this is not a disciplinary hearing, no one has been charged or accused of anything at this time. We're here to find out the facts and circumstances surrounding a complaint that has been brought to the LIRR Public Affairs office and has also been brought to the attention of the Carrier. I'm going to ask you questions, you're expected to respond to my questions, truthfully, fully and to the best of your ability. If you do not understand my questions, ask me to repeat or rephrase them in order to ensure that you do understand. Before we begin, do you promise that your responses to my questions will be true, complete and to the best of your ability?
A.      I wish to not answer any questions without my representation here.

Q.      Mr. Rosati, per Article 42 of your Collective Bargaining Agreement, you are not entitled to have outside representation aside from your Union Representative.  Do you wish to continue with the questioning?
A.      No.

Q.      Okay. Again, answering the questions at this time will allow you to provide an adequate defense for yourself.  Do you want to continue with the questioning?
A.      No.

Q.      Okay

*Mr. Gallup*
My name is Ben Gallup, I'm the Lead Transportation Manager of the Transportation Department, I'm going to give you a direct order to cooperate in the investigation, provide answers to questions asked.  If you fail to comply with this directive, you will be removed from service immediately and be subject to discipline.

*Ms. Sherrard to Mr. Rosati*

Q.      Mr. Rosati, can you please state your name and IBM# for the record?
A.      Can I make a phone call?

Q.      Yes, you can we will go off the record.

**IN04-21- STEVEN ROSATI - 58733- PG 5 OF 7**

Q. Prior to getting rid of social media accounts, when would you say was the last time was?
A. I don't remember.

Q. Our records indicate that you were granted sick leave on January 5th, January 11th and January 15th; the Transportation Department is going to request notes on SLA28 forms for those three dates.
A. What were the dates again?

Q. January 5th, January 11th and January 15th. Please provide those doctors notes by 3pm on Tuesday. Next Tuesday, January 26th at 3pm.

<u>*Mr. Langlan*</u>
What's the relevance of that?

<u>*Ms. Sherrard*</u>
The carrier is allowed per your sick leave agreement to request sick notes. The Carrier has a right To demand medical proof when there is reason to believe that such absences are questionable. So, under your Collective Bargaining Agreement, the Carrier is requesting that information.

<u>*Ms. Sherrard*</u>
Mr. Bendick, do you have any additional questions for Mr. Rosati?

<u>*Mr. Bendick*</u>
No.

<u>*Ms. Sherrard*</u>
Mr. Gallup; do you have any questions?

<u>*Mr. Gallup*</u>
No.

<u>*Ms. Sherrard to Mr. Rosati*</u>

Q. Mr. Rosati, is there anything that I haven't asked you that you feel would be helpful for us to know?
A. No.

Q. Then at approximately 2:22pm; I'm going to complete my investigation with Mr. Rosati, I will ask that you not discuss the matter with anyone outside the room while the investigation is pending. We're going off the record.
_____

<u>*Ms. Sherrard*</u>
We're back on the record. I recalled Mr. Rosati back in the room for clarification on a couple of questions that I have. The time is approximately 2:24pm.

**IN04-21- STEVEN ROSATI - 58733- PG 6 OF 7**

*Ms. Sherrard to Mr. Rosati*

Q.  Are you familiar with an enterprise called Clash Brothers or Clash Brothers United or any derivative of that?
A.  I already answered that question.

Q.  Can you please pull your mask over your nose please. What was your response for…
A.  I already answered the question.

Q.  Alright, well I'm asking you again for clarification, are you familiar with an enterprise called Clash Brothers United?
A.  I already answered the question on record.

Q.  Yes, but this is a different question…
A.  The investigation was over, and now we're back in here.

Q.  Again, your still required to cooperate with the carrier investigation. Are you familiar with an enterprise called Clash Brothers United or a derivative of that name?
A.  I already answered the question.

Q.  Are you refusing to cooperate?
A.  I already answered the question I am not refusing to cooperate. I answered the question.

Q.  Yes, you are. I am asking you a new question and you…
A.  I answered the question already. That's where I stand.

Q.  Okay. So, you are refusing to answer my question ….
A.  I answered the question. I didn't refuse it, it's on recording.

Q.  It's a different name. Are you familiar with an enterprise called Clash Brothers United?
A.  I answered your questions already on recording.

*Mr. Gallup*
Once again, Ben Gallup, Lead Transportation Manager, Transportation Department, I'm giving you a direct order to cooperate with the investigation by answering the questions asked. If you fail to comply with this directive, you will be removed from service immediately and may be subject to discipline.

*Mrs. Sherrard to Mr. Rosati*

Q.  Mr. Rosati, are you familiar with an enterprise called Clash Brothers United?

*Mr. Rosati*
I already answered this.

**Mr. Langlan**
That's your choice.

**Mr. Rosati**
Yup.

**Ms. Sherrard to Mr. Rosati**

Q. Okay. Do you have any connection or involvement with that organization?
A. I did, not anymore.

Q. What was your relationship with Clash Brothers United?
A. (No Response)

Q. Mr. Rosati, what was your relationship with Clash Brothers United?
A. I don't know.

Q. You don't know your relationship with that organization?
A. I don't know.

Q. Did you receive any compensation from Clash Brothers United?
A. I don't know.

Q. Was that an enterprise owned by you?
A. No.

Q. Have you requested or received dual employment permission for Clash Brothers United?
A. I don't know.

Q. Have you ever conducted business for Clash Brothers United while on duty?
A. No.

Q. Did you want to clarify any of the answers that you have provided?
A. No.

Q. Does anyone have any questions? If there are no questions, I'm going to conclude my interview with Mr. Rosati, I ask that you not discuss the matter with anyone outside the room while the investigation is pending. At 2:26, I'm going to conclude my interview with Mr. Rosati. We're going off record.