# EXHIBIT 15

# In the Matter of

Case No.: 1:21-cv-08594-JHR

ROSATI

v.

LONG ISLAND RAILROAD, et al.

---

## Continued Deposition of Michael Bendick

*Thursday, November 9, 2023*

---

The Little Reporting Company

469 Seventh Avenue
12th Floor
New York, NY 10018
tel: 646-650-5055
www.littlereporting.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

STEVEN ROSATI, an individual,

                    Plaintiff,

          -against-         Case No.
                                1:21-cv-08594-JHR

LONG ISLAND RAILROAD, METROPOLITAN
TRANSIT AUTHORITY, and PATRICK J.
FOYE, an individual,

                  Defendants.

------------------------------------x

                  November 9, 2023
                  9:44 a.m.


        Continued Remote Deposition of MICHAEL

BENDICK, taken via Zoom pursuant to Adjournment

before Lisa Hiesiger, a Shorthand Reporter and

Notary Public within and for the State of New

York.

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  November 9, 2023

142

1

2      A P P E A R A N C E S :

3

4          BOCHNER PLLC
           Attorneys for Plaintiff
5              1040 Avenue of the Americas
               15th Floor
6              New York, New York 10018

7          By:   EDWARD A. PALTZIK, ESQ.

8

9          HOGUET NEWMAN REGAL & KENNEY LLP
           Attorneys for Defendants
10             60 East 42nd Street, 48th Floor
               New York, New York 10165
11
           By:   HELENE HECHTKOPF, ESQ.
12

13

14      Also Present:

15          CONNOR G. SHEA, ESQ., Hoguet Newman Regal & Kenney

16          JASON D. BARNES, ESQ., Metropolitan Transit
                                   Authority
17
            PAUL WHITWORTH, ESQ., Metropolitan Transit
18                                 Authority

19                      ~oOo~

20

21

22

23

24

25

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  November 9, 2023

150

Bendick

1

2      Q.    And you're not a lawyer, correct?

3      A.    Correct.

4      Q.    Let's move down now just one moment,

5   please, there were a series of social media posts

6   in 2020 that Mr. Rosati made where it appeared

7   that he may have been in his Long Island Railroad

8   uniform, correct?

9      A.    He was in Long Island Railroad

10  uniform, and based on what we were able to

11  observe and clearly see, he was on a train, a

12  moving train in an operating cab.  And in another

13  case he was in one of our yard facilities by one

14  of our buildings.

15     Q.    In 2020 you reprimanded him about

16  that, correct?

17     A.    That's correct.

18     Q.    So I want to be clear, in those

19  social media posts that I'm talking about, was

20  the issue that he was wearing his uniform, was

21  the issue that he was on railroad property or was

22  it both?

23     A.    It was at the time, the most

24  important thing to me was that he was utilizing

25  an electronic device while working on a train,

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  November 9, 2023

151

Bendick

1

2          which you're not allowed to do as per the FRA, he

3          was in uniform doing this, and it was a social

4          media thing where other people could see it.

5          That was my concern at the time.

6                    Q.    Understood.

7                    A.    Because he was in violation of the

8          rules.

9                    Q.    Right.  So what happened is you then

10         spoke to him, right, you and Benjamin Gallup

11         spoke to him about that, right?

12                   A.    That's correct.  We brought him into

13         Babylon yard and sat down with him and kind of

14         gave him a verbal reprimand and told him to

15         remove the stuff and stop doing it.

16                   Q.    This was a meeting at the Babylon

17         train yard, that's a Long Island Railroad

18         facility, correct?

19                   A.    That's correct.

20                   Q.    Do you know what date this meeting

21         occurred?

22                   A.    I believe it was sometime in October.

23                   Q.    So this would have been October 2020,

24         correct?

25                   A.    That's correct.

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  November 9, 2023

273

Bendick

1

2       doesn't mean it's its own entity, we build on

3       discipline.

4              Q.   Understood, but the new discipline,

5       the discipline for the social media posts and the

6       okay hand gesture, that was a new instance of

7       discipline that triggered only after the receipt

8       of these anonymous complaints following the

9       January 6th, 2021 capitol gathering, correct?

10             A.   Yes.

11             Q.   No further questions, thank you.

12             MS. HECHTKOPF:  All right, thank you.

13       I guess we'll be in touch.

14             (Time noted:  12:51 p.m.)

15                        _____

16

17       Subscribed and sworn to

18       before me this____day of_____, 2023.

19       _____

20

21

22

23

24

25

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  November 9, 2023

274

1

2                     C E R T I F I C A T I O N

3

4           I, LISA HIESIGER, a Shorthand Reporter and

5     Notary Public, within and for the State of New York,

6     do hereby certify:

7                That I reported the proceedings in the

8     within entitled matter, and that the within transcript

9     is a true record of such proceedings.

10               I further certify that I am not related, by

11    blood or marriage, to any of the parties in this

12    matter and that I am in no way interested in the

13    outcome of this matter.

14               IN WITNESS WHEREOF, I have hereunto set my

15    hand this 14th day of November, 2023.

16

17                         *Lisa Hiesiger*

18                         LISA HIESIGER

19

20

21

22

23

24

25

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  November 9, 2023

275

1

2                              I N D E X

3     Witness                                              Page

4     MICHAEL BENDICK                                       143

5

6                            E X H I B I T S

7     Bendick Day 2                                         Page

8            Exhibit 1   Transcript of trial of             144
                         plaintiff Steven Rosati,
9                        April 20th, 2021

10           Exhibit 2   Carrier's Exhibit 9                 156

11           Exhibit 3   Notice of discipline served on     158
                         Mr. Rosati
12

           Exhibit 4   53-second video from Mr.           221
13                       Rosati's Unfiltered
                         Conservative social media page
14
             Exhibit 5   Anti-Defamation League article     235
15
             Exhibit 6   Series of social media             250
16                       screenshots of Mr. Rosati

17

18

19

20

21

22

23

24

25

ROSATI v. LONG ISLAND RAILROAD, et al.
Michael Bendick  ---  November 9, 2023

276

ERRATA SHEET
Name of Case: Steven Rosati v Long Island Railroad
Date of Deposition: November 9, 2023
Name of Deponent: MICHAEL BENDICK

| Page | Line | Change | Reason |
|------|------|--------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

_____
Signature of Deponent

Subscribed and sworn before me
this_____day of_____, 2023.
_____
(Notary Public) My Commission Expires:_____