# EXHIBIT 16

MENU

(/)

Schedules(/schedules)    Maps(/maps)    Fares & Tolls(/fares)    Planned Work(/alerts)    (/search)

**Share your thoughts!**                                                                                           **Take the survey. (https://selfserve.decipherinc.com/s**
Take our Spring Customers Count survey and help us improve service. You can enter a drawing to win    **list=M)**
one of forty $50 OMNY cards! This survey is available in: English, Español, 简体中文, Русский, Kreyòl
Ayisyen, বাংলা, 한국어, Português, and Italiano.

*Updated April 26th at 3:59pm*

(/) > MTA Mask Force Pays Off: New Survey Shows Higher Than Ever Mask Usage in MTA System

# MTA Mask Force Pays Off: New Survey Shows Higher Than Ever Mask Usage in MTA System

MTA
Updated January 27, 2021 5:45 p.m.



***Mask Usage Reaches Above 97% on Transit***

***Seventh Edition of Mask Force Today with Top MTA Executives and Elected Officials***

***Regional Partners Tout Success with Their Own Mask Force Efforts***

***See Photos from Today's Mask Force Efforts (https://flic.kr/s/aHsmTWdPgd)***

The Metropolitan Transportation Authority (MTA) kicked off the first Mask Force of 2021, its seventh since inception, with the announcement of record customer mask usage.

"Masks continue to be an effective and vital piece of the ongoing fight against COVID-19 and we're glad to be here to help customers mask up," **said MTA Chairman and CEO Patrick J. Foye**. "Vaccines and expanded testing bring new hope this year as we continue to battle this public health crisis, and continued widespread mask compliance throughout our system helps keep our customers, employees and each other safe."

"We all want to continue moving customers safely to wherever they need to go, and we need to get to 100% mask compliance," **said MTA COO Mario Péloquin**. "We are nearly there, and our Mask Force campaign coupled with other extraordinary employee efforts are what truly brings us closer to the day when we will be able to stop the spread of COVID."

In a survey of 111,785 subway riders between Jan. 11 and 22, MTA observers found a mask usage rate of 97%. In a survey of 64,620 bus riders between Jan. 4 and 8, MTA observers found a mask usage rate of 99%.

The MTA's most senior officials were at various locations for Mask Force 7 today, joined by local elected officials and other special guests.

Today's Mask Force appearances include:

- MTA Chairman and CEO Pat Foye, MTA COO Mario Péloquin and LIRR President Phil Eng at the Jamaica LIRR Station and the Sutphin Blvd - Archer Av – JFK Airport subway station with Queens Borough President Donovan Richards
- NYCT Interim President Sarah Feinberg at Atlantic Av-Barclays Center with expected appearances by State Senator Jabari Brisport, Assembly Member Jo Anne Simon, and Council Member Stephen Levin
- Metro-North President Cathy Rinaldi at North White Plains Station with State Senator Shelley Mayer, Assembly Member Chris Burdick, and Metro-Man
- MTA Chief Customer Officer Sarah Meyer with NYC Council Transportation Committee Chair Ydanis Rodriguez, Assembly Member Nathalia Fernandez and Assembly Member Amanda Septimo at 149 St-Grand Concourse

- 145 St at St. Nicholas Av
- Grand Central - 42 St
- Times Sq
- Broadway Junction
- 74 St-Roosevelt Av-Jackson Hts
- Staten Island Railway's St. George Terminal

To date, the MTA has acquired more than 21 million masks for distribution to customers and employees.  The masks are available through various means including Mask Force, ambassador programs, free availability at stations, mask dispensers on buses and PPE vending machines across the MTA network.

"We are seeing very good compliance throughout system which means the majority of riders understand the importance of keeping themselves and everyone around them safe," **said NYC Transit Interim President Sarah Feinberg**. "We remind customers that if they have forgotten their masks we have them at station booths and in dispensers on buses and of course our Mask Force who has been instrumental in flattening the curve."

"Getting masks into the hands of our customers is one of the best things we can continue to do to help stop the spread of this virus. I'm incredibly proud of our Mask Force and all our customers who continue to comply with this important mandate," **said LIRR President Phillip Eng**. "Wear a mask. It's that simple. You never know whose life you're going to save."

"We all know by now how important it is to wear a mask while out in public, but for those who still need to be reminded we have our own superhero, Metro Man, to help with mask distribution and safety tips," **said Metro-North President Cathy Rinaldi**. It's always great to thank our customers in person for wearing their masks when they are riding the railroad and to have our helpful staff out here to assist any customers who may have forgotten their masks at home."

"I'm proud to kick off the year with lucky Mask Force 7 and have our elected officials greet customers with a smile and a mask," **said Sarah Meyer, MTA Chief Customer Officer**. "We could not do this without our dedicated employees and volunteers who continue to make a difference in helping to the flatten the curve."

