```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/11/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

STEVEN ROSATI,

                Plaintiff,

   v.

LONG ISLAND RAILROAD,
METROPOLITAN TRANSIT AUTHORITY,
and PATRICK FOYE,

                Defendants.
------------------------------------------------------------------ x

No. 21-CV-8594 (MMG)(SN)

**MOTION TO WITHDRAW AS COUNSEL**

PLEASE TAKE NOTICE that upon the accompanying Declaration of Jason Douglas Barnes, the undersigned moves this Court for an order pursuant to Local Rule 1.4 granting leave to withdraw as counsel for the Defendants. The undersigned further requests that the Clerk terminate the undersigned from the docket for this case.

Dated: New York, New York
        February 10, 2025

Respectfully submitted,

*/s/ Jason Barnes*

Jason Douglas Barnes
Senior Associate Counsel
Metropolitan Transportation Authority
2 Broadway, 24th Floor
New York, New York 10004
jabarnes@mtahq.org
212-878-7215
212-878-7398 (fax)

TO:   All Parties *VIA ECF*

---

Application GRANTED. Mr. Barnes is relieved as counsel and the Clerk of Court is directed to terminate him from the docket. The Clerk of Court is further directed to terminate Dkt. No. 110.

SO ORDERED. Date 2/11/2025

*/s/ Margaret M. Garnett*

HON. MARGARET M. GARNETT
U.S. DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x

STEVEN ROSATI,

          Plaintiff,

v.

LONG ISLAND RAILROAD, METROPOLITAN
TRANSIT AUTHORITY, and PATRICK FOYE,

          Defendants.

-----------------------------------------------------------------------x

No. 21-CV-8594 (MMG)(SN)

**DECLARATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. Section 1746, that the foregoing is true and correct.

1. I am a Senior Associate Counsel at the Metropolitan Transportation Authority ("MTA"), and I have appeared on behalf of Defendants in this action.

2. The MTA has retained Ira Lipton, Helene Hechtkopf, Priya Pasricha, and Connor Shea from the firm of Hoguet Newman Regal and Kenney, who have already appeared on Defendants' behalf, along with Paul Whitworth from the MTA. Defendants are aware that additional attorneys continue to represent them.

3. The posture of this action is that discovery is complete and a summary judgment motion is pending.

4. It is therefore not expected that my withdrawal as counsel will cause any disruption in this matter, and I respectfully request that the Court grant leave for me to withdraw as counsel in this action and direct the Clerk to terminate me from the docket.

Dated: New York, New York
       February 10, 2025

                                                  Jason Douglas Barnes