**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
STEVEN ROSATI,

                    Plaintiff,          21 **CIVIL** 8594 (MMG) (SN)

      -against-                    **JUDGMENT**

  LONG ISLAND RAILROAD ET AL.

                 Defendants.
-------------------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 18, 2026, Defendants' motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

     March 19, 2026

                           **TAMMI M. HELLWIG**
                          _____
                            **Clerk of Court**

            **BY:** _____
                          **Deputy Clerk**