**Regional Mask Force Update**

Partners from regional transportation agencies are also out today to hand out masks to customers building on a Regional Mask Force (https://www.mta.info/press-release/mta-headquarters/mta-brings-port-authority-nj-transit-amtrak-and-septa-board-regional) campaign announced in November.

The Port Authority on Jan. 12 launched its newest Mask Force initiative that includes a PATH ambassador program. Twenty-four PATH representatives ride the trains daily and staff stations and platforms while wearing special t-shirts with the logo "Mask On. Ride On." Since July, the Port Authority has hosted mask giveaways at its bus and PATH stations during rush hours on 32 occasions, with more than 1.1 million masks distributed overall through last week. More than 80 percent of the giveaways took place at the Port Authority Bus Terminal.

NJ TRANSIT ambassadors are handing out masks at various locations today including New York Penn Station, Newark Penn Station, Secaucus, Broad St., and Trenton. NJ TRANSIT hosted its first Mask Force Event in November at a dozen locations during morning and afternoon peak periods. The agency has distributed almost 37,000 masks to customers through its Mask Force, ticket offices and customer service field offices.

SEPTA kicked off its Mask Force Philly event today at its 15th St Station. SEPTA Police are also participating by hosting a Rolling Thunder event where they ride trains and do "Meet-n-Mask Greets" with riders. SEPTA will continue to do weekly Mask Force Philly "Greeter Events" that will take place at various stations as staff and volunteers thank customers and offer masks and hand sanitizer, as well as COVID-19 fact cards that contain health tips and information about the safety of the system.

Amtrak Chief Safety Officer Steve Predmore joined leaders from other local transit agencies in November to provide masks to riders and highlight their shared commitment to customer and employee safety. Per federal mandate and Amtrak policy, all customers and employees must wear a face mask, or covering, that fully covers the entire mouth and nose while onboard and in stations. By working with the Mask Force Campaign, it also ensures everyone has the right type of masks so they can travel safely and help stop the spread of COVID when traveling.

**More About MTA Mask Efforts**

The MTA first launched its Mask Force in July 2020 in order to supplement its existing distribution of masks in the transit system and acknowledge customers who are already compliant. Wearing a face covering on public transportation in New York was required by law under Executive Order 202.18 issued by Governor Andrew M. Cuomo effective April 17, 2020. A $50 fine was implemented on Sept. 14, 2020 for customers who refuse to wear a mask on public transportation.

More than 800 people have volunteered for the MTA Mask Force since its inception.  The volunteers include top MTA officials and other employees, elected officials and their staffs, advocates, community board members, and members of the riding public. The program focuses primarily on almost a dozen subway stations for maximum line

coverage and the busiest bus hubs with broad coverage across New York City. Employees and volunteers wear bright yellow t-shirts and vests identifying them as part of the team. The Mask Force has distributed more than 440,000 masks since July 2020.

On Jan. 13, the MTA began the rollout of COVID-19 vaccinations (https://www.mta.info/press-release/mta-headquarters/photos-mta%E2%80%99s-heroic-frontline-workers-begin-covid-19-vaccinations) for its heroic workforce at the state-operated Jacob K. Javits Center. Approximately 2,500 employees have received vaccinations at the Javits Center thus far.

Across agencies to date, the MTA has acquired for distribution to customers 6.9 million masks and 750,000 2oz bottles of hand sanitizer.   Additionally, the Authority has distributed to its workforce 14.7 million masks, 16.7 million pairs of gloves, 100,000 gallons of hand sanitizer, 242,000 7oz and 2oz bottles of hand sanitizer, 11.3 million individual sanitizing cleaning wipes, 239,000 gallons of cleaning solution and 16,000 face shields.

In addition to the Mask Force, the MTA has equipped buses with mask dispensers (http://www.mta.info/press-release/nyc-transit/mta-announces-installation-mask-dispensers-inside-buses-customers-easily) and installed vending machines that sell personal protective equipment (http://www.mta.info/press-release/nyc-transit/mta-deploys-ppe-vending-machines-across-subway-system).

**PRESS RELEASE (/TAXONOMY/TERM/181)**     **MTA (/TAXONOMY/TERM/121)**

## THE MTA ()

**About the MTA (/about)**
**Contact Us (/contact-us)**
**Careers (/careers)**
**Transparency (/transparency)**

**Doing Business With Us (/doing-business-with-us)**
**Press Releases (https://new.mta.info/press-release)**
**Arts & Design (/agency/arts-design)**
**NY Transit Museum & Shop (https://www.nytransitmuseum.org/)**

## OTHER ()

**Terms & Conditions (/terms-and-conditions)**
**Privacy Policy (/privacy-policy)**

   ••(/social)

Powered by Google Translate